UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re CREDIT SUISSE – AOL SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 1:02 CV 12146<br>(Judge Gertner)<br><br>**DECLARATION OF MELINDA D. RODON IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY RELATED TO RENE M. STULZ'S COMPENSATION** |

MELINDA D. RODON declares the following to be true under penalty of perjury:

1. I am an associate of the law firm of Kaplan Fox & Kilsheimer LLP. I respectfully submit this Declaration of Melinda D. Rodon In Support Of Plaintiff's Motion To Compel Production Of Documents And Testimony Related To René M. Stulz's Compensation.

2. Attached hereto as Exhibit A is a true and accurate copy of Plaintiff's July 18, 2008 letter to Daniel Schwartz of Davis Polk & Wardwell, counsel for the Credit Suisse defendants.

3. Attached hereto as Exhibit B is a true and accurate copy of Plaintiff's July 31, 2008 subpoena *duces tecum* to Cornerstone Research, Inc.

4. Attached hereto as Exhibit C is a true and accurate copy of portions of the deposition transcript of René M. Stulz dated June 21, 2007.

5. Attached hereto as Exhibit D is a true and accurate copy of the August 8, 2008 letter from Daniel Schwartz of Davis Polk & Wardwell and document production marked as C_0000001-9.

6. Attached hereto as Exhibit E is a true and accurate copy of the August 14, 2008 letter from Daniel Schwartz of Davis Polk & Wardwell.

7. Attached hereto as Exhibit F is a true and accurate copy of portions of the deposition transcript of René M. Stulz dated August 26, 2008.

Dated: September 5, 2008
New York, New York

                                                    /s/ Melinda D. Rodon
                                                    Melinda D. Rodon

**CERTIFICATE OF SERVICE**

I, Melinda Rodon, declare that, on September 5, 2008, I caused the attached document to be served upon counsel by filing a true and correct copy via the Court's ECF system.

                                             /s/ Melinda D. Rodon
                                             Melinda D. Rodon