UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re CREDIT SUISSE – AOL SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 1:02 CV 12146<br>(Judge Gertner)<br><br>**DECLARATION OF MELINDA D. RODON IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY RELATED TO RENE M. STULZ'S COMPENSATION** |

MELINDA D. RODON declares the following to be true under penalty of perjury:

1. I am an associate of the law firm of Kaplan Fox & Kilsheimer LLP. I respectfully submit this Declaration of Melinda D. Rodon In Support Of Plaintiff's Reply Memorandum In Further Support Of Plaintiff's Motion To Compel Production Of Documents And Testimony Related To René M. Stulz's Compensation.

2. Attached hereto as Exhibit A is a true and accurate copy of a printout of the published client list of Cornerstone Research, Inc., obtained from http://www.cornerstone.com/services_clients.html.

Dated: September 22, 2008
New York, New York

                                                                                 */s/ Melinda D. Rodon*
                                                                                Melinda D. Rodon

# EXHIBIT A

# CORNERSTONE RESEARCH

Boston  Los Angeles  Menlo Park  New York  San Francisco  Washington, DC

## Selected Client Law Firms

Akin Gump Strauss Hauer & Feld
Alston & Bird
Arnold & Porter
Axinn, Veltrop & Harkrider
Baker Botts
Baker & Hostetler
Baker & McKenzie
Bartlit Beck Herman Palenchar & Scott
Bingham McCutchen
Boies, Schiller & Flexner
Cadwalader, Wickersham & Taft
Cahill Gordon & Reindel
Chadbourne & Parke
Choate Hall & Stewart
Cleary Gottlieb Steen & Hamilton
Clifford Chance
Cooley Godward Kronish
Covington & Burling
Cravath, Swaine & Moore
Davis Polk & Wardwell
Debevoise & Plimpton
Dechert
Dewey & LeBoeuf
Dickstein Shapiro
DLA Piper
Dorsey & Whitney
Drinker Biddle & Reath
Farella Braun + Martel
Fenwick & West
Finnegan, Henderson, Farabow, Garrett & Dunner
Folger Levin & Kahn
Fried, Frank, Harris, Shriver & Jacobson
Fulbright & Jaworski
Gibson, Dunn & Crutcher
Goodwin Procter
Harkins Cunningham
Haynes and Boone
Heller Ehrman
Hogan & Hartson
Holland & Hart
Howrey

> "In the most complex and demanding business litigation and investigations, Cornerstone Research has time and time again brought to bear sophisticated and invaluable expertise."
>
> Jim Rouhandeh
> Davis Polk & Wardwell

Hunton & Williams
Husch Blackwell Sanders
Irell & Manella
Jenner & Block
Jones Day
Katten Muchin Rosenman
Kaye Scholer
Kelley Drye & Warren
Kilpatrick Stockton
King & Spalding
Kirkland & Ellis
Kirkpatrick & Lockhart Preston Gates Ellis
Latham & Watkins
Manatt, Phelps & Phillips
Mayer Brown
McDermott Will & Emery
McKenna Long & Aldridge
Milbank, Tweed, Hadley & McCloy
Mintz Levin Cohn Ferris Glovsky and Popeo
Mitchell Silberberg & Knupp
Montgomery, McCracken, Walker & Rhoads
Morgan, Lewis & Bockius
Morris, Nichols, Arsht & Tunnell
Morrison & Foerster
Munger, Tolles & Olson
O'Melveny & Myers
Orrick, Herrington & Sutcliffe
Patton Boggs
Paul, Hastings, Janofsky & Walker
Paul, Weiss, Rifkind, Wharton & Garrison
Pepper Hamilton
Perkins Coie
Pillsbury Winthrop Shaw Pittman
Powell Goldstein
Proskauer Rose
Quinn Emanuel Urquhart Oliver & Hedges
Reed Smith
Richards, Layton & Finger
Robins, Kaplan, Miller & Ciresi
Schulte Roth & Zabel
Shartsis Friese
Shearman & Sterling
Sheppard Mullin Richter & Hampton
Sidley Austin
Simpson Thacher & Bartlett
Skadden, Arps, Slate, Meagher & Flom
Snell & Wilmer
Sonnenschein Nath & Rosenthal
Stroock & Stroock & Lavan

Sullivan & Cromwell
Thompson & Knight
Vinson & Elkins
Vorys, Sater, Seymour and Pease
Wachtell, Lipton, Rosen & Katz
Weil, Gotshal & Manges
Wiley Rein
Williams & Connolly
Willkie Farr & Gallagher
Wilmer Cutler Pickering Hale and Dorr
Wilson Sonsini Goodrich & Rosati
Winston & Strawn

Copyright © 2008 Cornerstone Research. All Rights Reserved