Page 94

S. Hakala

1 analogy to a subsequent period, and so really
2 the impact of that has to be measured by what
3 happens in a later date when the alternative
4 hypothesis or alternative type of scenario
5 occurs.
6
7    Q.   And how did you do that here?
8    A.   By looking at subsequently what
9 happens when the relevant truth comes out.
10    Q.   But we're not comparing what would
11 have happened on the 18th had CSFB disclosed
12 whatever you view the relevant truth.
13        My question to you was what would
14 have happened on the 18th had CSFB not said
15 anything.
16        MR. HALL: Objection.
17 BY MR. GESSER:
18    Q.   I'm asking you how do you test that.
19    A.   Well, the way I test that is that's
20 why the 18th and 19th events on 2001 are so
21 important, because we have a stock trending down
22 and then we have a small number of analysts
23 countering the market's concerns and those
24 counters to the market's concerns are having
25 positive impacts.

TSG Reporting - Worldwide      877-702-9580

Page 95

S. Hakala

1
2    Q.   So that's why the September 18th and
3 19th are so important.
4    A.   Yeah.
5    Q.   But were not included as event days
6 in your AOL analysis?
7        MR. HALL: Objection.
8    A.   That's correct.  That analysis was
9 really a fix of Dr. Kleidon's and that was an
10 analysis where I don't think I went through the
11 analyst reports at that level.
12        In fact I know I didn't even have the
13 CSFB report at that time.  I did not have the
14 CSFB September 18th and 19th reports until
15 later.
16    Q.   You know that now that four years ago
17 you didn't have it?
18    A.   Yes.
19    Q.   And the Bear Stearns report?
20    A.   The Bear Stearns report we might have
21 had but we might not have felt that that was
22 strong enough by itself to put in because it was
23 a reiteration of a buy, so it didn't even go
24 into our event study by itself.  So when we were
25 doing our original screening, the Bear Stearns

TSG Reporting - Worldwide      877-702-9580

Page 96

S. Hakala

1
2 report did not even go into our event study.
3    Q.   And April 18th, 2001, was that a
4 reiteration of CSFB's rating and price target?
5    A.   That was one aspect but it was not
6 the primary thing.  That's not all it was.
7    Q.   What was it?
8    A.   It was stating that the stock has
9 been dropping because of concerns, the concerns
10 are now fully priced and that AOL Time Warner
11 was an early turnaround play.
12    Q.   And did AOL report that day results,
13 financial results that were above expectations?
14    A.   Which day?
15    Q.   On April 18th, 2001.
16    A.   Oh, of course, yes.  And they gave
17 guidance, yes.
18    Q.   Turning back to your rebuttal report.
19    A.   Okay.
20    Q.   Paragraph 3, I think this is getting
21 back to what we described as being disclosure
22 issues.  In the middle of paragraph 3 you write,
23 "The issue is whether the truthful statements
24 would have significantly altered the stock price
25 of AOL Time Warner"; is that correct?

TSG Reporting - Worldwide      877-702-9580

Page 97

S. Hakala

1
2    A.   Yes.
3    Q.   "And the two methods of demonstrating
4 this are to show 1, that the disclosure of the
5 relevant truth led to a significant negative
6 effect on AOL Time Warner share price, and/or 2,
7 whether other analysts -- when other analysts
8 made similar types of statements there was a
9 corresponding effect on AOL Time Warner share
10 price."
11    A.   Yes.
12    Q.   What are the truthful statements that
13 you're referring to here?
14    A.   Disclosures AOL's planning layoffs
15 would be one.
16    Q.   Okay?
17    A.   Disclosure that the ad revenue market
18 is weakening, that AOL is unlikely to meet its
19 earning targets and revenue targets in 2001
20 would be another.
21    Q.   Did you view this as separate or the
22 same?
23    A.   Separate.  Separate issues.
24    Q.   Sorry.  AOL layoffs is one.  Ad
25 market revenue, ad revenue market weakening is

TSG Reporting - Worldwide      877-702-9580

Page 98

S. Hakala

1     two.
3     A.    Margins for AOL, AOL Time Warner are
4  going to be difficult to maintain is three.
5     Q.    Okay.
6     A.    AOL Time Warner was involved in --
7  AOL was involved in questionable accounting with
8  regard to transactions and reporting of revenue
9  in such a way that the quality of its revenues
10  and earnings was suspect.
11     Q.    Okay. That's four.
12     A.    And then you could put on it that
13  well, in the case of CSFB, the price target is
14  lower than the price target that they're
15  recommending and that as a result -- and they
16  also -- we've already sort of picked up the fact
17  that their earnings quality is low and that
18  they're likely to miss their earnings targets in
19  the future.
20     Q.    Is that six?
21     A.    That's five.
22          Six is really incorporated above so
23  it's redundant.
24          So I think it's five that I can think
25  o off the top of my head.

Page 99

S. Hakala

1
2     Q.    Let me see if I can reiterate these
3  so we got them.
4          One is layoffs.
5          Two is the ad revenue market has
6  weakened.
7     A.    Yes.
8     Q.    Three is that AOL margins are going
9  to be difficult to maintain.
10     A.    Yes.
11     Q.    Four is that AOL has engaged in
12  questionable accounting with regard to certain
13  transactions.
14     A.    And reporting of earnings.
15     Q.    And reporting of earnings.
16     A.    Such that the quality of its earnings
17  at various measures is lower than indicated.
18     Q.    Okay. And five is that the price
19  target --
20     A.    Is too high.
21     Q.    By -- the CSFB reported price target
22  is too high.
23     A.    Is too high. The market can't
24  support that price.
25          Now on the ad revenue slowing, I

Page 100

S. Hakala

1
2  think you're probably missing the second part to
3  that and that as a result, AOL Time Warner was
4  unlikely to meet its earnings guidance in 2001,
5  2002.
6     Q.    Okay. So those are the five --
7  that's the truthful statements that had they
8  been disclosed in the CSFB analyst reports would
9  have caused AOL stock to decline in your view?
10     A.    Significantly, yes.
11     Q.    Significantly. Okay.
12          And you reached that conclusion
13  because either that information was disclosed by
14  AOL at some point, which coincided with a
15  negative stock price movement for AOL, or --
16          MR. HALL: Objection.
17     Q.    -- it was disclosed by other analysts
18  resulting in a negative stock price reaction
19  from AOL; is that correct?
20          MR. HALL: Objection.
21     A.    That's the primary basis, yeah.
22          There's also some instances where
23  analysts make positive statements rebutting
24  those concerns and the stock moves in a positive
25  direction on at least a handful or at least a

Page 101

S. Hakala

1
2  few occasions.
3     Q.    And how would that, how would that
4  show -- what's the significance of that?
5     A.    That shows when the market is
6  concerned about those things, when information
7  is leaking into the market suggesting there's a
8  concern that analysts are going to have to lower
9  price targets and that will impact the stock or
10  that AOL might miss earnings targets, that when
11  certain analysts come out and reinforce the
12  company's guidance and say we think the guidance
13  is still good, that's in a sense reinforcing and
14  re-inflating the stock price, so it's the
15  converse of the negative event.
16          In other words, when the market --
17  when information is leaking into the market
18  causing the stock price of AOL Time Warner to
19  fall, certain points such as September 18, 19,
20  such as a couple of really good examples later
21  in 2002 when an analyst denies those concerns,
22  the stock goes back up.
23     Q.    And what does that tell you?
24     A.    That tells you that individual
25  analysts have an impact on the stock price,

Page 102

1           S. Hakala
2  especially when they speak to address or allay
3  concerns in the market.
4      Q.  And how do you test for that?
5      A.  Did those allaying of concerns, in
6  those instances at least, cause the stock price
7  to go up, did it break a trend going down, was
8  the movement significant.
9      Q.  Okay.  So let's start going through
10 these and seeing how you reached your
11 conclusions with respect to each of these.
12         In order for this to be what we're
13 going to call a truthful statement, this needs
14 to be something that CSFB analysts were aware
15 of; is that correct?
16     A.  Yes.  Well, from a liability
17 standpoint.
18     Q.  I'm not sure what you mean by that.
19     A.  Well, there can be truthful
20 statements but it doesn't need CSFB to be aware
21 of it.
22     Q.  But for the purpose of your analysis
23 here to determine whether -- I thought we had
24 established that the CSFB, the CSFB analyst
25 reports in your view had an impact on the stock

Page 103

1           S. Hakala
2  price because it failed to disclose certain
3  things.
4      MR. HALL:  Objection.
5      A.  Not just.
6      Q.  No, I understand that.
7      A.  It also prevented the stock from
8  falling because it allayed concerns that were in
9  the market and had CSFB not continued to provide
10 reinforcement, the stock might have fallen more.
11     Q.  We've already been through that, yes.
12     A.  Okay.
13     Q.  In part because, in part because they
14 failed to disclose certain things, correct?
15     A.  Yes.
16     Q.  Assumption is that the CSFB analysts
17 were aware of these things that they failed to
18 disclose; is that correct?
19     MR. HALL:  Objection.
20     A.  Yes, as I read them in the complaint.
21     Q.  Okay.  So the first issue is layoffs.
22     A.  Okay.
23     Q.  Okay?
24         How did you determine that CSFB was
25 aware of layoffs at AOL?

Page 104

1           S. Hakala
2      A.  I assumed it as a fact as pled in the
3  complaint.
4      Q.  Okay.  So can you show me where in
5  the complaint --
6      MR. GESSER:  Marking Exhibit 7 now.
7      (Defendants' Exhibit Hakala 7,
8  Complaint, is marked for identification, as
9  of this date.)
10 BY MR. GESSER:
11     Q.  I think it's paragraph 68 that you're
12 referring to.
13     (Witness reviewing exhibit.)
14     A.  Okay.
15     MR. HALL:  Actually, if you would
16 like to review more of the complaint to
17 refresh your recollection, please take your
18 time to read it.
19     THE WITNESS:  That's fine.
20 BY MR. GESSER:
21     Q.  So is it paragraph 68 and 69 that are
22 the source of your assumption that CSFB analysts
23 were aware of layoffs at AOL?
24     A.  From the complaint, yes.  I
25 understand there may be more evidence now that

Page 105

1           S. Hakala
2  counsel has obtained, yes.
3      Q.  Do you know anything about that
4  evidence?
5      A.  No, but I mean I'm just taking as a
6  foundation at some point AOL -- CSFB's analysts
7  knew about AOL layoffs or potential layoffs and
8  knew that AOL was not going to disclose them.
9      Q.  Let's start with layoffs or potential
10 layoffs?
11         What does this say?
12     A.  It says, "Had some layoffs today."
13     Q.  Okay.  Do you know of any other
14 source of information that CSFB analysts had
15 about layoffs other than that?
16     A.  No.
17     Q.  Okay.  So what you know is that
18 analysts at CSFB heard from a source at AOL that
19 apparently the company had some layoffs; is that
20 correct?
21     MR. HALL:  Objection.
22     A.  Yes.
23     Q.  Do you know what the size of those
24 layoffs were?
25     A.  Later on we do, yeah.

27

Page 106

S. Hakala

1
2   **Q.   Okay.  What were they?**
3   A.   I don't know without looking at my
4   report but it's in there.
5        (Witness reviewing exhibit.)
6   A.   1,000.  About 1,000 employees.
7   **Q.   What makes you think that**
8   **there were -- that this information that CSFB**
9   **knew about these layoffs were 1,000 employees?**
10       MR. HALL: Objection.
11  A.   I don't know.
12  **Q.   You don't know what?**
13  A.   I don't know.  I don't know how many
14  people were laid off that day.
15  **Q.   So you just... Sorry.  So when you**
16  **said 1,000 employees, what were you referring**
17  **to?**
18  A.   The Washington Post article on 8/14.
19  **Q.   Okay.  So on 8/14 the Washington Post**
20  **announced that there were 1,000 layoffs at AOL.**
21  A.   Yeah.
22       Actually 8/13 there's news that AOL
23  is struggling to meet targets and that layoffs
24  are expected, and the Washington Post reports an
25  expected lay off of 1,000 employees.

TSG Reporting - Worldwide     877-702-9580

Page 107

S. Hakala

1
2        My understanding is that a lot of
3   those employees were already laid off or that
4   the news that they were being laid off was
5   already out in AOL on July 10th, but I don't
6   know that and it's just an assumption.
7   **Q.   That's just an assumption.**
8   A.   Yes.
9   **Q.   Where does that come from?**
10  A.   I don't know.  I don't remember.
11  **Q.   Okay.  But you view that these**
12  **layoffs that are announced on April 13th or**
13  **April 14th to be the same layoffs that are**
14  **referred to in the July 10th e-mail; is that**
15  **correct?**
16       MR. HALL: Objection.
17  BY MR. GESSER:
18  **Q.   I'm sorry.  The August 13th, August**
19  **14th news reports, the layoffs discussed in**
20  **those news reports are the same layoffs referred**
21  **to in the July 10th email in paragraph 68 of the**
22  **complaint.**
23       MR. HALL: Objection.
24  A.   I didn't assume that they were
25  exactly the same, no, but I assumed that this,

TSG Reporting - Worldwide     877-702-9580

Page 108

S. Hakala

1
2   the information that this is indication that AOL
3   is struggling to meet targets and is having to
4   lay off employees, that particular type of
5   information was consistent with what you would
6   have known on July 10th.
7   **Q.   Where does it say that AOL is**
8   **struggling to meet targets?**
9   A.   That's in the Washington Post.
10  **Q.   But that doesn't appear in paragraph**
11  **68 or 69 of the complaint or the emails referred**
12  **to therein.**
13  A.   No.
14       MR. HALL: Objection.
15  **Q.   Okay.  So let's start again.**
16  **What did CSFB know in July 10th, 2001**
17  **about layoffs at AOL?**
18       MR. HALL: Objection.  Dr. Hakala is
19  not here as a fact witness.
20  **Q.   What did you assume for the purpose**
21  **of your analysis that CSFB knew about layoffs on**
22  **July 10th, 2001?**
23  A.   That the company was starting to lay
24  off employees; that while they didn't have exact
25  details, as you'll see on July 11th, it was

TSG Reporting - Worldwide     877-702-9580

Page 109

S. Hakala

1
2   medium term in terms of severity, will not be
3   announced publicly, and then it goes on talking
4   about AOL is under investigation, okay?
5        So my understanding is that some of
6   it may have even related to that issue,
7   inappropriate accounting activities, but they
8   were aware that this was not just, you know, a
9   few people being let go because of something, it
10  was a layoff of employees because there's not
11  enough business to support those employees.
12  **Q.   Where does it say that?**
13  A.   Medium terms in severity.  Medium
14  terms in terms of severity.  Layoffs are not
15  just -- I mean they're layoffs.  That means that
16  you're not growing, you don't have enough
17  business to support your staff.
18  **Q.   Does the market ever react positively**
19  **to news of layoffs?**
20  A.   Only if they occur after the market
21  has already anticipated that the company is
22  suffering a decline in revenue and sales.  Then
23  layoffs which reduce costs which investors felt
24  were long overdue will cause a positive
25  reaction.

TSG Reporting - Worldwide     877-702-9580

Page 110

S. Hakala

1
2    Q.  And that's the only time layoffs will
3    result in a positive reaction?
4    A.  That's the primary time.  I can't say
5    it's the only time.
6    Q.  Okay.
7    A.  But any type of restructuring where
8    it is after investors have already anticipated
9    bad news will tend to have a neutral or positive
10   effect, whereas layoffs or news of layoffs
11   before the market has anticipated failures to
12   meet targets or guidance will tend to have a
13   negative effect.
14   Q.  And in this circumstance, the news
15   about AOL in July 2001 was generally positive or
16   generally negative?
17   A.  It was mixed, but generally positive
18   in the sense that AOL was still maintaining
19   targets and AOL was still suggesting that it's
20   continuing to grow.
21   Q.  And if CSFB had disclosed exactly
22   what was in this email, that it had learned from
23   a source at AOL that the company had some
24   layoffs of medium severity, what would AOL's
25   stock price have done in response to that?

TSG Reporting - Worldwide    877-702-9580

Page 111

S. Hakala

1
2    MR. HALL:  Objection.
3    BY MR. GESSER:
4    Q.  In your view.
5    A.  Fallen.
6    Q.  And how do you reach that conclusion?
7    A.  By looking at what it did on 8/13 and
8    8/14 when some of the news leaked out.
9    Q.  Okay.  So let's take a look at those
10   reports.
11   (Defendants' Exhibit Hakala 8, The
12   Wall Street Journal article dated 8/13/01,
13   is marked for identification, as of this
14   date.)
15   BY MR. GESSER:
16   Q.  Do you recognize this —
17   A.  Yes.
18   Q.  — article?
19   This is The Wall Street Journal
20   August 13th, 2001 article discussing layoffs —
21   A.  Yes.
22   Q.  — at AOL?
23   And just so I understand, you're
24   saying that you know that had CSFB disclosed
25   what it knew about layoffs on July 10th, 2001,

TSG Reporting - Worldwide    877-702-9580

Page 112

S. Hakala

1
2    it would have had an effect on AOL's stock price
3    because on August 13th when AOL announced
4    layoffs, there was a negative effect on AOL's
5    stock price; is that correc5?
6    MR. HALL:  Objection.
7    A.  That's not the sole basis.  There's
8    more to it than that.
9    Q.  Okay.  Well, let's start with do you
10   view that the layoffs announced on August 13th
11   are the same kind of layoffs discussed in the
12   July 10th report, on the July 10th email or the
13   exactly the same layoffs?
14   A.  Same kind or the same kind of
15   inference would be drawn from them.
16   Q.  So they are not the same layoffs.
17   MR. HALL:  Objection.
18   BY MR. GESSER:
19   Q.  In your view.
20   A.  I don't know.
21   Q.  You don't know if they're the same
22   layoffs?
23   A.  I don't know.
24   Q.  But you do know that —
25   A.  I believe that there is an overlap,

TSG Reporting - Worldwide    877-702-9580

Page 113

S. Hakala

1
2    but I don't know for sure.
3    Q.  Okay.  In the July 10th email, the
4    layoffs had already occurred; is that correct?
5    A.  Yes.
6    MR. HALL:  Objection.
7    A.  Or at least people were given
8    notices.  I don't know that they were actually
9    let go.
10   Q.  But it said, "The company had some
11   layoffs today."
12   A.  Yes.
13   MR. HALL:  Objection.
14   Q.  That's July 10th, 2001.  Is that what
15   the email says, "The company had some layoffs
16   today"?
17   A.  Yes.
18   Q.  Okay.  What does the first line of
19   the August 13th, 2001 Wall Street Journal
20   article say?
21   A.  "It's expected to announce a round of
22   substantial layoffs on its — at its online unit
23   according to some people familiar with the
24   situation."
25   Q.  And the last paragraph starts with,

TSG Reporting - Worldwide    877-702-9580

Page 114

S. Hakala

1    S. Hakala
2    "The round of cutbacks at America Online
3    division is expected to involve hundreds of
4    employees"?
5        A.   Yes.
6        Q.   So what makes you think that this
7    round of layoffs which appear to be occurring in
8    the future are the same layoffs that had
9    apparently already occurred on July 10th, 2001?
10       MR. HALL: Objection.
11       A.   Because this says they are not going
12   to disclose it, they were of medium immediate
13   severity and this disclosure only talks about
14   layoffs associated with the merger in January.
15   It doesn't indicate there are any layoffs had
16   occurred in the interim. So clearly what was --
17   I mean there is multiple alternative scenarios.
18       One is on July 10th, CSFB was aware
19   that certain people were being told they're
20   going to be laid off but hadn't actually been
21   laid off or hadn't either yet lost their jobs,
22   and so AOL came out and announced on August --
23   sometime after August 13th when the word street
24   leaked out to The Wall Street Journal and other
25   sources that these layoffs were coming.

TSG Reporting - Worldwide    877-702-9580

Page 115

S. Hakala

1    S. Hakala
2        Q.   You're just speculating. You don't
3    know that.
4        MR. HALL: Objection.
5        A.   Well, first of all, I'm not a fact
6    witness.
7        All I'm saying is it's alleged in the
8    complaint that CSFB was aware that there were
9    layoffs occurring in AOL.
10       I'm telling you that if you announce
11   layoffs are occurring in an entity where the
12   company is still giving positive guidance and
13   growth for that entity and before an earnings
14   announcement, that's going to have as much of an
15   effect and we know that even after a
16   disappointing earnings announcement of lowering
17   guidance when layoffs were leaked into the
18   market it had a negative effect.
19       Q.   Let's start with the first question
20   which I'm asking of you, which are these the
21   same layoffs?
22       MR. HALL: Objection. Asked and
23   answered.
24       Q.   Are --
25       A.   I don't know for certain, but it's my

TSG Reporting - Worldwide    877-702-9580

Page 116

S. Hakala

1    S. Hakala
2    assumption that they are or that they are of
3    similar type.
4        Q.   Okay. Did you look to see if the
5    earlier announcements of layoffs at AOL that are
6    discussed in this report, the 2,000 jobs that
7    were cut in January, did you look to see whether
8    they had a positive or negative impact on the
9    AOL stock price?
10       A.   I did look at that as part of the
11   merger, but my understanding was that was a
12   consolidation due to merger synergies and that
13   those were anticipated sometime in 2000. So the
14   impact was muted because it was already known
15   that some people were going to be let go because
16   when you consolidate two large media
17   conglomerates, you naturally knock out some
18   employees, some redundancies.
19       Also, that occurred at a time when
20   there was a lot of news about the merger.
21       Q.   Was the August 13th -- was August
22   13th, 2001 a day in which there was a
23   statistically significant negative movement in
24   the AOL stock price?
25       A.   Yes.

TSG Reporting - Worldwide    877-702-9580

Page 117

S. Hakala

1    S. Hakala
2        Q.   How did you determine that?
3        A.   Statistics 1.71. The statistics for
4    a one-tail test is 1.65 for standard
5    significance. If I use a 10 percent threshold
6    or P value, which is accepted in this type of
7    scenario, even on a two-tail test that would be
8    statistically significant.
9        Q.   And that's just for August 13th.
10       A.   Just August 13th.
11       Now the 14th --
12       Q.   Close to close or close to open?
13       A.   Close to close.
14       Actually it's last price to last
15   price, but at this point in time the Bloomberg
16   data is pretty much close to close.
17       Q.   But you, in your rebuttal report you
18   look at both days together, August 13th and
19   August 14th.
20       A.   Yes.
21       Q.   Why do you look at the two days
22   together?
23       A.   Because it's a leakage event. It's
24   not a confirmation by the company and the first
25   day reveals some of it, says it's in the

TSG Reporting - Worldwide    877-702-9580

Page 118

S. Hakala

1  hundreds. The second day, Washington Post comes
2  out with a more detailed story and says that
3  it's expected to lay off 1,000 employees and
4  it's a further confirmation.
5     So when we have leakage events, when
6  two different credible sources report back to
7  back over two days, we would look to see what
8  the effect is on the first day and the second
9  day separately and then we would look at it
10  together.
11     It's pretty well-known that when you
12  have leakage, that the impact tends to come in
13  as the information leaks in and as each new
14  source adds additional credibility to the story.
15     **Q. And so there's something**
16  **qualitatively different about hundreds of**
17  **employees in The Wall Street Journal article**
18  **versus 1,000 employees in The Washington Post**
19  **article?**
20     MR. HALL: Objection.
21     A. I would think so. Not to mention
22  qualitative, even if The Washington Post was
23  merely confirming The Wall Street Journal
24  article, the fact that you have two reasonably

Page 119

S. Hakala

1  reputable news sources both reporting on the
2  same rumor back to back will have an impact each
3  day.
4     The Wall Street Journal could have
5  been wrong, but when The Washington Post comes
6  out the next day and gives further information
7  and confirms it, it's much less likely The
8  Washington Post was wrong.
9     **Q. And did The Wall Street Journal**
10  **article come out before or after the market**
11  **opened on the 13th?**
12     A. Before.
13     **Q. Did you do a close to open analysis**
14  **for the July -- for August 13th?**
15     A. Let me check.
16     (Witness reviewing exhibit.)
17     MR. HALL: The AOL report.
18     THE WITNESS: Well --
19     MR. HALL: Never mind.
20     THE WITNESS: The overnight --
21     MR. HALL: Okay.
22     THE WITNESS: -- event study appears
23  in Hakala Exhibit 5. The affidavit in the
24  original AOL Time Warner has an overnight

Page 120

S. Hakala

1  basically close to open event study and I'm
2  looking in here, and for some reason
3  whoever printed this out -- oh, I see. The
4  exhibits are at the back.
5     (Witness reviewing exhibit.)
6     A. No, it's not showing here.
7     I think if I pulled the actual file,
8  I believe it is showing up in the file. There's
9  an open -- a close to open event study.
10     **Q. And would you expect there --**
11     MR. HALL: Can I just ask for
12  clarification?
13     Because Dr. Hakala was looking at his
14  report affidavit that he had prepared in
15  the In Re AOL Time Warner class action and
16  I believe Mr. Hakala was referring to the
17  event study performed in that analysis.
18     THE WITNESS: Yes. For the layoff
19  issue I believe that we -- where we knew
20  that the events occurred overnight, we did
21  a close to open event study.
22  BY MR. GESSER:
23     **Q. Would you expect that close to open**
24  **event study to show a statistical significant**

Page 121

**S. Hakala**

1  **negative movement in the AOL stock price as a**
2  **result of The Wall Street Journal article which**
3  **was released in the market before the market**
4  **opened on that day?**
5     A. A priori yes, but I don't know to
6  what extent it would have.
7     Sometimes an article comes out and
8  the market sort of digs around and confirms it
9  during the day.
10     Sometimes the effect is felt
11  overnight and then if the company denies it, the
12  stock rebounds.
13     So the answer is a priori generally
14  yes, but not always. With leakage events you
15  can never be certain.
16     I mean I know of a case where The
17  Wall Street Journal came out with a scathing
18  article that revealed the truth. The stock
19  didn't drop hardly at all and then the next day
20  there was confirmation of it and the stock
21  dropped dramatically, so it can go both ways.
22     MR. GESSER: Marking Exhibit 9.
23     (Defendants' Exhibit Hakala 9,
24     Overnight Close to Opening Event Study, is

Page 122

S. Hakala

1
2    marked for identification, as of this
3    date.)
4    BY MR. GESSER:
5        Q.   Do you recognize this document?
6        A.   Looks familiar.
7        Q.   Can you tell me what it is?
8        A.   It is probably the overnight close to
9    opening event study that I did originally
10   earlier on and so it's the full detail.
11       Q.   So for close to open for August 13th
12   and August 14th, is there a statistical
13   significant price movement of AOL stock?
14       A.   No.
15       Q.   What makes you think that the layoffs
16   as opposed to other negative news was the cause
17   of the drop in AOL stock price on August 13th
18   and 14th?
19       A.   Other news sources say it was.
20       Q.   For example? Do you know what news
21   sources those were?
22       A.   Not offhand without going through the
23   file, but I remember specifically that, you
24   know, something like that where there might be a
25   question, first we would look to see if there's

TSG Reporting - Worldwide     877-702-9580

Page 123

S. Hakala

1
2    any other news that's at all credible in that
3    time period.
4            Second we might look at things like
5    usually there's like CNBC or Nightly News,
6    Business News Report or some other report in the
7    evening that will say or like Bloomberg will say
8    AOL stock price dropped today for this and such
9    and such a reason. Maybe there's an analyst
10   report that says AOL stock dropped yesterday
11   because of this so...
12       Q.   There may be —
13       A.   But it could have been a lot of
14   different things.
15           In fact it may be that I found some
16   analyst reports later in the day on the 13th
17   that confirmed the rumor or acknowledged the
18   rumor.
19       Q.   But it may be but you don't know.
20       A.   Not without going through the file,
21   but if I went through the file I could tell you
22   exactly.
23       Q.   You're sure that you could tell me
24   that exactly?
25       A.   Yeah.

TSG Reporting - Worldwide     877-702-9580

Page 124

S. Hakala

1
2        Q.   Okay. So where was that file?
3        A.   I don't know.
4        Q.   Could you during the lunch break find
5    someone to find that file for you and find that
6    information?
7        A.   Probably not without going to the
8    office.
9        Q.   Okay. But there was other negative
10   news that reached the market on April 13th and
11   14th; is that correct?
12       MR. HALL: Objection.
13       A.   Other than the layoffs?
14       Q.   Other than the layoffs.
15       A.   Not that I know of.
16       Q.   Okay. If you take a look at the
17   document we just marked, The Wall Street Journal
18   article.
19       MR. HALL: Hakala-8.
20       THE WITNESS: Did we mark Hakala-8?
21       (Witness reviewing exhibit.)
22   BY MR. GESSER:
23       Q.   It says, "The move comes as the media
24   conglomerate is struggling to meet its financial
25   targets amid a deteriorating advertising

TSG Reporting - Worldwide     877-702-9580

Page 125

S. Hakala

1
2    climate."
3        A.   Yeah.
4        Q.   Would you view that as negative news?
5        A.   No.
6        Q.   Why would that not be negative news?
7        A.   That came out in July. That's what
8    July was about.
9        Q.   Does it —
10       A.   This isn't new. This is something
11   that came out in July. That's what the July
12   19th analyst reports were about. That's why the
13   July 19th Analyst reports caused the stock to
14   fall.
15       Q.   So that news was -- the news that
16   it's struggling, the market was already aware of
17   that?
18       MR. HALL: Scott, let me ask you to
19   read the third paragraph down on Exhibit 8,
20   see if that refreshes your recollection.
21       (Witness complies.)
22       A.   No, I know. No, it's pretty clear.
23   This is commenting on what's already known. The
24   layoffs were not was already known.
25       Q.   Sorry. Just bear with me as I...

TSG Reporting - Worldwide     877-702-9580

Page 126

```
 1              S. Hakala
 2        MR. GESSER:  Okay.  We're up to 10.
 3   Exhibit 10.
 4        (Defendants' Exhibit Hakala 10,
 5   Financial Times article dated 8/14/01, is
 6   marked for identification, as of this
 7   date.)
 8   BY MR. GESSER:
 9        Q.   It's a Financial Times article.
10        If you look at the bottom, its load
11   date is August 14th, 2001?
12        A.   Yes.
13        Q.   If you look in the middle of the
14   article it says, "Mike Kelly, chief financial
15   officer..." and it's the chief financial officer
16   of AOL, "...told investors during the second
17   quarter conference call that AOL Time Warner
18   would 'seek to drive cost efficiencies and keep
19   a keener view on costs'."
20        Do you see that?
21        A.   Yes.
22        Q.   Okay.  Would you agree that that is
23   news about AOL?
24        MR. HALL:  Objection.
25        A.   In the second quarter conference
```

Page 127

```
 1              S. Hakala
 2   call, yeah.
 3        Q.   Do you know when the second quarter
 4   conference call took place?
 5        A.   July 18th.
 6        Q.   That's when it took place?
 7        A.   Yeah.
 8        Q.   Okay.  Do you know of any analyst
 9   reports that came out to the market on August
10   13th or 14th?
11        A.   There may have been some, but if they
12   were, they were only talking about this issue
13   and we didn't view them as incrementally being
14   the focus of that day.
15        (Defendants' Exhibit Hakala 11,
16   Morgan Stanley analyst report dated
17   8/14/01, is marked for identification, as
18   of this date.)
19   BY MR. GESSER:
20        Q.   Do you recognize this document?
21        A.   Yes.
22        Q.   Can you tell me what it is?
23        A.   It's Morgan Stanley analyst report on
24   the 14th of August.
25        Q.   It's a change in forecast for Morgan
```

Page 128

```
 1              S. Hakala
 2   Stanley on AOL?
 3        A.   Yes.
 4        Q.   It reduces its 2001 and 2002
 5   forecasts?
 6        A.   Yes.
 7        Q.   Do you see any discussion about
 8   layoffs?
 9        A.   Yes.
10        Q.   Where is that?
11        A.   It's on page 3.
12        Q.   Okay.  What does it say?
13        A.   It says, "There have been recent
14   press reports that AOL is looking at potential
15   layoffs.  We believe that these potential moves
16   relate to the ongoing strategy of streamlining
17   product development and elimination of
18   duplicative capabilities across divisions."
19        Q.   Okay.  It's not -- that doesn't
20   appear on the front page of the report; is that
21   right?
22        A.   No.
23        Q.   Would you view this report as being
24   negative --
25        A.   Yes.
```

Page 129

```
 1              S. Hakala
 2        Q.   -- with respect to AOL?
 3        A.   Yes.
 4        Q.   Okay.
 5        A.   Yeah, ordinarily it should be in the
 6   event study.
 7        Q.   So how -- for the 14th, how can you
 8   tell whether it is the news of the layoffs or
 9   this analyst report reducing forecasts that had
10   a negative effect on AOL stock price?
11        MR. HALL:  Objection.
12        A.   Unless you can do some kind of
13   intraday and break out the timing, it would be
14   difficult to see one versus the other, which one
15   is the more predominant in terms of its effect.
16        It's also possible, and this happens
17   a lot, that Morgan Stanley put this report out
18   precisely because the layoffs provide a cover to
19   do what it wanted to do.
20        Q.   But you didn't do the intraday study?
21        A.   No.  No, not at this stage.
22        Q.   Okay.
23        MR. GESSER:  We're up to Hakala-12.
24        (Defendants' Exhibit Hakala 12,
25   Salomon Smith Barney equity research report
```

33

Page 130

```
1            S. Hakala
2    dated 8/14/01, is marked for
3    identification, as of this date.)
4  BY MR. GESSER:
5    Q.   I'm showing you a Salomon Smith
6  Barney equity research report from August 14th,
7  2001.
8    A.   Yes.
9    Q.   And in that report Salomon Smith
10 Barney is reducing estimates for AOL?
11   A.   Yes.
12   Q.   Again, the market may view this as
13 negative news?
14       MR. HALL:  Objection.
15   A.   You know, that's difficult.  You
16 know, sitting there and speculating about what
17 the market -- because this is really mixed.  I
18 mean they say expanding margins and prospects
19 and they're only trimming their forecasts a
20 little bit but they're saying with cost-cutting
21 momentum.
22       You know, it may be that the market
23 already expected analysts to belatedly reduce
24 these targets and these EBITDA targets based on
25 what had happened already in July, so maybe this
```
TSG Reporting - Worldwide    877-702-9580

Page 131

```
1            S. Hakala
2  analyst was late in the game, but this might
3  actually not be viewed as so bad.  It might even
4  be viewed as a bullish report.
5    Q.   But you think the layoffs would be
6  viewed as bad.
7    A.   I think in the context of the way
8  that they came out on the 13th and 14th, I think
9  the news around that time suggested to me that
10 it was concerns that the layoffs signaled a
11 deeper problem at AOL, that it was being
12 concealed.
13       In other words, it was not coming
14 from AOL, it was coming out from a third source
15 that was of a particular trouble to investors.
16       I mean if AOL would have come out and
17 said we're just cutting costs and this is for
18 synergies, it may not have had the same impact
19 or it might have had the same impact or even a
20 greater one because it might very well have been
21 that people would have said well, you know,
22 you're not cutting 1,000 employees just for cost
23 cutting, that's a sign that you're having
24 trouble.
25       MR. GESSER:  Marking Exhibit 13.
```
TSG Reporting - Worldwide    877-702-9580

Page 132

```
1            S. Hakala
2       (Defendants' Exhibit Hakala 13, The
3  Wall Street Journal article re Warner
4  Brothers, is marked for identification, as
5  of this date.)
6  BY MR. GESSER:
7    Q.   So Wall Street Journal article
8  announcing that Warner Brothers is going to
9  close its 85 owned and operated retail stores by
10 October.
11       Is Warner Brothers a subsidiary of
12 AOL Time Warner?
13   A.   Yes.
14   Q.   Okay.  And if you look in the fourth
15 paragraph, "The spokesman for Warner Brothers
16 said the company management decided to exit from
17 its retail operations and the stores were in a
18 wind-down phase.  The closing resulted in
19 layoffs of about 3,800 employees."
20   A.   Yes.
21   Q.   And were you aware of this article?
22   A.   I don't know.  I didn't see it in my
23 event study.  Ordinarily I would put this in my
24 event study.
25   Q.   Okay.
```
TSG Reporting - Worldwide    877-702-9580

Page 133

```
1            S. Hakala
2    A.   I'm not sure why it didn't go in.
3    Q.   Do you know what the market reaction
4  was to this announcement?
5        MR. HALL:  Objection.
6        Are you talking about on this day or
7  at an earlier time?
8        MR. GESSER:  On this day.
9    A.   I don't know.
10       I do know that this was not
11 unexpected.  I think that the wind down and the
12 problems in the Warner Brothers stores was
13 something probably known prior year.  I mean
14 this is a division that was struggling.
15   Q.   Turning -- so is there any other
16 evidence that you have that, other than what
17 happened on the 13th and the 14th of August,
18 2001, that had CSFB disclosed the information
19 about layoffs that it received in an email on
20 July 10th, that that would have had a negative
21 impact on the stock price?
22       MR. HALL:  Objection.
23   A.   I thought there was one more.
24       (Witness reviewing exhibit.)
25   A.   That's the primary.
```
TSG Reporting - Worldwide    877-702-9580

Page 134

S. Hakala

1
2    There is a small additional negative
3  reaction on 8/22/01, but it's, it's -- in light
4  of the leakage, it's not incrementally
5  significant.
6    Q.   And what was the news event that
7  occurred on 8/22/01?
8    A.   AOL then confirmed it planned to cut
9  1,700 jobs and to take a charge, and there was
10  also a CSFB report.  I think the report and some
11  of the other news on that based on some of the
12  other analyst reports I think tried to put
13  somewhat of a positive spin and neutralize some
14  of the effect, especially after the news had
15  really leaked out earlier.
16    Q.   Okay.  Turning to No. 2 on our list
17  of the truthful statements, which the ad
18  revenue, the ad market, the revenue from the ad
19  market was in decline.
20    A.   Yes.
21    Q.   I'll let you characterize it however
22  you want to.
23    A.   That advertising revenue was failing
24  to meet expectations, that it was a tough
25  environment, and that AOL Time Warner were

Page 135

S. Hakala

1
2  therefore unlikely to meet revenue and earnings
3  expectations, especially beginning the second
4  half of '01.
5    Q.   And what specific facts about the
6  advertising market and AOL's revenue from the
7  advertising market were known to CSFB analysts
8  but not known to the market?
9    MR. HALL:  Objection.
10    A.   Where's the complaint?
11    (Witness reviewing exhibit.)
12    A.   I thought that -- this really starts
13  in the complaint, which is Hakala Exhibit 7, on
14  page 8.
15    Q.   Hakala Exhibit 7.
16    A.   Actually it really begins earlier.
17    Q.   Let's make sure we're on the same
18  page here.
19    A.   Basically on January 12th, 2001, it
20  says what's important that I don't say in my
21  earnings preview is that the national ad market
22  is much weaker than five weeks ago.
23    Q.   Okay.  And who's speaking there?
24    A.   Martin.
25    Q.   And you viewed this as being

Page 136

S. Hakala

1
2  something that she knew that the rest of the
3  market didn't?
4    A.   She knew much more than the market
5  did and knew that it was going to have an impact
6  on AOL, yeah.
7    Q.   How did she know that the advertising
8  market, the revenue-- well, let's see exactly
9  what she says.
10    "The national ad market is much
11  weaker than five weeks ago."
12    A.   Yeah.
13    Q.   Okay.  This is something that Laura
14  Martin knew that the rest of the market didn't
15  know.
16    MR. HALL:  Objection.
17    A.   Possibly.
18    Q.   How would she know this?  How would
19  she know something that the market didn't know
20  about the national advertising?
21    A.   She's a media analyst.  She's
22  checking channels, she's talking to insiders,
23  she's gaining information.
24    Q.   Do you think she has access to
25  non-public information?

Page 137

S. Hakala

1
2    A.   It's entirely likely.
3    MR. HALL:  Objection.
4    A.   Yeah.  It's part of her job.
5    Q.   Okay.  Do you have any -- can you
6  think of any specifics as to what she would know
7  that other people wouldn't know about the
8  national ad market?
9    MR. HALL:  Objection.
10    Again, I would say you're talking to
11  what a defendant in this case knew which
12  are questions of facts that will be up to a
13  jury to decide at some point in time.
14    Dr. Hakala is here to give his
15  opinion on the economics study performed.
16    MR. GESSER:  Okay.  But he's making
17  factual assumptions and one of the factual
18  assumptions that he's making is that Laura
19  Martin had access to non-public information
20  about the ad market or she knew something
21  about the ad market.
22    A.   That was not reflected in her reports
23  and not necessarily reflected in the reports of
24  other analysts.
25    Q.   My question to you right now is what

Page 138

S. Hakala

1    S. Hakala
2    did she know about the ad market that the rest
3    of -- that the market didn't know?
4        MR. HALL: Objection.
5        Q.   In your opinion.
6        A.   I didn't study that, but it was my
7    understanding that generally insiders at the
8    marketing firms knew that the ad market was
9    weaker than investors and let's say the broader
10   audience knew by probably a month to two months.
11       Q.   Did other analysts know what Laura
12   Martin knew about the ad market?
13       MR. HALL: Objection.
14       We don't know what --
15       A.   Probably, but I don't know.
16       Q.   You don't know.
17       But what would cause you to believe
18   that Laura Martin knew something about the
19   national ad market that nobody else knew?
20       MR. HALL: Objection.
21       A.   What's important that I don't say in
22   my earnings preview is that the national ad
23   market is much weaker than five weeks ago.  If
24   everybody else knew, why wouldn't she just put
25   it in there?

TSG Reporting - Worldwide    877-702-9580

Page 139

1    S. Hakala
2        Q.   I'm asking you what makes you think
3    she knew something --
4        A.   No, you're arguing with me about
5    facts.
6        I'm saying that's a reasonable
7    inference and I'm drawing an assumption based on
8    the complaint.
9        Q.   You're drawing an assumption that
10   Laura Martin knew something about the national
11   ad market that nobody else knew.
12       MR. HALL: Objection.
13       A.   I don't know if nobody else knew.
14       I'm saying that if it was widely
15   known, I would have anticipated her to put it in
16   her report and not to conceal it, and the
17   implication of this and the way it's pled is
18   that this is information that she knew that she
19   concealed in her report.
20       I'm drawing the reasonable inference
21   and the assumption that that means that she has
22   knowledge of something that's not as widely
23   known and that if she put it in her report, that
24   would have been important information.
25       We know subsequently that when the

TSG Reporting - Worldwide    877-702-9580

Page 140

1    S. Hakala
2    Lehman analyst made similar statements of a
3    similar type in a report, that it did move the
4    stock market, so for whatever reason, media
5    analysts apparently have some knowledge about
6    the ad market that might give them some
7    front-end or timing advantage over the broader
8    market and other people.
9        Q.   Well, let's try and distinguish
10   between what Laura Martin knows and what her
11   opinions were.
12       MR. HALL: Objection.
13       I would just state on the record that
14   we don't know what Laura Martin knows.  All
15   we know is what she said in emails.  Until
16   we take her deposition, we won't --
17       Q.   Assumptions that you're making about
18   what Laura Martin knew versus assumptions that
19   you're making about what Laura Martin's opinion
20   was.
21       Are there instances in which Laura
22   Martin said that she knew something where they
23   turned -- about what was going to happen at AOL
24   which turned out to be incorrect?
25       A.   I don't know.

TSG Reporting - Worldwide    877-702-9580

Page 141

1    S. Hakala
2        MR. HALL: Objection.
3        Q.   Okay.  So let's turn back to the
4    complaint.
5        What are other examples of things
6    that you assumed Laura Martin knew that weren't
7    known to the market?
8        A.   January 12th email, the report
9    includes five forms of valuation, each of which
10   concludes this company is worth 60 to $65 a
11   share.  I couldn't find a way to justify an $80
12   price target.
13       Q.   So she knew that the CSFB price in
14   your -- so what does that mean?  What did she
15   know?
16       A.   She knew that when she did five
17   different forms of valuation analysis and took
18   into account her understanding of where the
19   market was in terms of growth prospects and
20   earnings prospects that she cannot get a price
21   target or value for AOL Time Warner above 60 to
22   $65 a share.
23       Q.   And the market didn't know that.
24       A.   I don't think the market knew that.
25       Q.   When did the market learn of that?

TSG Reporting - Worldwide    877-702-9580

36

Page 142

S. Hakala

1     MR. HALL: Objection.
2  A.  Probably that particular issue in the
3  lowering price targets in -- some of that leaked
4  out in March and April with concerns generally,
5  and some of that came out in July, August of
6  '01.
7     Q.  Some of what?
8  A.  That fact that price targets were too
9  high. The valuations couldn't support that.
10    Q.  That the market learned that Laura
11 Martin didn't think that AOL could hit its $80
12 price target?
13    MR. HALL: Objection.
14    Q.  That came out in the market at some
15 point?
16 A.  At some point. At some point CSFB
17 lowered its targets.
18    Q.  But what would the market -- the
19 market would only know at that point that CSFB
20 lowered its targets; isn't that right?
21    MR. HALL: Objection.
22 A.  Yeah. If you're asking did the
23 market know that Laura Martin committed fraud,
24 no, but that's not the relevant inquiry.

TSG Reporting - Worldwide    877-702-9580

Page 143

S. Hakala

1  The relevant inquiry is when did the
2  market learn the relevant truth, and that is
3  that the value of the stock at $80 a share can't
4  be supported. The market -- you know, loss
5  causation doesn't require a mea culpa.
6     Q.  But I'm asking you what facts Laura
7  Martin knew that weren't disclosed in the
8  market, and one of the things that you said was
9  that five forms of valuation, each of which
10 concluded the company's worth 60 to $65 a share,
11 that's a fact that the market didn't know.
12    And I asked when did the market find
13 out that Laura Martin had done five forms of
14 valuation, each of which concludes the company
15 is worth 60 to $65 as of that time?
16    MR. HALL: Objection.
17 A.  I don't think the market ever learned
18 that she did that, but the market learned that
19 you couldn't support the valuation in her report
20 at some point.
21    Q.  And when did the market learn that?
22 A.  Progressively over time. Some
23 concerns about advertising revenue in March and
24 April and then significant concerns probably

TSG Reporting - Worldwide    877-702-9580

Page 144

S. Hakala

1  May, I'd have to go back and look, May, June,
2  July and August of '01.
3     Q.  But in that time period events had
4  changed at AOL; is that correct?
5     MR. HALL: Objection.
6  A.  Some events had changed, but the
7  trends and the handwriting was already on the
8  wall before the merger even hit.
9     Q.  And at that time AOL's stock price
10 was artificially inflated.
11 A.  Yes.
12    Q.  As a result of things that AOL had
13 done.
14    MR. HALL: Objection.
15 A.  In part, yes.
16    Q.  What other facts were known to Laura
17 Martin that were not disclosed?
18 A.  That the return on invested capital
19 model is not really showing that the company is
20 earning eight percent. It's closer to five
21 percent when they do the newly combined numbers.
22 That's in paragraph 21.
23    Q.  That's about CSFB's own internal
24 model; is that correct?

TSG Reporting - Worldwide    877-702-9580

Page 145

S. Hakala

1  A.  Yeah, but what it's really saying is
2  that the combined return on invested capital at
3  AOL Time Warner is not as high as being
4  reported.
5     Q.  What else?
6     MR. HALL: Did you want Dr. Hakala to
7  go through the complaint paragraph by
8  paragraph?
9     MR. GESSER: Well, yes. I'd like him
10 to tell me all the things that Laura Martin
11 knew that the market didn't know.
12    MR. HALL: Objection.
13    MR. GESSER: That he's relying on.
14 We're talking about he had indicated that
15 there are things that needed to be
16 disclosed in the CSFB reports and I'm
17 trying to get an assessment of what it is
18 that needed to be disclosed that the market
19 wasn't already aware of, and some of these
20 things relate to CSFB's only internal price
21 target selection and so forth and I'm
22 asking him what else needed to be
23 disclosed.
24    MR. HALL: Well, I mean I understand

TSG Reporting - Worldwide    877-702-9580

Page 146

S. Hakala

1    what you're asking him, but he's also said
2    that what he did was assume our allegations
3    about these certain areas, and he looked at
4    them to confirm that it was a fair
5    inference, were accurate.
6        It's up to us and lawyers and fact
7    finders to determine whether or not we're
8    right about what Laura Martin knew and I
9    think you're getting far afield from an
10   economic study.
11   BY MR. GESSER:
12   Q.   **What allegations in the complaint did**
13   **you rely upon in making a determination that**
14   **there were things that needed to be disclosed in**
15   **the CSFB report?**
16   A.   Once again, defendants failed to
17   disclose the known risk that advertising market
18   was substantially weakening and that
19   therefore -- and therefore that AOL would be
20   unable to achieve revenue and earnings guidance
21   published by defendants for AOL.
22   Q.   **Okay.**
23   A.   Additionally that because of that,
24   they could not support the price targets in

Page 147

S. Hakala

1    their report.
2    Q.   **Okay. So the risk to the advertising**
3    **market was known or was not known?**
4    A.   By who?
5    Q.   **By the market.**
6        MR. HALL: Objection.
7    A.   Not fully.
8    Q.   **Not fully.**
9    A.   But the market did not fully
10   understand the trends in the advertising revenue
11   as well as industry insiders and some analysts
12   who had some internal access knew. I think
13   that's pretty clear in retrospect.
14       If you look at investor comments,
15   analyst reports and then you look at what was
16   known sort of internally in this time period, I
17   think it's a number of the media cases have
18   clearly indicated that there was a discrepancy
19   between what the market believed and what
20   internally some analysts and certainly company
21   insiders believed.
22   Q.   **Believed or knew?**
23       MR. HALL: Objection.
24   A.   Knew, because with advertising

Page 148

S. Hakala

1    revenue you already know what you're facing in
2    terms of contracting for revenue, what the
3    demand for site space is. These contracts are
4    you're contracting in advance, you're
5    negotiating in advance.
6    Q.   **So keeping with the last sentence of**
7    **paragraph 22 of the complaint which you just**
8    **read, it says, "And therefore that AOL would be**
9    **unable to achieve the revenue and earnings**
10   **guidance published by defendants for AOL."**
11       **Are you saying that --**
12   A.   Yes.
13   Q.   **-- Laura Martin knew that AOL would**
14   **be unable to achieve the revenue and earnings**
15   **guidance or Laura Martin thought that AOL would**
16   **not be able --**
17       MR. HALL: Objection.
18   A.   I don't know. I didn't splice the
19   hairs that fine and I'm not sure it really
20   matters.
21       I just assumed that whether she
22   thought or knew, as an analyst she can't go out
23   and put out a strong guidance or give guidance
24   that says, you know, we think they can still

Page 149

S. Hakala

1    meet it, because later on she says we think they
2    can still meet guidance with a price increase in
3    AOL for subscribers, which AOL in fact did do.
4        You know, when she knows internally
5    or thinks, that's not possible. I mean that's
6    kind of like okay, whether she knew or thinks,
7    I'm not sure how you parse that out.
8    Q.   **But Laura Martin didn't have a**
9    **crystal ball and she couldn't know whether AOL**
10   **would meet its guidance or not.**
11       MR. HALL: Objection.
12   A.   Well, you're talking about couldn't
13   know for certain or couldn't have a very high
14   degree of confidence that AOL's numbers are
15   inflated at that time contemporaneously, and
16   that given the trends and given what she was
17   seeing in terms of forecast for the market, AOL
18   is not going to meet its guidance.
19       Now that doesn't mean that something
20   dramatic couldn't turn around the market in the
21   next three to six months.
22   Q.   **So you would agree that she couldn't**
23   **know for certain.**
24       MR. HALL: Objection.

S. Hakala

1                S. Hakala
2    A.  Of course.  She doesn't have a
3 crystal ball, but she can know for certain that
4 the current forecasts that are being put out
5 based on her models were inflated and were not
6 realistic.
7    Q.  And was there any time when Laura
8 Martin thought that AOL couldn't meet its
9 numbers when they in fact did meet their
10 numbers?
11        MR. HALL:  Are you talking before or
12 after the statement of the financials that
13 had been --
14        MR. GESSER:  During the class period.
15        MR. HALL:  One second.  I just want a
16 clarification.
17      Are you talking about --
18        MR. GESSER:  During the class period.
19        MR. HALL:  What do you mean by their
20 numbers, though, during the class period.
21 They have now restated financials back into
22 the class period that would lower what they
23 actually reported.
24        MR. GESSER:  My question is when
25 Laura Martin said that AOL couldn't

1                S. Hakala
2 meet its -- she thought that AOL couldn't
3 meet its numbers, was there any time in
4 which AOL in fact did meet its numbers when
5 it announced the next quarter.
6        MR. HALL:  Including or not --
7        MR. GESSER:  That's the question.
8        MR. HALL:  Including or not including
9 the accounting fraud that was taking place?
10        MR. GESSER:  That's my question.  If
11 he has a question about what -- if he's
12 unclear about it, you don't have to prompt
13 him with the stuff.
14        MR. HALL:  I'm not prompting.
15        MR. GESSER:  Yes, you are.
16        MR. HALL:  I'm trying to get your
17 question clarified because --
18        MR. GESSER:  Just make your objection
19 and then --
20        MR. HALL:  I'll make my objection.
21        MR. GESSER:  Okay.  Thank you.
22        MR. HALL:  We'll go through this but
23 I object because you're being vague because
24 you're trying to mislead.  You're asking a
25 misleading question.

1                S. Hakala
2        MR. GESSER:  If he doesn't understand
3 the question --
4        MR. HALL:  Let me get my objection.
5 It's a misleading question because it's
6 misstating --
7        MR. GESSER:  No, no, no.  You're
8 objecting because you're trying to prompt
9 him with information.
10        MR. HALL:  -- facts related to AOL.
11 I don't need to prompt Dr. Hakala.
12 That's one thing for sure.
13        MR. GESSER:  So then all you need to
14 do is just make your objection.
15        (Witness reviewing exhibit.)
16    A.  I think the first quarter of 2001, my
17 understanding and reading between the lines of
18 what I know is that AOL might have met or fallen
19 just barely short of expectations.  I think that
20 actually probably did surprise Laura Martin but
21 I don't know.
22    Q.  Because she thought they wouldn't
23 make it.
24    A.  Yeah, but I don't know.
25 I mean I do know in retrospect that

1                S. Hakala
2 the only way that AOL pulled that rabbit out of
3 the hat has to do with other things.  I mean
4 they were pulling a lot of rabbits out of the
5 hat in those quarters.
6    Q.  Now with respect to AOL not being
7 able to meet its numbers, you view a disclosure
8 by CSFB as to their opinion about whether AOL
9 could meet its numbers as being qualitatively
10 the same or qualitatively different in terms of
11 materiality from AOL actually disclosing that it
12 did not meet its numbers?
13        MR. HALL:  Objection.
14    A.  That's qualitatively different, but
15 impact-wise, the distinction between those is
16 often not distinguishable.
17      In other words, if an analyst five
18 days before an earnings call comes out and says
19 I don't think this company is going to their
20 numbers, they're going to fall short, it is not
21 uncommon for the stock to drop as much then or
22 more than what happens when the company comes
23 out and says we're going to meet our earnings.
24      In fact, sometimes --
25    Q.  Can you give me an example of that?

S. Hakala

1
2    A.   Yeah, but I'm trying to think of a
3    case, an example.
4    **Q.   Did that happen here in any instance?**
5    **Can you give me an example here where an analyst**
6    **said that AOL was going to meet its numbers and**
7    **the stock dropped significantly, and then when**
8    **AOL actually didn't meet its numbers, the stock**
9    **didn't drop because the market was already aware**
10   **of that?**
11   A.   I think that happened in April 2002.
12   I'll have to look at that, but there are one or
13   two quarters where in fact that did happen.
14   I think that happened also before
15   this period.  We had this happen in I think
16   October of 2000 AOL doing that.
17   We also have -- there's a couple of
18   instances where that happened.
19   4/25/02 is a good example of one
20   where the stock actually went up and the analyst
21   anticipated it and they were all cutting and
22   slashing targets.
23   In fact here you'll see 4/16, 4/22,
24   4/23 and then 4/10 analysts are just slashing
25   the stock price and progressively the stocks

S. Hakala

1
2    getting knocked down, and then when AOL actually
3    comes out and announces earnings, it's not so
4    bad and the stock actually goes up a little.
5    **Q.   And that's several analysts --**
6    A.   Yeah, but the first one is
7    statistically significant.
8    **Q.   And that's 4/25/02?**
9    A.   4/10/02 and I think the earnings
10   announcement is 4/24/02.  It's actually 4/24/02.
11   There's a couple other examples like
12   that.
13   1/30/02 you'll see it's a slight
14   negative when AOL releases year-end results,
15   failed to meet targets, but you'll see that
16   there's some -- rather than a single analyst,
17   there's like an analyst cut, an analyst cut, an
18   analyst but and a bounce-back, and there's also
19   some leakage in here that I didn't pick up just
20   because this is still a class study.
21   You'll also see that in December
22   there is a cut by Merrill and a cut by Robertson
23   Stevens that both impact the stock pretty
24   significantly, and so the market is really in
25   November, December of '01 knocking the stock

S. Hakala

1
2    down, lowering expectations, and so when AOL
3    comes out and misses its numbers on January
4    30th, 2002, the stock price effect is fairly
5    muted.
6    **Q.   Let's turn to the July 18th and 19th**
7    **Washington Post articles.**
8    A.   Okay.
9    MR. HALL:  Of 02?
10   MR. GESSER:  Of '02, yeah.
11   (Witness reviewing exhibit.)
12   BY MR. GESSER:
13   **Q.   Just before we get to that, the**
14   **earlier statements that you were talking about**
15   **Laura Martin, her concerns about the declining**
16   **ad market, do you know if those were related to**
17   **that AOL America Online division or the Time**
18   **Warner division?**
19   MR. HALL:  Objection.
20   A.   I don't know offhand.
21   **Q.   So July 18th and 19th, '02 --**
22   MR. GESSER:  We're up to Exhibit 14
23   and 15.
24   (Defendant's Exhibit Hakala 14,
25   Washington Post article dated 7/18/02

S. Hakala

1
2    titled "Unconventional Transactions Boosted
3    Sales", is marked for identification, as of
4    this date.)
5    (Defendant's Exhibit Hakala 15,
6    Washington Post article dated 7/19/02
7    titled "Creative Transactions Earned Team
8    Rewards", is marked for identification, as
9    of this date.)
10   MR. GESSER:  Okay.  Why don't we take
11   a break so we can switch the tape.
12   THE VIDEOGRAPHER:  The time is 12:47.
13   We are going off the record.
14   (Lunch recess taken from 12:47 p.m.
15   to 1:38 p.m.)
16
17
18
19
20
21
22
23
24
25

Page 158

S. Hakala

1    AFTERNOON SESSION
2    (Time noted: 1:38 p.m.)
3    THE VIDEOGRAPHER: This is the start
4  of the tape labeled No. 3.
5    The time is 1:38. We are back on the
6  record.
7        *    *    *
8  SCOTT D. HAKALA, resumed and
9    testified as follows:
10  CONTINUED EXAMINATION
11  BY MR. GESSER:
12    Q.  You have in front of you documents
13  marked Exhibit 14 and Exhibit 15; is that
14  correct?
15    A.  Yes.
16    Q.  Do you recognize these documents?
17    A.  Yes.
18    Q.  These are The Washington Post
19  articles that are referenced in your rebuttal
20  report.
21    A.  Yes.
22    Q.  In your report you state that
23  Professor Stoltz's conclusion that The
24  Washington Post articles did not cause a

TSG Reporting - Worldwide    877-702-9580

Page 159

S. Hakala

1  materially statistically significant decline in
2  AOL's stock prices, incomplete and inconsistent
3  with the facts; is that right?
4    A.  Yes.
5    Q.  Okay. And you viewed these
6  statements, the statements in these reports, as
7  being corrections of information that was not
8  disclosed in CSFB reports; is that correct?
9    A.  Partially corrective and indicative
10  of the kinds of news that would have come out in
11  a CSFB report, yes.
12    Q.  So what was disclosed to the market,
13  starting with Exhibit 14, what was disclosed to
14  the market about AOL in the July 18th, 2002
15  Washington Post article?
16    A.  That the company had been involved in
17  some transactions involving like Purchase Pro
18  and other entities and that these transactions
19  had the effect of boosting revenue and allowing
20  AOL to be revenue targets, particularly in
21  October of 2000 but some parts in 2001, and they
22  had a few examples which were relatively modest
23  in size of the types of accounting that was
24  troubling.

TSG Reporting - Worldwide    877-702-9580

Page 160

S. Hakala

1    Q.  Anything else that was new to the
2  market that was disclosed in The Washington Post
3  article?
4    MR. HALL: Objection.
5    A.  Well, there is some allegation that
6  this was improper; that because AOL had not
7  taken all of the characteristics you need to
8  book revenue, that they were booking revenue
9  that they really wouldn't be able to book under
10  accounting rules.
11    Q.  So the market became aware of
12  allegations of improper accounting?
13    A.  Yes, but at a very limited scale. I
14  mean most of this adds up to a very small
15  percentage of the issues as I understood it.
16    Q.  Did CSFB, in your view based on the
17  allegations that you've seen, was CSFB aware of
18  these accounting problems at AOL before this
19  announcement?
20    A.  I don't know the extent, but they
21  were aware that there was an investigation into
22  accounting issues and that there were questions
23  about the quality and sustainability of some of
24  the revenue.

TSG Reporting - Worldwide    877-702-9580

Page 161

S. Hakala

1    Q.  And that is, the source for that
2  allegation is from the complaint, paragraph 69;
3  is that correct?
4    A.  Primarily, yes.
5    Q.  So going back to Exhibit 7, page 26,
6  at the top, this is an email from July 11th, "In
7  addition, I wasn't aware that AOL was under
8  investigation and has suspended some employees
9  for improper accounting activities. Some deals
10  booked inappropriately inflated revenue."
11    A.  Yes.
12    Q.  Is that the information that you say
13  CSFB was aware of that is the same information
14  that is disclosed in The Washington Post
15  article?
16    A.  It's clearly not identical, it's not
17  the same, but it's the type of information that
18  we can draw reasonable analogies to some of The
19  Washington Post disclosures, although I'm not
20  even sure The Washington Post disclosure really
21  sets out that there's an actual investigation.
22    Q.  Do you know how many divisions AOL
23  had in 2001 and 2002?
24    A.  Not offhand.

TSG Reporting - Worldwide    877-702-9580

Page 162

S. Hakala

1                 S. Hakala
2    Q.   Is there anything that would lead you
3 to believe that the July 11th email is referring
4 to inappropriate accounting activities relating
5 to advertising revenue?
6    A.   Yes.
7    Q.   What does it say?
8    A.   "Inappropriately inflated revenue."
9    Q.   Okay.  But what other revenue was a
10 source for AOL at that time?
11    A.   Well, they have subscriber revenue.
12 There's some other sources as well.
13    Q.   Time Warner, what --
14    A.   Time Warner on the media side has its
15 own advertising revenue and other sources of
16 revenue.
17    Q.   Is there anything that would lead you
18 to believe that this wasn't a Time Warner
19 accounting activity?
20    A.   Yes.
21    Q.   What is that?
22    A.   Subsequent information that it was
23 concentrated in AOL.
24    Q.   Subsequent information that what was
25 concentrated in AOL?

TSG Reporting - Worldwide    877-702-9580

Page 163

S. Hakala

1                 S. Hakala
2    A.   That this issue of inflated revenues
3 related to booking of ad revenue in AOL
4 associated with dot com types of advertising.
5    Q.   Again, you're just assuming that this
6 is the same accounting activities that was later
7 disclosed.
8       MR. HALL:  Objection.
9 BY MR. GESSER:
10    Q.   There's nothing about this email that
11 would lead you to believe that they were talking
12 about the America Online division --
13    A.   I mean you can argue about facts but
14 this is talking about layoffs in AOL.  I think
15 we're picking up static here.  And not only is
16 this talking about the layoffs in AOL, not Time
17 Warner side, but then it's going on and talking
18 about AOL is under investigation, has suspended
19 some employees, and I think it's pretty clear
20 this is talking about some of the inflation
21 practices that AOL was engaged in with some of
22 its dot com Internet partners.
23    Q.   How is that clear?
24    A.   Based on what we know subsequently
25 about AOL.  I mean you can argue the facts.  I'm

TSG Reporting - Worldwide    877-702-9580

Page 164

S. Hakala

1                 S. Hakala
2 just drawing assumptions.
3    Q.   No, I'm asking you how you're drawing
4 that assumption.
5       Let's start with what makes you think
6 that this -- looking at this, forget what
7 happened subsequently, looking at the email,
8 what makes you think that this is on the America
9 Online side as opposed to the Time Warner side?
10    A.   Because there were already rumors
11 coming into the market about inappropriate
12 accounting at some of the dot coms; that this
13 talks about AOL, not AOL Time Warner, because I
14 don't know of any allegations that I'm aware of
15 subsequently or otherwise that says that the
16 inflation of revenue was rampant or significant
17 in anything but AOL.
18    Q.   Well, this email doesn't say that
19 there was rampant.  It says some deals
20 inappropriately inflated revenue.
21    A.   And also trading irregularities,
22 shorting some partner stocks.
23    Q.   Right.  And do you know if there were
24 shorting partner stocks ever associated with
25 either the America Online division or the Time

TSG Reporting - Worldwide    877-702-9580

Page 165

S. Hakala

1                 S. Hakala
2 Warner division?
3    A.   America Online, yes.  Partners with
4 that division, yes, but Time Warner no.
5    Q.   You don't know that.
6    A.   No.
7    Q.   You said there were rumors in 2001
8 about inappropriate accounting at the America
9 Online division?
10    A.   It wasn't really linked to America
11 Online at that time.  It was really linked to
12 other telecom and other Internet providers who
13 had relationships with AOL, but it hadn't been
14 linked back to AOL yet at this point or had not
15 been credibly so.
16       That there was just a very, very
17 slight leakage, maybe in April, May that
18 starting raising questions about ad revenue.
19    Q.   April/May of?
20    A.   2001.
21    Q.   2001.
22    A.   So there was something out there.  It
23 was sort of if I can use the phrase "pregnant"
24 in the system that there may be some non-cash
25 transfers that really inflate revenues or

TSG Reporting - Worldwide    877-702-9580

42

Page 166

```
1              S. Hakala
2  inflate earnings in some of these dot com
3  advertising fields, but nothing specific to AOL
4  at this point.
5        In fact I think some of the early
6  investigations of the Purchase Pro investigation
7  I think was already ongoing by this point.
8     Q.   But if CSFB was a recipient of this
9  email at this time, what would make them believe
10 that this related to America Online as opposed
11 to Time Warner?
12       MR. HALL: Objection.
13    A.   Well, I didn't write this email.
14    Q.   Okay.
15    A.   But I'm just drawing inferences from
16 the person who wrote this email and I'm assuming
17 this email is referring to AOL, not to Time
18 Warner because I think that's a reasonable
19 inference. And if you want to argue facts and
20 try the case --
21    Q.   I'm just asking you -- all I'm asking
22 is how you're drawing that. What makes you
23 think that is a reasonable inference?
24    A.   It says AOL inappropriate accounting
25 activities, deals booked inappropriately
   TSG Reporting - Worldwide     877-702-9580
```

Page 167

```
1              S. Hakala
2  inflated revenue. Those allegations later on
3  proved to be in AOL. They're not in Time Warner
4  as far as I know or at least they're not as
5  pervasive in Time Warner.
6        And it also says suspended some
7  employees so I'm tying this to part of the memo
8  that's talking about layoffs.
9     Q.   But earlier you thought that -- you
10 said that there were 1,000 employees laid off in
11 August; is that correct?
12    A.   No. I don't know how many were laid
13 off in June, but some were laid off in June, and
14 then they announced in August 1,000 and then it
15 ultimately was 1,700.
16    Q.   So you think --
17    A.   That it was at least probably in the
18 hundreds at this point who at least were given
19 notice that they were going to be laid off. I
20 don't know if they laid off, but at least the
21 word was out in AOL that layoffs were coming.
22    Q.   And do you think some of those
23 people -- sorry.
24        And those were people who were laid
25 off because they were involved in inappropriate
   TSG Reporting - Worldwide     877-702-9580
```

Page 168

```
1              S. Hakala
2  accounting?
3        MR. HALL: Objection.
4     A.   I didn't say that. I said this just
5  says that suspended some employees. I don't
6  know how many of those were related to that
7  issue.
8     Q.   But the truth is you don't know
9  whether this email is referring to the same
10 accounting irregularities as were disclosed in
11 The Washington Post article.
12       MR. HALL: Objection.
13    A.   It's extremely probable. It's
14 basically -- and it's a reasonable inference
15 that I would draw and it's an assumption I'm
16 making.
17        We haven't got fact discovery yet and
18 I certainly haven't reviewed fact discovery.
19 That's not where we are. We're a class cert.
20    Q.   But you're not a lawyer.
21    A.   And I'm not a lawyer and I'm not
22 going to argue the law and, you know, but I have
23 a foundation for what I'm assuming.
24    Q.   So you're telling me that you viewed
25 as a reasonable assumption that in July of 2001,
   TSG Reporting - Worldwide     877-702-9580
```

Page 169

```
1              S. Hakala
2  AOL was under investigation for some accounting
3  activities which were the same accounting
4  activities that were only disclosed a year later
5  in The Washington Post article.
6        MR. HALL: Objection.
7     A.   Well, I think that's now known in
8  retrospect.
9     Q.   That AOL was under investigation for
10 the same accounting irregularities a year
11 earlier?
12    A.   Really it was Purchase Pro and other
13 entities were in investigation already by this
14 point, but since they were the counterparties to
15 AOL, AOL was also part of that investigation.
16    Q.   In July of '01.
17    A.   Yes. It may have predated that, but
18 I don't know when it started and I haven't
19 looked at that lately. I think that's not
20 publicly known.
21    Q.   And the amount of the deals that are
22 discussed, I think you indicated were modest in
23 size; is that right?
24       MR. HALL: Objection.
25    A.   In The Washington Post article, yes.
   TSG Reporting - Worldwide     877-702-9580
```

43

Page 170

```
1              S. Hakala
2         Later on, what came on later in July
3    and then in August of 2002 suggests the
4    magnitude was much higher so Washington Post
5    just had some anecdotal examples.
6         Q.  But none of those examples were, as
7    far as you know, were known to CSFB.
8         MR. HALL:  Objection.
9         A.  I don't know.  All I know is CSFB
10   knew some employees were suspended for
11   inappropriate accounting and they were under
12   investigation.
13        Q.  And do you know -- do you have a view
14   as to whether that investigation is the same
15   investigation that was announced on July 25th?
16        MR. HALL:  Objection.
17        A.  I'm not certain, but my understanding
18   is that this was the preliminary aspect of it
19   and the counterparties of AOL were already under
20   investigation at this time.  So if you follow
21   the paper trail, it's going to lead to AOL at
22   this point.
23        It's not news that Purchase Pro and
24   some of these other entities I think were under
25   investigation as early as June or earlier in
```
TSG Reporting - Worldwide      877-702-9580

Page 171

```
1              S. Hakala
2    2001.
3         Q.  What was your T statistic for July
4    18th?
5         A.  July 18th?
6         Q.  Yes.
7         A.  Overnight or the --
8         Q.  Close to close.
9         A.  -- close to close?
10        It was modest.  I don't even think it
11   was one.
12        Q.  So that's not significant at the 90
13   percent confidence level.
14        A.  No.
15        Q.  And yet you viewed this day as being
16   a day where there was a material disclosure; is
17   that correct?
18        A.  There was leakage of the relevant
19   truth but then there was offsetting rebuttal by
20   the company and by analysts later in the day
21   that bounced the stock back.
22        This is a particular day where I had
23   intraday data and I happen to know that the
24   stock dropped significantly overnight and then
25   it rebounded on statements and denials by the
```
TSG Reporting - Worldwide      877-702-9580

Page 172

```
1              S. Hakala
2    company and by analysts on both days.
3         So you had this phenomena where you
4    have this overnight drop and a reaction to the
5    news, and then the company and certain analysts
6    counterattacked and it basically reinflated the
7    stock price.
8         So if you did an intraday trading
9    analysis on this, this is unambiguously a
10   significant event.  But you have two significant
11   events that are offsetting each other in the
12   24-hour window --
13        Q.  So the one event --
14        A.  -- causing the one day, the 24-hour
15   effect to be not statistically significant.
16        This is an example why relying on
17   statistical significance on its face is not a
18   very good thing when you know that there's two
19   events occurring in the same 24-hour period.
20        Q.  Okay.  So the two events are the
21   disclosure of the alleged accounting
22   irregularities in The Washington Post article --
23        A.  Yes.
24        Q.  -- which occurred before the market
25   opened.
```
TSG Reporting - Worldwide      877-702-9580

Page 173

```
1              S. Hakala
2         A.  Well before I think.
3         Q.  Well before.
4         A.  Overnight.
5         Q.  And the second event is the denial of
6    the allegations by AOL; is that correct?
7         A.  And by analysts, and also the attempt
8    to indicate that the issues being raised were
9    immaterial overall because they pointed to the
10   fact that Washington Post only had a few
11   anecdotal examples.  It did not have what I
12   would call the universe of the problem.
13        Q.  And you view those as being separate
14   events as opposed to being part of the same
15   event?
16        A.  They are part of the same event but
17   when one piece of the information causes the
18   stock to fall significantly and the other causes
19   it to rise significantly, and the trading volume
20   increases significantly, we cannot say that that
21   was not a material event.  That's why looking at
22   the stock price movement by itself over a
23   24-hour window is often misleading as a
24   determination of materiality.
25        Q.  Okay.  If you look at page 9 of the
```
TSG Reporting - Worldwide      877-702-9580

44

Page 174

```
 1           S. Hakala
 2  July 18th report.
 3      A.  Okay.
 4      Q.  The second to last paragraph.
 5      A.  Yes.
 6      Q.  It says, "When asked about the
 7  financial arrangement, AOL declined to make any
 8  documents available but confirmed that it books
 9  the sale of eBay ads as AOL's own revenue which
10  it maintained is the proper accounting method."
11      A.  Yes.
12      Q.  Do you see on the next page, third
13  full paragraph, "AOL said it was appropriate for
14  it to book eBay's revenue as AOL's own"?
15      A.  Yes.
16      Q.  And that the last paragraph, "AOL,
17  however, said that taking all the aspects of the
18  deal into consideration, it was reasonable to
19  conclude that it was the principal in the
20  transaction and it rejected the expert's
21  opinions saying they didn't have all the
22  information to make a proper determination.
23  Ernst & Young, AOL's outside auditor, reviewed
24  the transaction and confirmed its accounting."
25      A.  Yes.
```

Page 175

```
 1           S. Hakala
 2      Q.  So the article itself contains the
 3  denial of the allegations by AOL; isn't that
 4  correct?
 5      MR. HALL:  Objection.
 6      A.  Not the full extent.  It contained
 7  some and that helped mute the impact of the
 8  article, that is true, but the formal denial,
 9  the press release and the other counterattacks
10  really occurred later in the afternoon.  I think
11  it was early afternoon of trading on the 18th.
12      Q.  How would one unpackage the denial
13  that occurs in the actual article from the
14  impact of the accounting statement?
15      A.  Well, in the article itself you can't
16  other than to draw a reasonable inference that
17  the disclosure of improper accounting without
18  that denial would probably or most likely have
19  led to a more significant effect overnight than
20  it did.
21      What we do know, however, is that the
22  company and certain analysts then subsequently
23  chiming in and adopting the company's position
24  provided cover to the company or reinforced the
25  company's position and allowed the stock to
```

Page 176

```
 1           S. Hakala
 2  rebound during trading during the day of the
 3  18th.
 4      Q.  But isn't that --
 5      A.  I think there's a whole bunch of
 6  articles about that even at the end of the day.
 7      Q.  But isn't that how news reaches the
 8  market, is that there is some event and the
 9  company may comment or an analyst may comment,
10  and to look at how that event affects the stock
11  price is to look at the price of the stock over
12  that period of time in which all those things
13  are happening to determine the effect?
14      I mean why in this particular case do
15  you isolate the statement from the company's
16  comments on the statement or analyst comments on
17  the statement?
18      MR. HALL:  Objection.
19      A.  Because I'm saying that the statement
20  that the company was under investigation, which
21  is by the way not disclosed necessarily in
22  Washington Post if you'll notice, that's not in
23  there, but that the company may have had a few
24  bad deals where they booked some revenue
25  improperly and the company denies it's improper.
```

Page 177

```
 1           S. Hakala
 2      You wouldn't expect as large of an
 3  effect as the company is under investigation,
 4  has suspended some employees.  That to me is
 5  materially more significant from a qualitative
 6  standpoint.
 7      But additionally, when the company
 8  counterattacks and the analyst counterattacks,
 9  those are really separate pieces of information.
10  Think of it in terms a leakage event, what we
11  call a junk diffusing process.  Each of those
12  individual statements and disclosures would be
13  considered an independent jump.
14      So in a time stamped, you know,
15  minute by minute event study you might unpack
16  that completely or you could look at it in a
17  consolidated basis, but nevertheless I mean this
18  suggests that this is material information, it's
19  not immaterial.  People traded on this.
20  Regardless of the statistical significance of
21  the stock price, people traded on this.
22      Q.  But the analysts who looked, analyst
23  reports that came out to say viewed the
24  statement as being not material.
25      A.  No, overblown.
```

45

```
1                S. Hakala
2     Q.   Overblown.
3     A.   Right.
4     Q.   Because the amount of revenue
5  involved was --
6     A.   Was small.
7          But I think this doesn't tell you
8  that they're under investigation and suspended
9  some employees for improper accounting.
10         In fact this says that they didn't do
11 anything wrong.
12    Q.   Although it does say that this may
13 lead to an investigation.
14    A.   It may lead is completely different
15 from it is under investigation, they have
16 already suspended some employees. That's a
17 pretty dramatic act, so, you know, that's closer
18 to what's announced on July 24th and later in
19 July.
20    Q.   So let's take a look at that July
21 24th article.
22         You found a statistically significant
23 negative return for AOL on July 24th, 2002?
24    A.   24th and 25th.
25    Q.   What do you attribute the negative
```

```
1                S. Hakala
2  return on the 24th to?
3     A.   There was news that AOL was likely to
4  have disappointing earnings and the market began
5  to anticipate that after the close of trading,
6  that the news was not going to be positive so
7  really the event effect is the 25th.
8     Q.   Okay. All right. So let's look at
9  the 25th.
10         MR. GESSER: Let's mark as Exhibit
11 16.
12         (Defendants' Exhibit Hakala 16, New
13    York Times article dated 7/25/02 titled
14    "AOL Accounts Under Scrutiny From The SEC",
15    is marked for identification, as of this
16    date.)
17 BY MR. GESSER:
18    Q.   So what was the new news, negative
19 news at the market on the 25th?
20    A.   The SEC had begun an investigation
21 into accounting at its AOL division.
22    Q.   Is there any indication from this
23 article when that investigation began?
24    A.   This says that it began in response
25 to The Washington Post article, but I believe
```

```
1                S. Hakala
2  that because of the counterparty investigations
3  in fact the issue was being looked at, maybe not
4  with AOL so much, a year earlier, but at least
5  this article thought it began after The
6  Washington Post article.
7     Q.   And what was disclosed in this
8  article that wasn't -- hadn't been disclosed in
9  either the July 19th or the July 18th articles?
10    A.   That there's an SEC inquiry.
11    Q.   That was the significantly new news?
12    A.   Yeah. I mean there was an earnings
13 release, but actually if you really, if you
14 really deconstruct the earnings release, it
15 wasn't too bad. In fact I think they slightly
16 did better than expected. So if you look at the
17 earnings release on its face, it probably is a
18 net positive to neutral.
19         What the market apparently is
20 reacting to and what a lot of the news stories
21 on the 25th suggest is that the market was
22 reacting to the SEC investigation.
23    Q.   Can you describe the methodology you
24 used for your event study that was conducted in
25 March?
```

```
1                S. Hakala
2     A.   Sure. It's really a very simple
3  principle. Essentially what the principle is,
4  is that there's two alternative approaches to
5  event studies, two global approaches.
6          One is to find a quote, unquote,
7  clean period outside the period of interest
8  where presumably the company is still the same
9  company and study how the company stock moves
10 during this quote, unquote, clean period.
11         Clean periods means there is no
12 significant events, no extreme events, no
13 outliers. A lot of people don't realize, if
14 there's extreme events or outliers that
15 contaminate the control period or the clean
16 period, it's not a clean period.
17         The alternative methodology is to say
18 I'm going to study the period of interest, but
19 if I study the period of interest, I have to
20 control for at least all the relevant events
21 that occur in the period of interest, but it
22 turns out mathematically and statistically
23 that's not enough.
24         Essentially in the analogy it goes
25 like this: Suppose that one wanted to test to
```

S. Hakala

1
2  see a new therapeutic pain reliever actually was
3  safe and efficacious. In order to do that, the
4  standard methodology that the FDA would require
5  is what's called a double blind study where you
6  would basically have a group of patients come in
7  who all report some kind of chronic pain and you
8  would divide them up let's say 100 patients in
9  one group, 100 patients in another group and the
10 people who are administering the project don't
11 know which patient is in which group, and they
12 have little pills and bottles or whatever and
13 they give each patient a pill. And at the end
14 of the study they take what are called pain
15 threshold tests and pain scores over time and
16 they measure for those taking the placebo pill
17 and those taking the other pill, how their
18 response to pain changes over time in response,
19 both immediately after taking the pharmaceutical
20 product, let's say in the next hour or next
21 three hours, as well as over prolonged period
22 let's say a week, might come in once a week or
23 might come in twice a week. That's a true blind
24 double study. Your control group sets your
25 baseline and your control group must be composed

S. Hakala

1
2  of people who are not taking the medication of
3  interest but don't know that.
4        Now if you're doing a double blind
5  study, the other part of it is those people
6  can't also be taking other pain medications.
7  They can't be taking Tylenol, they can't be
8  taking aspirin, they can't be taking Vioxx, they
9  can't be taking any other pain medications.
10 That will contaminate the results and it will
11 cause the efficacy of the drug to be materially
12 understated in the control study.
13       The same principle applies here. If
14 I want to study what effect an event had on the
15 stock price, my control group must be composed
16 of a sample of days when there is no suspected
17 potentially material news. It doesn't matter
18 whether the news caused the stock to increase,
19 decrease or increase trading volume. It's just
20 it falls within the criteria of the kinds of
21 news that investors might be interested in or
22 concerned about and therefore I should control
23 about it.
24    Q.  So what did you do?
25    A.  So what I did then was I basically

S. Hakala

1
2  started with what we call a punch list which
3  starts with in the federal register as I outline
4  in the report, a list of the types of events
5  that are potentially material and would normally
6  or could potentially cause a company listed on
7  let's say NASDAQ to notify the NASD in advance
8  of any upcoming press release and would
9  ordinarily cause them to disclose it or cause a
10 press release or some other thing.
11       So we start with that punch list and
12 then we fill that out by adding analyst reports
13 if and only when the analyst is upgrading,
14 downgrading, changing earnings expectations or
15 otherwise changing something materially,
16 altering something.
17       We do not put in 10-Ks and 10-Qs
18 because our prior experience is that those tend
19 not to be viewed as material by investors unless
20 there's something specific in those documents
21 that is unique or different than what was in the
22 earnings conference call. So those only go in
23 when we find alternative news.
24       We go through the news on Factiva,
25 LexisNexis, the analyst reports that we have

S. Hakala

1
2  available, we identify the news and on those
3  days where we find some piece of news or some
4  analyst report that we know falls within our
5  punch list, and our rule is to be over inclusive
6  rather than under inclusive and there's a
7  philosophical as well as statistical reason
8  for doing that, then that's a day where we're
9  going to put a -- we're going to call that day
10 potentially material event day. We're going to
11 control for it.
12    Q.  So you go through and you take the
13 class period --
14    A.  Yes.
15    Q.  -- and from the class period you
16 identify the total number of trading days; is
17 that right?
18    A.  Yes. In this case we go outside the
19 class period but not too far. And because of
20 the change in the company, we start on the day
21 of the merger and then we run to what, about
22 September something, about 90 days after the end
23 of the class period.
24    Q.  Okay. And then you identify in those
25 trading days a certain number of, what do you

Page 186

1          S. Hakala
2    call them?
3      A.   Days with potentially material news.
4      Q.   Days with potentially material news.
5      A.   Yes.
6      Q.   Okay. Got it.
7          All right. Then what do you do?
8      A.   That's our, that's our, that's the
9    group that is, quote, unquote, contaminated by
10   news, so we're going to study how the stock
11   moved on those days against our control group
12   where our control group is the days when there
13   is not potentially material news identified in
14   our search.
15     Q.   Okay. And how many days with
16   potentially material news did you have in this
17   case?
18     A.   161. And that's probably limited. I
19   know if I went to a final event study and a
20   final report it would be more, but at least for
21   now 161.
22     Q.   Did you do the same analysis when you
23   were doing your work in the In Re AOL case?
24         MR. HALL: Objection.
25     A.   We used some of the same information

Page 187

1          S. Hakala
2    but we did not do the same -- we did the same
3    methodology but we did not use exactly the same
4    search because the focus in this case was more
5    on analysts and analyst impacts, so we were more
6    conscious and careful to look for analyst types
7    of events than we would have in AOL Time Warner.
8      Q.   Okay.
9      A.   The other thing is that I think we
10   were probably more thorough in some other ways
11   in AOL Time Warner because of the size and
12   magnitude of the case. I spent a lot more time
13   on that. I mean I remember literally spending
14   days going literally box by box with an attorney
15   through each piece of news and making sure it
16   fit within the protocol, it didn't fit, why,
17   that kind of thing.
18     Q.   So once you've got your 161
19   potentially material news days --
20     A.   Yes.
21     Q.   -- then what do you do? What's the
22   next step in conducting the event study?
23     A.   The next step is to identify
24   reasonable market, market industry
25   indices to build what's called a market model.

Page 188

1          S. Hakala
2      Q.   How do you go about doing that?
3      A.   Well, what you do is you look at what
4    are the types of companies that are mentioned as
5    competitors or are in the same competitive space
6    or driven by the same kinds of demand
7    fundamentals.
8          So in this case we really did two
9    things.
10         One is we looked for market indices
11   that were broad market indices as well as an
12   industry type index, which in this case was the
13   media indice which is a very broad index of a
14   lot of different media companies where AOL Time
15   Warner is really a very small part of that
16   index.
17         We started with those as our base and
18   then we identified two sets of companies;
19   companies that are Internet, Internet marketing,
20   Internet advertising related in some form or
21   fashion as our tech index, and then we looked at
22   another group of companies which were media
23   companies more closely tied to or mentioned as
24   peer companies or guideline companies for
25   valuing AOL Time Warner in various analyst

Page 189

1          S. Hakala
2    reports.
3      Q.   Sorry. There's you have two market
4    and two industry indices; is that right?
5      A.   Yeah, one broad market index and one
6    narrower market index focused on the media
7    stocks. Companies in the media market.
8      Q.   And then two industry indices.
9      A.   Yes.
10     Q.   And --
11     A.   Now we had a lot more to select from,
12   but that's ultimately what we settled on.
13     Q.   Okay. And how did you settle on
14   those? What was it about those that --
15     A.   Essentially that's a goodness of fit
16   criteria and a match. We're looking for indices
17   that incrementally explain more on themselves
18   and aren't essentially dominated by or knocked
19   out, if you will, by another index.
20         In other words, I've run two indices
21   together in the same event regression and one
22   has a negative sign, that's clear that that one
23   is being knocked out or completely overwhelmed
24   by the other.
25         If one has almost no significance at

48

Page 190

S. Hakala

1  all like a T statistic of .5 or under .1, that
2  would be a candidate for throwing that out.
3      Q.   Did you include Vivendi in your
4  competitor index? I mean, sorry, in your media
5  index?
6      A.   Yes, Vivendi is in the index.
7      Q.   Do you remember if you included that
8  in the index that you -- in the study that you
9  did in In Re AOL?
10     A.   In In Re AOL, that's a little
11  different animal because we were really taking
12  what Dr. Kleidon was doing and in a sense
13  upgrading it or improving. We were in a sense
14  fixing his methodology.
15         He used the same methodology I used
16  but rather than controlling for all of events,
17  he only controlled for events mentioned in the
18  complaint and so we essentially upgraded his
19  analysis.
20         I don't remember us adding anything
21  to his index, but I think we dropped some
22  companies out of his index that were just not
23  significant.
24         But, you know, the short answer, I

Page 191

S. Hakala

1  don't know. I might have.
2      Q.   But that index wasn't put together by
3  you is that what you're saying?
4      A.   Yeah, we were essentially starting
5  with what Dr. Kleidon had already done. We
6  weren't starting from scratch.
7      Q.   And once you put together these
8  indices, then what do you do?
9      A.   Well, now we're going to run an
10  integrated regression and the integrated
11  regression is going to be a regression that
12  shows how the stock price of AOL Time Warner
13  moves as a function of identified company
14  specific news on identified potentially material
15  news dates and as a function of market and
16  industry indices on other dates, and then
17  attempt to identify what the standard error is
18  on the non-event days.
19         So it's a single statistical analysis
20  that does all of that together. It takes the
21  events and it takes the market indices and it
22  takes the stock price movements of AOL
23  throughout this entire time period that we're
24  studying, puts them all together and comes out

Page 192

S. Hakala

1  with a set of statistical results.
2      Q.   Okay. Is there a name for that kind
3  of analysis? Is that a one-pass analysis?
4      A.   Some people call it one-pass. The
5  sort of -- different people have different words
6  for it. It --
7      Q.   What do you call it?
8      A.   In the statistics literature it's
9  called intervention analysis. In the finance
10  literature it's called the event parameter
11  methodology or the dummy variable methodology.
12     Q.   Okay. I'm going to call it the dummy
13  variable methodology, okay?
14     A.   That's the worst of the three names.
15     Q.   Would you prefer I called it
16  one-pass?
17     A.   It should be called intervention
18  analysis because it's really -- the true genesis
19  of it is Box and Tiao 1975 and it's called
20  intervention analysis.
21     Q.   Okay. Did you use the same
22  methodology in your March report as you did in
23  your rebuttal report for doing your intervention
24  analysis?

Page 193

S. Hakala

1      A.   Yes, but the only difference is in
2  the rebuttal report in this case I'm merely
3  looking at the overnight close to open numbers,
4  so I'm really looking at a breakout of the event
5  study, and to the extent that some of the events
6  I've identified in my normal event study did not
7  occur overnight, they're not flagged.
8          So I had a subset of the events in
9  the broader event study that I controlled for
10  and I only looked at changes in prices from
11  close to open, and because some of the market
12  indices are not available at on an open -- close
13  to open basis, some of those could not be used.
14     Q.   How are overnight prices set?
15     A.   Overnight prices are basically set
16  where Bloomberg at this point generally reported
17  what's called a last trade price, which usually
18  is the official closing price but isn't always,
19  and then it reports an opening price, which is
20  usually the first price quote out of the box or
21  first price of the first trade at the opening of
22  trading the next morning.
23         Now with sort of the spillover of
24  Island ECN and some of these others, there's

49

Page 194

1           S. Hakala
2  some spillover after hours. A lot of the after
3  hour prices don't show up in Bloomberg.
4      Q.   And where did AOL trade, the New York
5  Stock Exchange?
6      A.   New York Stock Exchange.
7      Q.   Do you know if the opening price on
8  the New York Stock Exchange is set by a
9  specialist or set by the first trade?
10     A.   This is first trade. This isn't a
11 bid or ask.
12     Q.   Are you aware that certain academic
13 articles discuss that there's a higher
14 volatility and unreliability for opening prices?
15         MR. HALL: Objection.
16     A.   There is academic articles that
17 suggest that opening prices, yes, yes, that's
18 because the opening prices represent the first
19 trades and may not reflect how the market is
20 fully going to anticipate and react to overnight
21 news, so there can be more volatility in prices
22 in the first half hour to hour of trading. Yes,
23 I'm aware of that.
24         All that means is that there's a
25 higher standard error in that regression than
TSG Reporting - Worldwide    877-702-9580

Page 195

1           S. Hakala
2  there would be in another regression.
3      Q.   Isn't it true that you used to use a
4  two-pass approach in some of your event study
5  methodologies for past litigation?
6          MR. HALL: Objection.
7      A.   No. I've always used the integrated
8  methodology.
9          If I used a two-pass, the second pass
10 was not what your would think it is. The second
11 pass was either extending the regression results
12 to a period where you couldn't run the
13 regression reliably or it was to -- you have to
14 run a first regression and then adjust the
15 standard errors for changes in volatility over
16 time. That's a process called conditional
17 heteroscedasticity. I don't ever remember
18 running -- the traditional CAR method, which is
19 what we call the two-pass method, I have never
20 adopted that method and I will tell you since
21 1980 I knew there were problems with that
22 method.
23         In other words, given my academic
24 training, I would never have used the CAR method
25 because I would have immediately known that it
TSG Reporting - Worldwide    877-702-9580

Page 196

1           S. Hakala
2  was wrong, that there were problems
3  statistically with it, at least for a single
4  company event study. In the Econometric Times
5  series literature that methodology is not an
6  accepted method.
7      Q.   All right. Well, are you aware that
8  there are studies dealing with single companies
9  which use the event study methodology that
10 Professor Stulz used in his analysis in his
11 report in this case?
12     A.   Well --
13         MR. HALL: Objection.
14     A.   -- Professor Stulz used an event
15 parameter approach if I'm not mistaken.
16     Q.   Well, however you want to describe it
17 but --
18     A.   Well, yes, yes, there are academic
19 studies that use it and there is a split. In
20 fact there's a review article that points out
21 that many of the event studies fail to control
22 for outliers even though it is well-known that
23 you really should. That's more of an indictment
24 of what I would call the academic applied
25 finance literature.
TSG Reporting - Worldwide    877-702-9580

Page 197

1           S. Hakala
2      Q.   Once you have run your, now I'm
3  forgetting what we agreed to call it.
4      A.   Intervention.
5      Q.   Your intervention analysis, what's
6  the output from that?
7      A.   The output is a regression output
8  that estimates the percentage of the variance
9  explained, which is called the R squared or
10 centered R squared, the percentage of the
11 variance explained adjusted for the loss of
12 degrees of freedom with all the events I
13 controlled for. That's called the adjusted R
14 squared.
15         It produces a regression F test,
16 which is a test for whether the regression is
17 arbitrary or random or whether it does
18 something. It will produce a standard error
19 before and after.
20         I control for marketing industry
21 forces and events and then it will give an
22 estimate of the effect of each variable in the
23 regression, which includes each of the market
24 and industry indices and then each of the
25 events, and then it will give a standard error
TSG Reporting - Worldwide    877-702-9580