S. Hakala

1    S. Hakala
2  for each coefficient in a T statistic and then
3  what's called a P value for each and every
4  variable.
5      Q.   And did you use that approach to
6  arrive at your material event days?
7      A.   No.
8      Q.   How did you arrive at your material
9  event days?
10     A.   Materiality is determined based on
11  criteria, what kind of information is
12  potentially material.
13          Potentially material doesn't mean
14  that the event was material and it doesn't mean
15  that the movement in the stock proved over a
16  24-hour period to be significant.
17          For example, an earnings announcement
18  is normally, with few exceptions, always
19  material if you look at trading volume.
20     Q.   My question --
21     A.   But it doesn't move the stock.
22     Q.   My question is, you selected a
23  certain number of material event days in this
24  case; is that correct?
25     A.   They were selected a priori without

S. Hakala

1    S. Hakala
2  looking at the data.
3      Q.   Okay.  And how did you select them?
4          MR. HALL:  Objection.
5      A.   I already talked about that.
6      Q.   You had a -- I'm sorry.  You said you
7  had 161 potentially material event days.
8      A.   Yes.
9      Q.   Is that correct?
10          And then didn't you identify some
11  subset of that?
12     A.   They're relevant.
13     Q.   I'm sorry?
14     A.   Relevant.
15     Q.   Relevant?
16     A.   They're, potentially material events
17  are all events that could potentially influence
18  the stock price or an investor would want to
19  know about.
20     Q.   Okay.
21     A.   And they fit within a criteria that
22  is broadly and liberally applied.
23     Q.   So that's a --
24     A.   That was 161.
25     Q.   Okay.

S. Hakala

1    S. Hakala
2      A.   The second issue is, of those 161
3  events, there is some subset of events that are
4  relevant, and relevant in some form or fashion
5  means that those events relate to either in an
6  inflationary or in a corrective nature to the
7  allegations in the complaint.
8      Q.   And did you arrive at those 86
9  relevant days through the application of your
10  integrated analysis that you just discussed?
11     A.   No.
12     Q.   So how did you --
13     A.   That was not determined based on how
14  significant the event was, that was not
15  determined before the regress -- after the
16  regression was run.  That was determined based
17  on what the event was about.
18     Q.   So it was a qualitative analysis.
19  You just looked at the event and decided what
20  was a material event of 161 days?
21     A.   No.  What was a relevant event.
22     Q.   I'm sorry, relevant event?
23     A.   Materiality and relevance are two
24  different issues and we're dealing with a
25  situation, for example, when CSFB might have

S. Hakala

1    S. Hakala
2  issued an analyst report, that's a relevant day.
3          Whether that report was material is
4  another question.
5          Whether that report moved the market
6  a significant amount is another question.
7          Those are all three separate
8  questions that are independently decided.
9      Q.   Okay.
10     A.   And they're all decided on economic
11  and conceptual grounds.
12     Q.   Okay.  So just so I understand, you
13  have 161 potentially material days.
14     A.   Right.
15     Q.   And from that there is a subset, 86
16  relevant days.
17     A.   Yes.
18     Q.   And how do you decide which of the
19  161 potentially material days are in the
20  subgroup of 86 relevant days?
21          MR. HALL:  Objection.
22     A.   Based on what are the allegations of
23  the complaint and whether those events would be
24  viewed as inflationary or corrective in the
25  context of the allegations of the complaint or

Page 202

1          S. Hakala
2   whether they are in fact some of the acts
3   specifically discussed in the complaint.
4          Or if they are related.  For example,
5   if another analyst makes a similar type of
6   statement that moves the stock up or down, we
7   would put that in as relevant because it would
8   indicate to us and it would be relevant in our
9   determination as to what effect an analyst might
10  have if they made a certain type of statement.
11         And it doesn't follow that all the
12  relevant events at this stage would all
13  ultimately be events that I would identify for
14  adjusting inflation and so on.  It's just merely
15  they tell us something about how analysts and
16  how certain pieces of information influence the
17  stock price of AOL Time Warner.
18  **Q.   So with a company like AOL where**
19  **there is just tons of news coming out of**
20  **analyst reports and so forth, how do you**
21  **maintain consistency in approach in identifying**
22  **the potentially material days and the relevant**
23  **days?**
24  A.    Well, it's pretty easy.  You have a
25  punch list.  It either fits in the punch list or

Page 203

1          S. Hakala
2   it doesn't and there are admittedly going to be
3   a lot of events that are in I would call the
4   gray range.
5          In fact of the 161 days, I wouldn't
6   be surprised if there's 20, 30 days where two
7   different people could look at it and you could
8   basically say oh, I might go in, might not go
9   in.
10         Similarly there's probably another 10
11  or 15 days where somebody might see that we
12  missed a day because in doing our event search
13  it's, you know, you're going through thousands
14  and thousands of articles, it's easy to miss a
15  day, especially at the preliminary stage like
16  this or where somebody looked at it and thought
17  that it shouldn't have influenced the stock
18  price based on their first read, but if you read
19  it more closely that maybe you would have
20  realized that nah, that really was an event that
21  should have gone out.  So you have that kind of
22  situation.
23         You probably have a plus or minus
24  error rate on event selection about 5 to 10
25  percent.  But, you know, that being said, the

Page 204

1          S. Hakala
2   protocol is the protocol and the guys in my
3   office have been using it now, the same protocol
4   for at least two-and-a-half, three years now and
5   it's some of the same guys so they're pretty
6   good at it.
7          And ultimately I go back and back
8   check everything anyway.  In fact I go every
9   night with a box and just go through the event
10  study line by line and go through the articles,
11  and remove or add days that are clearly, you
12  know, I disagree, but usually that's only a few
13  events.
14         You know, 161 probably, I probably
15  add five events or take out five events but
16  those really have no effect on the results at
17  the end.  They're usually pretty marginal.  But
18  that's what we do.  And, you know, it's just
19  good judgment, past experience and a sound set
20  of criteria that are admittedly qualitative.
21  **Q.    Then what do you do with the 86**
22  **relevant days?**
23  A.    In this particular case we're just
24  looking at them to say can we say with some
25  degree of confidence that analysts that make

Page 205

1          S. Hakala
2   certain types of statements of the type that are
3   alleged should have been made by CSFB in this
4   case, do they influence the stock price.
5          If do analysts in certain
6   circumstances have influences on the stock
7   price.  Does the information which CSFB has
8   alleged to have known about but not disclosed,
9   did that information when it was revealed, did
10  the materialization of that information cause an
11  effect on the stock price.  That's all we're
12  looking at now.
13  **Q.    So you take a look at those relevant**
14  **event days and you look to see if the**
15  **information that was disclosed coincides with a**
16  **statistically significant movement in the AOL**
17  **stock price?**
18  A.    Or at least meaningful.  Not every
19  event has to be statistically significant.
20  That's another mythology out there.  It just has
21  to be that as a group, the F test says that as a
22  group, these relevant events are meaningful,
23  meaning that to exclude them would be improper.
24  **Q.    From an economic point of view, what**
25  **is meaningful?  I mean how do you determine what**

Page 206

S. Hakala

1  is meaningful?
2      A.  Meaningful means more probable than
3  not.  Technically the standard is about a 66
4  percent degree of confidence.
5
6      Essentially a meaningful event is an
7  event where you have a strong prior basis for
8  believing that the news had an influence on the
9  stock price so you already have news saying or
10 some reason to believe it should have an
11 influence.
12     And second of all, a group of
13 meaningful events if they are strung together
14 becomes statistically significant, so since they
15 are statistically significant as a group in a
16 joint test, the statistical literature says that
17 you cannot exclude them.
18     Q.  But for a single event is there any
19 support in the academic literature for using a
20 66 percent confidence level to determine
21 materiality for an event?
22     MR. HALL:  Objection.
23     A.  Not only is there support, in fact
24 the academic literature says that that's good
25 practice.

Page 207

S. Hakala

1
2      Q.  For an event study?
3      A.  Yeah or for any study.  Basically the
4  rule of thumb in studies, I don't know -- you
5  know, this is one of the things that drives me
6  nuts.  People think statistically significant is
7  like this magic thing.  And I have a quote in
8  there talking about it's not a talismanic term.
9  It's not -- it doesn't have the meaning.
10     There are events where there's a gray
11 area.
12     If it's statistical significance or
13 above a threshold, you can't remove it.
14     If it's between a certain number and
15 a certain number, it's in a gray area where
16 depending on how strong you prior beliefs are
17 about that information, you should leave it in.
18     If it's below that number, then
19 normally you should leave it out of your
20 analysis but not necessarily move from the
21 regression.
22     So there's a lot of what I would call
23 cookbook, poorly trained applied econometricians
24 out there, including guys with pretty
25 significant academic credentials, who don't know

Page 208

S. Hakala

1
2  classical statistics.  Classical statistics says
3  that if you have a T statistic greater than one,
4  all else being equal, is it more probable than
5  not that that variable matters and that variable
6  will improve the adjusted goodness of fit of
7  your regression, so it is better to leave it in
8  than take it out from a bias and consistency
9  standpoint.
10     Most statistical packages have built
11 in them what's called a step-wise regression
12 function.  And while I don't recommend it as a
13 process because it's too much data mining, the
14 step-wise function has what's called an
15 inclusion and exclusion criteria.  That's the
16 term of art.
17     And an inclusion and exclusion
18 criteria basically says if you have a group of
19 variables in your regression and you want to see
20 if adding this additional variable should occur,
21 if it has a T statistic of about 1 or 1.2 or
22 1.33, depending which criteria you set, then it
23 goes into the regression.
24     Now so basically you have a series of
25 SAS, RATS, SPSS, all the statistical packages,

Page 209

S. Hakala

1
2  every one of them has what's called an inclusion
3  and exclusion criteria that says an event does
4  not have to be statistically significant to be
5  included in the regression package.
6      Q.  I understand about inclusion but now
7  I'm asking what conclusions can you draw about
8  the event and its effect on the stock price at
9  the 66 percent confidence level?
10     MR. HALL:  Objection.
11     A.  That it is more probable than not
12 that that event had an effect and that in
13 combination with other events of similar or
14 greater magnitude, the total effect was
15 significant.  It's a classic analogy.
16     Q.  And there's support for drawing that
17 conclusion in the academic literature.
18     A.  Oh, absolutely.  The concept of joint
19 tests and joint testing of a group of dummy
20 variables is in the literature and I cite it.
21     Q.  I understand that.
22     A.  I cite it in my report.
23     Q.  I'm talking about a single -- take a
24 single analyst report by CSFB --
25     A.  Yes.

53

Page 210

S. Hakala

2  Q.  -- that is confounded with other
3  information, let's say another report that has a
4  T statistic at the 66 percent confidence level.
5  A.  I don't know how one would deal with
6  that and that's a take it as it's given.
7  I mean a lot of the CSFB reports that
8  are mere reiterations, I probably would not flag
9  those as causing the inflation in the stock
10  price to change because they're not really
11  changing what CSFB is saying.
12  That doesn't mean that they aren't
13  false and misleading.  That doesn't mean that
14  they're not material or don't have impact in the
15  sense that if CSFB had disclosed what it knew,
16  it would have been different, but that's a
17  different issue.
18  Q.  Agreed.
19  A.  That's a different issue.
20  Now take September 18th and 19th.
21  Certainly based on what I understand it, in fact
22  the report came out on the 18th and probably the
23  19th, I'd probably take the joint effect of
24  those two days, maybe present it with different
25  percentages to the jury; half of the increase

Page 211

S. Hakala

2  over those two days is attributable to CSFB, 40
3  percent, 60 percent, 75 percent and show what
4  effect that has on the damages.
5  Q.  But again --
6  A.  You can't say it had no effect, see?
7  Q.  But from an economic point of view,
8  you can't point me to a recognized methodology
9  for determining what the effect was.
10  A.  In fact the academic literature is
11  very frank in acknowledging that when you have
12  confounding events, it's a very difficult thing
13  to do, and that unless the events are not
14  sequenced and you can do some detailed intraday
15  trading studies or unless one can use some other
16  heuristic method, valuation method, that
17  ultimately it's a facts and circumstances and
18  it's a matter of judgment and experience.
19  And this is where all econometrics
20  and economics is art and science and there's a
21  point at which judgment cannot be ignored either
22  at the start or at the end of the process and
23  any suggestion that to the contrary I think is
24  naive.
25  Q.  But how did you select your 34

Page 212

S. Hakala

2  analyst comment days?
3  A.  You're talking about where CSFB made
4  comments?
5  Q.  I think if you take a look at
6  paragraph 17 of your report.  Sorry.
7  (Witness reviewing exhibit.)
8  A.  Those were just days where I
9  identified where an analyst made a comment that
10  was sort of new, different or whatever, but
11  again, that was a qualitative criteria.  It was
12  just judgment and experience and I didn't even
13  pretend that that's an exclusive list.
14  Q.  I mean so there could be other days
15  where analysts spoke where there was material
16  information during the class period of AOL.
17  A.  Where they changed something, where
18  they increased, decreased a target, yes, I'm
19  sure that there are some days where some analyst
20  said something that we probably missed.  I know
21  that there are.
22  Q.  And --
23  A.  In fact I know a couple of the days I
24  suspect where we didn't pick them up where the
25  stock moved significantly so...

Page 213

S. Hakala

2  Q.  And what sources did you use to find
3  the analyst reports for this case?
4  A.  Basically we're looking on Bloomberg
5  because Bloomberg will pick up any analyst that
6  makes significant announcements or changes or
7  certain of them.
8  With the Goldman Sachs analysts where
9  you don't have direct access without discovery,
10  or at least I don't historically, that's a
11  source.
12  Factiva and Lexis will sometimes pick
13  up the analyst changes.
14  There's a couple of news sources, AFX
15  International and JAG, that occasionally note
16  analyst changes.
17  We'll also then go to Thomson
18  Financial and download all the analyst reports
19  we can obtain.
20  Q.  Did you use Multext?
21  A.  No, it's Investext.  Investext is
22  typically more thorough than Multext, but still
23  even on Investext, certain brokerage firms will
24  block you from access unless you have access to
25  the account.

Page 214

```
 1            S. Hakala
 2        MR. GESSER:  Let's take a ten-minute
 3    break.
 4        THE VIDEOGRAPHER:  The time is 2:44.
 5    We are going off the record.
 6        (Recess is taken.)
 7        THE VIDEOGRAPHER:  This is the start
 8    of Tape No. 4.
 9        The time is 2:53.
10    BY MR. GESSER:
11        Q.  I just have a couple of questions
12    before I turn it over to Mr. Rudman.
13        Turning now back to the affidavit
14    that you provided in the In Re AOL case, this is
15    Exhibit 5.  If you look at page 23.
16        A.  Yes.
17        Q.  Paragraph 35, second sentence says
18    that, "Charter and Vivendi had significant
19    company specific events such that they were not
20    sufficiently correlated with AOL Time Warner's
21    return to justify inclusion in the index."
22        Can you explain what that means?
23        A.  That means that for whatever reason
24    given this specification, when I tested Charter
25    and Vivendi incrementally after I had already
```

Page 215

```
 1            S. Hakala
 2    chosen the index, they didn't significantly
 3    improve the index or didn't alter it so I didn't
 4    leave them in.
 5        Q.  Okay.  And yet you included Vivendi
 6    in your index in this case.
 7        A.  Yeah.  I think Vivendi was a close
 8    call and I think in this case for some reason
 9    when I controlled for some additional events
10    that probably I put it in, but it was like right
11    at the threshold.
12        In other words, putting it in or
13    taking it out really doesn't change much.
14        Q.  You indicated at the start that
15    you've given a number of depositions; is that
16    correct?
17        A.  Yes.
18        Q.  And you provided expert reports in a
19    number of cases?
20        A.  Yes.
21        Q.  Do you recall if your testimony has
22    ever been struck in litigation?
23        A.  Struck is a broad term.  There are
24    some instances where on a summary judgment type
25    of motion my testimony was not reached because
```

Page 216

```
 1            S. Hakala
 2    of reasons unrelated to my testimony.  That only
 3    happened once or twice.
 4        There's a case called Ecoland versus
 5    LaidLaw where the jury testimony that came
 6    before me, in fact liability testimony, meant
 7    that my numbers didn't go to the jury.
 8        In terms of being stricken, the only
 9    thing that has been limited out is the ability
10    to put on aggregate damages either using a
11    methodology called a Weibel curve, which
12    admittedly was something in the academic
13    literature but I used in one case and then in
14    another case, another two cases, on legal
15    grounds, although one case suggested sympathy
16    that the Daubert issues weighed on that decision
17    as to whether to have aggregate damages or not.
18        Q.  So your aggregate damages model has
19    been excluded on Daubert grounds; is that right?
20        MR. HALL:  Objection.
21        A.  One was and one has never been
22    excluded on Daubert grounds, and in fact in at
23    least two rulings it has been admitted on
24    Daubert grounds.
25        And then in two cases, one which went
```

Page 217

```
 1            S. Hakala
 2    to trial, on legal grounds it was not a relevant
 3    inquiry to the jury but it was not formally
 4    stricken.
 5        In other words, it was not found
 6    unreliable under Daubert, but it was not -- it
 7    was deemed not the relevant issue, and it's kind
 8    of hard to explain, but there's a what I would
 9    call a trial management issue as it's been
10    explained to me that goes into that decision.
11        Q.  Can you tell me what happened in Dell
12    versus Four Systems Inc.?
13        A.  That was a decision as to what the
14    PSLRA requires.  In Dell versus Four Systems,
15    the judge never granted any Daubert motion and
16    in fact if I remember the transcript, he
17    castigated the defendant saying there's not a
18    Daubert issue.
19        He felt that the private securities
20    litigation reformat because of the way it is
21    drafted, essentially requires that damages be
22    determined on an individual case by case basis,
23    so therefore the proper determination of the
24    jury is essentially what amounts to the
25    parameters of a plan of allocation and then
```

Page 218

```
 1            S. Hakala
 2  damages would be calculated on a claims made
 3  basis.
 4      Q.  And then In Re Clarent, do you
 5  remember what happened in your aggregate damages
 6  model?
 7      A.  In Clarent, Judge Breyer ruled that
 8  the aggregate damages model is not necessary for
 9  the jury to decide but he did not exclude it
10  from consideration on either bases.
11          He felt that it was not what the jury
12  should decide; that it would be better for the
13  jury to decide the parameters of inflation per
14  share under various grounds and then use the
15  claims process, but he did not, as I remember,
16  foreclose the use of aggregate damages
17  information maybe for posting a bond and for
18  other purposes.
19      Q.  Okay.
20      A.  And I think the similar ruling is in
21  Broadcom, although Broadcom is the one case
22  where there a what I call a Daubert question
23  raised in the opinion.
24      Q.  And was Broadcom the case in which
25  you indicated that you felt most -- stock that
```

TSG Reporting - Worldwide    877-702-9580

Page 219

```
 1            S. Hakala
 2  was heavily covered, that most information would
 3  be incorp -- most new material information would
 4  be incorporated into the stock price within an
 5  hour or two?
 6      A.  Yes, if it's clean, meaning it's
 7  unambiguous.
 8          If it's uncertain, that does not
 9  prevent there being follow-on reaction on the
10  following days, and in fact in Broadcom, there
11  were at least two or three instances where there
12  was leakage and there were multiple days with
13  small event windows around them associated with
14  loss causation. In other words, loss causation
15  was not a single day drop.
16          And in fact the Wall Street Journal
17  article that came out was only modestly
18  significant and then there was some follow-on
19  disclosures that continued to cause the stock to
20  ripple down, but they were each discrete events.
21  In other words, additional news, an additional
22  article and additional analyst comment.
23      MR. GESSER:  Those are all my
24  questions.  Thank you.
25      THE VIDEOGRAPHER:  The time is 3:00.
```

TSG Reporting - Worldwide    877-702-9580

Page 220

```
 1            S. Hakala
 2  We're going off the record.
 3      (Off the record.)
 4      THE VIDEOGRAPHER:  The time is 3:01.
 5  We are on the record.
 6  EXAMINATION BY
 7  MR. RUDMAN:
 8      Q.  Dr. Hakala, my name is Jeff Rudman.
 9  I'm from Wilmer Hale and I represent
10  Mr. Quattrone.
11          Can we agree you're not here as a
12  fact witness today?
13      A.  Yes.
14      Q.  Can we agree you're here as an expert
15  witness?
16      A.  Yes.
17      Q.  And would it be fair to say that
18  you're here as an economic expert witness?
19      A.  Yes.
20      Q.  Is it also fair to say that in the
21  course of doing your work in this matter you
22  reviewed approximately three dozen Credit Suisse
23  First Boston reports on AOL?
24      A.  Yes.
25      Q.  And of those 36, is it fair to say
```

TSG Reporting - Worldwide    877-702-9580

Page 221

```
 1            S. Hakala
 2  that you deemed all of them relevant, right?
 3      A.  They're all relevant, yes.
 4      Q.  Some you deemed material.
 5      A.  Yes, but I mean they're all really
 6  material in one sense or another, but some
 7  material in the sense that there's something in
 8  the report that would change something. In
 9  other words, there's a change in the report in
10  some way or some substantive comment that's
11  different from or may comment on the market in a
12  way different from a prior report.
13      Q.  Which would have at least a mix, a
14  change on the information mix, right?
15      A.  Yes. Now whether the change is
16  enough to move the stock is hard to say.
17      Q.  Correct, because there's a third
18  category of report that does in your view have a
19  statistical significant impact on stock price.
20      MR. HALL:  Objection.
21      A.  Yes.
22      Q.  So is this a fair statement; broadly
23  speaking, all the reports are material?
24      A.  Yes.
25      Q.  Some of the reports are -- strike
```

TSG Reporting - Worldwide    877-702-9580

56

Page 222

S. Hakala

1  that.
2
3       All the reports are relevant.
4  A.   Yes.
5  Q.   Many of the reports are material.
6  A.   Yes.
7  Q.   And a subset of the material reports
8  would have a statistically significant impact on
9  stock prices.
10      MR. HALL: Objection.
11  A.   Relative to the hypothetical
12  alternative, I think all would, but relative to
13  how they relate to the market as a whole, yes, I
14  think that's fair.
15  Q.   Fair enough.
16      Now with respect to what
17  Mr. Quattrone did, all right, were you told by
18  counsel to assume the truth of the allegations
19  in the complaint?
20      MR. HALL: Objection.
21  A.   Yes.
22  Q.   With respect to the allegations in
23  the complaint, can you tell me which allegations
24  in the complaint help you to understand whether
25  Mr. Quattrone wrote any of the three dozen

Page 223

S. Hakala

1  reports at issue?
2
3       MR. HALL: Objection.
4  A.   There's at least a few emails where
5  Mr. Quattrone is involved on some issues with
6  regard to concerns about Ms. Martin and her
7  particular views and some of what I call
8  internal politics.
9       I assume that he reviewed all the
10  reports before they went out or most of them,
11  but I don't know that for a fact.
12  Q.   Okay. With respect to your first
13  comment that Mr. Quattrone is involved in some
14  matters from the complaint?
15  A.   Yes.
16  Q.   That's paragraph 48 and 49, right?
17  A.   Possibly.
18  Q.   You want to take a look?
19  A.   Yeah.
20      (Witness reviewing exhibit.)
21  A.   Too many pieces of paper here.
22      (Witness reviewing exhibit.)
23  A.   Okay.
24  Q.   Was that what you were referring to
25  paragraphs 48 and 49?

Page 224

S. Hakala

1  A.   At least this, yes.
2
3  Q.   At least this, and maybe something
4  else but you don't remember as you sit here now.
5  A.   There may be something else or it may
6  have been something else that, you know, that
7  was indicated to me may come out in discovery,
8  but at least I had an understanding that
9  Mr. Quattrone was head of a group and may have
10  been well aware of these issues.
11      Whether this is just a manifestation
12  of that or whatever, I don't know.
13  Q.   May have been well aware, correct?
14  A.   Yeah. I didn't make a decision one
15  way or another.
16  Q.   Right.
17      And you don't know whether or not he
18  was aware or not.
19  A.   I didn't make any determination of
20  that.
21  Q.   You don't as you sit here now claim
22  that Mr. Quattrone is the author of any of these
23  reports, do you?
24      MR. HALL: Objection.
25  A.   I don't know.

Page 225

S. Hakala

1  Q.   You weren't instructed for purposes
2  of your work to assume that he's an author,
3  right?
4  A.   I wasn't instructed to assume one way
5  or another.
6       Usually if a report comes out from a
7  major investment bank brokerage firm, I
8  typically assume that both the firm and the
9  identified authors are authors, as well as
10  certain management who review them could be also
11  held accountable if they knowingly allow the
12  report to go through in their review
13  responsibility.
14  Q.   Right, but you don't know what
15  Mr. Quattrone did or didn't know, right?
16  A.   Correct.
17  Q.   Now, sir, with respect to the number
18  of reports that you thought statistically had a
19  significant impact on the market price of AOL
20  stock --
21      MR. HALL: Objection.
22  A.   Yes.
23  Q.   -- how many of those do you say there
24  were?

S. Hakala

1               S. Hakala
2    MR. HALL: Objection.
3    MR. RUDMAN: Grounds, please?
4    MR. HALL: The term "impact." I
5    think you probably have a different term,
6    a definition of the term "impact" versus
7    what Dr. Hakala prefers.
8  BY MR. RUDMAN:
9    Q. Tell you what, let's use a term you
10 like better, Dr. Hakala.
11    A statistically significant effect on
12 stock price?
13    A. Okay.
14    MR. HALL: Objection.
15 BY MR. RUDMAN:
16    Q. Well, tell me what -- you want
17 "impact"? You want "effect"? You want
18 "consequence for"?
19    I'll do it your way, sir.
20    A. Well, I think there's two issues.
21    One is every report, to the extent it
22 made a statement different from what the
23 statement would have been --
24    Q. Right.
25    A. -- would have had a statistically

1               S. Hakala
2  impact against the alternative statement that
3  might have been made --
4    Q. Right.
5    A. -- by itself --
6    Q. Right.
7    A. -- although some more than others.
8    As far as a report that actually made
9  a statement that at least in conjunction with
10 other reports on the same day, I think July
11 19th, 2001 is a negative event --
12    Q. Right.
13    A. -- and partially corrective, and
14 September 18th and 19th where I'm pretty certain
15 the first report we identify came out on the
16 18th and 19th, I am convinced that the CSFB
17 report played a substantial role in the increase
18 in the stock price in that time period.
19    Q. So the CSFB report on the 19th of
20 July had a significant negative consequence to
21 the stock price, correct?
22    A. Right.
23    Q. And on the 18th and 19th of
24 September, the report or reports of CSFB had a
25 significantly positive consequence to the stock

1               S. Hakala
2  price, right?
3    A. Yes.
4    Q. That's three reports, right?
5    A. Yes.
6    Q. That leaves about 33 in your
7 universe?
8    A. Or more, yeah.
9    Q. Or more. All right.
10    With respect to the other 33, are
11 those 33 reports as to which you say I can't
12 tell you whether there was a statistically
13 significant consequence to the stock price or
14 not?
15    MR. HALL: Objection.
16    A. Well, there's two issues.
17    One is again, the alternative. I can
18 say with confidence that had CSFB issued some of
19 the statements that I see in emails,
20 unambiguously given what we know of happened
21 when other analysts issued such dramatic
22 changes, with a very high degree of confidence
23 that would have moved the stock.
24    But I can't say that that report by
25 itself altered investments consensus assessment

1               S. Hakala
2  of the stock enough to cause the stock price to
3  change up or down with the proviso that I don't
4  know what else was going on.
5    In other words, April 18th of 2001 is
6  a good example of where we know there were some
7  negative analyst reports coming out.
8    Q. Right.
9    A. I don't know to what extent CSFB and
10 some of the other analyst reports kept the stock
11 from falling in response to the negative
12 reports.
13    And so what do you do when you have
14 positive analyst reports here and negative
15 analyst reports here and ones in the middle?
16 Can we say that the CSFB positive report did not
17 prevent the negative report from having a
18 significant effect?
19    I don't think we can say that with
20 any certainty and we certainly have no way
21 economically of testing that.
22    Q. Fair enough.
23    So some things just cannot be
24 intellectually honestly parsed, correct?
25    A. You can't parse them but that, as I

Page 230

S. Hakala

1  would say, doesn't allow -- it doesn't prevent
2  us from using analogies, what we call equivalent
3  of them, equivalent disclosure of them, from
4  drawing reasonable conclusions about what the
5  alternative world would have looked like.
6     Q.   Now with respect to the three reports
7  you singled out for me, July 19, September 18
8  and September 19th of 2001 --
9     A.   Yes.
10    Q.   -- tell me every fact you've assumed
11 with respect to what role Mr. Quattrone had with
12 respect to those three reports.
13    A.   I implicitly assumed that he knew
14 those reports were going out, either reviewed
15 them and approved them or otherwise allowed them
16 to go out, and knew full well some of the
17 information, maybe not all the information,
18 that's alleged in the complaint but was not
19 disclosed.
20    Q.   All right.  Now tell me every fact
21 you have for the proposition that Mr. Quattrone
22 read the reports before they went out.
23    A.   I don't.  I think we have agreed I'm
24 not a fact witness and I'm just taking the
25

TSG Reporting - Worldwide     877-702-9580

Page 231

S. Hakala

1  complaint as given.  This is class cert.  I
2  don't know what discovery will show.
3     Q.   All right.  Fair enough.
4        Would you agree with me, sir, that
5  the realm of your factual knowledge with respect
6  to what Mr. Quattrone did vis-a-vis these three
7  reports is contained in the complaint and that's
8  it?
9     A.   The complaint and maybe some other
10 background, but not much beyond that.
11    Q.   Okay.  So it's in the complaint or
12 some other background, but nothing beyond that,
13 right?
14    A.   Correct.
15    Q.   All right.  Can you tell me what this
16 other background is?
17    A.   Just general knowledge about what
18 somebody who's head of a group would do, a
19 normal inference that I would draw about a
20 manager or an overseer of a particular analyst
21 group and the fact that there is an email
22 suggesting some acknowledged intervention.
23       I would assume logically that that's
24 not his own knowledge because in fact that email
25

TSG Reporting - Worldwide     877-702-9580

Page 232

S. Hakala

1  suggests a more active knowledge of Ms. Martin
2  than just that one email would reflect.
3     Q.   Is that an email that you're
4  referring which Mr. Quattrone wrote?
5     A.   The second one he wrote.
6     Q.   What's the email that Mr. Quattrone
7  wrote?  Show me.
8     A.   I thought the second one he wrote.
9        (Witness reviewing exhibit.)
10    A.   Forty-nine.
11    Q.   Yah.  What's the email that he wrote?
12    A.   Quattrone responded with an email on
13 April 24th, just your usual self dramatizing.
14    Q.   You understand that to be
15 Mr. Quattrone's email?
16    A.   It says Quattrone responded to this
17 email.
18       (Witness reviewing exhibit.)
19    A.   Oh, I see, Kiggen responded.  Oh, I'm
20 sorry.
21    Q.   Okay.
22    A.   I misread that.
23    Q.   Fair enough.  Fair enough.  Those
24 things happen.
25

TSG Reporting - Worldwide     877-702-9580

Page 233

S. Hakala

1        Can you tell me what email
2  Mr. Quattrone wrote to your knowledge?
3     A.   No.
4     Q.   If I represented to you that
5  paragraph 49 referred to an email that
6  Mr. Quattrone did write which says, "Background"
7  question mark, okay?  Are you with me thus far?
8     A.   Okay.
9     Q.   In other words, if you look at what's
10 referenced in paragraph 49, there is an email
11 that Mr. Quattrone wrote.
12    A.   Okay.
13    Q.   The full text of that email is
14 "Background" question mark.
15    A.   Okay.
16    Q.   All right?
17       Do you infer from Mr. Quattrone's
18 sending an email that says "Background" question
19 mark he is deeply immersed in the facts?
20    A.   I don't know.
21    Q.   Okay.
22    A.   I mean that's really a factual
23 argument.  I mean I don't know to what extent
24 he's reviewing reports or not reviewing reports.
25

TSG Reporting - Worldwide     877-702-9580

59

Page 234

S. Hakala

1    I don't know to what extent he's knowledgeable
2    after that date but not before. Those are
3    issues that are just -- I mean at this point,
4    that's just beyond the scope of where I'm
5    looking.
6        Q. Fair enough.
7            And similarly you don't have any
8    knowledge at this point as to what Mr. Quattrone
9    did know or didn't know about the state of AOL's
10   business.
11       A. Correct.
12       Q. Now a couple more questions and I'm
13   done.
14           You wrote a declaration which is now
15   marked as Exhibit 1 called "Declaration of Scott
16   D. Hakala Regarding Market Efficiency."
17       A. Yes.
18       Q. Can I ask you, what caused you to
19   write a declaration on market efficiency?
20       A. Because at class cert, market
21   efficiency and I sort of group within that
22   reliance is my understanding of the core issue
23   in all if -- most if not all circuits at the
24   time I wrote this.

TSG Reporting - Worldwide    877-702-9580

Page 235

S. Hakala

1        And additionally, that's the common
2    issue for assuming common reliance under Basic
3    v. Levinson.
4        Q. I absolutely agree with you, sir,
5    that the market has to be efficient for Basic to
6    apply. No argument about that. Fair enough?
7        A. Right.
8        Q. Why did you assume that the core
9    issue on class certification in this case would
10   be whether the market was efficient or not?
11           MR. HALL: Objection.
12       A. I don't know if I viewed it as the
13   efficiency so much as efficiency entered broadly
14   as efficient in the context of the allegations
15   of this case in the sense of common reliance on
16   analyst reports, and so that's why in this
17   report I tied that in.
18           But I mean also this is an opening
19   report where as I understand it, the plaintiffs
20   merely need to make a prima facie case and prior
21   to a few decisions in the Second Circuit and
22   some other circuits, traditionally I would
23   actually advise people not to put in an expert
24   report at this stage.

TSG Reporting - Worldwide    877-702-9580

Page 236

S. Hakala

1        In other words, I would wait to see
2    what the defendants object to and then come back
3    with a reply report.
4        Q. Correct, and that's normally what
5    happens, which is the plaintiff waits to see
6    what the defendant is complaining about and then
7    puts it in a reply report, right?
8        A. That was prior to this last year.
9        Q. I see.
10           So you think the PolyMedica case
11   changed the landscape?
12       A. No, not in --
13       Q. In the First Circuit?
14       A. In the First Circuit, no, no.
15           MR. HALL: I would just object that
16   now we're getting into an area of legal --
17       A. And I don't assume that. I'm really
18   thinking of -- I think just as a matter of
19   policy. And obviously this is outside of
20   expertise. This is really legal issues as far
21   as I know. It really has to do with some of the
22   decisions in like the Second Circuit in the In
23   Re IPO decision, where it might suggest that at
24   least as a precautionary measure and at least

TSG Reporting - Worldwide    877-702-9580

Page 237

S. Hakala

1    certain cases where you have some indication
2    there may be a contest on an issue, you might as
3    a proactive matter put out an initial expert
4    report rather than waiting after a reply.
5        Q. Were you instructed as a proactive
6    matter to put out an expert report on market
7    efficiency in this case on the grounds that you
8    would likely face a challenge from the
9    defendants as to market efficiency?
10           MR. HALL: Objection.
11       A. I don't know and I wouldn't
12   characterize it that way, and I didn't really
13   think about it.
14           You know, it may be that the title is
15   more just because that's the classic title I
16   always put on a declaration that's an opening
17   declaration in class cert even if the issue
18   deals with reliance as much as market
19   efficiency.
20       Q. So is it a fair statement to say as
21   you sit here now, you're not exactly sure why
22   you wrote an affidavit regarding market
23   efficiency?
24           MR. HALL: Objection.

TSG Reporting - Worldwide    877-702-9580

Page 238

S. Hakala

1  A.  No. It's a fair statement that I
2  wrote a declaration regarding market efficiency
3  because I wanted to show the market was
4  efficient and that the market responded to
5  certain kinds of information and certain kinds
6  of information was material, and I understood
7  that that would be of assistance to counsel in a
8  number of matters, including, as evidenced by
9  this deposition, that that event study and the
10 inferences one might draw from it would be
11 particularly relevant at class certification.
12     Q.  Okay. Last sequence.
13          In the AOL case you gave one
14 affidavit that you've already had marked as in
15 evidence here, correct?
16     A.  Actually there's a second
17 declaration.
18     Q.  Okay. So there are two declarations.
19     A.  There's two, but the second was in
20 connection with settlement and in response to
21 opposition.
22     Q.  I was going to ask you, did you not
23 work on a plan of distribution at AOL?
24     A.  Yes. I converted my event study

TSG Reporting - Worldwide    877-702-9580

Page 239

S. Hakala

1  analysis, but beyond the event study analysis,
2  damage analysis that I had originally done for
3  mediation that was not in the affidavit --
4     Q.  Right.
5     A.  -- into a plan of allocation and then
6  in response to objectors, pointed out to the
7  court why that plan worked or made sense or was
8  rigorously developed.
9     Q.  How about if I try this: Were there
10 three writings from you; one is the affidavit
11 that's been marked as Exhibit 5, two, there was
12 damages analysis done by you for a mediation,
13 and three, there was in effect a plan of
14 distribution which was ultimately relied upon?
15     A.  In the mediation I don't think I ever
16 wrote anything up, but I presented some exhibits
17 and charts which counsel used in mediation. I
18 never actually participated in the mediation in
19 any direct way.
20     Q.  Right, but you prepared materials for
21 counsel in the mediation.
22     A.  Yes.
23     Q.  And is it fair to say, and I know
24 this is not an exact question, you did a lot of

TSG Reporting - Worldwide    877-702-9580

Page 240

S. Hakala

1  work at AOL, right?
2     A.  Yeah.
3     Q.  I mean a lot of work.
4     A.  Yeah.
5     Q.  And your damages were on who should
6  get what by way of recovery was particularly
7  extensive, right, sir?
8     A.  Yes.
9     Q.  So at the time you did that work on
10 damages, you had a chance to assess what
11 shareholder of AOL holding when was damaged by
12 what, correct?
13     MR. HALL:  Objection.
14     A.  At least with regard to the
15 allegations in that case and assumed in that
16 case, yes.
17     Q.  And that caused you, though, to
18 reflect on damages caused by AOL versus damages
19 caused by other sources, right?
20     MR. HALL:  Objection.
21     A.  Not so much as an overlap and in that
22 particular context we had Ernst & Young as a
23 defendant.
24          I was also aware that there may be

TSG Reporting - Worldwide    877-702-9580

Page 241

S. Hakala

1  analyst cases and that those damages may overlap
2  in part.
3     Q.  Right, but you were concerned to
4  produce a fair plan of distribution, right?
5     MR. HALL:  Objection.
6     A.  Yes.
7     Q.  One that compensated somebody for
8  something either the auditors had done wrong or
9  the issuer had done wrong.
10     MR. HALL:  Objection.
11     A.  Yes.
12     Q.  And as you prepared that
13 conscientious careful plan of distribution, you
14 weren't trying to compensate AOL shareholders
15 for wrongs done by parties who weren't
16 defendants to the proceeding, correct?
17     MR. HALL:  Objection.
18          The only money being distributed in
19 that plan of allocation was from AOL and
20 E&Y.
21     MR. RUDMAN:  Absolutely right.
22 BY MR. RUDMAN:
23     Q.  So all you were trying to do was to
24 determine who got what based on what AOL and

TSG Reporting - Worldwide    877-702-9580

Page 242

```
1              S. Hakala
2    Ernst & Young had done wrong, correct?
3         MR. HALL:  Objection.
4    A.  Yes, but with the proviso that that
5  did not preclude any other possibilities of any
6  other defendants for any other reasons.
7    Q.  Oh, I understand that.  I wasn't
8  suggesting that.
9    A.  Okay.
10   Q.  But the plan you prepared was after a
11 lot of work, a lot of thought and a lot of
12 examination of a lot of circumstances as to who
13 should get what and from whom, right?
14   A.  Yes.
15        MR. HALL:  Objection.
16        MR. RUDMAN:  No further questions.
17 Thank you.
18        (Continued on next page to include
19 jurat.)
20
21
22
23
24
25
```

TSG Reporting - Worldwide      877-702-9580

Page 243

```
1              S. Hakala
2         THE VIDEOGRAPHER:  The time is 3:20.
3  We are going off the record.
4
5
6
7         _____
8              SCOTT D. HAKALA
9
10 Subscribed and sworn to before me
11 this    day of      2007.
12
13 _____
14
15
16
17
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide      877-702-9580

Page 244

```
1
2         C E R T I F I C A T E
3
4  STATE OF NEW YORK  )
5              ) ss.:
6  COUNTY OF QUEENS  )
7
8      I, ANNETTE ARLEQUIN, a Notary Public
9  within and for the State of New York, do
10 hereby certify:
11     That SCOTT D. HAKALA, the witness
12 whose deposition is hereinbefore set forth,
13 was duly sworn by me and that such
14 deposition is a true record of the
15 testimony given by such witness.
16     I further certify that I am not
17 related to any of the parties to this
18 action by blood or marriage; and that I am
19 in no way interested in the outcome of this
20 matter.
21     IN WITNESS WHEREOF, I have hereunto
22 set my hand this 12th day of July, 2007.
23
24     ------------------------------
25         ANNETTE ARLEQUIN, CCR, RPR
```

TSG Reporting - Worldwide      877-702-9580

Page 245

```
1
2              I N D E X
3
   Witness                    Page
4
   SCOTT D. HAKALA
5
     MR. GESSER               7
6
     MR. RUDMAN               220
7
8      INDEX OF EXHIBITS
9
   Description               Page
10
   Defendants' Exhibit Hakala 1,       30
11 Declaration of Scott D. Hakala
   Regarding Market Efficiency
12
   Defendants' Exhibit Hakala 2, Rebuttal    31
13 report of Dr. Hakala
14 Defendants' Exhibit Hakala 3, Credit      62
   Suisse analyst report on AOL dated
15 9/19/01
16 Defendants' Exhibit Hakala 4, Bear        66
   Stearns report entitled "Top
17 Fundamental Pick in Our Universe"
18 Defendants' Exhibit Hakala 5, Affidavit   83
19 Defendants' Exhibit Hakala 6, CSFB        91
   analyst report for AOL Time Warner for
20 4/18/01
21 Defendants' Exhibit Hakala 7, Complaint   104
22 Defendants' Exhibit Hakala 8, The Wall    111
   Street Journal article dated 8/13/01
23
   Defendants' Exhibit Hakala 9, Overnight   121
24 close to opening event study
25 Defendants' Exhibit Hakala 10,            126
```

TSG Reporting - Worldwide      877-702-9580

Page 246

1
2  I N D E X   O F   E X H I B I T S (Cont'd.)
3  Description                        Page
4
   Defendants' Exhibit Hakala 11, Morgan       127
5  Stanley analyst report dated 8/14/01
6  Defendants' Exhibit Hakala 12, Salomon       129
   Smith Barney equity research report
7  dated 8/14/01
8  Defendants' Exhibit Hakala 13, The Wall      132
   Street Journal article re Warner
9  Brothers
10 Defendant's Exhibit Hakala 14,              156
   Washington Post article dated 7/18/02
11 titled "Unconventional Transactions
   Boosted Sales"
12
13 Defendant's Exhibit Hakala 15,              157
   Washington Post article dated 7/19/02
14 titled "Creative Transactions Earned
   Team Rewards"
15
   Defendants' Exhibit Hakala 16, New York     179
16 Times article dated 7/25/02 titled "AOL
   Accounts Under Scrutiny From The SEC"
17
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide    877-702-9580

Page 247

1
2        ERRATA SHEET FOR THE TRANSCRIPT OF:
3  CASE NAME:  IN RE CREDIT SUISSE-AOL SECURITIES LITIGATION
4  DATE:     JULY 10, 2007
5  DEPONENT:  SCOTT D. HAKALA
6  Pg. Ln.  Now Reads   Should Read  Reason
7  __ __ _____  _____  _____
8  __ __ _____  _____  _____
9  __ __ _____  _____  _____
10 __ __ _____  _____  _____
11 __ __ _____  _____  _____
12 __ __ _____  _____  _____
13 __ __ _____  _____  _____
14 __ __ _____  _____  _____
15 __ __ _____  _____  _____
16 __ __ _____  _____  _____
17
18       _____
19          SCOTT D. HAKALA
20 SUBSCRIBED AND SWORN BEFORE ME
21 THIS____DAY OF_____ 2007.
22
23       _____
24 (Notary Public)
25 MY COMMISSION EXPIRES:_____

TSG Reporting - Worldwide    877-702-9580

63

**A**

ability (3)
59:21 60:2 216:9
able (4)
45:4 148:17 153:7
160:10
absence (1)
87:5
absolutely (4)
62:5 209:18 235:5
241:22
absolve (1)
50:21
abstract (2)
54:13 72:10
academic (15)
11:23 14:16 71:23,25
194:12,16 195:23
196:18,24 206:19
206:24 207:25
209:17 211:10
216:12
accepted (4)
11:16 82:8 117:6
196:6
access (7)
41:16 136:24 137:19
147:13 213:9,24,24
account (2)
141:18 213:25
accountable (1)
225:12
accounting (32)
16:3 19:23 48:9 98:7
99:12 109:7 151:9
159:24 160:11,13
160:19,23 161:10
162:4,19 163:6
166:24 168:2,10
169:2,3,10 170:11
172:21 174:10,24
175:14,17 178:9
179:21
Accounts (2)
179:14 246:16
accurate (2)
8:5 146:6
achievability (1)
41:14
achievable (2)
36:12 45:15
achieve (3)
146:21 148:10,15
achieved (1)
34:23
acknowledged (3)
72:5 123:17 231:23

acknowledging (1)
211:11
acquired (3)
15:7 19:21 22:3
act (3)
56:10 90:7 178:17
acted (3)
50:20 89:10 93:8
acting (1)
88:15
action (8)
25:25 27:10,12 47:25
59:21,22 120:16
244:18
actions (3)
1:9 25:18 85:19
active (2)
40:22 232:2
activities (7)
109:7 161:10 162:4
163:6 166:25 169:3
169:4
activity (2)
11:13 162:19
acts (2)
87:21 202:2
actual (6)
33:5 41:7,22 120:8
161:22 175:13
ad (23)
97:17,24,25 99:5,25
134:17,18,18
135:21 136:10
137:8,20,21 138:2,8
138:12,19,22
139:11 140:6
156:16 163:3
165:18
add (4)
35:9 92:23 204:11,15
adding (3)
184:12 190:21 208:20
addition (2)
19:15 161:8
additional (8)
36:24 118:15 134:2
208:20 215:9
219:21,21,22
additionally (3)
146:24 177:7 235:2
address (1)
102:2
adds (2)
118:15 160:15
adjust (1)
195:14
adjusted (3)
197:11,13 208:6

adjusting (1)
202:14
administer (1)
5:13
administering (1)
182:10
admissions (1)
48:20
admitted (1)
216:23
admittedly (3)
203:2 204:20 216:12
adopted (2)
19:17 195:20
adopting (1)
175:23
ads (1)
174:9
advance (3)
148:5,6 184:7
advantage (1)
140:7
adverse (1)
54:25
advertising (18)
67:13 68:10 124:25
134:23 135:6,7
136:7,20 143:24
146:18 147:3,11,25
162:5,15 163:4
166:3 188:20
advise (1)
235:24
advisor (1)
10:13
affidavit (13)
83:3,15,23 84:4,6
119:24 120:15
214:13 237:23
238:15 239:4,11
245:18
affidavits (1)
84:9
affiliation (1)
21:2
affirmative (8)
35:15 36:11,24 53:9
53:13,18 59:6 79:9
afield (1)
146:10
afternoon (3)
75:6 175:10,11
AFX (1)
213:14
agencies (1)
85:19
aggregate (6)
216:10,17,18 218:5,8

218:16
ago (7)
23:17 25:21 63:14
95:16 135:22
136:11 138:23
agree (9)
71:23 87:20 88:14
126:22 149:23
220:11,14 231:5
235:5
agreed (6)
5:2,6,10 197:3 210:18
230:24
ahead (1)
66:2
AIMR (1)
53:6
albeit (2)
61:11 79:24
Allan (1)
84:5
allay (1)
102:2
allayed (1)
103:8
allaying (1)
102:5
allegation (2)
160:6 161:3
allegations (18)
84:8 85:24 146:3,13
160:13,18 164:14
167:2 173:6 175:3
200:7 201:22,25
222:18,22,23
235:15 240:16
alleged (8)
34:11 48:8,25 115:7
172:21 205:3,8
230:19
allocation (4)
15:25 217:25 239:6
241:20
allow (3)
93:16 225:12 230:2
allowed (3)
90:10 175:25 230:16
allowing (1)
159:20
all-in-one (1)
19:12
alter (3)
33:23 58:14 215:3
altered (3)
86:3 96:24 228:25
altering (1)
184:16
alternative (15)

43:5,6 58:10,16,17
94:4,5 114:17 181:4
181:17 184:23
222:12 227:2
228:17 230:6
alternatively (1)
45:25
alters (1)
33:24
America (9)
114:2 156:17 163:12
164:8,25 165:3,8,10
166:10
amid (1)
124:25
amount (11)
17:10 21:15 23:22
28:15,22 29:17,21
90:6 169:21 178:4
201:6
amounts (1)
217:24
analogies (2)
161:19 230:3
analogy (3)
94:2 181:24 209:15
analyses (1)
26:22
analysis (38)
30:21 32:11 42:7 68:2
70:8,9,23 71:6,24
77:12 86:15 95:6,8
95:10 102:22
108:21 119:14
120:18 141:17
172:9 186:22
190:20 191:20
192:4,4,10,19,21,25
196:10 197:5
200:10,18 207:20
239:2,2,3,13
analyst (115)
27:13,19 33:22 34:2,5
37:12 38:22,24 41:3
41:4,22 44:21 47:2
49:21 50:4,7,9 51:5
51:6,7,9,12,16 52:9
52:15 53:8 54:3,4
54:10 55:12,16
61:1,11,17 62:12,23
64:9 65:3 66:13,16
68:15 71:14 72:3,10
73:22 76:25 80:18
81:19 82:13,16
87:14,19 88:25
89:19 91:19 92:3
95:11 100:8 101:21
102:24 123:9,16
125:12,13 127:8,16

127:23 129:9 131:2
134:12 136:21
140:2 147:16
148:23 153:17
154:5,20 155:16,17
155:17,18 176:9,16
177:8,22 184:12,13
184:25 185:4 187:5
187:6 188:25 201:2
202:5,9,20 209:24
212:2,9,19 213:3,5
213:13,16,18
219:22 229:7,10,14
229:15 231:21
235:17 241:2
245:14,19 246:5
analysts (72)
11:21,25 37:18,19
38:15 40:7,8,9,18
40:24 41:11,15
43:14 44:20 45:6
47:10,16 48:17 50:3
66:14 68:7 69:20,21
69:25 71:10 72:6
76:18,21 78:17
79:19 85:9 88:9
92:17 93:2,3,4
94:22 97:7,7 100:17
100:23 101:8,11,25
102:14 103:16
104:22 105:6,14,18
130:23 135:7
137:24 138:11
140:5 147:12,21
154:24 155:5
171:20 172:2,5
173:7 175:22
177:22 187:5
202:15 204:25
205:5 212:15 213:8
228:21
analytics (1)
69:14
analyze (1)
38:20
and/or (4)
49:23 76:22 85:25
97:6
anecdotal (2)
170:5 173:11
animal (1)
190:12
Annette (5)
1:24 2:13 6:12 244:8
244:25
announce (2)
113:21 115:10
announced (10)
106:20 107:12 109:3

112:3,10 114:22
151:5 167:14
170:15 178:18
announcement (8)
85:13 90:9 115:14,16
133:4 155:10
160:20 198:17
announcements (2)
116:5 213:6
announces (2)
34:23 155:3
announcing (1)
132:8
answer (6)
7:25 43:20 58:20
63:16 121:14
190:25
answered (1)
115:23
anticipate (2)
179:5 194:20
anticipated (6)
109:21 110:8,11
116:13 139:15
154:21
ANU (1)
4:16
anybody (2)
52:13 54:19
anymore (1)
77:8
anyway (1)
204:8
AOL (263)
6:5 26:25 33:15 34:6
34:22,25 35:15,16
36:8,12,15,21 38:3
38:9 40:10,24 41:16
42:15 45:17 46:15
46:18,19,23,25 47:7
47:24,25 48:4,15,15
48:24,25 49:5,11,12
49:15,16,23 50:4,9
50:16 51:11 52:8,8
52:14 54:4,5,6,6,11
55:18,25 57:23,24
59:15 60:10,13 61:7
61:16 62:12,24 64:9
64:12,23 65:14,20
67:9,12,22 68:8,9
78:15,17,19 81:20
81:23 83:18,19 84:8
85:10,13,15 86:6,7
86:7,8 87:7 89:20
91:19 92:4,6,17
95:6 96:10,12,25
97:6,9,18,24 98:3,3
98:6,7 99:8,11
100:3,9,14,15,19

101:10,18 103:25
104:23 105:6,7,8,18
106:20,22 107:5
108:2,7,17 109:4
110:15,18,19,23
111:22 112:3
114:22 115:9 116:5
116:9,24 119:18,25
120:16 121:2
122:13,17 123:8,10
126:16,17,23 128:2
128:14 129:2,10
130:10 131:11,14
131:16 132:12
134:8,25 136:6
140:23 141:21
142:12 144:5,13
145:4 146:20,22
148:9,11,14,16
149:4,4,10,18 150:8
150:25 151:2,4
152:10,18 153:2,6,8
153:11 154:6,8,16
155:2,14 156:2,17
159:15,21 160:7,19
161:8,23 162:10,23
162:25 163:3,14,16
163:18,21,25
164:13,13,17
165:13,14 166:3,17
166:24 167:3,21
169:2,9,15,15
170:19,21 173:6
174:7,13,16 175:3
178:23 179:3,14,21
180:4 186:23 187:7
187:11 188:14,25
190:10,11 191:13
191:23 194:4
202:17,18 205:16
212:16 214:14,20
220:23 225:20
238:14,24 240:2,12
240:19 241:15,20
241:25 245:14,19
246:16
AOL's (19)
37:3,7 48:6,24 50:6
51:5 57:16 97:14
110:24 112:2,4
135:6 144:10
149:15 159:3 174:9
174:14,23 234:10
apparently (4)
105:19 114:9 140:5
180:19
appear (5)
41:11 76:3 108:10
114:7 128:20

appears (2)
30:18 119:23
Appendix (1)
86:12
apples (1)
21:7
applicable (1)
31:17
application (1)
200:9
applications (1)
19:8
applied (4)
14:4 196:24 199:22
207:23
applies (1)
183:13
apply (1)
235:7
approach (4)
195:4 196:15 198:5
202:21
approaches (2)
181:4,5
appropriate (1)
174:13
approval (1)
17:11
approved (1)
230:16
approximately (2)
6:8 220:22
April (18)
21:4 80:2 81:20 86:25
90:15 91:13 92:4
96:3,15 107:12,13
124:10 142:5
143:25 154:11
165:17 229:5
232:14
April/May (1)
165:19
arbitrary (1)
197:17
area (4)
85:19 207:11,15
236:17
areas (1)
146:4
argue (4)
163:13,25 166:19
168:22
arguing (1)
139:4
argument (2)
233:24 235:7
arises (1)
31:13

Arlequin (5)
1:24 2:13 6:13 244:8
244:25
arrangement (1)
174:7
arrive (3)
198:6,8 200:8
art (2)
208:16 211:20
article (47)
106:18 111:12,18,20
113:20 118:18,20
118:25 119:11
121:3,8,19 124:18
126:5,9,14 132:3,7
132:21 156:25
157:6 159:16 160:4
161:16 168:11
169:5,25 172:22
175:2,8,13,15
178:21 179:13,23
179:25 180:5,6,8
196:20 219:17,22
245:22 246:8,10,13
246:16
articles (10)
14:6 156:7 158:20,25
176:6 180:9 194:13
194:16 203:14
204:10
artificially (2)
50:6 144:11
aside (5)
38:6,7 42:16 43:21
60:7
asked (5)
57:15 87:2 115:22
143:13 174:6
asking (19)
53:2 57:12,14,21,25
75:21 82:18 94:18
115:20 139:2
142:23 143:7
145:23 146:2
151:24 164:3
166:21,21 209:7
aspect (2)
96:5 170:18
aspects (1)
174:17
aspirin (1)
183:8
assess (1)
240:11
assessment (2)
145:18 228:25
assignment (2)
16:2 25:7
assist (3)

10:18 16:8 26:8
**assistance (2)**
29:11 238:8
**assistant (2)**
13:9,17
**associate (1)**
12:19
**associated (5)**
84:7 114:14 163:4
164:24 219:13
**association (1)**
6:13
**assume (11)**
107:24 108:20 146:3
222:18 223:9 225:3
225:5,9 231:24
235:9 236:18
**assumed (7)**
104:2 107:25 141:6
148:22 230:11,14
240:16
**assuming (4)**
163:5 166:16 168:23
235:3
**assumption (11)**
103:16 104:22 107:6
107:7 116:2 139:7,9
139:21 164:4
168:15,25
**assumptions (5)**
137:17,18 140:17,18
164:2
**assurances (1)**
18:6
**attempt (2)**
173:7 191:18
**attended (1)**
10:7
**attorney (3)**
57:2,3 187:14
**attorneys (5)**
3:5,13 4:5 5:3 15:24
**attributable (2)**
50:2 211:2
**attribute (1)**
178:25
**audience (1)**
138:10
**audit (1)**
21:8
**auditor (2)**
20:5 174:23
**auditors (1)**
241:9
**August (29)**
48:22 107:18,18
111:20 112:3,10
113:19 114:22,23

116:21,21 117:9,10
117:18,19 119:15
122:11,12,17
126:11 127:9,24
130:6 133:17 142:6
144:3 167:11,14
170:3
**author (2)**
224:22 225:3
**authority (1)**
59:12
**authorized (1)**
5:12
**authors (2)**
225:10,10
**available (3)**
174:8 185:2 193:13
**Avenue (4)**
2:11 3:8,16 6:7
**Avi (2)**
3:18 6:16
**awarded (1)**
10:15
**aware (28)**
54:14 56:4 57:11
102:14,20 103:17
103:25 104:23
109:8 114:18 115:8
125:16 132:21
145:20 154:9
160:12,18,22 161:8
161:14 164:14
194:12,23 196:7
224:10,13,18
240:25
**a.m (1)**
2:6

---

**B**

**B (4)**
4:8 90:13 245:8 246:2
**BA (2)**
9:11,12
**back (26)**
18:13,15 42:14 65:10
65:11 66:4 83:7
96:18,21 101:22
118:7,8 119:3,3
120:5 141:3 144:2
150:21 158:6 161:6
165:14 171:21
204:7,7 214:13
236:3
**backed (1)**
19:18
**background (8)**
9:10 12:18 231:11,13
231:17 233:7,15,19
**bad (8)**

21:7 76:12 110:9
131:3,6 155:4
176:24 180:15
**balances (1)**
11:11
**ball (2)**
149:10 150:3
**bank (1)**
225:8
**Banking (1)**
13:24
**bare (1)**
41:12
**barely (2)**
74:9 152:19
**Barney (4)**
129:25 130:6,10
246:6
**Barney/Citicorp (1)**
27:18
**base (1)**
188:17
**based (15)**
49:22 61:16 130:24
134:11 139:7 150:5
160:17 163:24
198:10 200:13,16
201:22 203:18
210:21 241:25
**baseline (1)**
182:25
**bases (1)**
218:10
**Basic (2)**
235:3,6
**basically (14)**
18:13 20:18 120:2
135:19 168:14
172:6 182:6 183:25
193:16 203:8 207:3
208:18,24 213:4
**basis (7)**
100:21 112:7 177:17
193:14 206:7
217:22 218:3
**bear (14)**
66:15,17 67:2,2 68:4
68:24 72:23 75:16
76:19 95:19,20,25
125:25 245:16
**began (6)**
12:5 73:2 179:4,23,24
180:5
**beginning (2)**
23:7 135:3
**begins (1)**
135:16
**begun (1)**
179:20

**behalf (2)**
7:6,7
**belatedly (1)**
130:23
**beliefs (2)**
70:2 207:16
**believe (16)**
21:4 75:25 79:3 90:15
112:25 120:9,17,20
128:15 138:17
162:3,18 163:11
166:9 179:25
206:10
**believed (3)**
147:20,22,23
**believing (1)**
206:8
**best (2)**
7:25 80:5
**BETANCOURT (1)**
3:21
**better (5)**
14:20 180:16 208:7
218:12 226:10
**beyond (7)**
36:10 56:23 80:16
231:11,13 234:5
239:2
**BHARADWAJ (1)**
4:16
**bias (1)**
208:8
**bid (1)**
194:11
**big (1)**
79:13
**billing (1)**
27:21
**billings (3)**
24:20 25:8,12
**billion (1)**
35:2
**Biotherapy (3)**
16:13,20 17:16
**bit (3)**
80:9 90:15 130:20
**blind (1)**
17:6 182:5,23 183:4
**block (7)**
213:24
**blood (1)**
244:18
**Bloomberg (6)**
117:15 123:7 193:17
194:3 213:4,5
**blowing (1)**
88:5
**board (1)**

21:6
**boards (1)**
37:15
**bond (1)**
218:17
**bones (1)**
41:12
**book (3)**
160:9,10 174:14
**booked (3)**
161:11 166:25 176:24
**booking (2)**
160:9 163:3
**books (2)**
21:9 174:8
**Boosted (2)**
157:2 246:11
**booster (4)**
87:22 88:15 89:11
90:7
**boosting (1)**
159:20
**Boston (4)**
3:14,15 4:7 220:23
**bottles (1)**
182:12
**bottom (2)**
126:10
**bounced (1)**
171:21
**bounce-back (1)**
155:18
**box (5)**
187:14,14 192:20
193:21 204:9
**Boy (1)**
26:16
**break (6)**
68:2 102:7 124:4
129:13 157:11
214:3
**breakdown (1)**
26:2
**breakout (2)**
12:20 193:5
**Breyer (1)**
218:7
**Bricklayers (2)**
3:5 7:6
**bridge (1)**
16:10
**briefly (2)**
8:25 12:3
**bring (2)**
24:13 65:10
**broad (6)**
15:15 40:16 188:11
188:13 189:5

215:23
**Broadcom (4)**
218:21,21,24 219:10
**broader (4)**
59:4 138:9 140:7
193:10
**broadly (3)**
199:22 221:22 235:14
**broken (2)**
12:23 89:23
**brokerage (2)**
213:23 225:8
**Brothers (6)**
132:4,8,11,15 133:12
246:9
**brought (1)**
20:2
**build (1)**
187:25
**built (1)**
208:10
**bullish (2)**
87:25 131:4
**bunch (1)**
176:5
**business (17)**
9:13 15:3,6 16:5,25
18:15,17,21 19:20
21:13,23 22:3,4
109:11,17 123:6
234:11
**buy (17)**
41:20 64:24 65:8,14
68:12 75:11,18,19
75:20,22 76:12 77:8
77:10,10 80:18,20
95:23
**buyers (1)**
65:10
**buy-side (1)**
40:7

---

**C**

---

**C (7)**
3:2 4:2,9 7:11 158:9
244:2,2
**calculated (1)**
218:2
**call (42)**
12:25 22:15,23 36:18
40:17,20 42:4,8
59:11 60:4 62:21
64:4 65:4,5 74:15
85:23 87:20,25
102:13 126:17
127:2,4 153:18
173:12 177:11
184:2,22 185:9
186:2 192:5,8,13

195:19 196:24
197:3 203:3 207:22
215:8 217:9 218:22
223:7 230:3
**called (21)**
7:11 41:21 182:5,14
187:25 192:10,11
192:16,18,20
193:18 195:16
197:9,13 198:3
208:11,14 209:2
216:4,11 234:16
**calls (1)**
41:19
**campus (1)**
9:21
**candidate (1)**
190:3
**capabilities (1)**
128:18
**capital (3)**
16:9 144:19 145:3
**CAR (2)**
195:18,24
**careful (2)**
187:6 241:14
**case (58)**
26:15 27:11,16,22
28:2,8,23 29:4 30:4
30:20 32:7 34:6
49:5 69:17 83:19,22
84:4,21 89:8 98:13
121:17 137:11
154:3 166:20
176:14 185:18
186:17,23 187:4,12
188:8,12 193:3
196:11 198:24
204:23 205:4 213:3
214:14 215:6,8
216:4,13,14,15
217:22,22 218:21
218:24 235:10,16
235:21 236:11
237:8 238:14
240:16,17 247:3
**cases (15)**
25:6 26:3,4 27:9
31:11,14 44:16 72:6
87:24 147:18
215:19 216:14,25
237:2 241:2
**castigated (1)**
217:17
**category (6)**
34:8 35:7,13,18 64:16
221:18
**causation (7)**
26:23 50:2 83:17 84:7

143:6 219:14,14
**cause (27)**
34:3 50:9,16,16 51:8
54:20 56:6,11 58:24
69:10,16,16 80:23
89:4,5 102:6 109:24
122:16 138:17
158:25 183:11
184:6,9,9 205:10
219:19 229:2
**caused (21)**
34:13 48:14,25 49:5
49:16,21,24 51:2,11
54:15 60:9,14 68:24
70:11 100:9 125:13
183:18 234:19
240:18,19,20
**causes (5)**
50:17 51:23 52:4
173:17,18
**causing (6)**
50:13 51:17 54:11
101:18 172:14
210:9
**caution (1)**
63:20
**CBIZ (3)**
18:19 22:6,10
**CCR (2)**
1:24 244:25
**centered (1)**
197:10
**Century (1)**
22:4
**CEO (2)**
16:21 18:4
**cert (4)**
168:19 231:2 234:21
237:18
**certain (39)**
18:6 22:17 27:19
49:20 72:6,6 78:16
79:2 99:12 101:11
101:19 103:2,14
114:19 115:25
121:16 146:4
149:14,24 150:3
170:17 172:5
175:22 185:25
194:12 198:23
202:10,16 205:2,5
207:14,15 213:7,23
225:11 227:14
237:2 238:6,6
**certainly (15)**
34:13 47:8 53:15
58:17 60:16 66:14
71:12 90:6 91:8
93:4,7 147:21

168:18 210:21
229:20
**certainty (1)**
229:20
**certification (3)**
63:23 235:10 238:12
**Certified (1)**
2:13
**certify (2)**
244:10,16
**CFA (3)**
53:7 56:17,23
**CFO (1)**
16:23
**chairs (1)**
19:4
**challenge (1)**
237:9
**chance (1)**
240:11
**chances (1)**
88:23
**CHANG (1)**
3:20
**change (19)**
30:25 32:9 37:9 38:3
66:12 76:8 81:13
82:20 90:5 92:7
127:25 185:20
210:10 215:13
221:8,9,14,15 229:3
**changed (9)**
22:2,13 76:4,7 87:2
144:5,7 212:17
236:12
**changes (10)**
33:16 64:13 85:8
182:18 193:11
195:15 213:6,13,16
228:22
**changing (4)**
79:5 184:14,15
210:11
**channels (1)**
136:22
**characteristics (1)**
160:8
**characterize (3)**
78:23 134:21 237:13
**charge (3)**
21:7,10 134:9
**Charter (2)**
214:18,24
**charts (1)**
239:18
**check (2)**
119:16 204:8
**checking (1)**

136:22
**chief (2)**
126:14,15
**chiming (1)**
175:23
**chosen (2)**
33:2 215:2
**chronic (1)**
182:7
**Circuit (4)**
235:22 236:14,15,23
**circuits (2)**
234:24 235:23
**circumstance (3)**
51:12 52:21 110:14
**circumstances (3)**
205:6 211:17 242:12
**cite (2)**
209:20,22
**claim (1)**
224:21
**claiming (1)**
84:6
**claims (2)**
218:2,15
**Clarent (2)**
218:4,7
**clarification (2)**
120:13 150:16
**clarified (1)**
151:17
**class (30)**
3:7 7:7 20:17 25:17
25:24 27:10,12
39:23 47:11,25
63:22 84:18,20
120:16 150:14,18
150:20,22 155:20
168:19 185:13,15
185:19,23 212:16
231:2 234:21
235:10 237:18
238:12
**classic (2)**
209:15 237:16
**classical (2)**
208:2,2
**clean (7)**
20:2 181:7,10,11,15
181:16 219:6
**clear (7)**
42:6 75:10 125:22
147:14 163:19,23
189:22
**clearly (7)**
35:24 68:17 79:6
114:16 147:19
161:17 204:11

client (1)
24:17
clients (5)
15:15,18,20 53:20
64:7
climate (1)
125:2
Clinic (1)
17:7
close (30)
75:3,4,6 83:25 117:12
117:12,12,13,13,16
117:16 119:14
120:2,10,22,24
121:25 122:8,11
132:9 171:8,8,9,9
179:5 193:4,12,13
215:7 245:24
closely (2)
188:23 203:19
closer (3)
40:23 144:21 178:17
closing (2)
132:18 193:19
CNBC (1)
123:5
cocktail (4)
52:7 54:5 55:19 57:23
coefficient (1)
198:2
coincided (1)
100:14
coincides (1)
205:15
com (3)
163:4,22 166:2
combination (2)
68:16 209:13
combined (2)
144:22 145:3
come (24)
21:6 52:20 53:8,18
56:16,19 57:2 73:2
74:10,13 80:17,20
88:9 101:11 107:9
118:13 119:11
131:16 159:11
182:6,22,23 224:7
236:3
comes (18)
23:22 24:3 25:11,14
87:19,25 93:19 94:9
118:2 119:6 121:8
124:23 153:18,22
155:3 156:3 191:25
225:7
coming (9)
68:7 92:14 114:25
131:13,14 164:11

167:21 202:19
229:7
comment (11)
36:11,21,24 176:9,9
212:2,9 219:22
221:10,11 223:13
commentary (1)
60:19 76:25 91:3
commenting (5)
33:14 34:18 35:14
64:12 125:23
comments (8)
33:24 41:13 85:14
91:2 147:15 176:16
176:16 212:4
COMMISSION (1)
247:25
commitments (2)
18:9,10
committed (1)
142:24
committee (1)
21:11
common (4)
42:3 235:2,3,16
companies (12)
67:11 188:4,14,18,19
188:22,23,24,24
189:7 190:23 196:8
company (61)
16:8,16 19:22 20:20
22:4,17 24:18 41:24
46:11 53:14,16,17
54:20,25 55:11 57:4
57:6 79:25 80:3,8
80:12 87:15,15 89:2
105:19 108:23
109:21 110:23
113:10,15 115:12
117:24 121:12
132:16 141:10
143:15 144:20
147:21 153:19,22
159:17 171:20
172:2,5 175:22,24
176:9,20,23,25
177:3,7 181:8,9,9
184:6 185:20
191:14 196:4
202:18 214:19
company's (6)
80:10 101:12 143:11
175:23,25 176:15
compare (1)
29:20
compared (1)
38:22
comparing (1)
94:10

compelling (1)
92:21
compensate (1)
241:15
compensated (1)
241:8
compensation (3)
27:25 28:5,6
competitive (1)
188:5
competitor (1)
190:5
competitors (1)
188:5
complaining (1)
236:7
complaint (36)
8:15 34:12 63:18
85:24 103:20 104:3
104:5,8,16,24
107:22 108:11
115:8 135:10,13
139:8 141:4 145:8
146:13 148:8 161:3
190:19 200:7
201:23,25 202:3
222:19,23,24
223:14 230:19
231:2,8,10,12
245:21
complete (1)
8:5
completely (5)
17:2 69:10 177:16
178:14 189:23
complies (1)
125:14
composed (2)
182:25 183:15
computer (2)
19:12,13
coms (1)
164:12
conceal (1)
139:16
concealed (2)
131:12 139:19
concealing (1)
52:4
concentrated (2)
162:23,25
concept (1)
209:18
conceptual (1)
201:11
concern (2)
21:14 101:8
concerned (5)

21:18 76:10 101:6
183:22 241:4
concerns (23)
64:21 65:7,13 68:10
77:3,5,6 81:2 94:23
94:24 96:9,9 100:24
101:21 102:3,5
103:8 131:10 142:5
143:24,25 156:15
223:6
conclude (7)
48:6 49:4,14 68:22
78:14 87:5 174:19
concluded (2)
48:24 143:11
concludes (2)
141:10 143:15
conclusion (5)
93:17 100:12 111:6
158:24 209:17
conclusions (5)
30:22 32:12 102:11
209:7 230:5
conditional (1)
195:16
conduct (1)
43:8
conducted (1)
180:24
conducting (1)
187:22
conference (7)
41:18 87:20,25
126:17,25 127:4
184:22
confidence (14)
44:5 70:24 73:9,12
74:2 149:15 171:13
204:25 206:5,20
209:9 210:4 228:18
228:22
confirm (1)
146:5
confirmation (3)
117:24 118:5 121:21
confirmed (4)
123:17 134:8 174:8
174:24
confirming (1)
118:24
confirms (2)
119:8 121:9
confounded (1)
210:2
confounding (2)
71:2 211:12
confusing (2)
44:8 45:8
conglomerate (1)

124:24
conglomerates (1)
116:17
conjunction (2)
44:19 227:9
connection (1)
238:21
conscientious (1)
241:14
conscious (1)
187:6
consensus (21)
37:11 38:14,21,22
39:7,8,12,17,25
40:5,11,12,16,18
41:8,22,24 42:5,8,9
228:25
consensuses (1)
40:6
consequence (4)
226:18 227:20,25
228:13
consideration (2)
174:18 218:10
considered (3)
74:5 85:11 177:13
consistency (2)
202:21 208:8
consistent (2)
75:14 108:5
consolidate (1)
116:16
consolidated (1)
177:17
consolidation (1)
116:12
consultant (1)
15:11
consulting (13)
14:19 16:25 23:5,6,12
23:23 24:4,11 25:16
25:25 26:9 31:14
63:21
contained (3)
42:19 175:6 231:8
contains (1)
175:2
contaminate (2)
181:15 183:10
contaminated (1)
186:9
contemporaneously...
149:16
content (5)
63:10 68:2 76:15 80:6
89:6
contest (1)
237:3

**context (6)**
52:2,2 131:7 201:25
235:15 240:23
**contingent (1)**
49:18
**continue (3)**
35:2 53:14 55:14
**continued (6)**
62:6,7 103:9 158:11
219:19 242:18
**continuing (1)**
20:19 65:9 110:20
**continuous (1)**
11:6
**contract (1)**
14:19
**contracting (2)**
148:3,5
**contracts (2)**
85:12 148:4
**contrary (2)**
69:25 211:23
**contrast (2)**
24:25 79:10
**contribute (1)**
10:19
**contributed (2)**
50:25 70:24
**control (13)**
85:25 181:15,20
182:24,25 183:12
183:15,22 185:11
186:11,12 196:21
197:20
**controlled (5)**
86:4 190:18 193:10
197:13 215:9
**controller (1)**
16:22
**controlling (1)**
190:17
**Cont'd (2)**
4:2 246:2
**conversations (1)**
8:23
**converse (1)**
101:15
**converted (1)**
238:25
**convinced (3)**
62:5 74:24 227:16
**cookbook (1)**
207:23
**copy (2)**
30:18 32:6
**core (6)**
40:17,21 41:7 234:23
235:9,14

**Cornerstone (2)**
4:16 84:5
**corporate (1)**
22:2
**corporation (1)**
56:14
**corporations (3)**
15:21,22,24
**correct (57)**
8:2 10:13,14 12:7
13:9 18:20 20:6
22:7 32:9 35:20
38:13 44:6 47:25
51:13 58:6 67:15
72:19 75:12,24
77:23 78:20 82:12
85:2 95:8 96:25
100:19 102:15
103:14,18 105:20
107:15 113:4
124:11 144:5,25
158:15 159:9 161:4
167:11 171:17
173:6 175:4 198:24
199:9 215:16
221:17 224:13
225:17 227:21
229:24 231:15
234:12 236:5
238:16 240:13
241:17 242:2
**corrections (1)**
159:8
**corrective (4)**
159:10 200:6 201:24
227:13
**correctly (1)**
78:13
**correc5 (1)**
112:5
**correlated (1)**
214:20
**corresponding (1)**
97:9
**cost (2)**
126:18 131:22
**costs (3)**
109:23 126:19 131:17
**cost-cutting (1)**
130:20
**counsel (7)**
6:14 63:25 105:2
222:18 238:8
239:18,22
**count (1)**
11:18
**counterattacked (1)**
172:6
**counterattacks (3)**

175:9 177:8,8
**countering (2)**
77:4 94:23
**counterparties (2)**
169:14 170:19
**counterparty (1)**
180:2
**counters (1)**
94:24
**COUNTY (1)**
244:6
**couple (9)**
44:20 88:9 101:20
154:17 155:11
212:23 213:14
214:11 234:13
**course (9)**
12:15 13:4,4,21,23,25
96:16 150:2 220:21
**courses (3)**
12:11,14 13:19
**court (10)**
1:2 2:13 5:15 6:12 7:8
19:6,10,11,21 239:8
**cover (7)**
53:14 54:3,4,5 55:15
129:18 175:24
**coverage (3)**
55:12 82:11,17
**covered (1)**
219:2
**covering (4)**
37:18 40:10,22 55:11
**cracked (1)**
88:6
**create (1)**
59:17
**Creative (2)**
157:7 246:14
**credentials (1)**
207:25
**credibility (2)**
88:12 118:15
**credible (5)**
56:3 59:10 60:21
118:7 123:2
**credibly (2)**
88:10 165:15
**credit (17)**
1:5 3:13,14 6:5,17,20
7:3 62:11,23 68:4
72:24 90:13,18 93:9
220:22 245:14
247:3
**criteria (10)**
183:20 189:16 198:11
199:21 204:20
208:15,18,22 209:3

212:11
**cross (1)**
47:19
**crystal (2)**
149:10 150:3
**CSFB (110)**
34:6 35:16,20,24 36:8
38:14,20,22 39:2,7
39:24 40:19 41:3
42:15 44:3 45:6,13
46:14,16,17,21,23
47:13,15 60:9,17,18
61:8,17 66:7 67:19
68:24 70:4 74:10,25
75:15,22 76:4 78:14
78:17,25 79:12 80:4
80:5,7 81:19 87:3
90:9,17,21 91:13,18
92:3 94:11,14 95:13
95:14 98:13 99:21
100:8 102:14,20,24
102:24 103:9,16,24
104:22 105:14,18
106:8 108:16,21
110:21 111:24
114:18 115:8
133:18 134:10
135:7 141:13
142:17,20 145:17
146:16 153:8 159:9
159:12 160:17,18
161:14 166:8 170:7
170:9 200:25 205:3
205:7 209:24 210:7
210:11,15 211:2
212:3 227:16,19,24
228:18 229:9,16
245:19
**CSFB's (6)**
42:8 89:19 96:4 105:6
144:24 145:21
**culpa (1)**
143:6
**current (6)**
37:13,14 65:14,23
77:8 150:4
**currently (1)**
9:5
**curve (1)**
216:11
**cut (6)**
116:7 134:8 155:17
155:17,22,22
**cutbacks (1)**
114:2
**CUTLER (1)**
4:4
**cutting (4)**
131:17,22,23 154:21

**cv12146 (1)**
1:6

**D**

**D (15)**
1:15 2:9 7:11 30:8
158:9 234:17 243:7
244:11 245:2,4,8,11
246:2 247:5,19
**daily (1)**
43:10
**damage (1)**
239:3
**damaged (1)**
240:12
**damages (16)**
29:25 211:4 216:10
216:17,18 217:21
218:2,5,8,16 239:13
240:6,11,19,19
241:2
**dangerous (1)**
25:2
**Daniel (2)**
3:19 6:19
**data (5)**
77:20 117:16 171:23
199:2 208:13
**date (20)**
30:10 31:24 62:14
66:20 83:4 91:21
94:4 104:9 111:14
122:3 126:7,11
127:18 130:3 132:5
157:4,9 179:16
234:3 247:4
**dated (16)**
62:12 63:2 111:12
126:5 127:16 130:2
156:25 157:6
179:13 245:14,22
246:5,7,10,13,16
**dates (5)**
44:18 85:22,23
191:16,17
**Daubert (8)**
216:16,19,22,24
217:6,15,18 218:22
**Davis (5)**
2:10 3:12 6:16,20 7:3
**day (62)**
15:17,17 17:25,25
60:20,21 61:5,14,15
61:21 62:5 67:19
68:14,23 74:12
79:25 82:3 87:3
88:4,8,8 89:13,25
91:6,10 92:18 96:12
96:14 106:14

116:22 117:25
118:2,9,10 119:4,7
121:5,10,20 123:16
127:14 133:6,8
171:15,16,20,22
172:14 176:2,6
185:8,9,10,20 201:2
203:12,15 219:15
227:10 243:11
244:22 247:21
**days (57)**
36:25 37:2 44:3 78:3
81:8 84:17 85:21,25
86:18,20,23 95:5
117:18,21 118:8
153:18 172:2
183:16 185:3,16,22
185:25 186:3,4,11
186:12,15 187:14
187:19 191:19
198:6,9,23 199:7
200:9,20 201:13,16
201:19,20 202:22
202:23 203:5,6,11
204:11,22 205:14
210:24 211:2 212:2
212:8,14,19,23
219:10,12
**day-to-day (1)**
22:10
**deal (3)**
71:2 174:18 210:5
**dealing (3)**
38:8 196:8 200:24
**deals (6)**
161:10 164:19 166:25
169:21 176:24
237:19
**debate (1)**
68:14
**December (2)**
155:21,25
**decide (5)**
137:13 201:18 218:9
218:12,13
**decided (4)**
132:16 200:19 201:8
201:10
**decision (5)**
216:16 217:10,13
224:14 236:24
**decisions (4)**
18:2 21:19 235:22
236:23
**decision-making (1)**
22:18
**declaration (11)**
30:8,19 84:6 234:15
234:16,20 237:17

237:18 238:3,18
245:11
**declarations (1)**
238:19
**declare (2)**
32:22,23
**decline (5)**
90:11 100:9 109:22
134:19 159:2
**declined (1)**
174:7
**declines (1)**
92:22
**declining (3)**
64:25 81:2 156:15
**deconstruct (1)**
180:14
**decrease (1)**
183:19
**decreased (1)**
212:18
**deemed (3)**
217:7 221:2,4
**deeper (1)**
131:11
**deeply (1)**
233:20
**defendant (11)**
4:5 26:8,11,13 49:8
50:20,22 137:11
217:17 236:7
240:24
**defendants (47)**
3:13 6:18,21 7:4 26:4
30:7 31:22 33:14
49:5,15,15,19 50:19
62:11 64:11 66:17
83:2 91:18 104:7
111:11 121:24
126:4 127:15
129:24 132:2
146:17,22 148:11
179:12 236:3
237:10 241:17
242:6 245:10,12,14
245:16,18,19,21,22
245:23,25 246:4,6,8
246:15
**Defendant's (4)**
156:24 157:5 246:10
246:13
**define (1)**
69:3
**definition (1)**
226:6
**deflecting (1)**
64:22
**degree (6)**
9:20 70:24 149:15

204:25 206:5
228:22
**degrees (2)**
9:19 197:12
**delisted (1)**
20:22
**Dell (2)**
217:11,14
**demand (2)**
148:4 188:6
**demanding (2)**
18:12 21:12
**demonstrating (1)**
97:3
**demonstration (1)**
17:14
**denial (5)**
173:5 175:3,8,12,18
**denials (1)**
171:25
**denies (3)**
101:21 121:12 176:25
**department (2)**
12:6 13:14
**depending (4)**
40:7 89:5 207:16
208:22
**DEPONENT (1)**
247:5
**deposed (1)**
7:16
**deposition (11)**
1:13 2:9 5:11 6:3,6
8:10,14 140:16
238:10 244:12,14
**depositions (2)**
30:3 215:15
**derive (1)**
23:21
**describe (5)**
51:8 62:20 78:4
180:23 196:16
**described (2)**
79:15 96:21
**Description (2)**
245:9 246:3
**designing (2)**
13:4,4
**detail (1)**
122:10
**detailed (2)**
118:3 211:14
**details (1)**
108:25
**deteriorating (1)**
124:25
**determination (6)**
146:14 173:24 174:22

202:9 217:23
224:19
**determine (18)**
42:7,20 46:21 57:15
69:15 70:8,10 72:18
84:17 89:15 102:23
103:24 117:2 146:8
176:13 205:25
206:20 241:25
**determined (6)**
89:19 198:10 200:13
200:15,16 217:22
**determining (1)**
211:9
**develop (3)**
11:4 19:8,9
**developed (1)**
239:9
**development (1)**
128:17
**develops (1)**
11:3
**device (2)**
17:11 19:11
**Dharma (2)**
3:21 7:2
**difference (2)**
73:16 193:2
**different (42)**
12:24 18:2 31:14
33:25 50:19 55:6
58:23 66:7,10,10
68:7 76:18 77:9
81:21,23,24,25 82:2
93:6 118:7,17
123:14 141:17
153:10,14 178:14
184:21 188:14
190:12 192:6,6
200:24 203:7
210:16,17,19,24
212:10 221:11,12
226:5,22
**differently (1)**
72:7
**difficult (8)**
42:23 43:2 72:2 98:4
99:9 129:14 130:15
211:12
**diffusing (1)**
177:11
**digs (1)**
121:9
**direct (4)**
29:25 40:23 213:9
239:20
**direction (5)**
69:13 73:11 79:14
81:6 100:25

**directly (1)**
42:24
**director (2)**
18:24 21:22
**disagree (3)**
71:7,7 204:12
**disappointing (2)**
115:16 179:4
**disappointments (1)**
48:18
**disclose (19)**
42:18 46:18 50:21
52:12 53:12,19 57:4
57:13,19 58:4 59:7
78:16 103:2,14,18
105:8 114:12
146:18 184:9
**disclosed (42)**
35:19 38:5 42:17
43:22,23 46:19,21
46:24 47:7 53:16
54:20 78:19 80:14
80:17 94:11 100:8
100:13,17 110:21
111:24 133:18
143:8 144:18
145:17,19,24
146:15 159:9,13,14
160:3 161:15 163:7
168:10 169:4
176:21 180:7,8
205:8,15 210:15
230:20
**discloses (3)**
47:2,2 51:7
**disclosing (3)**
50:22 54:21 153:11
**disclosure (13)**
43:21 60:4,7 96:21
97:4,17 114:13
153:7 161:21
171:16 172:21
175:17 230:4
**disclosures (6)**
48:21 78:5 97:14
161:20 177:12
219:19
**discount (2)**
45:16,16
**discovered (1)**
69:6
**discovery (5)**
168:17,18 213:9
224:7 231:3
**discrepancy (1)**
147:19
**discrete (1)**
219:20
**discuss (2)**

discussed (7)
60:5 107:19 112:11
116:6 169:22
200:10 202:3
discussing (1)
111:20
discussion (3)
56:16 86:14 128:7
dispute (1)
19:19
disputed (1)
80:11
dissertation (1)
10:23
distinction (1)
153:15
distinguish (3)
44:15 45:4 140:9
distinguishable (1)
153:16
distress (1)
22:25
distributed (1)
241:19
distribution (4)
238:24 239:15 241:5
241:14
DISTRICT (2)
1:2,2
divide (1)
182:8
division (10)
114:3 133:14 156:17
156:18 163:12
164:25 165:2,4,9
179:21
divisions (2)
128:18 161:23
doctorate (1)
9:15
doctors (1)
17:13
document (14)
1:8 30:13,14,16 32:2
33:5 62:16,18 83:11
83:12 91:24 122:5
124:17 127:20
documents (4)
158:13,17 174:8
184:20
doing (21)
11:2 15:16,18,23
21:16 22:22 23:4
26:3 37:10 51:20
68:19 95:25 154:16
183:4 185:8 186:23
188:2 190:13
192:24 203:12

220:21
dollars (1)
28:19
dominated (1)
189:18
DONALD (1)
3:10
Donny (2)
7:5 8:16
door (1)
25:14
DORR (1)
4:4
dot (4)
163:4,22 164:12
166:2
double (4)
17:6 182:5,24 183:4
downgrade (1)
52:19
downgrades (2)
39:3 85:8
downgrading (1)
184:14
download (1)
213:18
downside (1)
65:22
downward (1)
64:22
dozen (2)
220:22 222:25
Dr (21)
3:7 6:4 7:7,16 30:12
31:23 83:10 84:5,9
95:9 108:18 120:14
137:14 145:7
152:11 190:13
191:6 220:8 226:7
226:10 245:13
draft (4)
28:16 31:3,3 32:15
drafted (2)
32:14 217:21
drafting (1)
63:18
dramatic (2)
149:21 178:17 228:21
dramatically (3)
22:14 23:16 121:22
dramatizing (1)
232:14
draw (11)
47:4 55:9 61:10 69:24
93:25 161:19
168:15 175:16
209:7 231:20
238:11

drawing (9)
139:7,9,20 164:2,3
166:15,22 209:16
230:5
drawn (2)
55:8 112:15
drive (1)
126:18
driven (1)
188:6
drives (1)
207:17
drop (7)
31:15 121:20 122:17
153:21 154:9 172:4
219:15
dropped (6)
121:22 123:8,10
154:7 171:24
190:22
dropping (1)
96:9
drug (1)
183:11
due (1)
116:12
Duluth (1)
9:21
duly (2)
7:12 244:13
dummy (3)
192:12,13 209:19
duplicative (1)
128:18
duties (2)
56:17,20
duty (12)
52:17,20 53:2,3,10,13
53:19,19 57:4,6
59:6,11

_____

E

E (13)
3:2,2 4:2,2 158:2,2
244:2,2 245:2,8,8
246:2,2
earlier (15)
26:17 63:16,25 64:9
79:25 116:5 122:10
133:7 134:15
135:16 156:14
167:9 169:11
170:25 180:4
early (8)
63:17 65:23 66:5
84:23 96:11 166:5
170:25 175:11
earned (4)

9:14,15 157:7 246:14
earning (2)
97:19 144:21
earnings (41)
37:9,13,21 39:18
41:14 48:18 79:3
85:9,13,14 87:16,18
98:10,17,18 99:14
99:15,16 100:4
101:10 115:13,16
135:2,21 138:22
141:20 146:21
148:10,15 153:18
153:23 155:3,9
166:2 179:4 180:12
180:14,17 184:14
184:22 198:17
easy (2)
202:24 203:14
eBay (1)
174:9
eBay's (1)
174:14
EBITDA (4)
34:25 37:22 39:18
130:24
ECN (1)
193:25
Ecoland (1)
216:4
econometric (3)
11:17 45:10 196:4
econometricians (1)
207:23
econometrics (1)
211:19
economic (16)
11:13 53:24 54:18
57:21 58:2 59:14
70:7,8,9,20 82:8
146:11 201:10
205:24 211:7
220:18
economically (3)
70:22 93:15 229:21
economics (11)
9:11,12,15 10:4,16
12:6 13:13 57:14
58:19 137:15
211:20
economist (3)
13:6 15:10 68:21
economy (1)
11:3
EDS (2)
19:18,19
educational (1)
9:10
Edward (1)

10:13
effect (63)
5:14 34:14 38:9,17
42:15 43:3,4,18
45:5,6 46:23,25
47:5,6,8,10,12,14
47:17 48:7 51:20
73:23 87:6 89:12,16
93:11,12 97:6,9
110:10,13 112:2,4
115:15,18 118:9
121:11 129:10,15
134:14 156:4
159:20 172:15
175:19 176:13
177:3 179:7 183:14
197:22 202:9
204:16 205:11
209:8,12,14 210:23
211:4,6,9 226:11,17
229:18 239:14
effective (1)
21:19
effects (2)
33:17 64:14
efficacious (1)
182:3
efficacy (1)
183:11
efficiencies (1)
126:18
efficiency (13)
26:23 30:9,19 234:17
234:20,22 235:14
237:8,10,20,24
238:3 245:11
efficient (4)
235:6,11,15 238:5
eight (1)
144:21
either (22)
10:3 22:24 36:7 64:25
65:3 70:10 72:23
77:13 89:23 92:17
100:13 114:21
164:25 180:9
195:11 200:5
202:25 211:21
216:10 218:10
230:15 241:9
eliminate (1)
21:20
elimination (1)
128:17
email (31)
107:21 110:22 112:12
113:3,15 133:19
141:8 161:7 162:3
163:10 164:7,18

166:9,13,16,17
168:9 231:22,25
232:3,4,7,12,13,16
232:18 233:2,6,11
233:14,19
**emails (5)**
34:12 108:11 140:15
223:4 228:19
**emphasis (2)**
9:13,23
**employed (1)**
15:2
**employees (26)**
49:12 106:6,9,16,25
107:3 108:4,24
109:10,11 114:4
116:18 118:4,18,19
131:22 132:19
161:9 163:19 167:7
167:10 168:5
170:10 177:4 178:9
178:16
**employment (3)**
12:4 13:11 15:13
**encouraging (1)**
56:19
**ended (1)**
20:17
**engaged (3)**
63:16 99:11 163:21
**engagements (2)**
23:15 26:12
**enter (1)**
58:15
**entered (1)**
235:14
**enters (1)**
58:13
**entertainment (3)**
65:13,22 67:11
**entire (1)**
191:24
**entirely (3)**
32:16 78:22 137:2
**entities (3)**
159:19 169:13 170:24
**entitled (2)**
66:18 245:16
**entity (3)**
22:2 115:11,13
**environment (2)**
67:10 134:25
**equal (1)**
208:4
**equally (2)**
67:17 72:16
**equity (4)**
22:15 129:25 130:6

246:6
**equivalent (2)**
230:3,4
**ErgoBilt (8)**
18:24 19:2,24 20:11
20:12,20 21:3,23
**ergonomic (3)**
19:4,4,8
**Ernst (3)**
174:23 240:23 242:2
**ERRATA (1)**
247:2
**error (5)**
191:18 194:25 197:18
197:25 203:24
**errors (1)**
195:15
**especially (7)**
38:25 88:10 89:9
102:2 134:14 135:3
203:15
**ESQ (7)**
3:10,18,19,20,21 4:8
4:9
**essentially (12)**
10:25 13:7 17:2 181:3
181:24 189:15,18
190:19 191:5 206:6
217:21,24
**establish (1)**
60:8
**established (1)**
102:24
**establishes (1)**
71:9
**estate (1)**
15:23
**estates (1)**
15:22
**estimate (1)**
197:22
**estimates (4)**
37:11 76:2 130:10
197:8
**ethical (3)**
53:19 55:13 56:23
**evening (1)**
123:7
**event (96)**
43:8,10,11 44:4 60:8
61:6 62:10 63:5
69:7,11,14 72:7
74:18,19 84:14,16
84:24 85:23 86:14
86:20 90:13 95:5,24
96:2 101:15 117:23
119:23 120:2,10,18
120:22,25 121:25
122:9 129:6 132:23

132:24 134:6
172:10,13 173:5,15
173:16,21 176:8,10
177:10,15 179:7
180:24 181:5
183:14 185:10
186:19 187:22
189:21 192:11
193:5,7,10 195:4
196:4,9,14,21 198:6
198:9,14,23 199:7
200:14,17,19,20,21
200:22 203:12,20
203:24 204:9
205:14,19 206:6,7
206:18,21 207:2
209:3,8,12 219:13
227:11 238:10,25
239:2 245:24
**events (52)**
34:19 50:2 71:2 77:21
84:25 85:6,16 94:20
118:6 120:21
121:15 144:4,7
172:11,19,20
173:14 181:12,12
181:14,20 184:4
187:7 190:17,18
191:22 193:6,9
197:12,21,25
199:16,17 200:3,3,5
201:23 202:12,13
203:3 204:13,15,15
205:22 206:13
207:10 209:13
211:12,13 214:19
215:9 219:20
**eventually (1)**
15:11
**everybody (1)**
138:24
**evidence (7)**
72:23 80:25 88:11
104:25 105:4
133:16 238:16
**evidenced (1)**
238:9
**exact (4)**
63:10 77:20 108:24
239:25
**exactly (11)**
43:9 64:3 90:2 107:25
110:21 112:13
123:22,24 136:8
187:3 237:22
**examination (4)**
7:14 158:11 220:6
242:12
**example (16)**

29:21 39:6 45:13 51:4
69:19 80:3 122:20
153:25 154:3,5,19
172:16 198:17
200:25 202:4 229:6
**examples (7)**
101:20 141:5 155:11
159:23 170:5,6
173:11
**exception (1)**
66:15
**exceptions (1)**
198:18
**Exchange (3)**
194:5,6,8
**exclude (3)**
205:23 206:17 218:9
**excluded (2)**
216:19,22
**exclusion (1)**
208:15,17 209:3
**exclusive (1)**
212:13
**exclusively (1)**
26:5
**executed (1)**
33:6
**executives (7)**
52:8 54:6 55:18,25
57:23 59:15 85:16
**exhibit (76)**
30:7,13 31:21,22 32:3
32:19 62:3,11,17
66:17,21,23 82:25
83:2,11 90:13 91:18
91:22,25 104:6,7,13
106:5 111:11
119:17,24 120:6
121:23,24 124:21
125:19 126:3,4
127:15 129:24
131:25 132:2
133:24 135:11,13
135:15 152:15
156:11,22,24 157:5
158:14,14 159:14
161:6 179:10,12
212:7 214:15
223:20,22 232:10
232:19 234:16
239:12 245:10,12
245:14,16,18,19,21
245:22,23,25 246:4
246:6,8,10,13,15
**exhibits (3)**
83:16 120:5 239:17
**exist (2)**
11:8,8
**existence (1)**

20:2
**existing (2)**
18:11 34:18
**exit (1)**
132:16
**expanding (1)**
130:18
**expect (8)**
27:24 33:25 34:25
74:11 80:23 120:11
120:24 177:2
**expectations (10)**
37:9 38:3 70:2 79:3
96:13 134:24 135:3
152:19 156:2
184:14
**expected (7)**
106:24,25 113:21
114:3 118:4 130:23
180:16
**experience (4)**
184:18 204:19 211:18
212:12
**expert (12)**
26:9,10 56:23 83:21
83:24 84:9 215:18
220:14,18 235:24
237:4,7
**expertise (1)**
236:21
**experts (1)**
71:6
**expert's (1)**
174:20
**EXPIRES (1)**
247:25
**explain (6)**
11:3 61:12 73:15
189:17 214:22
217:8
**explained (3)**
197:9,11 217:10
**exposure (3)**
21:20 67:12 68:9
**expressed (1)**
21:14
**extending (1)**
195:11
**extensive (1)**
240:8
**extent (11)**
31:16 48:23 54:13
121:7 160:21 175:6
193:6 226:21 229:9
233:24 234:2
**extreme (2)**
181:12,14
**extremely (1)**
168:13

E&Y (1)
241:21
e-mail (1)
107:14

**F**

F (6)
158:2 197:15 205:21
244:2 245:8 246:2
face (5)
80:25 87:16 172:17
180:17 237:9
facie (1)
235:21
facing (1)
148:2
fact (57)
20:3,4,16 37:12 44:11
45:13 53:17 56:15
69:18 71:6 72:15
73:19 80:24 90:12
95:12 98:16 104:2
108:19 115:5
118:25 123:15
142:9 143:12 146:7
149:4 150:9 151:4
153:24 154:13,23
166:5 168:17,18
173:10 178:10
180:3,15 196:20
202:2 203:5 204:8
206:23 210:21
211:10 212:23
216:6,22 217:16
219:10,16 220:12
223:11 230:11,21
230:25 231:22,25
Factiva (2)
184:24 213:12
facts (14)
78:16,18 135:5
137:12 139:5 143:7
144:17 152:10
159:4 163:13,25
166:19 211:17
233:20
factual (4)
137:17,17 231:6
233:23
fail (1)
196:21
failed (7)
57:19 78:15 103:2,14
103:17 146:17
155:15
failing (2)
58:4 134:23
failure (1)
81:17

failures (1)
110:11
fair (17)
146:5 220:17,20,25
221:22 222:14,15
229:22 231:4
232:24,24 234:7
235:7 237:21 238:2
239:24 241:5
fairly (2)
84:22 156:4
fall (13)
35:7,13,18 54:15,21
64:15 65:9 89:4,5
101:19 125:14
153:20 173:18
falled (1)
90:16
fallen (6)
88:7 89:25 93:22
103:10 111:5
152:18
falling (7)
66:3 81:10 89:3,13
90:8 103:8 229:11
falls (3)
90:14 183:20 185:4
false (4)
50:5 51:5,6 210:13
familiar (3)
7:21 113:23 122:6
families (1)
15:22
famous (1)
13:6
far (9)
28:8,23 146:10 167:4
170:7 185:19 227:8
233:8 236:21
fashion (3)
73:3 188:21 200:4
favorable (2)
65:19 67:18
fax (1)
64:6
FDA (2)
17:11 182:4
federal (1)
184:3
felt (9)
14:19 81:6 90:3 95:21
109:23 121:11
217:19 218:11,25
Fiber (1)
27:20
fiduciary (1)
18:5
fields (1)

166:3
file (8)
1:6 120:8,9 122:23
123:20,21 124:2,5
filed (2)
20:13 31:11
filing (2)
5:4 84:4
fill (1)
184:12
filter (1)
62:8
final (2)
186:19,20
finally (2)
48:20,22
finance (3)
14:2 192:10 196:25
financial (12)
13:21 17:4 22:24 54:7
96:13 124:24 126:5
126:9,14,15 174:7
213:18
financially (1)
14:21
financials (3)
17:3 150:12,21
financing (1)
22:25
find (12)
64:2 73:5 81:17 124:4
124:5,5 141:11
143:13 181:6
184:23 185:3 213:2
finders (1)
146:8
fine (2)
104:19 148:20
finish (1)
43:19
firm (13)
15:2,4 16:11 22:20
23:24 24:3 28:5
55:10,13,14,18
225:8,9
firms (3)
22:24 138:8 213:23
first (45)
3:14,15 12:19 13:10
17:18 28:4 31:3
32:15 36:19 38:25
42:4,8 43:19 48:19
58:6 63:12 65:16
67:8 74:22 84:24
86:7 88:17 103:21
113:18 115:5,19
117:24 118:9
122:25 152:16
155:6 193:21,22,22

194:9,10,18,22
195:14 203:18
220:23 223:12
227:15 236:14,15
fit (7)
10:6 14:20 187:16,16
189:15 199:21
208:6
fits (1)
202:25
five (21)
23:10,17 25:15,21
40:20 77:24 98:21
98:24 99:18 100:6
135:22 136:11
138:23 141:9,16
143:10,14 144:21
153:17 204:15,15
fix (1)
95:9
fixing (1)
190:15
flag (1)
210:8
flagged (1)
193:8
flexibility (1)
14:21
floor (2)
3:8 77:11
flu (7)
88:16,18,19,20,22,23
88:24
focus (2)
127:14 187:4
focused (1)
189:6
follow (3)
67:12 170:20 202:11
following (6)
87:14 88:25 89:19,25
90:9 219:10
follows (3)
7:13 72:14 158:10
follow-on (2)
219:9,18
footnotes (2)
31:6,9
force (1)
5:13
forcefully (1)
66:15
forces (1)
197:21
forecast (4)
41:24 92:13 127:25
149:18
forecasts (15)

33:24 34:20 37:15
39:9,12,19,24 41:14
42:10 45:15 85:9
128:5 129:9 130:19
150:4
foreclose (1)
218:16
forget (1)
164:6
forgetting (1)
197:3
form (4)
5:7 73:2 188:20 200:4
formal (5)
11:24 22:11 39:4 62:7
175:8
formally (4)
14:13 15:2 38:23
217:3
forms (4)
141:9,17 143:10,14
forth (4)
56:19 145:22 202:20
244:12
forthright (1)
56:20
forthwith (1)
53:18
Forty-nine (1)
232:11
forward (1)
21:20
found (6)
25:2 49:20 50:8
123:15 178:22
217:5
foundation (2)
105:6 168:23
four (9)
13:18 27:8 37:20
93:23 95:16 98:11
99:11 217:12,14
fourth (2)
72:12 132:14
Fox (4)
3:4 7:5 26:19 27:3
frank (3)
4:5 6:23 211:11
fraud (3)
59:5 142:24 151:9
Frederick (3)
3:21 7:2,2
freedom (1)
197:12
frequency (1)
41:3
frequent (1)
40:22

friendly (1)
19:15
front (2)
128:20 158:13
front-end (1)
140:7
frustrated (1)
14:15
frustrating (1)
17:21
full (5)
122:10 174:13 175:6
230:17 233:14
fully (6)
65:7 96:10 147:8,9,10
194:20
function (4)
191:14,16 208:12,14
Fund (1)
3:7
fundamental (4)
66:18 67:6,10 245:17
fundamentals (1)
188:7
further (10)
5:6,10 89:4,5 90:8
92:22 118:5 119:7
242:16 244:16
furthermore (1)
65:18
future (2)
98:19 114:8

_____
G
gaining (1)
136:23
game (1)
131:2
general (4)
25:13 53:21 76:22
231:18
generally (10)
14:2 77:19 85:14
110:15,16,17
121:14 138:7 142:5
193:17
generate (1)
24:3
genesis (1)
192:19
Gesser (67)
3:18 6:16,16 7:15
30:11 31:20,25
43:20 52:25 62:15
66:22 70:17 77:22
78:2,10,12 82:25
83:9 87:10 91:23
94:17 104:6,10,20

107:17 111:3,15
112:18 120:23
121:23 122:4
124:22 126:2,8
127:19 129:23
130:4 131:25 132:6
133:8 137:16
145:10,14 146:12
150:14,18,24 151:7
151:10,15,18,21
152:2,7,13 156:10
156:12,22 157:10
158:12 163:9
179:10,17 214:2,10
219:23 245:5
getting (7)
21:8 53:5 77:11 96:20
146:10 155:2
236:17
give (18)
8:5 13:5,7 14:20
24:13,14 63:15 70:2
80:18,20 137:14
140:6 148:24
153:25 154:5
182:13 197:21,25
given (13)
12:18 85:13 113:7
149:17,17 167:18
195:23 210:6
214:24 215:15
228:20 231:2
244:15
gives (3)
88:19,21 119:7
giving (1)
115:12
global (1)
181:5
go (41)
9:25 10:3,9 18:12,13
57:6,9 59:11 65:18
67:23 69:19 77:7
80:23 88:18 95:23
96:2 102:7 109:9
113:9 116:15
121:22 133:2 144:2
145:8 148:23
151:22 184:22,24
185:12,18 188:2
203:8,8 204:7,8,9
204:10 213:17
216:7 225:13
230:17
goes (7)
65:4 101:22 109:3
155:4 181:24
208:23 217:10
going (66)

21:19,19 26:12 45:17
52:9 54:7 55:25
57:24,24 59:6 66:3
66:4 68:8 76:13
77:7 80:8 81:14
82:22 88:24 98:4
99:8 101:8 102:7,9
102:13 105:8
114:11,20 115:14
116:15 122:22
123:20 124:7 132:8
136:5 140:23
149:19 153:19,20
153:23 154:6
157:13 161:6
163:17 167:19
168:22 170:21
179:6 181:18 185:9
185:9,10 186:10
187:14 191:10,12
192:13 194:20
203:2,13 214:5
220:2 229:4 230:15
238:23 243:3
Goldman (1)
213:8
good (15)
10:6 26:16 68:12
73:17 77:10 80:2
88:13 101:13,20
154:19 172:18
204:6,19 206:24
229:6
goodness (2)
189:15 208:6
gotten (1)
18:9
government (1)
85:19
grading (1)
12:25
graduate (2)
10:3 12:25
grain (1)
71:19
granted (1)
217:15
gray (3)
203:4 207:10,15
great (1)
17:23
greater (7)
25:22 29:19 68:13
90:10 131:20 208:3
209:14
ground (4)
7:22 11:2,7 17:3
grounds (9)
201:11 216:15,19,22

216:24 217:2
218:14 226:3 237:8
group (25)
65:13,20,22 72:11
182:6,9,9,11,24,25
183:15 186:9,11,12
188:22 205:21,22
206:12,15 208:18
209:19 224:9
231:19,22 234:22
groups (1)
12:20
grow (1)
110:20
growing (1)
109:16
growth (3)
39:18 115:13 141:19
guess (2)
28:25 32:19
guidance (23)
34:18 36:12 37:21,22
37:22 43:15 87:16
92:8 96:17 100:4
101:12,12 110:12
115:12,17 146:21
148:11,16,24,24
149:3,11,19
guideline (1)
188:24
guy (1)
57:2
guys (4)
59:9 204:2,5 207:24

_____
H
H (4)
7:11 158:9 245:8
246:2
hairs (1)
148:20
Hakala (299)
1:15 2:10 3:7 6:4 7:7
7:16 8:1 9:1 10:1
11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
30:7,8,12,13 31:1
31:22,23 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1,11 63:1 64:1

65:1 66:1,17 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1
83:2,10 84:1 85:1
86:1 87:1 88:1 89:1
90:1 91:1,18 92:1
93:1 94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1,7 105:1
106:1 107:1 108:1
108:18 109:1 110:1
111:1,11 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1,24 120:1,14
120:17 121:1,24
122:1 123:1 124:1
125:1 126:1,4 127:1
127:15 128:1 129:1
129:24 130:1 131:1
132:1,2 133:1 134:1
135:1,13,15 136:1
137:1,14 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1,7 146:1 147:1
148:1 149:1 150:1
151:1 152:1,11
153:1 154:1 155:1
156:1,24 157:1,5
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1,12 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1,8 221:1 222:1
223:1 224:1 225:1
226:1,7,10 227:1
228:1 229:1 230:1
231:1 232:1 233:1

234:1,17 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1,7
244:11 245:4,10,11
245:12,13,14,16,18
245:19,21,22,23,25
246:4,6,8,10,13,15
247:5,19
**Hakala-12 (1)**
129:23
**Hakala-8 (2)**
124:19,20
**Hale (2)**
4:4 220:9
**half (6)**
38:25 81:4 82:2 135:4
194:22 210:25
**Hall (160)**
3:10 7:5,5 8:16,18,23
29:18 35:8 37:5
39:14 42:22 43:19
44:2,7 45:7 46:9
48:10,12 49:17
50:11 51:14 52:16
52:22 54:12 56:8
58:5 59:19 60:11
61:9 63:8,19 64:17
67:20 69:2,9 70:13
70:21 76:5,20 78:8
78:21 79:18 80:15
81:22 85:4 87:9
91:15 94:16 95:7
100:16,20 103:4,19
104:15 105:21
106:10 107:16,23
108:14,18 111:2
112:6,17 113:6,13
114:10 115:4,22
118:21 119:18,20
119:22 120:12
124:12,19 125:18
126:24 129:11
130:14 133:5,22
135:9 136:16 137:3
137:9 138:4,13,20
139:12 140:12
141:2 142:2,14,22
143:17 144:6,15
145:7,13,25 147:7
147:24 148:18
149:12,25 150:11
150:15,19 151:6,8
151:14,16,20,22
152:4,10 153:13
156:9,19 160:5
163:8 166:12 168:3
168:12 169:6,24
170:8,16 175:5

176:18 186:24
194:15 195:6
196:13 199:4
201:21 206:22
209:10 216:20
221:20 222:10,20
223:3 224:24
225:22 226:2,4,14
228:15 235:12
236:16 237:11,25
240:14,21 241:6,11
241:18 242:3,15
**hand (1)**
244:22
**handful (4)**
27:7 36:20 47:16
100:25
**handwriting (1)**
144:8
**happen (10)**
39:7 46:7 87:3,24
140:23 154:4,13,15
171:23 232:25
**happened (15)**
42:8,17 82:16 94:11
94:14 130:25
133:17 154:11,14
154:18 164:7 216:3
217:11 218:5
228:20
**happening (1)**
176:13
**happens (9)**
46:11 82:11 87:23
93:24 94:4,9 129:16
153:22 236:6
**hard (5)**
21:11,18 67:21 217:8
221:16
**hat (2)**
153:3,5
**head (3)**
98:25 224:9 231:19
**heard (6)**
55:24,24 58:2 59:8,12
105:18
**hears (1)**
59:15
**heavily (1)**
219:2
**held (3)**
2:10 6:6 225:12
**Heller (1)**
13:6
**help (3)**
20:2 92:22 222:24
**helped (4)**
15:13 20:18 90:18
175:7

**helpful (1)**
47:23
**hereinbefore (1)**
244:12
**hereunto (1)**
244:21
**heteroscedasticity (1)**
195:17
**heuristic (1)**
211:16
**hey (1)**
59:12
**hiding (1)**
51:22
**high (10)**
40:13,14 70:24 99:20
99:22,23 142:10
145:4 149:14
228:22
**higher (4)**
71:20 170:4 194:13
194:25
**Highland (1)**
9:7
**highly (2)**
71:16 168:13
**hired (1)**
15:10
**historically (1)**
213:10
**history (1)**
12:4
**hit (4)**
64:3 74:22 142:12
144:9
**hitting (1)**
76:11
**holding (1)**
240:12
**holdings (1)**
11:11
**home (1)**
18:13
**honestly (1)**
229:24
**hour (6)**
27:23 182:20 194:3
194:22,22 219:5
**hours (7)**
8:17 29:5,7 30:5,6
182:21 194:2
**hundreds (4)**
114:3 118:2,17
167:18
**hyperinflation (1)**
11:12
**hypothesis (2)**
60:12 94:5

**hypothesize (1)**
73:10
**hypothetical (2)**
53:23 222:11

**I**

**idea (4)**
28:13 29:15 40:9
47:15
**identical (1)**
161:17
**identifiable (1)**
61:18
**identification (16)**
30:10 31:24 62:13
66:20 83:3 91:20
104:8 111:13 122:2
126:6 127:17 130:3
132:4 157:3,8
179:15
**identified (9)**
34:12 44:18 186:13
188:18 191:14,15
193:7 212:9 225:10
**identify (10)**
84:25 85:15 185:2,16
185:24 187:23
191:18 199:10
202:13 227:15
**identifying (2)**
85:20 202:21
**ignored (1)**
211:21
**immaterial (2)**
173:9 177:19
**immediate (1)**
114:12
**immediately (2)**
182:19 195:25
**immersed (1)**
233:20
**impact (89)**
37:3,7,8,25 42:21
43:3 44:4,8,13,14
44:17,19,24 45:2,8
45:10,18,21 46:3
57:16,19 58:3,8,11
58:13,17,21 59:17
60:5,7,23 61:16
62:9 63:6 68:13,17
68:23 69:4 70:11,15
70:18 71:12 74:12
74:16 78:15,18 79:4
79:7,11,14,17,21,24
79:24 80:6,12,13
81:4,6,9,10,14,15
81:18 82:14 90:18
94:3 101:9,25
102:25 116:8,14

118:13 119:3
131:18,19 133:21
136:5 155:23 175:7
175:14 210:14
221:19 222:8
225:20 226:4,6,17
227:2
**impacted (1)**
86:2
**impacting (1)**
81:3
**impacts (3)**
37:9 94:25 187:5
**impact-wise (1)**
153:15
**implication (1)**
139:17
**implicitly (2)**
52:17 230:14
**important (6)**
72:3 94:21 95:3
135:20 138:21
139:24
**improper (7)**
160:7,13 161:10
175:17 176:25
178:9 205:23
**improperly (1)**
176:25
**improve (2)**
208:6 215:3
**improving (1)**
190:14
**inappropriate (7)**
109:7 162:4 164:11
165:8 166:24
167:25 170:11
**inappropriately (4)**
161:11 162:8 164:20
166:25
**include (6)**
40:7,8 85:6,7 190:4
242:18
**included (4)**
95:5 190:8 209:5
215:5
**includes (2)**
141:9 197:23
**including (5)**
151:6,8,8 207:24
238:9
**inclusion (5)**
208:15,17 209:2,6
214:21
**inclusive (2)**
185:5,6
**income (5)**
23:21,22,24,25 24:2
**incomplete (1)**