S. HAKALA

1  did a study of what effect analysts had
2  positively and negatively on the stock price
3  of AOL when they had certain qualitative
4  statements.
5      Q.   So you take some aggregate numbers
6  is that right --
7      A.   An average.
8      Q.   And average it?
9      A.   An average effect.
10     Q.   An average effect.  And then you
11 take that number and you --
12     A.   And start the class period with
13 that inflation.
14     Q.   Okay.  And then what?
15     A.   And then I include the impact of
16 the February 5th statement.  And then I adjust
17 up or down the amount of inflation as there
18 are corrective or not corrective events based
19 on that weight.  And that weight is determined
20 so that the inflation zeros out at the end.
21         In other words, the number of ups,
22 the number of inflated -- inflationary events
23 is offset exactly by the number of
24 deflationary events.  It's called calibration.

S. HAKALA

1  It's a simple solver equation cell.
2      Q.   And what is the peer reviewed
3  academic finance literature that supports that
4  kind of analysis?
5      A.   The concept that you can use
6  equivalent disclosures.
7      Q.   Comes from where?
8      A.   Earnings announcements.  We see
9  all kinds of evidence where people do
10 multi-company studies on earnings investment
11 and event effects and they draw inferences
12 from that about what effect a particular
13 earnings miss or an earnings disclosure would
14 have on a given stock price.
15     Q.   So you're talking about the
16 Cornell and Morgan article?
17     A.   No.
18     Q.   Okay.  So what are you talking
19 about?
20     A.   I'm talking about like even the
21 Campbell, Lowe and McKinley article on the
22 effect of earnings -- positive and negative
23 earnings announcements on stock price effects.
24     Q.   Okay.  But --

S. HAKALA

1      A.   And earnings response coefficients
2  are very common in the literature.  So there's
3  a whole events study literature on earnings
4  response.
5      Q.   Do Cornell and Morgan or -- do
6  Cornell and Morgan refer to analyst statements
7  at all?
8      A.   Not explicitly but what they do is
9  they talk about isolating as best you can
10 using financial and other reasoning what
11 portion of the increase or decrease would be
12 attributable to that issue and not others.
13 They don't specifically go into that level of
14 detail.  But I happen to know that Cornell has
15 used this method in the context of earnings
16 response, earnings misses.
17     Q.   Has used it where?
18     A.   In securities litigation.
19     Q.   To look at analysts reports and to
20 treat them as equivalent to issuer statements?
21     A.   No, no, no, no.  For other types
22 of frauds.  In other words, looking at
23 equivalent disclosures.  The technique he
24 talks about is an equivalent disclosure

S. HAKALA

1  technique.
2      Q.   Correct.
3      A.   And he says --
4      Q.   But he's looking at issuer to
5  issuer, am I right?
6      A.   He's looking at a particular
7  security or other securities and he's saying
8  here's an equivalent disclosure and here's the
9  average effect of an equivalent disclosure.
10     Q.   By the issuer.
11     A.   By anyone.
12     Q.   But I'm asking --
13     A.   He doesn't isolate the issuer.  In
14 fact, in some of his examples it's not the
15 issue.
16     Q.   Who is it?
17     A.   It could be an analyst.  It could
18 be a third party.
19     Q.   I'm not asking who it could be.
20 I'm asking you in the examples that he
21 provides in his report they are all issuer
22 statements; is that right?
23     A.   That's true in some case.
24     Q.   Okay.

Page 238

S. HAKALA

1
2    A.    But the concept of equivalent
3    disclosure is not specific to an issuer.
4    Q.    Okay.  But, again, so what are the
5    factors that you would need to look at
6    according to the article by Cornell and
7    Morgan?  I assume we're talking about the
8    article using finance theory to ensure damages
9    in fraud.
10    A.    Yeah.
11    Q.    Is that an academic article?
12    A.    It's semi-academic.  It's really a
13    Law Review article.
14    Q.    So it's not peer reviewed?
15    A.    It is reviewed but not in the
16    academic sense of peer reviewed.
17    Q.    So students look at it.  It's a
18    student journal.
19    A.    No.  It's a Law Review journal.
20    Q.    Okay.  But --
21    A.    It's intended to be applied to
22    people in securities litigation because --
23    Q.    I've been on a Law Review Journal,
24    okay?  So just who reviews the article?
25    A.    Usually law students.

Page 239

S. HAKALA

1
2    Q.    Okay.  So this is an article
3    published in a Law Review.
4    A.    Right.
5    Q.    Not presumably reviewed by any
6    economists, am I right?
7    A.    No.  That is wrong.  It was
8    reviewed by economists.
9    Q.    Who reviewed it?
10    A.    I don't know.
11    Q.    So how do you know that?
12    A.    It's been reviewed by economists
13    subsequently and it's been cited by economists
14    so --
15    Q.    But I'm asking in the sense of a
16    peer reviewed academic it was not reviewed by
17    economists before it was published.
18    A.    Before it was published that's
19    probably -- well, that's not true.  It was in
20    a working paper form.  And it was reviewed by
21    economists and I know some economists reviewed
22    it.
23    Q.    Okay.
24    A.    But subsequent to it being
25    published it's been reviewed and numerous

Page 240

S. HAKALA

1
2    economists have cited it.
3    Q.    Okay.
4    A.    So, you know, arguing over whether
5    it's peer reviewed and all that stuff is a
6    whole lot of hooey as far as I'm concerned.
7    Q.    Have you ever been published in a
8    peer reviewed journal?
9    A.    No.
10          Well, yes, I have once but it was
11    a simple review article.
12    Q.    All right.  So what are the
13    factors that one would consider in determining
14    whether or not a article -- whether or not a
15    disclosure could be considered as equivalent
16    between an omission and a subsequent
17    disclosure?
18    A.    Well, what you'd have to do is
19    you'd have to look at the average quality and
20    quantitative nature of the other types of
21    analysts' downgrades, earnings announcements,
22    et cetera.
23          In other words, what kind of price
24    targets reduction, what kind of reduction in
25    EBITDA target, percentage-wise and other wise

Page 241

S. HAKALA

1
2    are these analysts reports.  And if you go
3    through them one by one you'll find they're
4    actually a little bit less than what we're
5    assuming CSFB would have done here.
6    Q.    But I think I'm asking a different
7    question.  When you're determining whether or
8    not -- according to the Morgan article, when
9    you're determining whether or not a disclosure
10    can be considered equivalent to an earlier
11    omission --
12    A.    Yes.
13    Q.    -- what are the factors that you
14    have to consider to determine whether or not
15    you can treat them as equivalent?
16          MR. HALL:  Objection.  And you
17    asked when you do and then you referred
18    to the Morgan -- are you talking about
19    what the Morgan article would say or
20    what Dr. Hakala thinks is --
21          MR. GESSER:  Fair enough.  What
22    the Morgan article would say you need to
23    consider.
24    A.    The Morgan article would
25    acknowledge that you could do ideally

Page 242

S. HAKALA

1  financial and valuation analysis but
2  alternatively what you might have to do is
3  some qualitative analysis to satisfy yourself
4  that the effect you're assuming would have
5  occurred had the truth been revealed is
6  equivalent to or partially equivalent to the
7  effect subsequently observed or what fraction.
8      Q.   So sorry.  Ideally you have to do
9  what?
10     A.   Ideally the would like to do a
11 valuation or financial analysis.
12     Q.   Did you do that?
13     A.   Yes.
14     Q.   Here?
15     A.   Yes.  I looked at what impact it
16 would have and your price target if you
17 lowered EBITDA margins by a certain rate and
18 growth rates by a certain rate.  But the
19 impact would be much larger than I assumed
20 because it's one analyst out of a group of
21 analysts so now I have to --
22     Q.   So you did that for each -- each
23 equivalent disclosure here you did that
24 analysis.

Page 243

S. HAKALA

1      A.   No, no, no.  No.  No.
2      Q.   Okay.
3      A.   For CSFB's -- what I assumed CSFB
4  would have said I did that.
5      Q.   Okay.  And is that discussed in
6  your report?
7      A.   It is discussed in general.  But
8  as I mention, it would have resulted in
9  substantially different effect -- in other
10 words, if CSFB was the only analyst and was
11 believed by everybody, the stock price effect
12 from the CSFB report would have been
13 substantially greater than what I'm assuming
14 here.
15     Q.   Okay.
16     A.   So what I'm now looking at is how
17 does what my understanding is about what
18 CSFB's price target and EBITDA reduction would
19 have been, how does that compare on average
20 with the other 23 negative reports that I see.
21     Q.   I'm not talking about on average.
22 I'm talking about disclosure by disclosure,
23 omission by omission, did you do a detailed
24 analysis, financial analysis, for each one of

Page 244

S. HAKALA

1  those to determine whether or not you could
2  treat them as equivalent?
3      A.   Not at that level but at a general
4  level, yes.
5      Q.   But that's what Morgan would say
6  you needed to do, right?
7      A.   No, no.  And that's not what --
8      Q.   Morgan doesn't say you need to do
9  a detailed analysis to determine whether --
10     A.   Not for each and every disclosure.
11 And in fact he hasn't done it that way and
12 I've seen him do it three or four --
13     Q.   I'm talking about in the report.
14     A.   He does say that you need to
15 precisely understand what the disclosure is
16 and what the equivalent disclosure would be.
17 He does not have to say -- he does not say
18 that you have to do a financial analysis on
19 each one.  At least that's not the way I read
20 it.  Ideally you could do a financial analysis
21 or a valuation analysis.  But when we're
22 talking about analysts' reports we're talking
23 about the impact of one voice in a mix of
24 information --

Page 245

S. HAKALA

1      Q.   But he's not talking about
2  analysts' reports.
3      A.   He's talking about a company
4  disclosure of earnings which is a little
5  different.
6      Q.   Right.
7      A.   There's a second layer of
8  complexity when you're dealing with an analyst
9  report because we're talking about an outside
10 speaker it's not going to have the same effect
11 as a company.
12     Q.   Have you ever seen this article
13 cited anywhere for the purpose of using it to
14 determine whether an analyst report could be
15 equivalent to either other analyst reports or
16 to a company report?
17     A.   I have not.  But in the analyst
18 impact literature we see that all the time.
19     Q.   The analysis impact literature is
20 what?
21     A.   Yeah.  We cite a whole bunch of
22 studies on the effect of analysts' reports on
23 stock prices.
24     Q.   That's not what I'm asking.  I'm

**S. HAKALA**

1  **asking this article.  Have you seen this**
2  **cited?**
3      A.    Not for analysts because it
4  doesn't talk about analysts.  That's why I
5  cite the academic literature on analyst report
6  impacts.  And that's why the analyst report
7  impact literature supports me.
8      Q.    Does Cornell --
9      A.    So I'm not just relying on Cornell
10  and Morgan.
11      **Q.    Does Cornell and Morgan talk about**
12  **multiple disclosures or is it a single event?**
13      A.    They do talk about multiple
14  disclosures in some places but in the simple
15  examples they're talking about a single
16  disclosure.  In the example in the report they
17  talk about a single disclosure.
18      **Q.    Okay.**
19      A.    But the report is extendable to
20  multiple disclosures.
21      **Q.    Okay.**
22      A.    In fact, he talks about the
23  concept of leakage in the report.  In fact, he
24  points out if there's leakage that the events

**S. HAKALA**

1  study methodology will underestimate damages.
2      **Q.    So in looking at whether or not**
3  **you could consider an analyst report as**
4  **being -- an analyst omission as being**
5  **equivalent to an issuer statement, what**
6  **factors would you have to consider before you**
7  **would decide whether they would be -- should**
8  **be equivalent?**
9      A.    What weight and credibility you'd
10  put on the analyst relative to the issuer.
11  And let me just say that I did not assume that
12  an analyst report would have the same effect
13  as an issuer statement.  And I think I made
14  that clear in my report.
15      **Q.    Does Cornell and Morgan talk about**
16  **how you would assign weights to multiple**
17  **disclosures?**
18      A.    Not explicitly.
19      **Q.    Implicitly?**
20      A.    Implicitly in the concept of
21  equivalent disclosure method, that's what the
22  method's all about.
23      **Q.    And so how would you do that?**
24      A.    Well, you're just going to have

**S. HAKALA**

1  use financial analysis or qualitative judgment
2  to draw those conclusions.
3      **Q.    In determining whether there's**
4  **equivalency between two disclosures, do you**
5  **have to look at what the time frame is?  So,**
6  **for example, a disclosure at time one may have**
7  **a very different effect on a stock even the**
8  **exact same disclosure at time two?**
9      A.    That's a consideration you should
10  take into account if you can, yeah.  Ideally,
11  yes.
12      **Q.    And in this case you assign equal**
13  **weights to multiple disclosures?**
14      A.    What I really did was I used
15  multiple disclosures that represented a range
16  of possible changes and determined to my
17  satisfaction that the average of those
18  multiple disclosures was consistent with, if
19  not greater -- less than what the effective --
20  assumed true disclosure CSFB would have made.
21          In other words, if I look at what
22  some of the reports said later on that I view
23  as equivalent disclosures in my study and I
24  compare with what those analysts say in terms

**S. HAKALA**

1  of reducing price targets and reducing EBITDA
2  percentage-wise against what I believe CSFB
3  would have, most of the reports on average are
4  going to have a reduction in -- imply a less
5  reduction in EBITDA and price target
6  proportionately than what I understand the
7  allegations in the complaint assert for CSFB.
8      **Q.    And do those fall in a range?**
9      A.    They fell in a wide range.  In
10  fact, I was tempted to put more weight on the
11  February 20th, 2004 report by Becker except
12  the stock was down lower already because her
13  reductions were more consistent with what I
14  assumed CSFB would have done.
15          Some of the construction
16  reductions in some of the reports were only
17  like 200 million of EBITDA.  And some of the
18  price target reductions were only, like, you
19  know, 10 percent.  As opposed to 25 percent or
20  more for price reduction.
21      **Q.    In determining whether statements**
22  **are equivalent don't have to look either at**
23  **the time that they are released or at the time**
24  **of the actual whether there's confounding**

Page 250

S. HAKALA

1    information?  Wouldn't that be a factor in
2    determining equivalency?
3        A.   It would be but that's why I made
4    an effort to try and come up with what I call
5    relatively clean analyst reports to make that
6    determination.
7        Q.   But even on your relatively clean
8    days there may be multiple analyst reports.
9        A.   There were multiple analyst
10   reports to the extent there were they did
11   not either confound the effect that I'm
12   concerned about because they were neutral or
13   at most they reduced my estimate of the
14   impact.
15            For example, when Lehman issued
16   its February 20th, 2002 report, to the extent
17   there were other analyst reports that tried to
18   counter her report that day and the following
19   day, that would have dampened the effect of
20   her report and caused me to understate the
21   effect of her report by itself relative to the
22   true effect of her report standing alone so
23   the confounding events in those cases actually
24   don't do anything more than make my estimates

Page 251

S. HAKALA

1    more conservative.
2        Q.   What does the February 20th Lehman
3    report, what does it -- in your review what
4    does it disclose that was omitted from the
5    CSFB reports?
6        A.   It's disclosing that the company
7    is going to have a substantial difficulty in
8    meeting the targets.
9        Q.   Which targets?
10       A.   Its targets for revenue and
11   EBITDA.
12       Q.   For what year?
13       A.   For 2002 in this case.
14       Q.   For 2002.
15       A.   And it's disclosing in 2002 that
16   because of those lower EBITDA targets the
17   price target and, in fact, her buy/sell
18   recommendation is reduced.
19       Q.   From what to what?
20       A.   I don't remember.
21       Q.   Well, let's take a look at them.
22       A.   Is that the report?
23       Q.   Yes.
24       A.   I should know this because I

Page 252

S. HAKALA

1    looked at it yesterday.
2        Q.   It's a lot of reports.
3        A.   You look at so many things your
4    eyes start glazing over.
5        Q.   Yep.  I know the feeling.
6            MR. HALL:  I agree.
7            (Hakala Exhibit 12, Lehman
8            Brothers Equity Research Report, marked
9            for identification as of this date.)
10   BY MR. GESSER:
11       Q.   So we're looking at Hakala 12.
12       A.   Yes.
13       Q.   And this is the February 20th
14   Lehman report that you in your expert report
15   believe is a disclosure of information that
16   was concealed by CSFB and that you treat as
17   being equivalent disclosure; is that correct?
18       A.   This could be used as a reference
19   point for determining what impact CSFB's would
20   have had had it issued the truthful as opposed
21   to the not truthful statement at the beginning
22   of the class period.
23       Q.   And what was the return on AOL on
24   this day?

Page 253

S. HAKALA

1        A.   On that day it was negative 7.54
2    percent.
3        Q.   And that's significant —
4        A.   Really significant.  It has a T
5    statistic of 5.546 so that's significant at
6    like, you know, the virtual certainty, you
7    know, like one out of a billion chance of it
8    being random error.
9        Q.   And was there any other negative
10   news released to the market that day?
11       A.   No.  In fact, the other news was
12   actually somewhat positive and that was some
13   discussion about lifting limits on ownership
14   of cable and television assets which would
15   have allowed consolidation in the industry and
16   improved pricing.
17       Q.   And that would help?
18       A.   That would have been positive.
19       Q.   How did you make that
20   determination as to whether the court ruling
21   with resect to television would be positive or
22   negative?
23       A.   If you reduce the limits across
24   television ownership you allow more ownership

S. HAKALA

1
2  by larger consolidated entities, they could
3  pay higher prices because of synergies.
4      Q.   So this is your own reading or you
5  had the expertise to determine whether or not
6  that information would be positive or
7  negative. You felt that you had the expertise
8  to determine whether or not that information
9  would be positive or negative?
10     A.   Yeah, I've looked at that issue
11  before in other cases. It came up in
12  something else.
13     Q.   Do you know if analysts and the
14  news media agreed with your assessment and
15  treated that as being positive news?
16     A.   I think they treated it as mostly
17  being expected or not unexpected and not
18  having a material impact on AOL but being more
19  positive than negative for media pricing in
20  absence of media.
21     Q.   And so just getting back to my
22  question, so the Lehman report on February
23  20th corrects what information that was not
24  disclosed by Credit Suisse?
25     A.   It's not so much that it corrects

S. HAKALA

1
2  some information. It corrects the information
3  that EBITDA growth will suffer. The company
4  is not doing as well as it previously expected
5  and it reduced the price target. I think the
6  new price target was essentially eliminated
7  from the old price target of 35. Meaning
8  there's tremendous uncertainty.
9      Q.   It reduced the price target or
10  reduced its rating?
11     A.   Both. The price target was
12  reduced from 35 to not available. And the
13  rating was reduced from buy to market perform.
14     Q.   And when should -- and this is
15  equivalent to what disclosure?
16     A.   This is just used as a reference
17  point. Now, the question is --
18     Q.   To what -- a reference point to
19  what?
20     A.   To what the effect would have been
21  if CSFB has issued what is alleged to be the
22  true impact at the beginning. In other
23  words --
24     Q.   At the beginning of the class
25  period.

S. HAKALA

1
2      A.   At the beginning of the class
3  period.
4      Q.   So this is -- so you're using this
5  as a proxy for what have happened had Credit
6  Suisse issued what you believe to be a
7  truthful report in January of 2001; is that
8  right?
9      A.   Right. Right.
10     Q.   Okay. So -- and in January of
11  2001 you believe that Credit Suisse didn't
12  believe in its 2001 EBITDA number for AOL,
13  correct?
14     A.   Or the growth trends in the future
15  for AOL, yes.
16     Q.   Okay. But this is obviously
17  talking about 2002 EBITDA numbers, right?
18     A.   Right. So it's talking about a
19  different time period but obviously it's
20  because that's a year later.
21     Q.   Right. Now, we're at equivalent
22  disclosures across a fairly broad period of
23  time; is that right?
24     A.   Right.
25     Q.   And in that year period a lot has

S. HAKALA

1
2  happened to AOL; is that right?
3      A.   Yes.
4      Q.   Okay. And the stock price --
5  what's the difference in stock price between
6  January 2001 and February 2002?
7      A.   The stock price before Holly
8  Becker issued her report was about $25.52 at
9  the close on 2/19. And earlier if we go,
10  let's say -- let's say just after -- right
11  around the time of the 2/5/01 analyst report
12  was about $49.37 at the close on February 5th.
13     Q.   So a fairly significant difference
14  in the stock price?
15     A.   Significant difference in the
16  stock price.
17     Q.   Macroeconomic factors had changed
18  in that year?
19     A.   Positively actually.
20     Q.   After September 11th you view that
21  as being positive developments?
22     A.   On February 20th -- by February
23  20th, yes. The economy actually started to
24  recover after the fourth quarter of '01.
25     Q.   Started to recover but was still

Page 258

S. HAKALA

1
2  in recession at that point, was it not?
3      A.   Yes, it was, but it was turning
4  the corner which -- if the effects of the
5  recession which really started in summer of
6  2001 and then were exacerbated by 9/11 were
7  already fully picked up in the stock price in
8  November and December of '01, by February of
9  '02 there should have been signs that the
10  economy was starting to turn around so the
11  macro economy was actually starting to turn
12  around.  In fact in the effect quarter of 2002
13  I know it turned around.
14      Q.   But did people at the time know
15  that or was that only something that they had
16  determined after the fact?
17      A.   No.  That was something people
18  were expecting some turnaround, so what was
19  happening was that the macro economy was doing
20  better but media and advertising especially in
21  the AOL division was continuing to
22  deteriorate.
23      Q.   And what was --
24      A.   But it was deteriorating for
25  industry specific reasons.  Not macro reasons

Page 259

S. HAKALA

1
2  at this point.
3      Q.   What was Holly Beck's II ranking
4  at the time?
5      A.   She was one of the top two or
6  three depending on what year, what time.
7      Q.   She was ranked ahead of Laura
8  Martin and Jamie --
9      A.   I think Laura Martin was generally
10  ranked first or second rated.  Laura Martin
11  was third rated.
12      Q.   And any other factors you can
13  think of that would be relevant in determining
14  equivalency?
15      A.   Yeah.  Because this was a
16  downgrade from market -- buy to market
17  perform, because of the negativity of this and
18  the reaction was much greater than other
19  reports, I did not put a full hundred percent
20  weight on this report.  In other words, I
21  didn't view this report as being equivalent.
22  This set sort of the upper bound of the effect
23  that CSFB would have if it had issued the
24  truth at the beginning.
25      Q.   So you don't --

Page 260

S. HAKALA

1
2      A.   I didn't view this as setting the
3  lower bound.
4      Q.   Okay.  So what did you -- what --
5  how much did you attribute -- well, in terms
6  of equivalency what did this tell you about
7  what would have happened if Credit Suisse had
8  issued the correct report in January of 2001?
9      A.   Analytically, when I was looking
10  at this and I remember doing some just
11  back-of-the-envelope calculations I figured at
12  least half of the effect of this report would
13  have been reflected in the CSFB report because
14  of the magnitude of the price target reduction
15  and the magnitude of the EBITDA reduction.
16      I mean, if you look at it, look at
17  2002 and look at the old versus new and look
18  at the earnings reduction and you'll see that
19  the earnings reduction's actually not that
20  large.
21      Q.   But you used this in the average,
22  right?
23      A.   I used this as part of the average
24  as sort of the upper bound and I included --
25      Q.   So the full amount would have

Page 261

S. HAKALA

1
2  affected the average.
3      A.   It would have affected the average
4  but it's averaged with a whole bunch of other
5  reports that are in my view less than what
6  CSFB would have set.
7      Q.   And what do you now think is the
8  equivalent that CSFB would have said that
9  you're comparing this to?
10      A.   The lowering of earnings
11  expectations and the lowering of growth.
12      Q.   From what to what?
13      A.   Well, in CSFB's case the earnings
14  expectations reductions would have been
15  greater than what Holly Becker would have put
16  in this report.
17      Q.   So what would that have been?
18      A.   I did this calculation the other
19  day.
20      Q.   And what's the basis -- is that
21  based on what Laura Martin --
22      A.   Yeah.  Depending on what EBITDA
23  reduction you assume she would have put in the
24  report 10.6 or 10.9 so there would have been a
25  2.8 percent reduction in EBITDA.

Page 262

```
 1              S. HAKALA
 2      Q.   Where do you get 10.6 or 10.9
 3  from?
 4      A.   That's the change in the EBITDA
 5  target.
 6      Q.   But where do you get that number
 7  from?
 8      A.   From the e-mails.
 9      Q.   So you think that Laura Martin's
10  review of the EBITDA was either 10.6 or 10.9?
11      A.   10. -- no. 10.9 were in the
12  reports. 10.9 without a price increase at
13  AOL.
14      Q.   Right.
15      A.   If you take her estimate she's
16  saying 10.5, 10.6 optimistically and possibly
17  lower.
18      Q.   What number did you use?
19      A.   I used 10.6 to be conservative.
20      Q.   Okay.
21      A.   That's the EBITDA reduction. So
22  that's a 2.75 percent reduction in market cap
23  value or market value. And then I can't
24  remember what the leverage factor was I
25  applied to that. I think it was about like
```

Page 263

```
 1  two to one. On -- by contrast Holly Becker
 2  was so that would have been almost a 5 percent
 3  reduction in earnings per share. And if you
 4  look at Holly Becker here she's reducing
 5  earnings per share by only about
 6  3.125 percent.
 7      Q.   Okay. And what --
 8      A.   So her earnings per share
 9  reduction is less than Holly --
10      Q.   I'm not right now --
11      MR. HALL: Let him finish, please.
12      A.   Is less than what would have
13  occurred if CSFB had revised its EBITDA target
14  but Holly Becker's also making some other
15  statements like a downgrade from buy to market
16  perform which I didn't assume and a price
17  target from 35 to not available.
18      So I assume that this is -- the
19  reaction to that and the slower growth were
20  probably -- probably why the market reaction
21  was so severely negative.
22      Q.   And you're assuming that that is a
23  report issued by both Kiggen and Martin; is
24  that right?
25
```

Page 264

```
 1              S. HAKALA
 2      A.   Yes.
 3      Q.   But you didn't test to see -- you
 4  weren't looking to see the equivalency of what
 5  that would be if as we discussed earlier that
 6  Kiggen had issued the report that he had and
 7  that Martin had -- either her name had come,
 8  you wouldn't view -- if Martin's name had come
 9  off you wouldn't view that as being equivalent
10  to this Lehman disclosure, would you?
11      MR. HALL: Objection.
12      A.   I didn't look at and I probably
13  wouldn't.
14      Q.   Okay.
15      A.   If you remove Martin from the
16  report I think it would have had an effect on
17  the weight people would put on CSFB but I
18  can't say what effect it would have been.
19      Q.   And what about if Kiggen would
20  have issued the report that he issued but
21  Martin would have had her own section of the
22  report that said I have a different view, my
23  view is, and then what you just said?
24      A.   If she had issued a separate
25  report --
```

Page 265

```
 1              S. HAKALA
 2      Q.   Well, not a separate report but
 3  essentially a dissent in that report.
 4      MR. HALL: Objection.
 5      A.   Well, that has happened. There
 6  are some firms where the Internet analyst
 7  issued one report and the media analyst issued
 8  another.
 9      Q.   But I'm saying did you test the
10  equivalence of that against this Lehman
11  report?
12      A.   I don't think you can.
13      Q.   Okay. So --
14      A.   I think it would suggest that you
15  would water this down but watering down a
16  7.5 percent down to the 2.7 effect that I
17  assumed for purposes of damages gets you
18  there.
19      One thought I had was using this
20  as an upper bound.
21      Q.   But you didn't test it.
22      A.   I don't know how you would test
23  that. All I'm saying is I used this as an
24  upper bound of the kind of effect that could
25  have occurred if CFSB had said what is alleged
```

Page 266

```
1        S. HAKALA
2    in the complaint and then I used some other
3    report as what I would call lower bounds. And
4    by using an average of all the reports I came
5    up with what I viewed was a very conservative
6    underestimate, if anything, of the effect or
7    the impact of CSFB all else being equal.
8        Q.   And for the Lehman report what is
9    it --
10       THE VIDEOGRAPHER: One minute.
11       MR. GESSER: Okay. Let's take a
12   break.
13       THE WITNESS: Okay. Good.
14       THE VIDEOGRAPHER: The time is I
15   2:53. We're going off the record.
16       (Recess taken.)
17       THE VIDEOGRAPHER: This is the
18   start of tape labeled number four. The
19   time is 3:01. We are back on the
20   record.
21   BY MR. GESSER:
22       Q.   Keeping it on this Lehman Brothers
23   report, Hakala Exhibit 12, it says that "We're
24   downgrading AOL Time-Warner to a three market
25   perform based on our new lower projection for
```

TSG Reporting - Worldwide   877-702-9580

Page 267

```
1            S. HAKALA
2    the AOL division."
3        And then it says, "Our concerns
4    fall into four buckets. One, a slowing narrow
5    band business, two a costly broadband
6    transition, three on-line advertising, and,
7    four, European expansion."
8        Do you place any particular
9    emphasis on any one of those reasons? Is
10   there any -- as between the four, does any one
11   of them stand out or are all of those you
12   attribute to be the reason for the downgrade?
13       A.   They're all the reason but the
14   really biggest reason for the downgrade is
15   frankly the growth in subscribers and the ad
16   revenue in AOL from what I remember of this
17   report I did some breakdown of the report and
18   it seemed to me that it was the decline in
19   their ad revenue that really had the most
20   impact. But the slowing of the -- the slowing
21   of subscriber growth also had an impact on the
22   growth outlook.
23       Q.   So when she lists them one, two,
24   three, four, you think that number three was
25   the most important; is that right?
```

TSG Reporting - Worldwide   877-702-9580

Page 268

```
1            S. HAKALA
2        A.   Yeah. In general. But she
3    also -- if you look at the EBITDA estimates
4    most of the EBITDA changes that are coming out
5    of her model are coming out of the
6    advertising. Advertising is where the EBITDA
7    is coming from. And you can really see that
8    on page 16.
9        So a large portion of the EBITDA
10   effect is coming out of that. And --
11       Q.   Is that -- that's on-line
12   advertising she's talking about, right?
13       A.   Yes.
14       Q.   And the on-line advertising market
15   in February 2002, would you view that as being
16   equivalent to the on-line advertising market
17   in January 2001?
18       A.   No.
19       Q.   Okay. So --
20       A.   I would say that the impact in the
21   change in her forecast was equivalent to the
22   change -- the valuation impact of the change
23   back on 2001. But the advertising market by
24   this point in time had deteriorated already
25   and she was further discounting AOL's
```

TSG Reporting - Worldwide   877-702-9580

Page 269

```
1            S. HAKALA
2    advertising division after it had already been
3    beaten down a lot.
4        Q.   In talking about an equivalent
5    disclosure, I'm just trying to understand,
6    what is it that Ms. Becker disclosed as being
7    a concern about AOL that you believe Credit
8    Suisse knew about and did not disclose?
9        A.   That the growth rate and the
10   margins and therefore the EBITDA in AOL
11   advertising and advertising in general in AOL
12   Time-Warner was going to be lower.
13       Q.   So equivalency is that Credit
14   Suisse is concerned about advertising and its
15   effect on 2001 EBITDA numbers is in your view
16   equivalent to Ms. Becker's concern about AOL
17   advertising and its effect on 2002 EBITDA
18   numbers?
19       MR. HALL: Objection.
20       A.   Now, remember, this is a report in
21   February following reports by CSFB in January.
22   So she's in effect correcting additional
23   fraud, additional statements.
24       Q.   Is Ms. Martin on that January 2002
25   report?
```

TSG Reporting - Worldwide   877-702-9580

Page 270

S. HAKALA

1
2    A.    Mr. Kiggen is.
3    Q.    But that's not what I asked you.
4    Is Ms. Martin on that report?
5    A.    No.
6    Q.    Okay.
7    A.    I think the last report she's on
8    is the September report.
9    Q.    Why do you view that report as
10   needing any correction?
11            MR. HALL:  Objection.
12   A.    It's my understanding that Mr.
13   Kiggen was aware of the problems from the
14   discovery.
15   Q.    And you know that from
16   reviewing -- from being told that by counsel
17   from reviewing --
18   A.    That's what I'm assuming from
19   counsel.
20   Q.    That's what you're assuming from
21   counsel.
22            Okay.  So --
23   A.    And I'm also assuming that if Ms.
24   Martin had corrected -- been allowed to
25   correct things all along the report by Mr.

TSG Reporting - Worldwide   877-702-9580

Page 271

S. HAKALA

1
2    Kiggens at that point would have reflected
3    those corrections.
4    Q.    On what basis do you assume that?
5    A.    That in effect her views about the
6    weakness of advertising would have been
7    reflected in the continuity in the reports, in
8    the sequence.
9    Q.    That even if Mr. Kiggen didn't
10   agree with it after she left and her name was
11   no longer on the report he would still
12   maintain that in his reports?
13            MR. HALL:  Objection.
14   A.    I don't know.  I'd have to think
15   about that but I don't know that -- I was not
16   assuming that Mr. Kiggen was unaware of the
17   concerns of Ms. Martin.  My understanding was
18   that he was simply more willing to tow the
19   company line and not anger AOL.
20   Q.    And where does that come from?
21   A.    From understanding from counsel.
22   The allegations in the complaint.  Some other
23   information.
24   Q.    Is it possible that Mr. Kiggen
25   just disagreed with Ms. Martin?

TSG Reporting - Worldwide   877-702-9580

Page 272

S. HAKALA

1
2            MR. HALL:  Objection.
3    A.    I don't know.
4    Q.    You don't know if it's possible?
5    A.    It's possible.  I mean -- but,
6    again, you're going to argue facts with me and
7    I'm not going to argue facts with you.
8    Q.    I'm not arguing your assumptions.
9            So when it says here that there is
10   a slowing of the narrowband business that's
11   the first concern listed in the Lehman report
12   as being a basis for the downgrade, is that
13   something that Ms. Martin is alleged to have
14   known and not disclosed in her reports?
15   A.    I think she knew of the risks but
16   I don't think so, no.
17   Q.    You don't think so what?
18   A.    I don't know of specifically that
19   concern being the issue.
20   Q.    What makes you think she knew of
21   the risks?
22   A.    I think that everybody was aware
23   of the risk at some point.  But that was not
24   the focus and really that's not why I'm using
25   this report as an equivalent report.  Let's

TSG Reporting - Worldwide   877-702-9580

Page 273

S. HAKALA

1
2    not confuse two things.  One is how much of
3    this report is corrective of a prior fraud
4    alleged of CSFB and how do I use this report
5    as a reference point for estimating an impact.
6            For the reference point for
7    estimating impact what I'm concerned about is
8    the overall interest on earnings and EBITDA
9    and growth trends.  So that's how I use this
10   report to translate back to what I think the
11   effect of CSFB's truth would have been in
12   January of '01.  I only give a small weight to
13   this report for loss causation purposes.
14   Q.    What weight is that?
15   A.    About .134 of the total effect.
16   Q.    And how much damages is that?
17   A.    It's small.
18   Q.    A couple hundred million?
19   A.    A couple -- a hundred million.
20   Maybe 2 million.  I don't know.  I'd have
21   to...
22   Q.    And I guess my -- just so you
23   understand where my questions are at, is
24   asking how can you determine what it is that
25   is causing the market to react negatively to

TSG Reporting - Worldwide   877-702-9580

S. HAKALA

the Lehman report?

A.   By what the news reports say.  By
what Lehman said itself.

Q.   Okay.  So I'm saying Lehman talked
about a slowing in the narrowband business and
if that were the cause of the drop in the
stock I want -- I'm asking you would that have
been corrective of anything that was allegedly
not disclosed by Credit Suisse?

A.   If that was the sole thing
mentioned in that report I would not have put
weight on it as a corrective event.  But I
still would have used this to estimate what
the impact of a downgrade of an analyst would
be on the stock price so it would have been
used for one purpose but not for another
purpose under your hypothetical.

Q.   I understand.  But it would not be
corrective in that sense?

A.   It would not be corrective of a
prior fraud and, therefore, you would remove
it from the corrective components but you may
nevertheless still use it because it gives you
an indication of what a change in EBITDA and

S. HAKALA

earnings results and price targets would have
on a stock price.

Q.   Assuming that's what driving the
stock price.

A.   Well, what else would be?

Q.   Well, concerns -- I mean, now in
this report you're focused on the metrics and
the numbers causing the stock price.  In other
points you're focused on the narrative as
what's affecting the stock price.

So how are you able to determine
whether it's the EBITDA numbers that are
affecting the stock price or it's the concerns
that are expressed in the report that are
affecting the stock price?

A.   What's the difference?  I mean,
ultimately it comes down to the same thing
isn't it?  If it's a reduction of earnings and
EBITDA and reduction in growth it's a
reduction in EBITDA and growth regardless of
the reason.

Q.   And there are lots of reports that
don't change EBITDA and earnings but what's in
the narrative in your view has a significant

S. HAKALA

effect on stock prices; is that right?

A.   Can, but only if it causes
investors to draw those inferences that the
risk the company will not meet those targets
will go down.  If a report doesn't change
investors' expectations about EBITDA earnings
or future cash flow, I don't see how it's
going cause the stock price to drop.

Q.   So how does the February 5th
report cause the stock price to increase?

A.   By suggesting the market is
placing too much risk on the slowing of
advertising growth and by suggesting that the
company is more likely to meet its earnings
estimates than the market has given credit
for.

Q.   Well, isn't this report suggesting
that the market is placing too little risk on
the cost of the broadband transition?

A.   That's correct.

Q.   Okay.  So if it is those factors
that are causing the negative view of the
stock then this report would not have been
corrective, correct?

S. HAKALA

MR. HALL:  Objection.

A.   If the sole reason for this
downgrade was the slowing of broadband and
narrowband growth and not the on-line
advertising issue, you're right, this would
not be a corrective event.  But it
nevertheless would have been indicative of the
kinds of risks and the kinds of EBITDA
reductions that CSFB should have provided
earlier and therefore could be used as a
reference point for what kind of impact CSFB's
report would have had at the beginning of the
class period.  But it would not have been
marked as a corrective event in Exhibit C-1.

Q.   Okay.  And so I guess my question
is as between these four events, the slowing
of the narrowband business, the costly
broadband transition, and the on-line
advertising, and the European expansion, which
one of these if any of them are corrective?

A.   The advertising and advertising
margins.

Q.   So that's number 3 on the list?

A.   Number 3.

Page 278

S. HAKALA
1
2      Q.    Because --
3      A.    And then some of the European
4   which is also advertising.
5      Q.    To the extent that the European is
6   advertising that would be -- but that's
7   European expansion, is it not?
8      A.    Yeah.
9      Q.    So that's not advertising.
10     A.    I guess.
11     Q.    You guess?
12     A.    I'd have to look at it. I do
13  remember doing an analysis of where the miss
14  was and it was almost entirely in estimated
15  EBITDA.
16     Q.    And to the extent --
17     A.    If you look at page 13 you'll see
18  that.
19     Q.    And to the extent that Ms. Martin
20  was not referring -- if Ms. Martin was not
21  referring to on-line advertising about her
22  concerns but instead she was referring to
23  concerns about the traditional ad market, then
24  there'd be nothing corrective about this,
25  correct?

TSG Reporting - Worldwide    877-702-9580

Page 279

S. HAKALA
1
2      MR. HALL: Objection.
3      A.    If -- under your hypothetical you
4   could argue that. I'm not sure that's
5   entirely true but --
6      Q.    Why not?
7      A.    -- generally that would probably
8   be true.
9          If she was only concerned about
10  traditional media and slowing of traditional
11  media demand, then this would not be
12  corrective in that context and some of the
13  later corrective events would be cut off and I
14  think you would put more weight on the earlier
15  corrective events in July of '01.
16         So what this would do is this
17  would shift the weighting. It would cause you
18  to put more weight on the July '01 corrective
19  events.
20     Q.    Why would it cause you to do that?
21     A.    And less wait later on.
22         Because the effect of Ms. Martin's
23  concerns is determined analytically based on
24  the effect of changes in EBITDA. So you would
25  basically be saying that the inflation caused

TSG Reporting - Worldwide    877-702-9580

Page 280

S. HAKALA
1
2   by the fraud was extinguished earlier in time.
3          You're kind of assuming that this
4   is only relating to January. You're ignoring
5   March, April, June. I mean, my understanding
6   is that there's a whole series of e-mails
7   going throughout the class period up through
8   the time Ms. Martin is at CSFB.
9      Q.    Why is that significant?
10     A.    Because her concerns about on-line
11  advertising I understood to be significant
12  part of her overall advertising concerns and
13  media concerns.
14     Q.    Where do you get that from?
15     A.    I don't remember. I'd have to go
16  back.
17     Q.    Have you looked at her deposition
18  testimony on this subject?
19     MR. HALL: Objection.
20     A.    Not recently.
21     Q.    But do you remember whether she
22  took a view in her deposition as to whether
23  she was referring to on-line advertising or
24  non-on-line advertising which I will refer to
25  as traditional advertising?

TSG Reporting - Worldwide    877-702-9580

Page 281

S. HAKALA
1
2      MR. HALL: Objection.
3      A.    I was more of the understanding
4   based on her e-mails that her view was more
5   general to all advertising, on-line, and
6   traditional media and not one or the other.
7      Q.    But could that just be because her
8   and Kiggen knew what they were talking about
9   as between themselves and therefore she didn't
10  need to differentiate that for him?
11     MR. HALL: Objection.
12     A.    I don't know. All I know is that
13  she downgraded -- she did downgrade
14  traditional media stocks, a number of them, on
15  September 19th and I remember an e-mail
16  exchange where she was in my words chiding Mr.
17  Kiggens for doing the same for AOL.
18     Q.    But that was his call, was it not?
19     MR. HALL: Objection.
20     A.    Well, if her name's on the report
21  not really. It's not his call. Also that
22  assumes he didn't also agree with her but he
23  was unwilling to do what he knew was right
24  which is another issue.
25     Q.    Which is another issue that you've

TSG Reporting - Worldwide    877-702-9580

Page 282

S. HAKALA

1  just been instructed to assume.
2
3      A.  Right.
4      Q.  And Lehman expressed concerns
5  about the ad market in a previous report, is
6  that not right?
7      A.  Yes.
8      Q.  So what -- do you remember what
9  you thought was new about the concerns that
10  were expressed in the February 20th Lehman
11  report regarding advertising?
12      MR. HALL:  Objection.
13      A.  Yeah.  She's specifically lowering
14  her targets a lot more than previously.
15      Q.  And you --
16      A.  You know, the fact that she
17  expressed some concerns about slowing
18  advertising earlier and now she's expressing
19  even greater concerns about them doesn't mean
20  that this is a repeat of prior information.
21  The new information is that it's much worse
22  than she previously thought.
23      Q.  But she does drop her price target
24  from 75 to 35 in the previous report; is that
25  right?

TSG Reporting - Worldwide    877-702-9580

Page 283

S. HAKALA

1
2      A.  Which one?  Are you talking about
3  January --
4      Q.  January 31st.
5      A.  Yeah.  But that's after a whole
6  series of disclosures by AOL.  And by others.
7  So that's -- that's sort of a confounded
8  event.
9      Q.  But you don't view the February
10  20th report as a confounded event?
11      A.  No.
12      Q.  Why don't you view that as
13  confounded?
14      A.  It's the only possible negative
15  news on that date.
16      Q.  But within the report itself
17  wasn't it confounded as to what exactly was
18  causing the stock to drop?  I mean, which of
19  these concerns the market cared about?
20      A.  Not if you do an analysis of it.
21  Advertising is the huge part.
22      Q.  Because what?
23      A.  On-line advertising is the part
24  that's driving the profits.  They break even
25  on the subscriber business.

TSG Reporting - Worldwide    877-702-9580

Page 284

S. HAKALA

1
2      Q.  But doesn't the number of
3  subscribers affect their on-line advertising?
4      A.  It does to some extent but if your
5  margins in advertising are getting killed
6  you're -- still, if you break down and you
7  disaggregate financially what's in here as
8  much you can --
9      Q.  But what eventually caused AOL to
10  fail?  Wasn't it the fact that they didn't
11  migrate over into narrow -- into broadband
12  quickly enough?
13      MR. HALL:  Objection.
14      Q.  It wasn't the ad market, was it?
15      A.  No, it was partly the ad market.
16  It was a big part of it.
17      Q.  Really?
18      A.  Yeah.  The collapse of the ad
19  market.  They still had 20-plus million
20  subscribers.  But their collapse of
21  advertising killed their profitability.  Their
22  entire margin was built on subsidizing
23  subscribers with advertising.  And, by the
24  way, they did make the migration through their
25  cable operations and through other cable

TSG Reporting - Worldwide    877-702-9580

Page 285

S. HAKALA

1  operators.
2
3      Q.  Through which operations?
4      A.  They still have broadband.  AOL
5  Time-Warner Cable had broadband.
6      Q.  Right.  But the integration
7  between --
8      A.  I mean, they had it right till
9  today until they sold parts of it.
10      Q.  But the integration between
11  subscribers, AOL subscribers, migrating over
12  to the Time-Warner cable system did that take
13  place?
14      A.  Not at the level originally
15  expected.  But much later.  We're talking
16  2003, 2004.
17      Q.  And the market for on-line
18  advertising by 2003, 2004 had rebounded
19  significantly; is that right?
20      MR. HALL:  Objection.
21      A.  Not -- not like it was originally
22  projected, no.
23      Q.  Not like it was originally
24  projected?
25      A.  No.  It's never really rebounded

TSG Reporting - Worldwide    877-702-9580

Page 286

S. HAKALA

1  like it was originally projected.
2  **Q.   Google's advertising revenue is**
3  **less than the on-line advertising market was**
4  **projecting for it?**
5     MR. HALL: Objection.
6     A.   When? When against when?
7  **Q.   Against -- the on-line advertising**
8  **market -- well, I don't know if we need to get**
9  **into that level of analysis but in terms of --**
10  **in terms of -- let's go back to the report.**
11     **The interplay -- you could agree**
12  **there's a significant interplay between**
13  **broadband transition and a slowing of**
14  **narrowband business and revenues for AOL.**
15     A.   For AOL as a whole, yes. But for
16  AOL advertising, not necessarily. Because
17  there were lots of people who were using AOL
18  in a broadband setting including in a nonAOL
19  account -- subscriber. In other words, you
20  could get AOL service -- you could get AOL
21  e-mail and not be on an AOL subscriber.
22  **Q.   Do you know when AOL subscription**
23  **piqued?**
24     A.   I think it was the end of 2002 but
25

TSG Reporting - Worldwide   877-702-9580

Page 287

S. HAKALA

1  maybe I'm wrong.
2  **Q.   Do you remember -- do you know how**
3  **quickly it declined after that?**
4     A.   No. No.
5  **Q.   You said there were two**
6  **significant reinflation days. One was**
7  **February 5th which I think we went over.**
8     A.   Yeah.
9  **Q.   And then the other one was**
10  **September 19th; is that right?**
11     A.   Yes.
12  **Q.   And what happened on September**
13  **19th, 2001?**
14     A.   Essentially what happened was that
15  there were a series of analyst reports on the
16  18th and 19th following the drop in the stock
17  price on 9/11 and concerns about media. And
18  when Ms. Martin downgraded the other media
19  stocks but then CSFB did not downgrade AOL
20  that helped propped up AOL against its peers.
21  And so I viewed at least half of the increase
22  on 9/19 as being inflationary in that if what
23  the exchange of e-mails that I understood
24  occurred between Ms. Martin and Mr. Kiggens
25

TSG Reporting - Worldwide   877-702-9580

Page 288

S. HAKALA

1  had occurred if they would have downgraded AOL
2  the increase on 9/19 would have been cut in
3  half or it wouldn't have occurred at all.
4     (Pause on the record.)
5  **Q.   Okay. So let's take a look 9/19.**
6     A.   Okay.
7  **Q.   This is now Hakala Exhibit 13.**
8     **(Hakala Exhibit 13, First Edition**
9     **Morning Highlights, Wednesday, September**
10     **19, 2001, marked for identification as**
11     **of this date.)**
12  BY MR. GESSER:
13  **Q.   Is this the report that you claim**
14  **reinflated AOL stock price?**
15     A.   Yes.
16  **Q.   This is a First Edition Morning**
17  **Highlights. Has about eight lines about AOL.**
18     A.   Yes.
19  **Q.   What is it that in your mind is**
20  **inflationary about this report?**
21     A.   You're basically saying that all
22  these other companies, some of which are
23  comparables, Cox, Comcast, Charter, Media Com,
24  Disney, MGM, USA, Viacom, Viacom and Disney
25

TSG Reporting - Worldwide   877-702-9580

Page 289

S. HAKALA

1  particularly, and Cox I know show up in my
2  event study, they're all being downgraded.
3  **Q.   By Ms. Martin?**
4     A.   By Ms. Martin because of concerns.
5  And then Kiggens --
6  **Q.   Concerns about what?**
7     A.   Concerns about slowing revenue
8  shortfalls, slowing ad growth.
9  **Q.   Because of 9/11.**
10     A.   In part because of 9/11 but
11  already 9/11 is factored in by September 19th
12  so she's saying beyond 9/11 there's more room
13  to knock these down.
14  **Q.   Why is it already factored in by**
15  **September 19th?**
16     A.   Most of the reaction of 9/11 was
17  already in by 9/17 because the market was
18  closed for trading long enough so that most of
19  the impact of 9/11 tended to hit right away.
20  **Q.   So but did she issue this report**
21  **after the market had reopened or on the day**
22  **that the market reopened?**
23     A.   The market reopened on 9/17. This
24  is 9/19. This is two days after the market's
25

TSG Reporting - Worldwide   877-702-9580

Page 290

S. HAKALA

1
2  opened.
3      Q.  Are you sure about that?
4      A.  Oh, I'm absolutely sure.  First
5  day of trading was 9/17.
6      Q.  Okay.
7      A.  If you want we can look at the
8  first day of all trades after 9/11 and I can
9  assure you it's 9/17.
10         Yeah, 9/17/01.  Stock was down 3
11  and a half percent on 9/17.
12     Q.  Okay.  So is Laura Martin's name
13  on the AOL report on this day?
14     A.  No.
15     Q.  So it's -- there's the
16  inflationary effect that you attribute to this
17  report to the extent that it is based on the
18  fact that -- well, what is it based on?
19     A.  Didn't downgrade AOL.  Said AOL's
20  a unique case.
21     Q.  Do you have any reason to believe
22  that Mr. Kiggen didn't believe that?
23         MR. HALL:  Objection.
24     A.  Other than what I read and talked
25  to by counsel.

Page 291

S. HAKALA

1
2      Q.  So what's your basis for -- that
3  Mr. Kiggen didn't believe that -- his report
4  on September 19th?
5      A.  I'm speaking from memory of
6  something I looked at four or five months ago,
7  an e-mail exchange between Ms. Martin and Mr.
8  Kiggen and just some other things.  That's all
9  it's based on and then my discussions with
10  counsel.
11     Q.  So is this an independent
12  conclusion that you reached or is this another
13  assumption you're making?
14     A.  This is an assumption because I'm
15  not going to testify to it at trial.
16     Q.  So you have no way to know whether
17  Mr. Kiggen believed his report on September
18  19th or not?
19         MR. HALL:  Objection.
20     A.  I would not portend to have a few
21  on what he believed or did not believe.
22     Q.  Was there any other positive news
23  about AOL that came out that day?
24     A.  There was one other analyst
25  upgrade.

Page 292

S. HAKALA

1
2      Q.  Who was that?  What other analyst
3  upgrade?
4      A.  It was Bear Stearns.  Actually, it
5  wasn't even an upgrade.  He just said it was
6  our top fundamental pick.  He didn't actually
7  upgrade.  He just said of the group this is
8  our best pick.
9      Q.  Was Kiggen's report, did it make
10  any changes in terms of -- from previous
11  reports about any of the metrics for AOL?  Did
12  he change his rating or his price target or
13  anything?
14     A.  No.  And, in fact, that was one of
15  the interesting things is most people were
16  lowering the price target even if they weren't
17  changing their buy recommendation and you'll
18  see that Kiggen maintained his target price at
19  75.  This is an example where a reiteration
20  actually is viewed as a positive event by
21  analysts.
22     Q.  What about his EBITDA number?
23     A.  I believe he did lower EBITDA
24  numbers.  But it's not in here.
25     Q.  It's not?

Page 293

S. HAKALA

1
2      A.  He talks about EBITDA but --
3      Q.  What does he say about EBITDA?
4      A.  He says this suggests an EBITDA
5  number next year that is 2 billion lower than
6  current consensus.
7      Q.  Do you know what his EBITDA number
8  had been up until that moment?
9      A.  Well -- no.
10     Q.  Okay.
11     A.  Not for 2002.
12     Q.  So 2 billion lower than current
13  consensus, that means he views that the EBITDA
14  should be 2 billion lower than what other
15  analysts are saying the average, right?
16         MR. HALL:  Objection.
17     A.  Pre-9/11, yeah.  Most of these are
18  pre-9/11.
19     Q.  So he's -- in this he's
20  effectively lowering his EBITDA number, is it
21  not?
22     A.  I believe so but it's hard for me
23  to know unless I saw a full report.
24     Q.  A full report of what?
25     A.  What he's doing and what he's

1           S. HAKALA
2    doing against other analysts post 9/11.
3        Q.   So previously we had just talked
4    about how lowering your EBITDA numbers is
5    pretty significant.
6        A.   It can be, yeah.
7        Q.   For -- and Ms. Becker lowering her
8    EBITDA numbers is what drives the stock price
9    down in your view on February 20th.
10       A.   Yeah.
11       Q.   So why isn't Kiggen's lowering the
12   EBITDA number, why isn't that driving the
13   stock down on September 19th?
14       A.   Because this lowering of the
15   EBITDA number is also baked into market
16   expectations of other analysts and post 9/11
17   it's actually viewed as a positive relative to
18   what was expected.
19       Q.   What were other analysts doing
20   with any EBITDA numbers?
21       A.   They were all lowering it.  In
22   fact, what you'll find is when AOL Time-Warner
23   also gives lower guidance the stock reaction's
24   actually positive in this time period because
25   it's less than the market had feared.

TSG Reporting - Worldwide   877-702-9580

1           S. HAKALA
2        Q.   Well, let's take a look at the
3    Bear Stearns report on this day.
4        A.   Okay.
5            (Hakala Exhibit 14, Bear Stearns
6        Equity Research Report dated September
7        19, 2001, marked for identification as
8        of this date.)
9    BY MR. GESSER:
10       Q.   We're up to Hakala 14.
11           (Document review.)
12       Q.   What's their EBITDA number?
13       A.   10.67 for 2001 and 13 million for
14   2002.
15       Q.   How does that compare with Credit
16   Suisse's numbers?
17       A.   I think Credit Suisse's EBITDA
18   number for 2001 is in about the same place at
19   this point in time.  And I believe their
20   EBITDA number for 2002 is a little bit lower.
21   But I wouldn't know until I saw the subsequent
22   report because this report doesn't tell me
23   that.  He just says 2 billion lower than
24   current consensus but I believe current
25   consensus was like 14, 15 billion.

TSG Reporting - Worldwide   877-702-9580

1           S. HAKALA
2            So if you have like the October
3    Credit Suisse report I think we could get a
4    better gauge.
5        Q.   Well, let's take a look at the
6    September 25th report.
7        A.   Okay.
8            (Hakala Exhibit 15, Credit Suisse
9        Equity Research Report dated September
10       15, 2001, marked for identification as
11       of this date.)
12       A.   Yeah.  This tells me he was at
13   13.5 billion.
14       Q.   What was at 13.5 billion?
15       A.   Prior to this September 25th
16   report his EBITDA forecast for 2002 is 13.5
17   billion and his EBITDA estimate for 2001 was
18   10.6 billion.
19       Q.   But he had on -- on September 19th
20   he had dropped that 13.5 billion number to
21   11.5?
22       A.   No.
23       Q.   No?
24       A.   No.
25       Q.   Why do you say that?

TSG Reporting - Worldwide   877-702-9580

1           S. HAKALA
2        A.   He doesn't do it until this
3    report.
4        Q.   Well, he doesn't do it but he
5    signals that that's what he's going to do,
6    does he not, when he says this suggests an
7    EBITDA number next year of 2 billion lower
8    than current consensus?
9        A.   I don't know what the current
10   consensus was.  But I think it was much higher
11   than that.  That's part of the problem.  You
12   don't know what he means by that because he's
13   maintaining his price target as $75 and
14   he's -- I mean, this is the first time he
15   lowers his price target and this is the first
16   time he formally lowers his EBITDA estimates.
17           So you're right, he probably
18   suggests lower EBITDA estimates but I don't
19   think he's lowering them to the level you're
20   suggesting.
21       Q.   So he doesn't do this until --
22       A.   This report.
23       Q.   Which is when?
24       A.   September 25th after AOL itself
25   lowered guidance.

TSG Reporting - Worldwide   877-702-9580

Page 298

1    S. HAKALA
2    Q.    So what was the effect of the
3  stock price on that day?
4    A.    Negative.
5    Q.    Negative at what --
6    A.    1.85 percent.
7    Q.    Is that statistically significant
8  at the 90 --
9    A.    Actually, that's the overnight.
10   Neutral for the day as a whole.
11   Q.    Why wouldn't you expect this to
12 have a negative effect on the stock price?
13   A.    Because AOL's lowering of earnings
14 and growth in 2000 and 2002 on September 24th,
15 2001, while one might at first blush believe
16 that's a negative event, in light of 9/11
17 investors reviewed the reduction in earnings
18 and growth as less than expected and therefore
19 interpret it as a positive event and Goldman
20 for that reason recommended AOL on 9/24.
21   See, so it's an example where you
22 lower earnings after an event has already
23 occurred and the market's already anticipated
24 you're going to lower earnings, but you
25 lowered them less than expected so it's

TSG Reporting - Worldwide    877-702-9580

Page 299

1    S. HAKALA
2  actually a positive event relative to
3  expectations.
4    Q.    Other than looking at the stock
5  price how would you know whether it's positive
6  or negative?
7    A.    Reading the Goldman report and
8  reading news reports around that day.
9    Q.    So as between the -- sorry.  Your
10 view was consensus around September 11th was
11 what?  For 2002 EBITDA numbers?
12   A.    I thought it was about 15 billion.
13 Before September 11th.
14   Q.    Okay.  As between the Bear Stearns
15 report and the Credit Suisse blurb how did you
16 assess which one of these was having an impact
17 on the stock price?
18   A.    I assumed that the Bear Stearns
19 was more positive but that the downgrade of
20 the peers in the index by CSFB contributed to
21 that positive effect.
22   Q.    Contributed to what positive
23 effect?
24   A.    In other words, by downgrading
25 some of these peers on that day, some of these

TSG Reporting - Worldwide    877-702-9580

Page 300

1    S. HAKALA
2  peers went down.  In fact, you'll see this in
3  Hakala 15.  If you look at the last paragraph
4  on page 1 of Hakala 15, you'll see that AOL is
5  up 7 percent against the S&P 500, 3 percent
6  against Viacom's 3 percent increase, Disney's
7  3 percent decline and the S&P's 3 percent
8  decline.
9    So, in other words, although AOL
10 stock price went down it went down far less
11 than its peers and the reference indices
12 against which it's matched.  So that's part of
13 the story is if Credit Suisse had downgraded
14 and lowered its price target that would have
15 pulled the price down on this day relative to
16 the peers.
17   So in a sense I'm saying half of
18 the relative impact on that day was a Credit
19 Suisse event, not a Bear Stearns event.
20   Q.    How do you test for that?
21   A.    You can't.  It's an analytical
22 consideration.  And Bear Stearns isn't really
23 making any changes.  He's just saying we're
24 picking it as our top fundamental.  So it's a
25 qualitative -- it's deductive reasoning.

TSG Reporting - Worldwide    877-702-9580

Page 301

1    S. HAKALA
2    Q.    But that's pretty positive,
3  though.
4    A.    It is positive and I don't doubt
5  that.
6    Q.    Even in light of 9/11 to make --
7  say AOL Time-Warner is our fundamental pick in
8  this environment.  It's pretty positive.
9    A.    It's pretty positive.
10   Q.    Okay.  And Kiggen is lowering his
11 EBITDA number; is that right?
12   A.    I don't know that.
13   Q.    You don't know that because you
14 don't know what 2 billion --
15   A.    Less than current consensus was.
16 I don't know what he means by that.  And he
17 doesn't lower his target price.  And he
18 doesn't change it from a buy.  And, in fact,
19 he says buy at current levels.  And this is
20 against a downgrade.
21   So we're measuring a reiteration
22 of a high price target and a buy against
23 downgrades of the peers.  And that's why that
24 contrast in my mind has to explain half of the
25 relative difference.

TSG Reporting - Worldwide    877-702-9580

S. HAKALA

1    S. HAKALA
2    Q.   Well, I mean, peers -- although
3    Kiggen's view is that they weren't peers
4    because AOL was pretty unique in the marriage
5    between old media and new media; is that
6    right?
7         MR. HALL: Objection.
8    A.   That's his thesis. But clearly
9    when you look at the events studies analysis
10   the co-movements of AOL Time-Warner stock
11   price with the Standard & Poor's 500 annex and
12   some of the companies like Cox and Disney and
13   Viacom is pretty close. I mean, a substantial
14   portion of the movement of AOL Time-Warner
15   stock price is explained by those companies so
16   they're all driving on the same fundamentals
17   which is advertising.
18   Q.   Was AOL a top fundamental pick for
19   Bear Stearns before this report?
20   A.   I don't think so.
21        MR. GESSER: How much time do we
22   have on the clock?
23        THE VIDEOGRAPHER: It's about five
24   hours and 15 minutes.
25   Q.   Let's take a look at February 8,

**S. HAKALA**

1    **S. HAKALA**
2    **2001.**
3         **You included February 8th as an**
4    **advertising related inflationary day; is that**
5    **correct?**
6    A.   Not fully. I put a weight on it
7    but it's only a 13 percent weight.
8    Q.   **Why do you put a weight on it?**
9    A.   To offset some of the negative
10   events. I had positive and negative events in
11   this time period.
12   Q.   **Okay. So why don't you explain to**
13   **me what the significance of this day is for**
14   **your analysis.**
15   A.   This is a day where, because
16   Microsoft is being downgraded by Blodget it's
17   impacting a small part of the index but then
18   he turns around and recommends AOL on
19   advertising and advertising trends and that's
20   pushing the stock up.
21   Q.   **What does that have to do with**
22   **your analysis as to whether Credit Suisse was**
23   **responsible for any damages related to AOL?**
24   A.   It basically is adjusting the
25   inflation in the stock price. In other words,

S. HAKALA

1    S. HAKALA
2    the inflation of the stock price is being
3    adjusted up or down for other statements by
4    other people about advertising. Some are
5    negative. Some are positive.
6    Q.   **So there's no CSFB news released**
7    **on this day.**
8    A.   No.
9    Q.   **And this has no -- what effect**
10   **does this have on the damages analysis?**
11   A.   It has an adjusting effect.
12   Q.   **Is it an increase or decrease in**
13   **the damages?**
14   A.   It's a very slight increase.
15   Q.   **So the damages increase based on**
16   **something that Credit Suisse didn't say. I**
17   **mean, how is it that some external statement**
18   **from somebody other than Credit Suisse which**
19   **has nothing to do with Credit Suisse has an**
20   **effect of increasing the damages you attribute**
21   **to Credit Suisse?**
22        MR. HALL: Objection.
23   A.   It doesn't in the entire analysis
24   because there's positives and negatives but in
25   the general analysis what we're really saying

S. HAKALA

1    S. HAKALA
2    is that Blodget would have had a different
3    impact had Credit Suisse made a different
4    statement. And that only a fraction of the
5    effect of Blodget -- in other words, Credit
6    Suisse First Boston changes the mix of
7    information and by changing the mix of
8    information it's going to cause all the
9    positive and negative advertising related
10   statements subsequently to be affected.
11        So --
12   Q.   **How do you make that determination**
13   **whether -- how do you make the determination**
14   **what effect a hypothetical disclosure by**
15   **Credit Suisse would have on a subsequent**
16   **statement by an analyst about AOL?**
17   A.   Well, that's basically doing an
18   analysis of all the days where there's
19   statements relating to advertisement both
20   positive and negative and putting weight -- an
21   equal weight on all of them.
22        So what we're really trying to do
23   is we're really trying to explain the
24   movements positive and negative throughout
25   time to explain the inflation.

Page 306

S. HAKALA

1
2    **Q.    So this inflates the add-related**
3    **value line?**
4        A.    A little bit.
5    **Q.    So let me see if I understand**
6    **that.**
7        **So what do you assume would have**
8    **happened on this day had Credit Suisse earlier**
9    **made what you believe to be the proper**
10   **disclosure?**
11       A.    The impact of this statement would
12   have been muted very slightly.  By Credit
13   Suisse.
14   **Q.    Because -- because Mr. Blodget's**
15   **view that AOL is better positioned over the**
16   **five to seven years would be somehow**
17   **discounted because the market would be aware**
18   **of Ms. Martin's view?**
19       A.    Right.
20       MR. HALL:  Objection.
21       A.    And, similarly, if you go to March
22   7th and March 12th there's negative events on
23   those days relating to advertisement.
24   Negative events would have been dampened as
25   well had Credit Suisse made its statement.  So

TSG Reporting - Worldwide    877-702-9580

Page 307

S. HAKALA

1
2    you can't look at one in isolation.  You have
3    to look at them in total.
4        I mean, the other idea I had was
5    to only limit myself to just the clearly
6    corrective events like 7/18, 7/19.  But all of
7    these events are talking about advertising and
8    advertising trends.  To the extent they're
9    talking about advertising and advertising
10   trends on AOL the statements of CSFB are
11   effecting the mix and, therefore, causing the
12   responses to these statements to be different
13   than they otherwise would have been on
14   average.
15   **Q.    And what was the return on this**
16   **day, February 18th, 2001?**
17       A.    About 1.98 percent.  Positive.
18   **Q.    And is that statistically**
19   **significant?**
20       A.    It's meaningful.
21   **Q.    What does that mean?**
22       A.    Meaning if it has -- if it's
23   determined a priori and it has a T statistic
24   of greater than one you should not remove it
25   from the analysis.

TSG Reporting - Worldwide    877-702-9580

Page 308

S. HAKALA

1
2    **Q.    Where does that come from?**
3        A.    That's basic statistics 101.  But
4    if you look at Kennedy User's Guide of
5    Econometrics he talks about that.
6    **Q.    Okay.  Is it statistically**
7    **significant at the 90 percent level?**
8        A.    No.
9    **Q.    Okay.  So --**
10       A.    But it is when jointly tested
11   against all other events.
12   **Q.    But on its own --**
13       A.    On its own it's not.
14   **Q.    Okay.  And yet you include it -- I**
15   **mean, so does that mean that this movement by**
16   **Blodget's statement could just be noise?**
17       A.    Not likely.
18   **Q.    Why not?**
19       A.    Because the news report that I
20   found says that that's what caused the stock
21   to move on that day.
22   **Q.    But the guy who's forwarding the**
23   **news isn't an econometrician, is he?**
24       A.    Why do you need to have to be an
25   econometrician to know why the stock moved on

TSG Reporting - Worldwide    877-702-9580

Page 309

S. HAKALA

1
2    a given day?
3    **Q.    But isn't his guess just as good**
4    **as mine?  I mean, why would a news report**
5    **saying that that stock moved, why would that**
6    **be conclusive of the fact that the stock**
7    **moved?  I mean, don't people have all sorts of**
8    **opinions about stock moves?  Why give any**
9    **particular news report credence as to what**
10   **caused the stock the move?**
11       MR. HALL:  Objection.
12       A.    Well, it's not just any report.
13   It's CBS Market Watch and it's CNN and other
14   commentators who are sophisticated and they
15   talk to analysts and they talk to -- you know,
16   usually when a stock moves people will say,
17   well, why did it move this day and they'll
18   talk to the traders and the brokers and
19   they'll say this is why it moved.  They --
20   **Q.    Do you know that's what happened**
21   **here?**
22       A.    They might be right.  They might
23   be wrong.  That's usually what happens.
24   **Q.    But is that what happened here?**
25       MR. HALL:  Objection.

TSG Reporting - Worldwide    877-702-9580

Page 310

S. HAKALA

1
2      A.   I don't know for sure what the
3   source in CBS Market Watch was saying.  I
4   mean, if you want to take those events out and
5   see what happens it's not going to change your
6   damages much.
7           But conceptually once CSFB has
8   altered the mix of information all subsequent
9   statements relating to ad revenue and earnings
10  prospects are similarly affected.
11     Q.   What would be the rate of error
12  for including a statement like this?
13     A.   By itself very small.  In terms of
14  the overall rate of error of the overall
15  analysis it would only add a slight amount.
16     Q.   What about for this statement
17  itself?
18     A.   This statement, itself, the rate
19  of error would be high but the rate of error
20  for the overall analysis actually goes down by
21  including it.  In other words, when you
22  include events with a T statistic greater than
23  1 your rate of error of your overall analysis
24  goes down.  It doesn't go up.  And that's just
25  basic statistics and basic math.  And that's a

TSG Reporting - Worldwide    877-702-9580

Page 311

S. HAKALA

1
2   point that Kennedy makes in his Guide to
3   Econometrics.
4      Q.   And is that talking about event
5   studies?
6      A.   It's any study.  Any applied --
7      Q.   But he's not talking about event
8   studies particularly.
9      A.   Event studies is a subset of
10  statistics.  It's like -- so what if he
11  doesn't talk about event studies?
12     Q.   But he's not talking about event
13  studies.
14     A.   Actually, he is talking about
15  observation specific dummy variables and he
16  does have a chapter on that.  So yes.
17     Q.   So he is talking about --
18     A.   He's talking about this specific
19  type of analysis.  Not event studies but
20  observation specific dummy variables.  The
21  literature says that an individual variables
22  that are not statistically significant but are
23  at least a T statistic greater than 1 should
24  not be removed from the analysis.  And that's
25  just basic statistics.  And I cite that in my

TSG Reporting - Worldwide    877-702-9580

Page 312

S. HAKALA

1
2   report and I cite that in my rebuttal report.
3   In fact, it's a greater error to remove it
4   than to leave it in.  From a measurement and
5   bias standpoint.
6      Q.   And as we aggregate days like that
7   within 90 percent -- less than 90 percent
8   confidence level, so you're saying that the
9   more days we include like that the more
10  accurate your overall analysis is; is that
11  correct?
12     A.   The degree of error in terms of
13  the standard error goes up.  But the standard
14  error relative to the measure of the effect
15  goes down.  And the bias goes down.  So it is
16  statistically a fact, it's mathematically a
17  fact that your bias in your estimation will go
18  down by including such events and your
19  precision on your estimate will go up.  All
20  else being equal.  And that is just
21  mathematically provable.
22     Q.   Okay.  But I'm talking about for
23  including this in inflation as opposed to
24  talking about your regression analysis.
25  What's the support for that -- for a T

TSG Reporting - Worldwide    877-702-9580

Page 313

S. HAKALA

1
2   statistic less than the 90 percent
3   significance rate being included for the
4   purposes of inflation?
5      A.   It's the same principle.  Let me
6   put it in an analogy.  It's the same principle
7   as discussed for pleading scienter.  As I
8   understand it in pleading scienter you don't
9   have to show that each individual allegation
10  and each individual fact pled by itself leads
11  to a strong inference of scienter.  You only
12  need to show that all the facts taken together
13  as a group leads to a strong inference of
14  scienter.
15         So the idea is the same in
16  statistics.  You could have five events not
17  one of which is statistically significant but
18  if you test those five events together jointly
19  they will be statistically significant at such
20  a high level that you would conclude that you
21  have loss causation.  So one of the things --
22     Q.   But you won't know which of those
23  five events actually contributed.
24     A.   No, you will.  The point is just
25  because a single event has a small effect

TSG Reporting - Worldwide    877-702-9580

Page 314

S. HAKALA

1  doesn't mean it didn't contribute.  And it
2  doesn't mean that you should assume it's zero
3  just because it's a small effect.  That's
4  statistically completely invalid and the
5  advanced Ph.D. level statistics literature
6  condemns that thought process.  And in fact
7  that's the problem I have with some of the
8  experts on the defense side is they seem to
9  throw the away the statistics textbooks.
10  **Q.  And what's the basis for lumping**
11  **in your example the five --**
12  A.  They're all related and all part
13  and parcel to the same issue.
14  **Q.  So you do some kind of qualitative**
15  **analysis to determine what gets lumped**
16  **together?**
17  A.  No.  They're all related to the
18  same issue.  If they're all related to the
19  same issue -- Cassidy in a basic beginning
20  econometrics textbook called Using
21  Econometrics says that when you select a group
22  of dummy variables, select a group of events,
23  if some of them are significant and some of
24  them are not significant but as a group if the

TSG Reporting - Worldwide    877-702-9580

Page 315

S. HAKALA

1  F test says they're significant as a group you
2  should not and cannot remove the ones that are
3  not significant.  Because to do so biases your
4  results and alters your degrees of freedom.
5  **Q.  But how do you decide what to pick**
6  **and what not to pick in a case like this where**
7  **there are --**
8  A.  Based on relevance.
9  **Q.  So but it's some kind of**
10  **qualitative analysis that you do.  You take a**
11  **look at it and you decide what gets lumped in**
12  **and what doesn't, right?**
13  A.  Well, what gets lumped in are
14  things where an analyst is upgrading or
15  downgrading based on changes in expectations
16  for EBITDA based on advertising or related
17  issues.
18  **Q.  But that's not the only thing that**
19  **you include.  I mean, you include a lot of**
20  **things that aren't just upgrades or**
21  **downgrades.  I mean, you include -- you said**
22  **before that the number of AOL subscribers is**
23  **going to be a relevant factor to --**
24  A.  No.

TSG Reporting - Worldwide    877-702-9580

Page 316

S. HAKALA

1  **Q.  No?**
2  A.  Number of AOL subscribers is an
3  event in the event study.  It is not a
4  relevant event for advertising or analysts.
5  **Q.  Okay.  So keeping with relative**
6  **information for advertising or analysts.  You**
7  **take a look at what significant is upgrades or**
8  **downgrades, right?**
9  A.  Of some kind.  Whether it's price
10  target, earnings, something else.
11  **Q.  What about Blodget?**
12  A.  Blodget is an upgrade.  He's
13  saying I recommend AOL.
14  **Q.  That's an upgrade?**
15  A.  Yeah.
16  **Q.  He wasn't recommending AOL**
17  **beforehand?**
18  A.  No, he was recommending AOL, at
19  the same time downgrading Microsoft.  And he
20  is upgrading and the market responded to it.
21  Otherwise --
22  **Q.  He didn't have a buy on AOL**
23  **before?**
24  A.  Whether he had a buy or not he

TSG Reporting - Worldwide    877-702-9580

Page 317

S. HAKALA

1  made a comment that was affirmative about AOL
2  that was affirmative enough to be picked up in
3  the news and therefore it should be in your
4  event study.
5  **Q.  Okay.  So --**
6  A.  I mean, if you want to take that
7  out and see what effect it is that's called
8  implementation of the results and you can test
9  that all day.
10  But my point is that the
11  methodology I'm applying is if Blodget says
12  AOL is going to do particularly well and the
13  market's overpunishing AOL but I'm downgrading
14  Microsoft, that's an event and that event
15  relates to the issues in this case so I'm
16  going to mark it as an event and it's a
17  relevant event.
18  **Q.  Right.  But we could include some**
19  **totally irrelevant event with a bunch of what**
20  **you view as relevant events and then you would**
21  **say, well, if the whole thing is relevant we**
22  **got to include it.**
23  MR. HALL:  Objection.
24  A.  I didn't say that.  I didn't say

TSG Reporting - Worldwide    877-702-9580

Page 318

S. HAKALA

1        S. HAKALA
2    that all. I said only the relevant events.
3    You select a group of dates that are relevant
4    regardless of their statistical significance
5    and if the group of relevant events that are
6    related in any concept and topic are jointly
7    significant you can't pick and choose which
8    ones you want to leave in and take out.
9        Q.   I'm just trying to figure out how
10   you objectively decide what gets lumped in
11   there without having some kind of
12   result-oriented analysis. So that's what I'm
13   trying to understand.
14       So before you said it has to be an
15   upgrade or a downgrade and then I pointed to
16   the Blodget report and you said, well, that's
17   basically an upgrade which it's not but it is
18   equivalent to an upgrade in your view.
19       A.   It's equivalent to an upgrade. I
20   mean, you can argue with me whether it's not
21   or not.
22       Q.   Okay. So there's a lot of
23   nuisance here, would you agree?
24       A.   In that one there is.
25           MR. HALL: Objection.

TSG Reporting - Worldwide   877-702-9580

Page 319

S. HAKALA

1        S. HAKALA
2       A.   But that's the exception to the
3    rule where I specifically said if a particular
4    analyst report is mentioned in a news report
5    then it goes in. And I said that much
6    earlier.
7       Q.   Okay. So let's take a look at
8    April 4th.
9       A.   Okay.
10          (Pause on the record.)
11      A.   Okay.
12      Q.   Let me just see something here.
13          (Pause on the record.)
14      Q.   Let's see April 4th.
15      A.   Yes.
16      Q.   This was another ad related
17   inflationary day in your report.
18      A.   I know the 5th was. I don't
19   remember the 4th.
20          MR. HALL: Are you talking about
21   '01 or '02?
22          MR. GESSER: I'm sorry. April
23   4th, '01.
24      A.   It's showing up as a zero on mine.
25          MR. HALL: Mine, too.

TSG Reporting - Worldwide   877-702-9580

Page 320

S. HAKALA

1        S. HAKALA
2       A.   I think it's in C-1.
3       Q.   Yeah. C-1A.
4       A.   C-1A. It probably got changed
5    once I looked at it.
6           Yes, it did.
7       Q.   Okay. So what does that mean?
8       A.   So this was a rebound on comments
9    that Levin made about the achievability of
10   guidance and comments by Weisel analysts on
11   that day responding to the investor concerns
12   on the 2nd and on the 3rd.
13      Q.   So is it or is it not an ad
14   related inflationary day in your analysis?
15      A.   It is.
16      Q.   It is, okay. And so --
17      A.   As is 4/5.
18      Q.   And so what information came out
19   to the market on that day?
20      A.   It was a response by Levin and
21   then a reiteration by an analyst that the
22   market was overall concerned about AOL missing
23   its guidance targets.
24      Q.   And that had a -- it had a
25   positive effect on the stock price?

TSG Reporting - Worldwide   877-702-9580

Page 321

S. HAKALA

1        S. HAKALA
2       A.   Yes.
3       Q.   With a T statistic that was
4    statistically significant?
5       A.   Yes.
6       Q.   And again so what is the
7    significance of this day for the overall
8    damages that you assess against Credit Suisse?
9       A.   What happens is that this day
10   offsets the negative prior day. This day by
11   itself would cause damages to go up slightly.
12      Q.   Because in your analysis had
13   Credit Suisse said what it should have said in
14   January --
15      A.   This would have been muted.
16      Q.   This would have been somehow
17   muted.
18      A.   Yeah, in fact, Credit Suisse
19   actually spoke later on the day on the 3rd but
20   the stock was down that day because of earlier
21   concerns.
22      Q.   Was there other positive news that
23   was released to the market on this day?
24      A.   Not really. I looked at whether
25   Dreamworks was confounding and I just don't

TSG Reporting - Worldwide   877-702-9580

Page 322

S. HAKALA

1
2  see it as being very significant or positive
3  or negative. In fact, in net it might have
4  been viewed as negative.
5      Q.   Why would it have been viewed as
6  negative that AOL may have been in a deal with
7  Dreamworks?
8      A.   Because if they're paying a
9  control premium often the view is that it's
10  dilutive to the existing investors.
11      Q.   Did you read the Reuters report on
12  the AOL deal with Dreamworks?
13      A.   Obviously, yes.
14      Q.   Do you know how Reuters reported
15  whether the deal sounded positive or negative?
16      A.   I don't remember. All I remember
17  is that the news reports I did read as well as
18  the reports like the AFX News, Investor
19  Business Daily, suggested that it was a
20  combination of later comments by Levin late in
21  the day on the 3rd and a comment by a Weisel
22  analyst on the ability of the company to meet
23  its targets which I would view as directly
24  related to the allegations in the case.
25      Q.   Were there other analyst reports

TSG Reporting - Worldwide   877-702-9580

Page 323

S. HAKALA

1
2  that came out on this day?
3      A.   I don't remember any that were
4  notable. I'm sure there were some in this
5  time period but I don't remember noticing ones
6  that fit within my criteria or that I would
7  have been concerned about.
8      Q.   Let's take a look at -- we're up
9  to 16.
10          (Hakala Exhibit 16, Salomon Smith
11      Barney report dated April 4, 2001,
12      marked for identification as of this
13      date.)
14  BY MR. GESSER:
15      Q.   This is an April 4th, 2001 Salomon
16  Smith Barney report on AOL.
17      A.   Yeah.
18      Q.   With a price target of 115.
19      A.   Yes.
20      Q.   Significantly above the Credit
21  Suisse price target at that time?
22      A.   Yeah.
23      Q.   It says -- what's the first bullet
24  on the report?
25      A.   AOL could build content library

TSG Reporting - Worldwide   877-702-9580

Page 324

S. HAKALA

1
2  with Dreamworks.
3      Q.   It says, "Nothing definitive has
4  been announced but depending on the structure
5  of the deal a move like this could be quite
6  beneficial to AOL Time-Warner."
7      A.   Okay.
8      Q.   And then if you look at the next
9  page under the bold it says Benefits of
10  Dreamworks include...then there's one, two,
11  three, four, five bullets underneath that. In
12  fact, it looks like the entire report is
13  dedicated to this possible deal with
14  Dreamworks; is that right?
15      A.   That's right. And since I already
16  have Dreamworks marked in my event study this
17  analyst report is not going to get picked up
18  because it's not going to change anything in
19  the analyst report.
20      Q.   But --
21      A.   He's not changing his price
22  target, his earnings target or anything else.
23      Q.   Okay. But doesn't this indicate
24  to you that analysts believed that the
25  positive announcement of a deal with

TSG Reporting - Worldwide   877-702-9580

Page 325

S. HAKALA

1
2  Dreamworks would be positive?
3      A.   If it's -- yeah. It happens.
4  Yeah. This one would.
5      Q.   So doesn't that render the April
6  4th, 2001 date confounded?
7          MR. HALL: Objection.
8      A.   Not if you believe that the vast
9  majority of the movement is caused by the
10  other things which are attributed to it in
11  Investors Business Daily and AFX News.
12      Q.   But how do you determine that?
13      A.   Just based on looking at the data
14  and reading what the news at the end of the
15  day says about why the stock moved. Is
16  Dreamworks big enough to cause a movement of
17  4 percent in the stock price. The answer I
18  think is no. Is this even a deal, no. Are
19  the terms of the deal fleshed out. No.
20      Q.   But often --
21      A.   What's the likely effect that
22  that's going to have? Well, you could argue I
23  could carve out a half percent or a percent
24  but then how would I do it.
25      Q.   But possible deals get announced

TSG Reporting - Worldwide   877-702-9580

S. HAKALA

1  all time which have significant impact on
2  company stock price.
3      A.   That is true.  But the bottom line
4  here is that that's not the real reason why
5  the stock moved.  That's not the primary
6  cause.  And in an attempt to parse that out on
7  that day would be extremely difficult.
8      Q.   The attempt to parse what out?
9      A.   The Dreamworks announcement from
10  other news.
11      Q.   From other news.
12      A.   Yeah.  So it's not the primary
13  cause -- if you want to argue that's the
14  primary cause and we should take that out and
15  recalibrate the numbers you can do that.  But
16  I just don't agree with that.
17      Q.   I understand.  What I'm trying to
18  get a sense of -- I can't go through every
19  single one of your assumptions but I want to
20  just test a couple of them and see -- you can
21  do this for every one.  You could say, well,
22  take this out, it's not going to effect
23  anything, but if we get to a significant
24  number you would agree at some point it will

S. HAKALA

1  start effecting the analysis.
2      A.   Actually, no.  I did a whole bunch
3  of tests of robustness of the analysis and
4  because my overall analysis was based on the
5  analysts' effect at the beginning of the class
6  period, taking out, adding or subtracting some
7  events in here randomly or otherwise, does not
8  really change the damages very much.  It's
9  pretty robust.  That was a concern of mine
10  because you're right, I mean, there's always
11  news.  But the question is how much of it is
12  and do they offset each other enough so that
13  the overall analysis stands on its own.
14      Q.   This is April 4th, 2001.  This is
15  now Hakala 17.
16          (Hakala.
17          Exhibit 17, Bernstein Research
18          Call report dated April 4, 2001, marked
19          for identification as of this date.)
20  BY MR. GESSER:
21      Q.   Sorry.  Just before we get to
22  that, you said that because your analysis is
23  fairly robust it wouldn't matter much if you
24  take days out or not because you've inflated

S. HAKALA

1  the class period.  What if it's the
2  reinflation days where you run into trouble;
3  won't that dramatically affect the damages?
4      A.   No, because you recalibrate.
5      Q.   I don't know what you mean by
6  that.
7      A.   You basically -- because I've
8  determined the amount of inflation at the
9  beginning the weights change every time you
10  add or subtract an event.  So as you take
11  events out or add events in even if they're
12  positive events they end up not having the
13  effect you might think.
14      Q.   So if the reinflation days,
15  February 5th and September 19th, are
16  confounded or don't lead to the conclusion
17  that you think they lead to it wouldn't affect
18  the damages?
19      A.   Oh, no.  Those days would.
20      Q.   Those days would.  Okay.
21      A.   Those days would.  I thought you
22  were talking about days like April 4th where
23  the stock was rebounding from two days of very
24  large drops which is a large reason why that

S. HAKALA

1  date is marked actually because really I look
2  at it as April 2nd through April 5th as an
3  event window where the stock is falling on
4  concerns and then reinflated as AOL and
5  analysts respond to those concerns.
6      Q.   Now, you've got in front of you
7  Hakala 17 I think.
8      A.   Yes.
9      Q.   This is an analyst report by
10  Bernstein Research.
11      A.   Yes.
12      Q.   They are actually increasing their
13  estimates for AOL; is that right?
14      A.   Yes.
15      Q.   And why are they doing that?
16      A.   Tax credits.
17      Q.   Nothing to do with advertising,
18  right?
19      A.   No.
20      Q.   Okay.
21      A.   And generally a tax credit
22  one-time effect isn't going to be material
23  which is probably why we didn't put this in.
24      Q.   But why would they be increasing

S. HAKALA

1    their estimates based on a tax benefit then?
2        A.   Well, because if there's a tax
3    benefit they're increasing their estimates.
4    But a one-time -- like a 13 percent one-time
5    effect on earnings is going to have a 13
6    percent an effect on the stock price.  It's
7    not going to act like a compounding like an
8    earnings effect where you apply a multiple to
9    it.
10       Q.   This is another report.  This is
11   Hakala 18.  This is a report by USB on this
12   day.
13           (Hakala Exhibit 18, USB Warburg
14           Research Note dated April 4, 2001,
15           marked for identification as of this
16           date.)
17   BY MR. GESSER:
18       Q.   With a rating of strong buy asking
19   Why Own Here.
20       A.   Yes.
21       Q.   It's a pretty positive report on
22   AOL listing a number of factors including the
23   depth and breadth of the management team.  The
24   effect of cost cutting measures.

S. HAKALA

1        A.   Yeah.
2        Q.   And then it says, "The primary
3    risks are slowing economy, extended weeks in
4    advertising and how quickly management can
5    integrate operations and achieve plans."
6            Are you still confident that you
7    can parse through all this and determine what
8    in fact was the cause of the inflation on AOL
9    stock price on April 4th, 2001?
10           MR. HALL:  Objection.
11       A.   Well, essentially this report is
12   as it's noting in the second bullet point
13   emphasizing the stable cash flows from AOL,
14   cable, and publishing to offset concerns about
15   a weakening advertising market, media networks
16   division.
17           You know, I can tell you by
18   looking at Exhibit B-1 and C-1 that I probably
19   thought long and hard about whether I should
20   or should not include April 4th as a relevant
21   event and I ultimately decided that the
22   primary cause of the movement was the market's
23   reassessment of the concerns of the prior two
24   days.

S. HAKALA

1        Q.   And you're still comfortable with
2    that conclusion?
3        A.   Yes.
4        Q.   What about April 18th?  That's
5    another advertising-related inflationary day.
6        A.   Yes.
7        Q.   And what was the cause of the
8    inflation on that day?
9        A.   Basically I'm saying that this is
10   raising expectations for advertising and cash
11   revenues.
12       Q.   What is raising expectations?
13       A.   The earnings announcement.
14       Q.   From AOL.
15       A.   Yeah.  It's not so much first
16   quarter earnings as it's the guidance they're
17   giving going forward.  I remember this is an
18   event I debated with a lot and what I was
19   convinced by was that it was not the earnings
20   release itself or what happened in the first
21   quarter that was causing the movement.  It was
22   the bullish representation about their
23   prospects going forward for the next two
24   quarters.

S. HAKALA

1        Q.   Their prospects in general or
2    their prospects --
3        A.   Advertising.
4        Q.   That's what was driving the
5    increase in stock on this day.
6        A.   Yeah.
7        Q.   And what makes you think that?
8        A.   Their confidence in meeting their
9    guidance was -- they were responding to the
10   concerns we noted in earlier April in this
11   conference call.  And it's my belief that that
12   was an important component of what happened
13   that day.
14       Q.   Was the market -- were the results
15   that AOL reported on April 18th, were they
16   expected?
17       A.   I think they were a little better
18   than expected.
19       Q.   And when a company reports results
20   that are better than expected does that
21   usually coincide with a positive increase in
22   stock price?
23       A.   It can, yes.  Not always.
24       Q.   Not always.  But --

**S. HAKALA**

1
2      A.    The real issue is is that going to
3   set up and represent what the momentum is
4   going forward.
5      Q.    But you eventually determined that
6   you could parse through this and decide that
7   it wasn't so much that they beat expectations,
8   but it's the forward prospect for advertising
9   that was really driving the increase on this
10  day.
11     A.    That's right.
12     Q.    But you had a debate.
13     A.    I had to look at that issue very
14  closely.
15     Q.    Who did you debate with?
16     A.    Myself.  And with my colleagues.
17  And then counsel.  In fact, I remember sending
18  this and having a discussion about each day
19  with counsel at some point.  But I also had at
20  least one or two colleagues sit down with me
21  and go through this.  We went line by line,
22  event by event.
23     Q.    And what was the upshot of that
24  back and forth?
25     A.    That the primary reason for the

**S. HAKALA**

1
2   increase on that day was the reaffirmation of
3   guidance and the strength of advertising as
4   being a driver of that day of that event.
5      Q.    And other people thought that
6   maybe you couldn't make that conclusion?
7      A.    Well, we discussed whether or not
8   there was an alternative.  Whether it was just
9   some other division or some other piece of the
10  puzzle that was causing it.  If it's ad
11  related we felt it was a relevant event and we
12  wanted to include it to sort of offset some of
13  the decline that happened in early April
14  because what we were trying to do was capture
15  sort of the mix of information going on in
16  this time period.
17     Q.    But there's no right answer to
18  this.  It's sort of a judgment call.  Is that
19  right?
20     A.    It's a judgment call.  It's not a
21  black/white kind of right answer.  I mean,
22  ultimately event studies require some
23  interpretation and at some point the
24  interpretation requires some judgment.
25     Q.    And reasonable minds can differ?

**S. HAKALA**

1
2      A.    Reasonable minds could differ.
3   This day and April 4th are examples of days
4   where I think you could differ.  The Blodget
5   day is a good example.  So, yeah, as with any
6   kind of detailed analysis like this you can
7   nitpick and question this day or that day.
8   And I looked at different alternatives of
9   literally taking out most of these days and
10  seeing what happened to see that my damage
11  estimates were are going to hold up one way or
12  the other.
13     Q.    And if you had this debate and
14  your counsel was the one who said, you know,
15  I'm not so sure about the date, you know, I
16  don't know if that -- and you were of the
17  view, oh, well, I think I can comfortably say
18  it's the advertising market that was the cause
19  on that day, that disagreement, that could be
20  a totally legitimate disagreement that
21  reasonable minds could differ.  It wouldn't be
22  fraud on the part of your counsel to submit
23  your report to the court with that
24  disagreement.
25         MR. HALL:  Objection.

**S. HAKALA**

1
2      A.    Not if it's my opinion.  But if
3   counsel says no, I don't think we can support
4   that I would probably take it out.  Because
5   I'd want to be conservative about things.  I
6   mean, I had a lot of debate about whether to
7   flag all these little individual -- what I
8   would call relevant events where CSFB is not
9   specifically implicated and just pick the big
10  events like July 18th and 19th and thought
11  this was conceptually more accurate and more
12  correct.  But it does result in being able to
13  nitpick it a little bit more.  But that's
14  always going to be the case in any complex
15  analysis.
16     Q.    I mean, you see where I'm going
17  with this.  I mean, the analyst reports are
18  also pretty complex analysis; is that right?
19         MR. HALL:  Objection.
20     A.    Of course.
21     Q.    And that reasonable minds can
22  differ and people can have different views and
23  the fact that they have different views
24  doesn't necessarily mean they're engaged in
25  fraud.

Page 338

S. HAKALA

1
2          MR. HALL: Objection.
3      A.   Well, that's true in part. And
4  it's true not in part. You know, we're
5  looking at the Salomon Smith Barney analyst
6  report where he's got a price target up at
7  115. I have to wonder what that guy is
8  thinking to get there. I mean, it's either
9  somebody who's incredibly inexperienced, not
10 very credible as an analyst, or just they've
11 got a investment banking relationship and
12 they're just not willing to burn it so they're
13 going to put in a ridiculously high price
14 target and lose credibility. I mean, you
15 know, there's a lot of that kind of stuff.
16 And that's neither here nor there.
17      I think the issue here is what
18 did -- what's alleged in this complaint and if
19 what's alleged had been as the complaint
20 alleges different would the stock price have
21 been different.
22      And I think in my report I mention
23 that I may present some different
24 demonstrative alternatives to the jury to show
25 how changes in the assumptions would affect

Page 339

S. HAKALA

1
2  the results. So that they're guided how to
3  use it rather than me just sort of dictating
4  what the number is.
5      Q.   Who was the author of the Salomon
6  Smith Barney report?
7      A.   I don't know.
8      Q.   Was it Jill Krutick?
9      A.   I don't know.
10     Q.   Do you know if she was ranked as a
11 runner up by Institutional Investor?
12     A.   I don't.
13     Q.   Would it surprise you to know she
14 was ranked as a runner up in their sector by
15 Institutional Investor?
16          MR. HALL: Objection.
17     A.   It would given that price target.
18      In this time period though
19 analysts were sometimes putting one thing in
20 their report and another in their private
21 communications.
22     Q.   Do you know of any allegations
23 against Jill Krutick to that effect?
24          MR. HALL: Objection.
25     A.   No.

Page 340

S. HAKALA

1
2      Q.   Do you know if Salomon Smith
3  Barney was the subject of a regulatory
4  investigation at some point?
5          MR. HALL: Objection.
6      A.   I think there was some but I don't
7  remember the outcome.
8      Q.   Do you remember if any Salomon
9  Smith Barney analysts were found to have
10 engaged in any wrongdoing in connection with
11 their analyst reports?
12          MR. HALL: Objection.
13     A.   I don't remember specifically
14 other than I think one or two and I'd have to
15 go back and look. I think there were a
16 couple.
17     Q.   Jack Grubman?
18     A.   Grubman was certainly. I know at
19 least three instances where Grubman did some
20 things that were pretty questionable.
21     Q.   But nothing you remember about
22 Jill Krutick.
23     A.   No.
24          MR. HALL: Objection.
25          MR. GESSER: How much time do we

Page 341

S. HAKALA

1
2  have on the tape?
3          THE VIDEOGRAPHER: About two
4  minutes.
5          MR. GESSER: Okay. Let's take a
6  five-minute break.
7          THE VIDEOGRAPHER: The time is
8  4:28. This is the end of the tape
9  labeled number four. We are going off
10 the record.
11     (Recess taken.)
12          THE VIDEOGRAPHER: This is the
13 start of the tape labeled number five.
14 The time is 4:35. We are back on the
15 record.
16 BY MR. GESSER:
17     Q.   Let's take a look at August 15th,
18 2001. This is another ad-related inflationary
19 day in your report; is that right?
20     A.   Yes.
21     Q.   What about -- what occurred on
22 this day that you view as being inflationary
23 in AOL's stock price relating to advertising
24 information that was coming out?
25     A.   I really felt like the Morgan

Page 342

S. HAKALA

1
2  Stanley Dean Witter, UBS reports and even
3  though CSFB was lowering revenue in EBITDA
4  what they were doing was in the context of a
5  negative earnings announcement where they were
6  saying things were as bad and we expect
7  growth.  And so if I remember correctly this
8  is following on these layoff concerns and so
9  they're reacting to the concerns about the
10 layoffs and the stock is rebounding and it's
11 rebounding by what we would consider to be a
12 meaningful amount statistically.
13    **Q.   But it's not statistically**
14 **significant at the 90 percent level; is that**
15 **right?**
16    A.   On a one tail test it's pretty
17 close.  On a two tail test it's not.  You have
18 to be careful one tail versus two tail.  This
19 one --
20    **Q.   But neither --**
21    A.   -- I didn't have an expected -- I
22 didn't know whether this event would be
23 negative or positive but I knew it was analyst
24 related and it was ad related and that made it
25 relevant.

TSG Reporting - Worldwide   877-702-9580

Page 343

S. HAKALA

1
2    **Q.   So even though CSFB actually**
3  **lowered its revenue and its EBITDA numbers on**
4  **this date, you view it as being a positive**
5  **report because in light of AOL's announcements**
6  **the market was expecting even more negative**
7  **reports from the analysts; is that correct?**
8    A.   Yes.  Yeah.  Especially after the
9  layoffs.  It's kind of one of these
10 counter-intuitive effects where the analyst
11 lowering estimates and revising his report
12 after two days of really bad news doesn't do
13 it as much as expected and that's actually
14 viewed as good news, not bad news.  It's kind
15 of the same thing we see after 9/11 for AOL.
16    **Q.   And how do you decide whether the**
17 **reports -- and do you know how many reports**
18 **came out this day?**
19    A.   There's really three primary
20 reports and I think it's the Morgan Stanley
21 report I was most interested in.  Not,
22 ironically, the CSFB.
23    **Q.   There were also reports by Merrill**
24 **Lynch?**
25    A.   I don't know if I flagged it

TSG Reporting - Worldwide   877-702-9580

Page 344

S. HAKALA

1
2  because I don't know if that one met our
3  criteria for going in.
4    **Q.   And UBS?**
5    A.   UBS, yes.
6    **Q.   Lehman?**
7    A.   Lehman, probably.
8    **Q.   Deutsche Bank?**
9    A.   Probably.
10   **Q.   Bear Stearns?**
11   A.   I don't know.  There were a number
12 of analyst reports.  We picked the ones that
13 made some kind of comment that we thought met
14 our criteria was a CSFB report.
15   **Q.   But if you didn't look at all the**
16 **reports how can you determine whether or not**
17 **the inflation was due to advertising or**
18 **something else?**
19   MR. HALL:  Objection.
20   A.   Because I did look at all the
21 reports.  The fact that they're not in the
22 event study doesn't mean that I looked at
23 other reports.
24   **Q.   Okay.  So if there was a report on**
25 **that day you're pretty sure you looked at it.**

TSG Reporting - Worldwide   877-702-9580

Page 345

**S. HAKALA**

1
2    A.   If I had it in my file, yes.  Now
3  there are reports I don't have but I also
4  would have looked at news reports.  But to
5  avoid the events study -- I mean, these little
6  boxes you only can fit so much in an Excel
7  spreadsheet and if I put in everything that
8  could go in there I mean I could put in 20
9  articles that I looked at but I'm not going to
10 do that.
11    So I read anything that was
12 available on that day including general news
13 summaries about why the stock moved that day,
14 what the reasons were, et cetera.
15    **Q.   And you viewed the Morgan Stanley**
16 **report as being positive; is that right?**
17    A.   Net positive, yes.
18    **Q.   Net positive.  And net positive**
19 **relating to advertising?**
20    A.   Yeah.  Actually, I viewed all
21 these reports -- the UBS is probably the most
22 positive because they felt it was oversold.  I
23 viewed the CSFB as being potentially negative,
24 the Morgan Stanley report as being, if I
25 remember correctly, positive or slightly

TSG Reporting - Worldwide   877-702-9580

Page 346

S. HAKALA

1    positive and the UBS positive as being
2    positive. That's why the expected effect on
3    that day is marked as zero. So I didn't have
4    a strong prior basis as to which way the stock
5    would go. I just felt that the information on
6    that day related to the ad issue and the
7    analyst issue and, therefore, it was a
8    relevant event.
9         Q.    Okay. But with six analyst
10   reports coming out isn't it pretty difficult
11   to determine what information was affecting
12   the stock price on that day?
13        A.    No.
14        Q.    Why is that?
15        A.    They're all talking about the same
16   issues and they all relate to the base issue
17   in this case of whether AOL is going to meet
18   its guidance or not. And with the strength of
19   its advertising business they're all going to
20   be relevant.
21        Q.    Well, those are two different
22   things. Right? Whether AOL meets its
23   guidance I assume they're all talking about in
24   some respect. Whether they're focused on

Page 347

S. HAKALA

1    advertising or not you're comfortable that all
2    six reports are focused on advertising?
3         A.    Yeah. I may be wrong but I think
4    that was -- that was the focus of the whole
5    business.
6         (Pause on the record.)
7         Q.    Did any of these analyst reports,
8    do you remember if they changed their ratings
9    or their price target or --
10        A.    I don't know. If they did we
11   should have put them in but I wouldn't doubt
12   that we missed one or two. Especially if we
13   didn't have the actual report, itself. I
14   mean, one of the problems I have with First
15   Call and Invest Text they have locked us out
16   of getting certain reports.
17        MR. GESSER: Let's just take a
18   look at the UBS report as an example.
19        (Hakala Exhibit 19, USB Warburg
20   Research Note dated August 15, 2001,
21   marked for identification as of this
22   date.)
23
24   BY MR. GESSER:

Page 348

S. HAKALA

1         Q.    This is Hakala 19. So AOL
2    announces some negative numbers. There's some
3    concerns about layoffs. UBS comes out on
4    August 15th with a report that's got a strong
5    buy rating. First bullet is, "We believe the
6    recent selloff in AOL Time-Warner shares are
7    overdone." Has a diversified mix. EBITDA
8    remains unchanged.
9         Third bullet is concerns regarding
10   a bid for AT&T broadband seem highly unlikely.
11        And the fourth bullet is despite a
12   difficult advertising environment and a focus
13   on using excess inventory. The company has
14   also maintained cost cutting and will remain
15   an ongoing part of the company. We view this
16   as a positive.
17        I mean, what here makes you think
18   that advertising is the premium driver of the
19   stock price on this day?
20        A.    Model based on subscription
21   advertising/e-commerce and content licensing.
22   And then provides price support at this level.
23   He's saying the recent selloff is overdone.
24        Q.    Right.

Page 349

S. HAKALA

1         A.    So he's saying in effect this is
2    like a strong buy buy with a reaffirm of
3    estimates at a time when the market would have
4    expected you to lower your estimates.
5         Q.    Okay.
6         A.    So we put it in for that reason.
7         Q.    But why advertising as opposed
8    to -- I mean, what in this -- is there
9    anything in this that means advertising or
10   anything -- and why advertising and not --
11   maybe the stock -- I mean, I don't know.
12   Maybe the stock went up because people were
13   happy to hear that UBS didn't think that the
14   AT&T broadband bid was likely. I mean, I just
15   can't tell from this many factors listed here
16   why advertising is given the premium that you
17   give it in your report and I'm trying to
18   figure out where that comes from.
19        A.    Well, there's two things here.
20   First this is an analyst report and second it
21   is talking about advertising and while it's
22   acknowledging a weak advertising environment
23   it's suggesting that the EBITDA targets are
24   stable. So in that sense we're putting it in

Page 350

S. HAKALA

1
2   as something that could have affected the
3   stock on that day. Not necessarily saying it
4   did or did not.
5       Q.   But as between advertising and all
6   these other factors, there's no premium here
7   placed on advertising and it could have been
8   any one of these things that had an effect or
9   none of them.
10      A.   Well, it's not saying advertising,
11  per se, one thing or another. And none of the
12  other things I would say would be of
13  particular concern. They're really talking
14  about EBITDA targets. And I view the EBITDA
15  issue as being a particularly important issue
16  in this particular case.
17      Q.   But when you're looking at drivers
18  of EBITDA, I mean, cost cutting is one,
19  advertising is another, subscriptions is
20  another. I mean, I don't see here anything
21  that suggests to me that advertising is the
22  driving force behind their -- any particular
23  view with respect to reiterating their strong
24  buy.
25      A.   Well, subscription business is

TSG Reporting - Worldwide    877-702-9580

Page 351

S. HAKALA

1
2   about the same as expected. Advertising,
3   e-commerce and content licensing is the other
4   part of the business. You know, that's what's
5   driving the business. I mean --
6       Q.   So you don't view this day as
7   being confounded despite all this noise?
8       A.   No, I -- I think there's noise but
9   what I'm saying is that all the noise relates
10  to two issues. And that is how weak is
11  advertising going to be, is the selloff
12  overdone because people are overly concerned
13  about on-line advertising declines at AOL
14  because, remember, that's what the layoffs are
15  about on the two days prior to this.
16      Q.   I'm sorry. The layoffs are what?
17      A.   On-line advertising. Concerns
18  about the damage to the AOL division because
19  of on-line advertising.
20      Q.   So you think that this is
21  countering the negative news about the
22  layoffs.
23      A.   Yeah. It's saying the selloff is
24  overdone.
25      Q.   Okay. What about --

TSG Reporting - Worldwide    877-702-9580

Page 352

S. HAKALA

1
2       A.   And the decline -- and the decline
3   in the July period we know is due to concerns
4   about advertising weakness.
5       Q.   What about the fourth bullet point
6   down where it talks about advertising. It
7   says, "The company has also maintained that
8   cost cutting will remain an ongoing part of
9   the company. We view this as a positive."
10      Is it possible that that's
11  response to the layoffs? That they're saying
12  that the layoffs are actually cost cutting is
13  a positive?
14      A.   It's possible.
15      Q.   So that could be what's driving
16  the stock price up on this day.
17      A.   I mean, you could make that
18  argument. My sense is though that this is --
19  this is another example of a day where you
20  have lots of things being said but all of them
21  relate to whether or not AOL's advertising is
22  strong or not strong, whether the selloff due
23  to concerns about advertising is overdone or
24  not overdone.
25      And really what we're saying is

TSG Reporting - Worldwide    877-702-9580

Page 353

S. HAKALA

1
2   that the selloff which we know is due to
3   concerns about on-line advertising and
4   advertising in general whether that's
5   overdone. And so we're treating this as what
6   we call a bounce back or offsetting event.
7       And, by the way, by putting this
8   event in it actually reduces the damages at
9   this time in the event study.
10      Q.   And why is that?
11      A.   Because when you put in a positive
12  event as a relevant event it reduces the
13  inflation per share prior to that event. Or
14  can have that effect. So I'm not sure that
15  this is -- I'd have to look at the effective
16  of this overall, but I don't think this
17  affects damages very much. But it's important
18  for me to recognize that this is a rebound
19  from the drop on two prior days that I believe
20  is directly relevant to the layoff and
21  advertising issues.
22      Q.   And let's look at August 29th.
23      A.   Okay.
24      Q.   It's a negative advertising
25  related day; is that right?

TSG Reporting - Worldwide    877-702-9580