Page 114

L. MARAIS

1
2    unfortunately too vague for me to give you an
3    answer.  If you can state -- you're asking me
4    as I understand it whether this opinion which
5    is just merely a summary of a later section of
6    my report goes beyond something and I need to
7    know what the something is specifically to be
8    able to give you a yes or no answer to that.
9         Q.   The something is what we just
10   talked about which essentially my
11   understanding is that your view is that it
12   is -- that Dr. Hakala's use of dummy variables
13   in performing his event study in this case is
14   not per se inappropriate based on the
15   literature.  Is that accurate?
16        A.   No.  My opinion goes beyond that.
17        Q.   Okay.
18        A.   That is a -- I would not disagree
19   with that statement.  But that is a weak -- a
20   weaker statement than I am making.  My opinion
21   goes beyond it in that I point to specific
22   affirmative precedents in thinking that has
23   been captured in peer reviewed scholarly
24   literature.  It's not just that it does not
25   per se -- that it's not per se inconsistent.

Page 115

L. MARAIS

1
2    It has specific affirmative precedents in
3    scholarly literature.
4         Q.   But, again, none of those papers,
5    none of those -- none of that literature
6    specifically uses dummy variables in the way
7    that Dr. Hakala has done so.
8         MS. RODON:  Objection.
9         A.   I suppose you must have in mind
10   some -- none of that literature uses -- that I
11   have seen uses dummy variables in exactly the
12   way Dr. Hakala did in this case but I wouldn't
13   expect it to.  That is a -- that is -- that's
14   not a reasonable thing to expect.  There are
15   examples in that literature that recommend and
16   indeed use statistical procedures that are
17   exactly like the statistical procedure Dr.
18   Hakala used in this case.
19        Q.   Let's talk about the Atkas
20   article.  Does the Atkas article use dummy
21   variables the way Dr. Hakala has done?
22        MS. RODON:  Objection.
23        A.   I do not know and cannot know from
24   the Atkas article exactly how the Atkas
25   authors implemented their procedures, their

Page 116

L. MARAIS

1
2    calculations.  So I can't give you a definite
3    yes that in terms of mechanical -- the
4    mechanical level of implementation that is
5    exactly what they did.  What I can say about
6    Atkas is that that is exactly what they
7    recommend in part and it may well be what they
8    did in the construction of their tables of
9    results.  I just -- there's more than one way,
10   in other words, to get to the -- to perform
11   the same calculation as I have testified here
12   earlier today in a relevant context.  And I
13   don't know which particular path the Atkas
14   co-authors followed to get to their numeric
15   results.  They may well have done exactly what
16   Dr. Hakala did in this case.  One simply
17   cannot tell.  Just as Dr. Hakala could have
18   gotten to exactly where he got in this case
19   without the use of the multiple dummy
20   variables.
21        Q.   The Atkas paper uses something
22   called the two-state market model, does it
23   not?
24        A.   It uses the two-state market model
25   as an expository mathematical device, yes.

Page 117

L. MARAIS

1
2         Q.   And the Atkas paper doesn't use
3    multiple dummy variables to control for event
4    dates, does it?
5         A.   As I've already testified, there
6    are points in the Atkas paper where one simply
7    cannot tell where they may well have done that
8    or they may have done something that gets to
9    the same end point by other means, and it's
10   simply irrelevant from a mathematical or
11   statistical point of view whether the
12   procedure that they used -- whether they did
13   it by means of dummy variables or whether they
14   did a mathematically precise equivalent
15   alternative which is to drop certain
16   observations.  It is of no mathematical or
17   statistical or econometric import whether you
18   go one of these ways or the other.
19             I can't tell, as I've already
20   testified, which way Atkas, et al. went
21   because they are not as explicit as Dr. Hakala
22   about how they implemented their procedure.
23   They may well have done exactly what he did.
24   I can't tell.
25        Q.   Dr. Hakala does not use the

Page 118

L. MARAIS

1
2      two-state market model, does he, in this case?
3           A.   He does not.  Nor does he use the
4      GARCH or the BMP or several other technical
5      devices that are used in the Atkas paper.  It
6      is true.
7           He does -- what Dr. Hakala
8      describes as the rationale for his method is
9      in fact -- plays the role of the two-state
10     market models.  He doesn't call it that.  So I
11     would not say that it is absent from his work
12     in this case.  He doesn't use that
13     terminology.
14          MR. SCHWARTZ:  Can you mark this
15     as I guess Exhibit 4.
16          (Marais Exhibit 4, Journal of
17     Corporate Finance article entitled Event
18     studies with a contaminated estimation
19     period, marked for identification as of
20     this date.)
21     BY MR. SCHWARTZ:
22          Q.   So is it your view that Dr. Hakala
23     does use the two-state market model?
24          MS. RODON:  Object to the form.
25          A.   I think I have covered that as

TSG Reporting - Worldwide    877-702-9580

Page 119

L. MARAIS

1
2      well as I can in my previous answer so I'll
3      stand on my previous answer.
4           Q.   Okay.  Well, I understood your
5      previous answer to be that it's not absent.
6      So I'm trying to figure out what that means.
7      Atkas -- you've just been handed the Atkas
8      article.  Is this the Atkas article that you
9      had in mind that we've been talking about?
10          A.   It seems to be the same Atkas
11     article that is attached to my report, yes.
12          Q.   So if you could turn to page 135
13     of the article, please.
14          A.   I'm there.
15          Q.   Okay.  Now, if you could see in
16     Section 3.25, the authors discuss the
17     two-state market model test?
18          A.   Yes.  I see that.
19          Q.   Okay.  On page 136 they provide
20     some equations.  Do you see that as well?
21          A.   I see those.
22          Q.   Does Dr. Hakala use those
23     equations in performing his event study in
24     this case?
25          MS. RODON:  Objection.

TSG Reporting - Worldwide    877-702-9580

Page 120

L. MARAIS

1
2           A.   I'm just reviewing the equations
3      to see whether in form Dr. Hakala -- whether
4      in substance Dr. Hakala does do this without
5      ever actually using the equations.
6           I don't believe -- I have no
7      reason to think that Dr. Hakala ever actually
8      constructed computer code for his analysis
9      from these equations.  I don't have any reason
10     to think that he did although I can't rule it
11     out.  I've not reviewed his computer code.
12     But, no, I don't -- equation -- there are
13     three equations on this page.  The -- I would
14     say that the first of the three equations with
15     the surrounding text, equation 17 that is,
16     captures quite closely what it is that Dr.
17     Hakala is doing in his analysis in this case
18     even though he did not construct -- I have no
19     reason to think he constructed his computer
20     code from this equation.
21          Equation 18 is something that Dr.
22     Hakala did do in this case.  And equation 19
23     is simply not relevant to this case.  Equation
24     19 goes to a question that is not asked in
25     this case.  So that would be my answer.

TSG Reporting - Worldwide    877-702-9580

Page 121

L. MARAIS

1
2           Q.   Okay.  Equation 18 is an equation
3      for determining the standard -- the estimated
4      standard error, though; is that correct?
5           A.   No.
6           Q.   Okay.  What is equation 18?
7           A.   Equation 18 divides an estimated
8      abnormal return by the standard error of that
9      estimated abnormal return to form a T
10     statistic for that abnormal return.  Dr.
11     Hakala's report is full of T statistics for
12     abnormal returns constructed in exactly the
13     way that equation 18 illustrates.  For
14     example, all of the T statistics in Exhibit
15     B-1 are constructed in exactly this way.
16          Q.   Right.  But the equation 18 for
17     constructing the T statistic has nothing to do
18     with his use of dummy variables.
19          Well, let me rephrase that.
20          It's not an implementation of his
21     use of dummy variables, is it?
22          MS. RODON:  Objection.
23          A.   Equation 18 is an equation on a
24     page that defines a standardized abnormal
25     return.  It says nothing about dummy

TSG Reporting - Worldwide    877-702-9580

Page 122

L. MARAIS

1  
2    variables. I would agree with that. There's
3    nothing on that line of that page that says
4    anything about dummy variables.
5        Q.   T statistics are used in a lot of
6    event studies, correct?
7        A.   That is correct.
8        Q.   In event studies do people
9    calculate the T statistic -- is equation 18 a
10   standard equation that people use to calculate
11   T statistics in performing event studies?
12       A.   Not just -- I think that's fair.
13   And there may be circumstances in which a T
14   statistic formula can be written in other ways
15   but this is a very standard way of writing the
16   equation for a T statistic in event studies
17   and outside the context of event studies.
18       Q.   So with respect to equation 17, is
19   it your testimony you don't know whether Dr.
20   Hakala has used that equation or is it your --
21   well, is it your testimony that you don't know
22   whether Dr. Hakala has used that equation?
23           MS. RODON:  Objection.
24       A.   My testimony was that I have no
25   reason to think that Dr. Hakala created any

TSG Reporting - Worldwide     877-702-9580

Page 123

L. MARAIS

1  
2    code using this equation as a starting point.
3    But this equation and the surrounding text
4    that explains what the elements of this
5    equation mean, what they are, captures very
6    closely what Dr. Hakala was doing in his
7    report. This is an explanation for -- this is
8    a mathematical way of describing what the
9    underlying structure of what Dr. Hakala was
10   doing in his report.
11       Q.   Are you saying that equation 17
12   has the same purpose as the type of dummy
13   variable analysis that Dr. Hakala performed?
14           MS. RODON:  Objection.
15       A.   It's aimed in the same direction,
16   yes. And it's not just that it -- your
17   question allows the possibility that equation
18   17 is something completely different from Dr.
19   Hakala's procedure but it just so happens they
20   have the same purpose. It goes beyond that.
21   They have the same ingredients. They have
22   exactly the same ingredients. The ingredients
23   going into Dr. Hakala's procedure are the
24   ingredients that are mathematically formulated
25   here in connection with page 17 -- or equation

TSG Reporting - Worldwide     877-702-9580

Page 124

L. MARAIS

1  
2    17.
3        Q.   Do Atkas and his co-authors dummy
4    out 60 percent or 56 percent of their event --
5    of their estimation period?
6        A.   They do not do that to -- as far
7    as I know from my reading of this article. I
8    don't know what they might also have done in
9    the background that is not actually included
10   in the published version of the article but I
11   don't see anyplace where they dummy out 56 or
12   60 percent of variables. They don't rule it
13   out anywhere and it's perfectly consistent
14   with what they write and they write nothing
15   that contradicts it or bars it. But I don't
16   know of anyplace where they actually do it in
17   their specific individual numerical example
18   which is all it is. In terms of their
19   mathematical formulation and the reasons they
20   provide, they assume no particular percentage
21   and they rule out no particular percentage.
22       Q.   Do Atkas and his co-authors, do
23   they identify what they mean by -- what dates
24   they're trying to control for during their
25   estimation -- what types of observations

TSG Reporting - Worldwide     877-702-9580

Page 125

L. MARAIS

1  
2    they're trying to control for during their
3    estimation period?
4            MS. RODON:  Objection.
5        A.   Yes.
6        Q.   And what are they?
7        A.   Those are dates that they refer to
8    as the contaminating event dates. Those are
9    information arrival dates.
10       Q.   And did they describe what
11   information -- what types of information
12   arrive on the contaminating event dates?
13       A.   The contaminating event dates in
14   their actual study are artificially induced by
15   them. They have no -- because this is --
16   because the contaminating events in their
17   study are artificially introduced by them
18   there is no -- there is no meaningful answer
19   to what information was this. They give
20   examples of the kinds of things that these
21   might correspond to but they are examples.
22   They are illustrations. They don't say --
23   they say e.g. and then list some things.
24       Q.   And what are some of those
25   examples if you recall?

TSG Reporting - Worldwide     877-702-9580

**L. MARAIS**

1
2    A.   There's a passage that I recall
3    where I -- that I would have to find.
4         **Q.   I think it may be on page 137.**
5    **(Document review.)**
6         A.   Yes.  That is what I was thinking
7    of.  The examples they gave, parenthetically,
8    various -- their characterization is various
9    corporate event announcements.  But then they
10   add parenthetically, e.g., M&A operations,
11   share buybacks, earning announcements.
12        **Q.   Do they talk about third-party**
13   **announcements at all?**
14        A.   I don't recall anyplace that rules
15   them out or anyplace that specifically
16   includes them.  I would have to reread the
17   article to be sure that there was no reference
18   one way or the other but I don't recall as I
19   sit here.
20             Certainly their characterization
21   of what they are describing does not in
22   anyplace that I can recall rule it out.  And
23   there would be no logical reason to rule it
24   out.
25        **Q.   Do Atkas and his co-authors, do**

**L. MARAIS**

1
2    **they recommend an a priori selection of dates**
3    **without reference to price movement or**
4    **statistical significance for determining what**
5    **dates to control for during the estimation**
6    **period?**
7         MS. RODON:  Objection.
8         A.   I don't recall any specific
9    mention in the article.  Again, I would have
10   to reread it to be sure one way or the other.
11   I just don't -- it would be so commonplace an
12   idea amongst the -- in the profession that a
13   method of selection that was not a priori
14   would be questioned that it's not -- it
15   doesn't surprise me that people don't write
16   that down repeatedly.  But I don't recall any
17   specific mention of it in this article.
18        **Q.   Well, what problem are Atkas and**
19   **his co-authors addressing?**
20        MS. RODON:  Objection.
21        A.   I think it's well captured in
22   summary in the title of the article.  Event
23   studies with a contaminated estimation period
24   by which they mean an estimation period that
25   includes the dates of news events pertaining

**L. MARAIS**

1
2    to the firm, to the firm being under study,
3    under analysis, but which are extraneous to
4    and irrelevant to the purpose of the analysis.
5             However, including those dates in
6    the estimation period creates -- the
7    estimation being a template, a baseline for
8    recognizing unusual abnormal returns.  It
9    includes in the baseline period information
10   effects.  So it's not a true clean baseline.
11   That's the problem that they are addressing
12   and that is what they have in common with the
13   thinking in Dr. -- behind Dr. Hakala's method.
14        **Q.   So then why is the -- why is an a**
15   **priori selection -- why does that necessarily**
16   **flow from the problem they're addressing if**
17   **the purpose they're addressing is to remove**
18   **contamination from their estimation period?**
19        MS. RODON:  Objection.
20        A.   I'm not sure I follow what you --
21   what your question drives at.  So let me
22   restate it as follows and ask whether that is
23   what you're asking me.
24             Why is it important if one is
25   going to do this to do it with an a priori

**L. MARAIS**

1
2    selection as opposed to first studying price
3    movements and then selecting news events based
4    on price movements; is that the question?
5         **Q.   Not exactly.  The question is why**
6    **is it appropriate to do an a priori selection**
7    **without first determining the actual dates on**
8    **which there is, in fact, contamination?**
9         MS. RODON:  Objection.
10        A.   Your question tends -- is
11   almost -- is internally contradictory in that
12   a priori selection is the way to identify
13   potentially contaminating dates without being
14   misled by or giving the appearance of data
15   mining that is capitalizing on chance effects.
16   There are a lot of price movements that
17   scholars in finance and accounting are unable
18   to explain fully.  That is in itself the
19   subject of an area of research.
20             And to begin with the dates of
21   large price movements and then go and look for
22   news events corresponding to those would be
23   exactly the opposite of an a priori procedure
24   and it would be a procedure that edits -- that
25   it imparts a selection bias driven by chance

Page 130

L. MARAIS

1  
2  in part by chance phenomenon to -- that
3  imparts a selection bias to the data that are
4  retained in the analysis.
5  In other words, if Dr. Hakala had
6  specifically set about removing any day when
7  the price moved a lot from his analysis, then
8  undoubtedly Dr. Stoltz or somebody in the
9  position of Dr. Stoltz would be saying this --
10  the result of Dr. Hakala's analysis is pure
11  selection bias.  Of course, he gets a small
12  variance of abnormal returns if he has hand
13  picked for exclusion all the large abnormal
14  returns.  What would you expect?  But instead
15  of that, what Dr. Hakala does is to select
16  days for removal a priori without looking at
17  the price movements.  It turns -- and he does
18  that as I understand it because of their
19  potential for creating price movements but
20  without tainting the selection by the
21  happenstance of which days did happen to
22  have -- the partial happenstance of which days
23  did happen to have the large price movements.
24  So it cannot be said that the
25  effect of Dr. Hakala's procedure is

Page 131

L. MARAIS

1  
2  predetermined by his cherry-picking of only
3  the small price movement days to retain in the
4  sample.
5  This is a large topic and I've
6  already given a larger answer than I had
7  intended but that's -- that I think captures
8  fairly well the reason.
9  Q.  Atkas and his co-authors, turning
10  back to page 137, say that figure 1 which I
11  believe is on 138 represents a typical result.
12  Do you see that?
13  A.  Where on page 137 is that?
14  Q.  It is in the first -- it's in the
15  last full paragraph on the page.
16  A.  Okay.  Figure 1 presents a typical
17  result and I would have to read back to see
18  typical of -- to fully -- perhaps I don't need
19  to for your question, but I don't know what
20  they mean when they say a typical result
21  because I haven't read the preamble.
22  Q.  If you want to read the preceding
23  paragraph or two that's fine.
24  A.  It depends entirely on what
25  question you have in mind.  If I need to I

Page 132

L. MARAIS

1  
2  can.
3  Q.  How many event dates do Atkas, et
4  al. control for in their simulation?
5  A.  Their simulation uses a variety of
6  statistical methods, some of which don't know
7  a specific number of event dates.  So your
8  question -- the answer is not necessarily any
9  specific number.  There is an exception to
10  that where they do in table 1, for example,
11  precisely what Dr. Hakala did if they
12  implemented it with dummy variables which they
13  don't say.  And that's in the row labeled
14  Manual in table -- in all the tables here.
15  And in that case what they control
16  for is exactly the number of days of
17  contamination that they inserted into the data
18  in the first place because they assume for the
19  exercise perfect knowledge of when the
20  contamination happened.
21  Q.  How many dates did they insert --
22  how many contaminated dates did they insert?
23  A.  It's a -- rather than rereading
24  Atkas to get that straight I'm referring to my
25  report where I know I make reference to this.

Page 133

L. MARAIS

1  
2  Q.  That's fine.
3  A.  As a reminder.
4  Okay.  My -- I'm looking at my
5  footnote 3 which directs me to Section 4.2 of
6  the article on page -- again, on page -- as it
7  turns out -- 137.
8  And the answer is that on average
9  they insert two episodes of contamination but
10  each could have multiple days in it.  I say on
11  average because the relevant text is in the
12  second full paragraph of page 137, first --
13  and it reads, "First a random sample was drawn
14  from a Poisson distribution with a mean of 2."
15  So -- then it says, "This value,
16  denoted by lambda star, represents the number
17  of events during the estimation window."
18  Your question is how many events.
19  And the answer is they draw the number of
20  events from a Poisson distribution whose
21  maximum possible value is infinity or
22  unbounded but whose average is 2.
23  So they -- depending which draw
24  they're getting from the Poisson distribution
25  it could be zero contaminating events or one

Page 134

L. MARAIS

1
2    or two or three or four and so on governed by
3    the Poisson distribution.
4           Your question was about days,
5    though.  And the rest of the paragraph says,
6    "The length of the number of days of each
7    event was randomly sampled from a Poisson
8    distribution."
9           So again it's random.  But in this
10   case the average is four.  So when an event
11   occurs its average length is four but it could
12   be one or two or nine or 17.  And so on.
13      Q.   Do you know whether the Atkas
14   article is well accepted in the accounting
15   and -- academic accounting and finance fields?
16      MS. RODON:  Objection.
17      A.   I don't know the -- how I -- how
18   it's possible to measure something like that
19   as recently after the publication of Atkas.
20   It is certainly -- it passed scrutiny in the
21   peer review process of a peer reviewed journal
22   published by a prestigious publisher of
23   scholarly journals.
24           It would surprise me if there were
25   clear-thinking people in the field who

TSG Reporting - Worldwide    877-702-9580

Page 135

L. MARAIS

1
2    rejected what Atkas, et al. say.  But I --
3    anything's possible.
4      Q.   Do you know whether -- do you know
5    how many times Atkas has been cited since this
6    article came out?
7      MS. RODON:  Objection.
8      A.   I don't know.  I know that it
9    would not be many and it might even be zero
10   given the recency of the publication of Atkas
11   and the lead time that it takes for scholarly
12   publication to actually reach the point of
13   publication and indexing.  So one question
14   would be how many detected citations there are
15   to Atkas and that would have to be very small
16   given the date of publication.
17           How many research article papers
18   there are out there in the world today that
19   make reference to that I don't think anyone
20   can know that.
21      Q.   So do you know whether there have
22   been any academic articles in the finance or
23   accounting literature that have been dealing
24   with event studies that have been published
25   since Atkas -- the Atkas article came out?

TSG Reporting - Worldwide    877-702-9580

Page 136

L. MARAIS

1
2      MS. RODON:  Objection.
3      A.   No, I don't.
4      Q.   So you don't know whether there
5    have been any articles in that field that have
6    implemented Atkas's methodology whether or not
7    they specifically cite to Atkas.
8      MS. RODON:  Objection.
9      A.   I don't know how many articles
10   have been published, have appeared in print
11   since the particular date of Atkas.  And I
12   don't know how many times, if ever, the
13   methodology that Atkas recommend, the specific
14   method that they recommend, has been adopted.
15   Has been used.
16      Q.   And what do you mean by the
17   specific method that they recommend?
18      A.   Well, they -- their applications
19   in this article -- you draw distinction
20   between what is the problem that they are
21   considering which, as I have already
22   testified, is exactly the problem that Dr.
23   Hakala considered and solved in the way that
24   he did.  They -- their article concerns event
25   studies with many, many firms in the study

TSG Reporting - Worldwide    877-702-9580

Page 137

L. MARAIS

1
2    sample.
3           And so they deviate from the track
4    that Dr. Hakala is on at that point because
5    their empirical applications concern multiple
6    event studies and Dr. Hakala's analysis by its
7    nature concerns a single firm.
8           They say in the article that a
9    natural response to the problem that both they
10   and Dr. Hakala are solving appears to them to
11   be as it turns out exactly what Dr. Hakala
12   did.  But then they go on to say that in a
13   massive event study where there are hundreds
14   or thousands of firms potentially, it's not
15   practical to follow that -- what they call the
16   brute force approach of excluding the
17   contaminating dates or even attempting that as
18   a practical exercise.  And so they go off in
19   another direction with purely statistical
20   filtering for the effect of contaminating
21   events.
22           Now, they end up concluding that
23   their method based on -- on an extension of
24   the two-stage market model with switching
25   regressions with a Marcovian structure, they

TSG Reporting - Worldwide    877-702-9580

1           L. MARAIS
2       find in a certain kind of sample application
3       in a numerical example works about as well as
4       anything.  But all of that is irrelevant to
5       the Hakala application because that veers off
6       in the direction of their main topic that is
7       about what can one do about this in the case
8       of mass event studies that deal with hundreds
9       or thousands of firms.
10          So the contact between Hakala and
11      Atkas is very close up to the point where
12      Atkas point themselves at a different kind of
13      application from the one that Dr. Hakala has.
14      That's what I -- your question was what do I
15      mean by their method and they end up with the
16      two stage, Marcovian two-stage market model
17      that they arrive at.  That's the method that I
18      was referring to.
19          Q.   Where in the Atkas article did
20      they recommend for controlling for all
21      potentially material event days in the
22      estimation period?
23          A.   I don't think they have language
24      that says exactly those words.  On page 130
25      they get quite close when they point out that

1           L. MARAIS
2       the estimation period has attracted less
3       analysis than other features of event studies
4       and then they say, "In particular, unrelated
5       events may be present during the chosen
6       estimation window which bias the estimation of
7       the return-generating process."
8           Now, Dr. Hakala could have had
9       that sentence -- could have taken that
10      sentence wholesale into his report.
11          And the next sentence, "Natural
12      solution seems to be choice on a case-by-case
13      basis an estimation window free of such
14      contaminating events."
15          Now, how is one to do that.
16      That's where you're -- that's what you're
17      asking me about.  Where do they say to do
18      that.  This is where they say to do that.
19      Because in the practical -- in their
20      artificial examples in this paper they know
21      exactly where the contaminating events
22      occurred.  And the reason they know exactly
23      where the contaminating events occurred is
24      that they inserted the contaminating events
25      artificially on those dates so there is no

1           L. MARAIS
2       question that they know where the
3       contamination occurred.
4           But in the real world one
5       does not know that and needs to use secondary
6       methods that have -- that use imperfect
7       information such as the method that Dr. Hakala
8       used.  That's exactly where they recommend it.
9       They don't -- since their experiment doesn't
10      go to real world data, it never reaches real
11      world contamination, they never get to the
12      point of doing exactly what Dr. Hakala does.
13      But that's where it flows from.
14          Q.   They say, do they not, "Unrelated
15      events which may be present during the chosen
16      estimated window -- estimation window which
17      bias the estimation of the return-generating
18      process parameters."
19          Do you see that in --
20          A.   I do see that.
21          Q.   Is it your view that when they
22      talk about unrelated events during the chosen
23      estimation window which bias the estimation of
24      the return-generating process parameters, they
25      mean by that all potentially material event

1           **L. MARAIS**
2       **days as used by Dr. Hakala in his event study?**
3           MS. RODON:  Objection.
4           A.   No.  I believe that at that point
5       they are talking about contaminating event
6       days in principle as if at that point it's a
7       theoretical reference without consideration in
8       that sentence as to how practically speaking
9       in the real world you could know what days
10      those -- on what days those events occur.
11          It's perfectly possible and
12      appropriate and coherent for them to be
13      writing about the biasing effect of the real
14      announcement days and to be referring to the
15      real announcement days without in the same
16      sentence considering, yes, but how could you
17      know what days those are when you are doing an
18      exercise in the real world.
19          They never reach that question in
20      their own exposition as Dr. Hakala had to in
21      his report.  But if they did, it is extremely
22      likely and indeed they give us a clue to it
23      here that they would arrive at the same kind
24      of resolution, if not the same protocol, but
25      the same kind of resolution that Dr. Hakala

Page 142

L. MARAIS

1
2  does.
3     Q.  The next sentence, the one you
4  referred to, where it talks about a natural
5  solution says would be to a choose an
6  estimation window free of such contaminating
7  events.
8     Do you see that?
9     A.  Yes.
10    Q.  Do you understand such
11 contaminating events to mean e other than the
12 contaminating events that they reference in
13 the prior sentence?
14    A.  No.  Precisely that kind of
15 contaminating event.  It still doesn't get to
16 how would you do that in the real world since
17 where you -- where you don't have the sort of
18 knowledge that they have of the -- of what
19 lies behind the veil in their own experiment.
20    Q.  I thought you said that the
21 natural solution sentence all but recommends
22 Dr. Hakala's approach.  Or at least is very
23 consistent with it.
24    A.  Yes.
25    Q.  Okay.  But you just said that

TSG Reporting - Worldwide    877-702-9580

Page 143

L. MARAIS

1
2  there -- that sentence doesn't talk at all
3  about how you would actually implement -- how
4  you would actually implement what it is that
5  they're talking about so I don't -- how is it
6  that the two can possibly be consistent?
7     MS. RODON:  Objection.
8     A.  I'm really not sure what has been
9  unclear but let me take -- take it this way.
10 And I think that this should help clarify
11 what -- the problem that your question seems
12 to suggest.
13    Atkas, et al. are concerned with
14 events that contaminate the estimation period
15 by imparting high variance to abnormal returns
16 on certain dates in the estimation period.
17 They say in effect, I'm now paraphrasing them,
18 natural solution would be to get rid of those
19 dates.  Then they say in a mass event study,
20 that's not really practical.  And so they --
21 as I've described it previously, they veer off
22 in the direction of, well, what could you do
23 in a mass event study.
24    But had they not made that -- had
25 they stuck to the subject of what do you do

TSG Reporting - Worldwide    877-702-9580

Page 144

L. MARAIS

1
2  with a single firm, they would then have to
3  meet what in the real world do you mean by
4  getting rid of those event dates.
5     In their own artificial exercise
6  when they reach that point they get rid of
7  exactly the dates to which they added
8  artificial events.  They know what those dates
9  are because they added the artificial events
10 to them.
11    That does not meet the real world
12 problem of knowing what are the dates of --
13 what are the potential dates -- on what dates
14 could contaminating events have happened.
15    Now, you asked me previously about
16 a priori and I testified about a priori and
17 the importance of a priori selection as
18 opposed to data mining.  If you're going to do
19 that a priori, the way you would have to do
20 that, really the only way to -- the only
21 possible way to do that is to consult news
22 indexes for a record of news releases
23 occurring on certain dates.  And deciding on
24 some threshold for which of these events could
25 move prices.

TSG Reporting - Worldwide    877-702-9580

Page 145

L. MARAIS

1
2     Now, as I understand it that's
3  what Dr. Hakala did.  That's a practical
4  implementation of exactly what Atkas, et al.
5  recommend in the text we've been reading
6  without the luxury that Atkas et al. provide
7  to themselves by knowing exactly which are the
8  right dates because they actually intervened
9  and inserted the contamination on those dates.
10    Q.  Atkas and his co-authors don't
11 discuss the magnitude of the events they
12 believe contaminate the event window, do they?
13 Not the event window.  The estimation window.
14 Do they?
15    A.  I don't think that's quite right.
16 The same text that you pointed me to on page
17 137 discusses the magnitude of the artificial
18 events that they themselves introduce in their
19 experiment.
20    However, in this section of the --
21 this completely conceptual theoretical
22 discussion, I don't think there's any mention
23 of magnitude here.
24    THE VIDEOGRAPHER:  We're now going
25 off the record.  The time is 1:29 p.m.

TSG Reporting - Worldwide    877-702-9580

Page 146

```
 1              L. MARAIS
 2         (Luncheon recess taken at 1:29
 3    p.m.)
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 147

```
 1              L. MARAIS
 2         A F T E R N O O N   S E S S I O N
 3         (Time noted:    2:16 p.m.)
 4              THE VIDEOGRAPHER:  I'm going to
 5    ask you to stand by, please.
 6              We are back on the record.  The
 7    time is 2:16 p.m.  This is the beginning
 8    of the tape labeled number three.
 9                   * * *
10    L A U R E N T I U S   M A R A I S,
11         resumed and testified as follows:
12    EXAMINATION BY (Cont'd.)
13    MR. SCHWARTZ:
14         Q.   Dr. Marais, turning back to the
15    Atkas article, there is no discussion in
16    Atkas, is there, about how they would
17    recommend implementing their recommended
18    approach in a single company event study; is
19    that correct?
20              MS. RODON:  Objection.
21         A.   That's not strictly correct.
22    There is -- as I testified before the lunch
23    break, there is a gap between where they stop
24    and the real world implementation.  But to say
25    that there is no recommendation is just not
```

Page 148

```
 1              L. MARAIS
 2    correct.  In fact, it's wrong.
 3         Q.   Well, let me stop you there.  I
 4    don't think I said that there's no
 5    recommendation.  I said that there is no
 6    discussion of how you would implement it.
 7    That was the question.
 8         A.   That's fair.  There's no
 9    discussion of that gap.
10         Q.   And Atkas and his co-authors do
11    not describe the criteria that should be used
12    to determine contaminating events in a real
13    world single-company event study, correct?
14         A.   That also is fair.  They don't get
15    into that.
16         Q.   Now, you testified earlier, I
17    believe, that you weren't certain that there's
18    enough detail in Dr. Hakala's expert report in
19    this case to know the specific protocol he
20    used to determine material event days; is that
21    also correct?
22              MS. RODON:  Objection.
23         A.   That is correct.
24         Q.   And you did not --
25         A.   If I --
```

Page 149

```
 1              L. MARAIS
 2         Q.   I'm sorry.
 3         A.   I'm not sure -- on second
 4    thoughts, could I hear that question read back
 5    and I just want to make sure I heard it
 6    correctly the first time around.
 7              (Record read.)
 8         A.   Yes.  That's fair.  I'm not
 9    certain there's enough detail in that.
10         Q.   And you didn't -- you didn't
11    review Dr. Hakala's specific determinations as
12    to whether any particular date was a material
13    event date against his criteria to determine
14    whether he decided that correctly; is that
15    also fair?
16         A.   That is also correct.
17         Q.   So there's no way to know whether
18    Dr. -- whether the protocol Dr. Hakala used in
19    determining material event days in his event
20    study would match up with what Atkas and his
21    co-authors would recommend with respect to
22    implementing their proposal in a single
23    company event study; is that also correct?
24              MS. RODON:  Objection.
25         A.   I don't know -- it is correct that
```

Page 150

L. MARAIS

1
2 I don't know on the basis of any specific
3 statement in the article what they would have
4 done if, given Dr. Hakala's assignment in this
5 case, whether they would have ended up exactly
6 in the same place or some other place.
7     Q.   And that's not a question on which
8 you formed an expert opinion in this case.
9     A.   That's correct.
10     Q.   Atkas and his co-authors don't
11 discuss, with respect to -- I'll withdraw
12 that.
13         Atkas and co-authors don't discuss
14 the magnitude that an event must have in order
15 to be considered contaminating, other than in
16 the context of their -- of their simulated
17 example; is that correct?
18     A.   I'm not sure I can agree with that
19 as you have said it. There is -- there's no
20 question from their mathematical formulation
21 that contaminating events have a variance
22 increasing effect. It is -- but it is true
23 they didn't say by how much.
24     Q.   And you can't tell from what Atkas
25 and his co-authors say in this paper whether

Page 151

L. MARAIS

1
2 there is some minimum threshold they would
3 require a contaminating -- some minimum
4 threshold of increased variance they would
5 require a contaminating event to meet before
6 they would recommend controlling for it.
7         MS. RODON:  Objection.
8     Q.   Is that also correct?
9     A.   It is -- if they were to recommend
10 a threshold at all, it is correct to -- that
11 they don't say what it would be in this
12 article. The article makes no reference
13 whatever to a threshold. It considers two
14 classes of events. Or it considers two
15 classes of re -- of returns days, those with
16 news events and those without. That's the
17 distinction. They don't talk in terms -- they
18 don't discuss the issue in terms of magnitudes
19 and thresholds.
20     Q.   The only description of the types
21 of news on contaminating event days that Atkas
22 give -- Atkas, et al. gives are the examples
23 we previously discussed on page 137 of the
24 article; is that correct?
25     A.   I don't know whether it's correct

Page 152

L. MARAIS

1
2 without, as I indicated previously, reading
3 the whole article. That's the only one that
4 comes to mind as I sit here. I don't recall
5 if they discuss it -- if they give examples
6 anywhere else.
7     Q.   You've read this article before,
8 though, correct?
9     A.   I have read it.
10     Q.   And did you reread it in
11 preparation for your deposition?
12     A.   I did.
13     Q.   And do you recall -- either from
14 the prior reading or rereading do you recall
15 that there were, in fact, other examples of
16 the types of news announcements they --
17 they're talking about on -- or on material
18 event days?
19     A.   I don't recall that there were
20 other examples. But I don't know as I sit
21 here that there were none. I just don't
22 recall one way or the other.
23     Q.   And the examples that we talked
24 about before on page 137, those are corporate
25 announcements on M&A activity or share

Page 153

L. MARAIS

1
2 buybacks, earnings releases, things of that
3 nature?
4     A.   Not things of that nature. But
5 the examples listed here are exactly those
6 things.
7     Q.   Now, is contamination a new idea
8 that originates with Atkas and other -- Atkas
9 and his co-authors?
10         MS. RODON:  Objection.
11     A.   No. I don't believe so.
12     Q.   And the event study methodology
13 has been for some time; is that also correct?
14     A.   Practically everything has.
15     Q.   Many event studies have been
16 published in peer reviewed financing and
17 accounting literature; is that correct?
18     A.   Yes.
19     Q.   Many of them do not control for
20 contamination in the estimation period; is
21 that also correct?
22     A.   Not entirely, no.
23     Q.   Okay. How is that not correct?
24     A.   The idea of having an event -- an
25 estimation period that is free of perturbing

Page 154

```
1              L. MARAIS
2    events or price perturbing events is not at
3    all novel.  Very often that idea is
4    implemented by simply choosing an interval to
5    serve as an estimation period and bounding
6    that interval in such a way that it does not
7    include some potentially perturbing events.
8              Now, that's superficially
9    different from including those potentially
10   perturbing events and then using dummy
11   variables to effectively exclude them from the
12   regression.  It is superficially different but
13   it is not different in substance and in that
14   sense that's what I had in mind when I
15   disagreed and said that it's not entirely
16   correct that -- I think your premise if I
17   remember it is that it's not been done before.
18        Q.   I was asking if it had been.
19        A.   Oh.  And the answer is yes, it has
20   in the sense that I've just described it.
21        Q.   So when Atkas and his co-authors
22   are talking about a natural solution could be
23   to choose an estimation window free of such
24   contaminating events, they could be talking
25   about choosing an estimation period that's
```

TSG Reporting - Worldwide     877-702-9580

Page 155

```
1              L. MARAIS
2    bounded in such a way that it does not include
3    those types of events -- contaminating events;
4    is that -- that doesn't need to be implemented
5    through dummy variables; is that correct?
6              MS. RODON:  Objection.
7         A.   They could indeed be.  That would
8    be a way of implementing what they describe.
9         Q.   Dr. Marais, what is a type 1
10   error?
11        A.   The short version would be that a
12   type 1 error is a false positive in
13   statistics.
14        Q.   Dr. Marais, are the exhibits to
15   your expert report attached to what we've
16   been --
17             MS. RODON:  Yes.
18             MR. SCHWARTZ:  Okay.
19        Q.   So could you turn to Exhibit D
20   then of your expert report.
21        A.   Exhibit D.  Yes.
22        Q.   This is an article by Joel
23   Thompson?
24        A.   That's correct.
25        Q.   And you cite this article in your
```

TSG Reporting - Worldwide     877-702-9580

Page 156

```
1              L. MARAIS
2    expert report?
3         A.   I do.
4         Q.   Could you turn to page 83 of the
5    article, please.
6         A.   I'm there.
7         Q.   Could you look at the sentence
8    that follows beneath table 3 beginning with,
9    "Examination of this table..."
10        A.   The sentence, okay.
11   Examination...
12             I see that.
13        Q.   Okay.  Now, do you understand that
14   he's talking here about the results of what
15   happens when he controls for extraneous
16   events?
17        A.   I do.
18        Q.   And he says that the improvement
19   is small and tends to be accompanied by an
20   increase in type 1 errors.
21             Do you see that?
22        A.   I do see that.
23        Q.   Now, did you determine -- did you
24   do any testing to determine whether Dr.
25   Hakala's event study methodology, his use of
```

TSG Reporting - Worldwide     877-702-9580

Page 157

```
1              L. MARAIS
2    dummy variables in -- let me withdraw that.
3              Did you do anything to test
4    whether Dr. Hakala's use of dummy variables in
5    his event sudden increase type 1 errors?
6         A.   I did no calculation of that kind.
7    I have no reason to think that, properly
8    construed, his analysis, his method, has any
9    relevance to that question.  But in -- I did
10   not -- I performed no calculation to verify
11   that understanding.
12        Q.   Well, do you believe that the
13   process that Dr. Thompson is describing is
14   similar or consistent with the process that
15   Dr. Hakala uses with dummy variables in his
16   event study?
17             MS. RODON:  Objection.
18        A.   It is very similar in concept.
19   The execution is different.  But it is similar
20   in concept.
21        Q.   So Dr. Thompson found that type 1
22   errors increased when he controlled for
23   event -- when he controlled for extraneous
24   events.  So does that give you any reason to
25   think that Dr. Hakala's -- that Dr. Hakala's
```

TSG Reporting - Worldwide     877-702-9580

Page 158

L. MARAIS

1
2  control for extraneous events may also
3  increase type 1 errors?
4          MS. RODON:  Objection.
5      A.   It raises -- it identifies the
6  question of whether that -- it identifies that
7  question.  It certainly brings it up.  I have
8  no reason to think that it happens in Dr.
9  Hakala's study but the procedure has the
10  effect of making the instrument more
11  sensitive.  One of the side effects of greater
12  sensitivity can be a higher rate of false
13  positives.  That's what a type 1 error is.
14      Q.   Do you have any reason to believe
15  that Dr. Hakala's use of dummy variables does
16  not increase type 1 errors?
17      A.   I have no reason to think that his
18  procedure has any effect on type 1 errors in
19  any systematic effect, either up or down.  His
20  procedure is calibrated in such a way that it
21  has a 5 percent type 1 error rate.  That's
22  what it means to be statistically significant
23  at the level at which he tests.  I have no
24  reason to think that his procedure as applied
25  in this case has any effect on that setting of

Page 159

L. MARAIS

1
2  his test.  In fact, it -- as far as I know he
3  kept it at that level.
4      Q.   Are you certain that Dr. Hakala is
5  testing at the 5 percent level?
6      A.   I am -- I'm not certain that he is
7  testing at the 5 percent level in all cases.
8  Whether it's a 5 percent one-sided or
9  two-sided level.  I do know that there is
10  reference to other levels in Dr. Hakala's
11  report.  But whatever level of test he was
12  conducting, whether it's 5 percent or
13  something else, that is the type 1 probability
14  that he is controlling for and as far as I
15  know I have no reason to think that it is
16  effective in either direction by the procedure
17  that he followed.
18      Q.   You've published articles in peer
19  reviewed publications, correct?
20      A.   Yes.
21      Q.   And you've published articles that
22  deal with event studies in peer reviewed
23  publications, have you not?
24      A.   Yes, I have.
25      Q.   In those articles did you use

Page 160

L. MARAIS

1
2  dummy variables to control for extraneous
3  events in your estimation period when you were
4  performing your event studies?
5      A.   I don't recall one way or the
6  other but certainly there -- I didn't do
7  anything quite like Dr. Hakala's procedure in
8  this case.  But I did -- I used dummy
9  variables extensively but I can't remember
10  whether any of those was an extraneous event
11  or not.
12          (Marais Exhibit 5, Journal of
13          Financial Economics article entitled
14          Wealth Effects of Going Private for
15          Senior Securities, marked for
16          identification as of this date.)
17  BY MR. SCHWARTZ:
18      Q.   Dr. Marais, do you recognize this
19  article?
20      A.   I do.
21      Q.   Did you write this article?
22      A.   I co-authored it.
23      Q.   Does this article discuss an event
24  study methodology?
25      A.   I believe it does.  Or at least it

Page 161

L. MARAIS

1
2  implements -- as I -- it's been years since I
3  looked at this article but I believe it
4  included an event study.
5      Q.   Okay.  Could you turn to page 187,
6  please.
7      A.   I'm there.
8      Q.   Appendix A-2.  Do you see where it
9  says Explanation period for index models?
10      A.   I see that.
11      Q.   And you write, "For most
12  securities we estimate the index models using
13  all available returns between event time minus
14  400 times and event time negative 70 days
15  excluding multi-day returns whose duration
16  exceeds one month."
17          Do you see that?
18      A.   I do.
19      Q.   Does that indicate to you that in
20  the estimation period for this event study for
21  the -- calculating the index model for the
22  event study you used dummy variables to
23  control for extraneous events?
24          MS. RODON:  Objection.
25      A.   It doesn't tell me one way or the

L. MARAIS

1
2    other.  To remind myself of exactly what we
3    did in this article from some 19 years ago I
4    would have to review the article.  This is not
5    where I would expect to find any reference to
6    dummy variables for extraneous events in the
7    article.  It would -- whether or not --
8    whether we used them or not I could still say
9    as I explained here earlier today that the
10   event -- the estimation period ranged over a
11   certain interval.  I remember using -- we did
12   use dummy variables or indicator variables in
13   this analysis and I don't recall what kinds of
14   events precisely were included in what we were
15   coding and whether any of them were
16   extraneous.  I just don't remember one way or
17   the other.
18       Q.   Do you recall publishing event
19   studies in which you didn't use dummy or
20   indicator variables to control for events --
21   extraneous events?
22       MS. RODON:  Objection.
23       A.   I am -- it would be difficult or
24   it's impossible for me to point to a
25   particular example and say definitely there

L. MARAIS

1
2    was no control for extraneous events in there
3    but it wouldn't surprise me.
4        MR. SCHWARTZ:  Okay.  Can we -- I
5    need to -- I'm almost done.  I just want
6    to make sure that I'm not missing
7    something so if we could just take a
8    five-minute break?
9        MR. STRAUSS:  Sure.
10       THE VIDEOGRAPHER:  Going off the
11   record.  The time is 2:39 p.m.
12       (Recess taken.)
13       THE VIDEOGRAPHER:  I'm going to
14   ask you to stand by, please.
15       We're back on the record.  The
16   time is 2:52 p.m.
17   BY MR. SCHWARTZ:
18       Q.   Dr. Marais, a little bit before
19   the break we were talking about type 1 errors.
20   And I understood you to say that you didn't
21   believe you had any reason to think that Dr.
22   Hakala's use of dummy variables would increase
23   his type 1 errors because of the level of
24   statistical significance that he was applying;
25   is that correct?

L. MARAIS

1
2        MS. RODON:  Objection.
3        A.   Broadly, yes.
4        Q.   Now, is it your position -- let's
5    assume that Dr. Hakala was using a 95 percent
6    confidence level using a two-tailed test.
7    Would it be your position that it would make
8    no difference to whether he finds an increased
9    number of dates that satisfy that threshold
10   incorrectly because of his use of dummy
11   variables?
12       MS. RODON:  Objection.
13       A.   I'm trying to puzzle out the
14   hypothetical which is why I'm -- or the
15   question.
16       Q.   Well, let me rephrase it.  Maybe I
17   can do a better job the second time around.
18       You said before that a type 1
19   error is a false positive, correct?
20       A.   That's correct.
21       Q.   Using the threshold -- let's
22   assume that Dr. Hakala uses a 95 percent
23   confidence level threshold for statistical
24   significance using a two-tailed test.  Let's
25   assume that Dr. Hakala dummies out no dates in

L. MARAIS

1
2    his -- or let's assume that Dr. Hakala dummies
3    out the same number of dates he implemented in
4    his event study the same way that he did.
5        Is it your view that that use of
6    dummy variables has no effect on the number of
7    dates that satisfy the 95 percent confidence
8    threshold for significance?
9        MS. RODON:  Objection.
10       A.   Compared to what I have to say.
11       Q.   Compared to had Dr. Hakala dummied
12   out no dates.  Or just the dates that were the
13   events that he was looking at -- that were
14   under study in this analysis.
15       MS. RODON:  Objection.
16       A.   Okay.
17       No, that would not be a correct
18   statement.  As I have -- as Dr. Hakala, Dr.
19   Stoltz, and I myself have all three recognized
20   and all three written in various ways.
21       Q.   And is it your position that it
22   would -- again, assuming Dr. Hakala uses this
23   threshold for statistical significance and
24   that he's only dummied out now the events that
25   he is analyzing, the events and not the

Page 166

L. MARAIS

1
2   extraneous events, is it your position that
3   his use of dummy variables as compared to this
4   hypothetical situation does -- has no effect
5   on the number of dates that are incorrectly
6   assigned a statistical significance above the
7   threshold under those circumstances?
8           MS. RODON:  Objection.
9       A.   If the test is properly
10  calibrated, both tests, and that is -- in both
11  situations, and that's -- I'm holding that as
12  a maintained assumption, then the two tests
13  are asking different questions.  And what is a
14  correct answer to one of those questions is
15  not because the other one is a different
16  question and is not necessarily a correct
17  answer to the other question.
18          So when you say incorrectly,
19  because of what I just explained, they're two
20  different questions, when you say incorrectly,
21  it's not clear to me what you mean in your
22  question by incorrectly.  Because something
23  can be incorrect with respect to one question
24  but not incorrect with respect to the other
25  question.  That's why it's ambiguous.

TSG Reporting - Worldwide      877-702-9580

Page 167

L. MARAIS

1
2       Q.   As compared to what would have
3   happened had Dr. Hakala only used dummy
4   variables for the event dates under analysis
5   and not the extraneous event dates, does his
6   use of dummy variables raise the risk that --
7   raise an increased risk of false positives?
8           MS. RODON:  Objection.
9       A.   Not necessarily.  It does not
10  necessarily change the rate of false positives
11  at all.  Understanding, as I have explained in
12  my previous answers that there are two
13  different questions being asked here.  What is
14  a false positive for one is not a false
15  positive for the other.
16      Q.   Is it possible that it changes the
17  rates of false positives?
18          MS. RODON:  Objection.
19      A.   It is conceivable that the change
20  in the question between the two situations has
21  a subtle effect on the rate of false
22  positives.  I can't foresee as I sit here
23  without doing a great deal more work whether
24  there's any reason to expect that there is an
25  effect of practically important size and what

TSG Reporting - Worldwide      877-702-9580

Page 168

L. MARAIS

1
2   its direction would be if there is one.  But I
3   have no reason to expect as I sit here that
4   there would be an effect.
5       Q.   Moving to a new topic, we talked a
6   little bit at the beginning of the deposition
7   today about -- about your work as a consultant
8   in a litigation capacity in which you've put
9   in expert reports or given testimony in
10  litigation matters.
11          Do you recall that?
12      A.   I do.
13      Q.   Again, using rough percentages,
14  about what portion of the work that you do in
15  that capacity is for the plaintiff's side of
16  the case?
17          MS. RODON:  Objection.
18      A.   It would be less than 50 percent
19  and substantially less than 50 percent.
20  Perhaps -- of course, it's -- when I say
21  percent we need to know percent of what.  Of
22  my hours of discrete occasions.
23      Q.   Let's --
24      A.   And so it would be handy -- not, I
25  hasten to add, that I can give you an accurate

TSG Reporting - Worldwide      877-702-9580

Page 169

L. MARAIS

1
2   answer to any one of these but it's a
3   small-ish fraction well below 50 percent
4   whichever way you measured it.
5       Q.   Let me ask you this.  Do you more
6   often put in expert reports or give testimony
7   for the plaintiff's side or the defense side
8   of the litigation cases you're involved with?
9       A.   Although it is not something I
10  keep track of because I don't use it in my
11  work or do my work any differently, it is my
12  sense that it is more often for the defense
13  side.
14      Q.   Have you ever been found by a
15  court to be unqualified to serve as an expert?
16      A.   I am not aware of any such
17  occasion.  It may be, for all I know, that in
18  my absence a court decided that the subject of
19  my testimony or the subject matter was not
20  relevant or that it was excluded on some such
21  grounds.  But I don't even know as I sit here
22  of such a case.  I mention it just because I'm
23  not sure I would know in every possible
24  instance if it happened.  But I don't know of
25  any such occasion.

TSG Reporting - Worldwide      877-702-9580

Page 170

```
1            L. MARAIS
2        MR. SCHWARTZ:  I have nothing
3  further.
4        MS. RODON:  I have no questions.
5        THE VIDEOGRAPHER:  We're now going
6  off the record.  The time is 3:02 p.m.
7  This the end of the tape labeled number
8  three concluding this videotaped
9  deposition.
10        (Time Noted:    3:02 p.m.)
11
12
13
14
15
16
17
18
19        _____
20        LAURENTIUS MARAIS
21
22  Subscribed and sworn to before me
23  this ___ day of _____, 2008.
24
25  _____
```

TSG Reporting - Worldwide    877-702-9580

Page 171

```
1
2        C E R T I F I C A T E
3  STATE OF NEW YORK   )
4              : ss.
5  COUNTY OF NEW YORK  )
6        I, FRANCIS X. FREDERICK, a
7  Notary Public within and for the State
8  of New York, do hereby certify:
9        That LAURENTIUS MARAIS, the
10  witness whose deposition is
11  hereinbefore set forth, was duly sworn
12  by me and that such deposition is a
13  true record of the testimony given by
14  the witness.
15        I further certify that I am not
16  related to any of the parties to this
17  action by blood or marriage, and that
18  I am in no way interested in the
19  outcome of this matter.
20        IN WITNESS WHEREOF, I have
21  hereunto set my hand this 25th day of
22  August, 2008.
23
24        _____
25        FRANCIS X. FREDERICK
```

TSG Reporting - Worldwide    877-702-9580

Page 172

```
1
2  ---------------- I N D E X -----------------
3  WITNESS        EXAMINATION BY    PAGE
4  LAURENTIUS MARAIS   MR. SCHWARTZ     5
5
6
7
8
9  ---------- INFORMATION REQUESTS ------------
10  DIRECTIONS:  NONE
11  RULINGS:  NONE
12  TO BE FURNISHED:  NONE
13  REQUESTS:  NONE
14  MOTIONS:  NONE
15
16  ----------------- EXHIBITS -----------------
17  MARAIS                FOR ID.
18  Exhibit 1
19  Rebuttal Declaration of
20  M. Laurentius Marais, Ph.D.............. 14
21  Exhibit 2
22  Expert Report of
23  Scott D. Hakala, Ph.D., CFA............. 79
24
25
```

TSG Reporting - Worldwide    877-702-9580

Page 173

```
1
2  ----------------- EXHIBITS -----------------
3  MARAIS                FOR ID.
4  Exhibit 3
5  Affidavit of
6  Scott D. Hakala, Ph.D., CFA............. 98
7  Exhibit 4
8  Journal of Corporate Finance article
9  entitled Event studies with a
10  contaminated estimation period.......... 118
11  Exhibit 5
12  Journal of Financial Economics article
13  entitled Wealth Effects of Going
14  Private for Senior Securities........... 160
15
16
17
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide    877-702-9580

Page 174

```
1
2        NAME OF CASE:  IN RE. AOL TIME-WARNER
3        DATE OF DEPOSITION:  AUGUST 13, 2008
4        NAME OF WITNESS:  LAURENTIUS MARAIS
5        Reason codes:
             1.  To clarify the record.
6            2.  To conform to the facts.
             3.  To correct transcription errors.
7        Page _____ Line _____ Reason _____
         From _____ to _____
8
         Page _____ Line _____ Reason _____
9        From _____ to _____
10       Page _____ Line _____ Reason _____
         From _____ to _____
11
         Page _____ Line _____ Reason _____
12       From _____ to _____
13       Page _____ Line _____ Reason _____
         From _____ to _____
14
         Page _____ Line _____ Reason _____
15       From _____ to _____
16       Page _____ Line _____ Reason _____
         From _____ to _____
17
         Page _____ Line _____ Reason _____
18       From _____ to _____
19       Page _____ Line _____ Reason _____
         From _____ to _____
20
         Page _____ Line _____ Reason _____
21       From _____ to _____
22       Page _____ Line _____ Reason _____
         From _____ to _____
23
24       _____
            LAURENTIUS MARAIS
25
```

TSG Reporting - Worldwide    877-702-9580

**A**

**abbreviations (1)**
6:17
**able (5)**
83:22 93:6 100:14
106:8 114:8
**abnormal (9)**
121:8,9,10,12,24
128:8 130:12,13
143:15
**absence (2)**
68:24 169:18
**absent (2)**
118:11 119:5
**abstruse (1)**
68:3
**academic (21)**
54:19 55:2,11 62:21
65:12 82:3,9,24,25
104:6,16 105:2,15
107:3 109:3 111:12
112:2,4,5 134:15
135:22
**acceptable (2)**
86:9,16
**accepted (1)**
134:14
**accommodate (1)**
6:9
**accompanied (1)**
156:19
**account (1)**
112:17
**accounting (15)**
51:18,19,19 55:3,15
104:6 105:15 107:4
109:4 110:17
129:17 134:14,15
135:23 153:17
**accounts (2)**
33:25 72:12
**accurate (4)**
8:4 19:5 114:15
168:25
**accurately (5)**
19:20 20:20 58:24
60:6,8
**action (1)**
171:17
**ACTIONS (1)**
1:10

**activity (1)**
152:25
**actual (7)**
76:20 83:4 106:2
110:11,19 125:14
129:7
**add (7)**
38:16 64:22 68:4 77:8
101:5 126:10
168:25
**added (3)**
72:2 144:7,9
**addition (1)**
24:6
**additional (5)**
30:7 66:20 67:11,12
70:5
**addresses (1)**
66:10
**addressing (4)**
127:19 128:11,16,17
**adds (2)**
66:7,12
**administration (1)**
20:9
**administrative (2)**
29:11,16
**adopted (1)**
136:14
**advise (1)**
36:14
**affect (1)**
71:3
**affidavit (5)**
97:25 99:11,25
103:25 173:5
**affirmative (2)**
114:22 115:2
**affirmatively (1)**
110:21
**Africa (1)**
20:3
**ago (7)**
17:11 48:22 52:25
53:9 76:2 104:25
162:3
**agree (3)**
113:5 122:2 150:18
**agreement (4)**
46:5,6,9 86:3
**aimed (2)**

32:12 123:15
**al (10)**
13:10 61:21 62:4
117:20 132:4 135:2
143:13 145:4,6
151:22
**albeit (1)**
81:14
**allegations (3)**
56:25 57:4 58:14
**allows (1)**
123:17
**alternative (1)**
117:15
**amazed (1)**
44:14
**ambiguity (1)**
71:23
**ambiguous (1)**
166:25
**America (1)**
7:2
**American (1)**
6:24
**amount (1)**
34:13
**analysis (33)**
23:19 25:23 32:3
43:25 51:22 65:5,19
66:3 69:2 70:18,23
76:22 77:8 89:4
90:14 91:7 106:2
111:16 112:22
120:8,17 123:13
128:3,4 130:4,7,10
137:6 139:3 157:8
162:13 165:14
167:4
**analyst (1)**
107:21
**analysts (3)**
53:13 54:21 56:7
**analytical (1)**
44:12
**analyze (1)**
110:24
**analyzing (1)**
165:25
**angle (1)**
24:20
**announcement (2)**

141:14,15
**announcements (5)**
126:9,11,13 152:16
152:25
**answer (62)**
5:22 6:11 7:22 14:14
14:15 17:9 27:10
28:2,3 33:7 34:6
35:5,5 39:6 47:7
48:21 52:15 54:8
57:17,20 61:15 67:8
73:15 76:4 77:20
78:17 81:25 84:2,9
84:13 85:5,9 90:18
92:19 95:8,9 100:4
100:20 101:3 102:6
102:24 105:4,24
107:17 109:13
112:9,10 114:3,8
119:2,3,5 120:25
125:18 131:6 132:8
133:8,19 154:19
166:14,17 169:2
**answers (3)**
5:25 86:22 167:12
**anybody (1)**
33:11
**anyplace (5)**
124:11,16 126:14,15
126:22
**anything's (1)**
135:3
**AOL (11)**
4:7 6:22 48:5,8,13
69:15 74:4 100:2
101:21 103:25
174:2
**AOL-related (5)**
42:21 43:4,9 45:5
97:2
**apparatus (2)**
65:16 69:13
**apparently (1)**
64:6
**appear (3)**
59:14 60:11,21
**appearance (1)**
129:14
**appearances (1)**
4:10
**appeared (3)**

61:4 67:20 136:10
**appears (6)**
23:15,22 62:24 76:21
107:13 137:10
**appendix (6)**
35:4 64:8 99:16,20,25
161:8
**application (5)**
24:2 51:20 138:2,5,13
**applications (3)**
23:2 136:18 137:5
**applied (12)**
20:5 21:6,11 22:3,5,8
25:22 31:23 33:4
51:11 84:17 158:24
**applies (1)**
107:19
**apply (2)**
25:19 57:23
**applying (2)**
95:11 163:24
**approach (3)**
137:16 142:22 147:18
**approached (1)**
42:24
**appropriate (5)**
61:12 111:10,11
129:6 141:12
**approximate (2)**
41:7,8
**approximately (10)**
9:6 28:13 49:2 72:18
72:22 73:18 78:20
79:3 105:7 109:22
**arbitrary (2)**
63:10,14
**area (1)**
129:19
**areas (1)**
51:10
**arrangements (2)**
14:8 42:11
**array (1)**
33:2
**arrival (1)**
125:9
**arrive (5)**
94:9 103:7 125:12
138:17 141:23
**arrived (3)**
96:19 101:25 107:8

**article (47)**
13:10 61:21 104:21
105:2 115:20,20,24
118:17 119:8,8,11
119:13 124:7,10
126:17 127:9,17,22
133:6 134:14 135:6
135:17,25 136:19
136:24 137:8
138:19 147:15
150:3 151:12,12,24
152:3,7 155:22,25
156:5 160:13,19,21
160:23 161:3 162:3
162:4,7 173:8,12
**articles (10)**
10:9 66:25 82:13,24
135:22 136:5,9
159:18,21,25
**artificial (5)**
139:20 144:5,8,9
145:17
**artificially (3)**
125:14,17 139:25
**asked (17)**
6:5 35:21 37:11 39:2
53:6,11 54:11 58:25
59:9,15,21,25 60:22
112:7 120:24
144:15 167:13
**asking (16)**
5:21 53:23 62:14,16
90:11,11 101:16
107:6,9 109:15
113:20 114:3
128:23 139:17
154:18 166:13
**aspect (1)**
22:7
**aspects (1)**
24:9
**assessing (1)**
94:8
**assigned (1)**
166:6
**assignment (3)**
82:21 83:5 150:4
**assist (1)**
50:10
**associated (3)**
77:9,10 109:20

**Associates (37)**
20:25 21:4 22:4 24:7
24:13 25:21 26:2
28:15 29:10 30:12
30:18 31:6 34:3,14
34:20,22 35:3,7,9
38:21 40:6,7,11,17
40:21,23 41:4,12,13
41:17 46:8 47:11,11
47:15,18,20 99:7
**assume (14)**
54:5 57:21 79:12
105:9 107:6,9
108:21 109:15
124:20 132:18
164:5,22,25 165:2
**assumes (1)**
27:13
**assuming (5)**
45:10 58:15 62:9
106:14 165:22
**assumption (1)**
166:12
**assumptions (5)**
57:13 58:2,3,5,9
**Atkas (58)**
13:10 61:21,23 62:2,4
62:5 115:19,20,24
115:24 116:6,13,21
117:2,6,20 118:5
119:7,7,8,10 124:3
124:22 126:25
127:18 131:9 132:3
132:24 134:13,19
135:2,5,10,15,25,25
136:7,11,13 138:11
138:12,19 143:13
145:4,6,10 147:15
147:16 148:10
149:20 150:10,13
150:24 151:21,22
153:8,8 154:21
**Atkas's (1)**
136:6
**attached (6)**
10:8,9 13:11 34:15
119:11 155:15
**attachments (1)**
8:9
**attempt (3)**
35:7 85:12 113:11

**attempting (2)**
96:16 137:17
**attended (4)**
19:23 20:2,6 33:23
**attention (5)**
12:4 61:5 80:8 98:16
99:15
**attorney (1)**
5:9
**Attorneys (2)**
3:5,14
**attracted (1)**
139:2
**attractive (1)**
31:5
**audible (1)**
5:23
**audience (1)**
32:12
**August (4)**
1:16 2:5 171:22 174:3
**authored (1)**
64:5
**authority (1)**
68:8
**authors (2)**
115:25 119:16
**available (1)**
161:13
**Avenue (3)**
2:12 3:8,17
**average (7)**
49:5,19 133:8,11,22
134:10,11
**aware (12)**
8:5 33:21 38:24 47:2
47:8,9,13 55:24
104:22 107:23
108:5 169:16
**awfully (2)**
57:16 68:3
**A-2 (1)**
161:8
**a.m (4)**
2:6 4:9 78:2,7

_____
**B**
**bachelor's (1)**
20:3
**back (9)**
78:6 103:20 108:20

131:10,17 147:6,14
149:4 163:15
**background (3)**
32:25 51:13 124:9
**bacteria (4)**
85:20,22 86:2,6
**baffling (1)**
93:12
**bars (1)**
124:15
**based (9)**
19:14 35:2,6 40:18
110:9 112:15
114:14 129:3
137:23
**baseline (3)**
128:7,9,10
**basically (1)**
26:9
**basis (9)**
64:18 92:24 94:6,13
94:16 95:15 97:21
139:13 150:2
**beginning (4)**
78:8 147:7 156:8
168:6
**begins (1)**
99:17
**believe (25)**
18:22 33:23 35:24
42:20 43:11 52:22
53:6 66:11 81:16
90:20 91:5 92:12
97:20 99:16 120:6
131:11 141:4
145:12 148:17
153:11 157:12
158:14 160:25
161:3 163:21
**beneath (1)**
156:8
**best (6)**
6:7 12:23,24 38:10
76:4 96:17
**better (2)**
31:11 164:17
**beyond (10)**
57:5,6 101:15 113:14
113:20,22 114:6,16
114:21 123:20
**bias (6)**

129:25 130:3,11
139:6 140:17,23
**biased (1)**
65:14
**biasing (1)**
141:13
**bills (2)**
40:8 41:12
**bit (3)**
68:17 163:18 168:6
**blandly (1)**
95:17
**blood (1)**
171:17
**BMP (1)**
118:4
**Board (2)**
42:22,23
**bodies (1)**
23:20
**body (1)**
23:7
**Boston (3)**
3:15,16 6:20
**bounded (1)**
155:2
**bounding (1)**
154:5
**break (8)**
6:7,12 77:23 78:11
103:15 147:23
163:8,19
**Bricklayers (1)**
3:5
**briefly (3)**
5:21 19:22 80:4
**bright (2)**
24:18 81:22
**bring (4)**
10:14 24:3 30:6 45:2
**bringing (1)**
27:3
**brings (1)**
158:7
**broad (3)**
57:16,17 86:3
**Broadcom (6)**
42:20 43:3,7 45:4
48:20,22
**broader (2)**
18:6 45:14

**broadly (3)**
15:19 43:20 164:3
**brought (4)**
12:3 25:24 26:20 27:9
**brute (1)**
137:16
**business (5)**
20:9 24:13 25:3 30:25
34:3
**businesses (1)**
24:9
**buybacks (2)**
126:11 153:2
**B-1 (1)**
121:15

**C**

**C (3)**
3:2 171:2,2
**calculate (2)**
122:9,10
**calculating (3)**
76:8 89:6 161:21
**calculation (6)**
70:13 73:7 88:19
116:11 157:6,10
**calculations (1)**
116:2
**calibrated (2)**
158:20 166:10
**California (1)**
31:11
**call (11)**
17:21,22,24,25 39:7
39:11 55:2 69:19
85:16 118:10
137:15
**called (10)**
5:2 18:2,10 44:5 46:9
46:13 49:15 68:19
69:13 116:22
**calling (1)**
39:13
**calls (2)**
9:13,15
**capacity (4)**
29:16 82:6 168:8,15
**capitalizing (1)**
129:15
**captured (2)**
114:23 127:21

**captures (4)**
59:19 120:16 123:5
131:7
**careers (1)**
32:20
**carry (1)**
49:25
**case (151)**
5:11 8:9,15,17 10:18
11:20 12:25 13:11
13:21 15:5,6,10,10
15:14,18,21 16:2,5
16:10,13,21 17:17
18:18,23 19:4 30:6
35:22 37:4,5,6,19
39:19,24 40:4,12,18
40:25 41:5,15,25
42:5,19,20,21 43:4
43:7,18,19 44:5,9
45:5,13,17 47:22
48:20,22 50:11
52:23 54:9,16 56:5
56:6,16,19,22,25
57:4,10,12,23 58:4
58:14 59:2,16,22
60:7,17 61:8 64:2
64:23 65:8,20 66:9
69:7 70:21 76:22
77:11,16 80:2 87:7
88:7,7,9,18 89:3
90:22 91:18,23 92:5
93:8,14 94:6 95:5
97:2,4,8,14,20
98:23 99:9 100:2,25
101:21,22 102:19
103:25 104:23
105:4 106:3,4,19,24
107:8,24 108:11
110:20 111:20
112:8 114:13
115:12,18 116:16
116:18 118:2,12
119:24 120:17,22
120:23,25 132:15
134:10 138:7
148:19 150:5,8
158:25 160:8
168:16 169:22
174:2
**cases (16)**
13:25 26:17,18 42:5,6

42:18 43:10,15 45:5
48:25 52:23,24
57:24 86:12 159:7
169:8
**case-by-case (1)**
139:12
**categories (2)**
79:9,14
**category (1)**
79:11
**cause (3)**
23:14,21 110:13
**caution (2)**
22:18 53:16
**caveat (3)**
6:9 35:4 50:25
**CBIZ (9)**
46:9,13,18,20,21,23
46:25 47:12,14
**census (1)**
85:20
**certain (37)**
23:2,16,16,18 27:14
27:15 29:24 38:20
39:5 43:24 51:18
65:5,7 66:2,5,21
68:24 69:4 70:3,16
71:10 79:9 96:11
103:6,7 110:15,20
112:5 117:15 138:2
143:16 144:23
148:17 149:9 159:4
159:6 162:11
**certainly (20)**
18:20 20:22 46:19
47:25 49:25 52:6
55:11 59:3 63:13
69:12 76:21 80:3,6
80:18 104:8,19
126:20 134:20
158:7 160:6
**certification (2)**
108:2,10
**Certified (1)**
2:14
**certify (2)**
171:8,15
**CFA (4)**
79:17 98:2 172:23
173:6
**chance (3)**

129:15,25 130:2
**change (5)**
29:19 77:24 113:6
167:10,19
**changes (2)**
19:9 167:16
**channel (1)**
27:16
**characterization (7)**
25:6 54:17 59:8
100:18 102:7 126:8
126:20
**characterize (4)**
51:9 96:9 99:3 100:9
**charged (1)**
35:11
**checked (1)**
18:19
**cherry-picking (1)**
131:2
**Chicago (5)**
30:24 31:4 51:17
55:13,18
**choice (1)**
139:12
**choose (3)**
91:14 142:5 154:23
**choosing (2)**
154:4,25
**chose (2)**
73:25 106:8
**chosen (3)**
139:5 140:15,22
**circumstance (1)**
110:13
**circumstances (7)**
81:21 84:22,24 90:19
109:2 122:13 166:7
**citation (3)**
66:24 97:19,21
**citations (3)**
68:12 97:17 135:14
**cite (4)**
64:7 66:25 136:7
155:25
**cited (2)**
80:22 135:5
**claim (1)**
94:7
**claimed (1)**
23:12

**claiming (1)**
68:8
**claims (1)**
23:3
**clarification (2)**
50:25 62:18
**clarify (6)**
6:6 7:16 84:23 107:17
143:10 174:5
**class (4)**
3:7 4:21 107:25
108:10
**classes (3)**
33:17 151:14,15
**clean (3)**
57:20 109:8 128:10
**clear (7)**
52:7 57:3 59:7 82:19
90:12 111:8 166:21
**clearly (4)**
39:12 44:16 52:3
65:17
**clear-cut (1)**
102:10
**clear-thinking (1)**
134:25
**client (1)**
24:3
**clients (2)**
21:10 25:21
**close (5)**
61:5 76:3 96:14
138:11,25
**closely (3)**
102:5 120:16 123:6
**closer (1)**
82:24
**closure (1)**
113:16
**clue (1)**
141:22
**coast (1)**
31:9
**code (4)**
120:8,11,20 123:2
**codes (1)**
174:5
**coding (2)**
68:21 162:15
**coefficient (1)**
70:22

**coefficients (3)**
70:14,17 76:10
**coherent (1)**
141:12
**colleagues (3)**
55:10,13 56:2
**come (7)**
15:25 17:20 19:7
54:13 68:7 82:20
94:19
**comes (12)**
10:7,11 24:13 31:8
67:12 68:5,10,13
79:6 107:18 108:24
152:4
**coming (5)**
23:18 63:15 86:22
102:25 108:23
**commenting (1)**
43:22
**comments (2)**
13:9 101:11
**common (2)**
22:10 128:12
**commonplace (1)**
127:11
**communications (2)**
36:16 53:4
**companies (1)**
24:8
**company (10)**
6:25 26:11,13,15 46:9
46:12 47:10 53:3
147:18 149:23
**compare (3)**
23:13 48:19 102:4
**compared (4)**
165:10,11 166:3
167:2
**compensated (2)**
40:3,11
**compensation (2)**
41:14,17
**compile (1)**
35:8
**complaints (1)**
56:22
**completely (3)**
100:12 123:18 145:21
**complex (1)**
22:24

**complications (1)**
74:12
**complies (4)**
19:18 73:24 92:8
104:3
**computer (5)**
20:4 53:3 120:8,11,19
**conceivable (1)**
167:19
**concept (2)**
157:18,20
**conceptual (1)**
145:21
**concern (1)**
137:5
**concerned (2)**
70:19 143:13
**concerning (5)**
43:23 58:13 74:4,12
106:11
**concerns (2)**
136:24 137:7
**concluding (2)**
137:22 170:8
**conclusion (4)**
87:23 88:17 89:2
95:23
**conclusions (7)**
19:12 87:25 88:3
89:21 90:2,4,24
**concrete (1)**
86:22
**condition (1)**
68:24
**conditions (1)**
8:2
**conducted (6)**
51:15 55:9,9 63:20
86:10 102:17
**conducting (1)**
159:12
**confidence (4)**
106:17 164:6,23
165:7
**confidential (2)**
22:19 36:15
**conflates (1)**
111:6
**conflict (1)**
104:10
**conform (1)**

174:6
**connection (24)**
9:20 10:16 13:21,25
14:25 15:14 21:14
21:19 24:8 39:19
40:24 41:5,14 42:14
49:21 51:24 56:16
79:25 80:19 96:25
107:25 108:9 112:4
123:25
**consequences (1)**
89:20
**consider (9)**
25:4,7 33:18 84:19
86:16 87:12 95:21
110:10 112:8
**consideration (2)**
105:25 141:7
**considerations (3)**
68:11 94:17 104:9
**considered (8)**
110:11 111:7,8,9,14
111:18 136:23
150:15
**considering (2)**
136:21 141:16
**considers (2)**
151:13,14
**consistent (16)**
61:22 62:8,20,25
92:18 104:8 105:13
109:3 110:21 111:2
111:10,11 124:13
142:23 143:6
157:14
**construct (1)**
120:18
**constructed (4)**
120:8,19 121:12,15
**constructing (1)**
121:17
**construction (1)**
116:8
**construed (1)**
157:8
**consult (1)**
144:21
**consultant (14)**
25:14,18 26:3,5,8,12
26:14,24 27:7,22
28:8,17,17 29:13,13

168:7
**consultants (1)**
28:22
**consultation (1)**
32:22
**consulted (1)**
99:5
**consulting (17)**
21:5,8,13,18,20,24
22:16 24:7,10,14
27:18 28:12 31:16
31:20 42:11 53:21
98:19
**contact (1)**
138:10
**contacted (5)**
36:4,6,8,12,23
**contain (1)**
77:2
**contained (2)**
8:18 19:12
**containing (2)**
71:16 74:3
**contains (1)**
58:10
**contaminate (2)**
143:14 145:12
**contaminated (5)**
86:5 118:18 127:23
132:22 173:10
**contaminating (26)**
125:8,12,13,16
129:13 133:25
137:17,20 139:14
139:21,23,24 141:5
142:6,11,12,15
144:14 148:12
150:15,21 151:3,5
151:21 154:24
155:3
**contamination (10)**
128:18 129:8 132:17
132:20 133:9 140:3
140:11 145:9 153:7
153:20
**content (4)**
50:15,16 55:5 61:4
**context (14)**
52:11,13 75:7 81:10
81:24 82:2 83:9
99:9,10 105:18,22

116:12 122:17
150:16
**contingency (1)**
41:20
**continue (1)**
57:23
**contradict (1)**
107:14
**contradictory (1)**
129:11
**contradicts (1)**
124:15
**control (12)**
117:3 124:24 125:2
127:5 132:4,15
153:19 158:2 160:2
161:23 162:20
163:2
**controlled (2)**
157:22,23
**controlling (3)**
138:20 151:6 159:14
**controls (1)**
156:15
**Cont'd (1)**
147:12
**conventionally (1)**
110:2
**conversation (10)**
17:14,17,20 18:6,7,9
18:12 37:3,21,23
**conversations (6)**
14:24 15:5,8,15,17
38:7
**convey (1)**
95:9
**convicted (1)**
35:12
**corner (1)**
80:11
**corporate (4)**
118:17 126:9 152:24
173:8
**corporation (1)**
29:23
**Corporations (1)**
22:23
**correct (54)**
11:21 14:14 19:4
20:14,17,18,25
25:15 28:9 30:25

31:17 41:22 53:19
60:17 64:3 65:17
74:24 91:2,12,19
121:4 122:6,7
147:19,21 148:2,13
148:21,23 149:16
149:23,25 150:9,17
151:8,10,24,25
152:8 153:13,17,21
153:23 154:16
155:5,24 159:19
163:25 164:19,20
165:17 166:14,16
174:6
**correctly (2)**
149:6,14
**correctness (1)**
66:4
**correspond (1)**
125:21
**corresponding (1)**
129:22
**counsel (6)**
4:10 7:6,11 8:20 14:3
14:4
**counterfactually (2)**
109:16,19
**COUNTY (1)**
171:5
**course (14)**
15:4,9 31:22 32:9,11
32:13 49:19 60:10
80:21 87:19 104:15
112:21 130:11
168:20
**court (4)**
1:2 5:24 169:15,18
**courts (1)**
56:9
**court's (1)**
56:18
**cover (5)**
5:20 31:25 32:4 67:19
98:10
**covered (1)**
118:25
**co-authored (1)**
160:22
**co-authors (14)**
116:14 124:3,22
126:25 127:19

131:9 145:10
148:10 149:21
150:10,13,25 153:9
154:21
**co-teaching (1)**
33:10
**crafted (1)**
52:10
**created (1)**
122:25
**creates (1)**
128:6
**creating (1)**
130:19
**Credit (6)**
1:5 3:14,15 4:7,13
6:19
**crime (2)**
35:12,14
**criteria (7)**
87:5,9,12 97:13 111:3
148:11 149:13
**criterion (1)**
106:5
**criticism (10)**
15:24 17:16 18:4
37:10,14 65:25
66:10 92:13 94:20
94:22
**criticisms (1)**
65:18
**CSFB (1)**
6:18
**CSR (1)**
1:24
**curriculum (5)**
10:9 19:20 20:13,15
20:19
**custody (1)**
51:5
**customarily (1)**
25:11
**CV (2)**
29:6 30:22
**cv12146 (1)**
1:7
**C-B-I-Z (1)**
46:10

_____
      **D**
_____
**D (7)**

79:17 98:2 155:19,21
172:2,23 173:6
**daily (3)**
69:16,17 110:3
**Daniel (3)**
3:19 4:12 5:9
**data (15)**
23:2,8,21 71:2 73:5
74:2 76:16 109:23
110:3,14 129:14
130:3 132:17
140:10 144:18
**date (17)**
11:8 14:19 20:13
40:17 55:18 64:8
74:3 79:18 89:10
98:3 118:20 135:16
136:11 149:12,13
160:16 174:3
**dates (59)**
69:25 70:5 87:10
88:13 89:6 90:23
91:9,21 92:15 94:2
95:3 96:4 97:14
99:24 101:22
102:22 103:6,7
110:20 117:4
124:23 125:7,8,9,12
125:13 127:2,5,25
128:5 129:7,13,20
132:3,7,21,22
137:17 139:25
143:16,19 144:4,7,8
144:12,13,13,23
145:8,9 164:9,25
165:3,7,12,12 166:5
167:4,5
**Davis (6)**
2:11 3:13 4:13,15,17
5:9
**day (24)**
38:5,11 70:7,8,10,10
70:25 71:3 75:4,15
75:16,24,25 78:19
78:19 105:8,8,12
106:23 111:22,25
130:6 170:23
171:21
**days (73)**
70:17,22 71:11,11,13
71:15,24 72:2,5,6,7

72:9,12,20,22 73:5
73:6,7,9 74:9 77:8,9
77:15,16,18 78:20
78:21 79:4,9 80:15
86:14,14,18 88:4
100:10 101:20
105:7,12 106:15,18
106:20,22 108:13
108:17,18,23,25
109:20 110:25
112:5,20 130:16,21
130:22 131:3
132:16 133:10
134:4,6 138:21
141:2,6,9,10,14,15
141:17 148:20
149:19 151:15,21
152:18 161:14
**deal (4)**
60:21 138:8 159:22
167:23
**dealing (1)**
135:23
**dean's (1)**
33:8
**decided (4)**
50:15 106:9 149:14
169:18
**deciding (1)**
144:23
**decisions (1)**
112:5
**declaration (32)**
8:8 9:25 14:17 18:17
18:18,23 19:3,13,17
35:23 39:4 44:14,18
48:20 49:14,21
50:11 53:25 57:12
58:8 59:23 60:6
64:2,11 66:9,12
78:13 107:24
108:10,14,17
172:19
**declarations (2)**
45:6,21
**defendants (4)**
3:14 4:14 5:10,11
**defense (2)**
169:7,12
**defensible (1)**
81:14

**defined (4)**
69:25 76:15 77:3 85:2
**defines (1)**
121:24
**definite (1)**
116:2
**definitely (2)**
11:19 162:25
**definition (4)**
78:12 90:7 93:15,16
**definitions (3)**
25:12 93:2,19
**degree (15)**
20:4,7,8,12 81:8,15
82:10,16,16,18
90:19 92:2 94:18
95:15 101:15
**degrees (3)**
63:21 95:19,20
**denoted (1)**
133:16
**depend (8)**
27:10 58:8 83:9 84:22
105:17,18,22
106:12
**depending (3)**
26:19,19 133:23
**depends (6)**
25:11 81:10,23 88:25
89:3 131:24
**deposed (2)**
5:12 11:13
**deposition (25)**
1:14 2:9 4:5 8:7,21
9:18 10:5,15,22
11:4,7,15 12:12
13:22 14:6,10 15:2
19:2 49:16 152:11
168:6 170:9 171:10
171:12 174:3
**depositions (5)**
5:16 10:19,20,22
13:25
**depth (1)**
46:16
**describe (8)**
12:21 69:10 99:22,23
100:20 125:10
148:11 155:8
**described (5)**
32:17 37:23 88:15

143:21 154:20
**describes (3)**
63:19 65:6 118:8
**describing (4)**
63:14 123:8 126:21
157:13
**description (8)**
27:6 45:10 100:22,23
103:12 108:12,15
151:20
**design (2)**
23:5,9
**designated (1)**
29:24
**designation (5)**
30:3,4,5,10 31:22
**designations (1)**
29:12
**detail (8)**
43:25 65:20 79:10
86:22 101:14
102:20 148:18
149:9
**detailed (1)**
111:15
**detect (1)**
29:19
**detected (2)**
28:21 135:14
**detecting (1)**
85:24
**determinations (1)**
149:11
**determine (10)**
60:24 85:19 89:11
102:21 111:2
148:12,20 149:13
156:23,24
**determining (5)**
85:7 121:3 127:4
129:7 149:19
**deviate (1)**
137:3
**device (1)**
116:25
**devices (1)**
118:5
**difference (12)**
28:16,19 65:23,24
66:6 83:19 88:16
95:19,21 102:11,13

164:8
**differences (8)**
75:22 94:25,25 95:3
95:18 96:2 97:24
101:14
**different (41)**
16:10 23:4,5,6 30:2
68:2 75:15 84:5,18
87:4,8,9,11 88:12
88:15,15 93:2,19
94:7,8,9 95:11,16
96:2,21 101:19
107:9,11,20,21,21
123:18 138:12
154:9,12,13 157:19
166:13,15,20
167:13
**differently (2)**
59:6 169:11
**difficult (2)**
96:13 162:23
**direct (9)**
17:5 27:2 46:23 48:10
48:12 80:8 98:16
99:15 108:5
**directed (1)**
96:18
**direction (7)**
27:8 123:15 137:19
138:6 143:22
159:16 168:2
**DIRECTIONS (1)**
172:10
**directly (3)**
27:21 46:19 48:6
**directs (1)**
133:5
**dis (3)**
13:5 14:4 106:5
**disagree (2)**
113:8 114:18
**disagreed (1)**
154:15
**discharge (1)**
30:8
**disclosed (1)**
42:15
**discrete (1)**
168:22
**discuss (9)**
61:20 64:12 119:16

145:11 150:11,13
151:18 152:5
160:23
**discussed (6)**
12:22 14:5,5 15:22
82:13 151:23
**discusses (3)**
44:18 63:8 145:17
**discussing (4)**
29:14 45:7 74:16
78:12
**discussion (10)**
18:3 45:12,14 60:25
62:4 105:14 145:22
147:15 148:6,9
**dismiss (1)**
56:19
**disqualification (1)**
110:16
**disqualify (1)**
110:8
**distinction (3)**
76:21 136:19 151:17
**distribution (5)**
133:14,20,24 134:3,8
**district (3)**
1:2,3 56:18
**divided (1)**
84:7
**divides (1)**
121:7
**division (3)**
6:25 7:3,3
**document (21)**
1:9 18:16,16 51:4
64:5,17 65:2 79:19
79:22 98:6,7,10,14
98:17,20 99:2,14,16
100:8 101:7 126:5
**documents (4)**
10:4,6,7 12:11
**doing (9)**
54:15 62:6 91:7
120:17 123:6,10
140:12 141:17
167:23
**domain (1)**
22:21
**Dr (267)**
3:7 5:8 8:14 11:4,12
11:19 12:15,19,20

13:3,7,13,17,18,19
14:25 15:5,9,15,23
16:7,8,14,16,18,22
17:8,14,24,25 18:2
26:9,14 30:20 33:14
33:19 37:3,14,18,23
39:18,23 41:23
42:25 44:18 45:7,12
45:14,23 46:2,5,7
46:15 47:3,7,20
51:8 60:16,25 61:7
61:10,19,25 62:4,25
63:4,8,22 64:6,11
64:22 65:4,8,9,13
65:17,19,20,24,25
66:3,5,8,12,13,17
66:18 67:13,17,20
68:14 69:6,12 70:2
70:12 71:5,16 72:2
72:9,12,20,24 73:10
73:25 75:11,23
76:22,24 77:7,13
78:11,17,18 79:3,21
79:24 80:14 86:13
87:3,4,6,11,12,23
87:24 88:6 89:9
90:22 91:20 92:2,12
92:13,14,21 93:10
93:19 94:5,13,20,24
95:4,10,14 96:3,7
96:11,15,18,22,25
97:7,12,17 98:5,19
98:22,25 99:2,5,10
99:22,23 100:15,16
101:19 102:18
103:23 104:4,13,17
104:23 105:3,6,10
106:17 107:18,23
108:21 109:16
110:20,25 111:13
111:23,24 112:3,14
114:12 115:7,12,17
115:21 116:16,17
117:21,25 118:7,22
119:22 120:3,4,7,16
120:21 121:10
122:19,22,25 123:6
123:9,13,18,23
128:13,13 130:5,8,9
130:10,15,25
132:11 136:22

137:4,6,10,11
138:13 139:8 140:7
140:12 141:2,20,25
142:22 145:3
147:14 148:18
149:11,18,18 150:4
155:9,14 156:24
157:4,13,15,21,25
157:25 158:8,15
159:4,10 160:7,18
163:18,21 164:5,22
164:25 165:2,11,18
165:18,22 167:3
**draft (3)**
50:22 51:2,3
**drafts (1)**
50:19
**draw (4)**
88:3 133:19,23
136:19
**drawn (3)**
88:17 95:23 133:13
**draws (3)**
87:23,25 90:25
**driven (1)**
129:25
**drives (1)**
128:21
**drop (1)**
117:15
**dropping (1)**
70:25
**duly (2)**
5:3 171:11
**dummied (8)**
77:14,18 106:21,21
109:23 110:25
165:11,24
**dummies (4)**
78:20 108:25 164:25
165:2
**dummy (87)**
13:2,4 15:24 17:15,16
18:5 32:4 37:8,10
37:15 43:16,17
44:23 61:2,11,12,22
62:20 63:9 65:4,9
65:15 68:17,18,19
68:25 69:6 70:10,24
71:6 72:2,13,22
77:10,14 79:4 80:16

86:15 103:5 104:5
104:14,22 105:6,11
105:14 109:6,21
111:4,12,23,25
112:14,17,20
114:12 115:6,11,20
116:19 117:3,13
121:18,21,25 122:4
123:12 124:3,11
132:12 154:10
155:5 157:2,4,15
158:15 160:2,8
161:22 162:6,12,19
163:22 164:10
165:6 166:3 167:3,6
**duration (1)**
161:15
**duties (1)**
30:7

**E**

**e (16)**
3:2,2 5:2 20:24 21:3
21:23 22:15 26:9
99:6 142:11 147:2,2
147:10 171:2,2
172:2
**earlier (8)**
11:13 33:24 64:5
96:25 101:21
116:12 148:16
162:9
**earning (1)**
126:11
**earnings (1)**
153:2
**econometric (2)**
51:21 117:17
**Economics (2)**
160:13 173:12
**editing (1)**
50:17
**edits (1)**
129:24
**education (2)**
19:23,24
**effect (18)**
54:2 76:20 90:2,4
130:25 137:20
141:13 143:17
150:22 158:10,18

158:19,25 165:6
166:4 167:21,25
168:4
**effective (4)**
65:25 77:5,6 159:16
**effectively (5)**
71:6,10 77:12 105:20
154:11
**effects (11)**
52:18 53:12 54:20
56:6 70:18 89:9
128:10 129:15
158:11 160:14
173:13
**either (10)**
7:2 35:18 37:18 47:5
48:12 93:14 97:22
152:13 158:19
159:16
**elements (1)**
123:4
**else's (2)**
67:2 85:11
**empirical (2)**
55:15 137:5
**employ (2)**
87:5 109:17
**employed (3)**
27:16 97:13 109:16
**employee (2)**
21:2 40:6
**employing (2)**
108:21 111:3
**employment (2)**
20:16,20
**encounter (2)**
32:20 61:10
**ended (2)**
108:16 150:5
**endure (1)**
32:21
**engagement (1)**
16:9
**engagements (3)**
21:23 22:12,15
**English (1)**
93:25
**ensure (1)**
82:12
**ensuring (1)**
71:2

**enter (1)**
70:22
**entire (1)**
60:19
**entirely (3)**
131:24 153:22 154:15
**entities (1)**
22:2
**entitled (4)**
118:17 160:13 173:9
173:13
**entity (1)**
6:23
**episodes (1)**
133:9
**equation (26)**
120:12,15,20,21,22
120:23 121:2,2,6,7
121:13,16,23,23
122:9,10,16,18,20
122:22 123:2,3,5,11
123:17,25
**equations (7)**
119:20,23 120:2,5,9
120:13,14
**equipment (3)**
22:24,25 53:4
**equivalent (1)**
117:14
**era (1)**
23:17
**error (8)**
76:12 121:4,8 155:10
155:12 158:13,21
164:19
**errors (9)**
156:20 157:5,22
158:3,16,18 163:19
163:23 174:6
**escapes (1)**
10:13
**ESQ (5)**
3:10,11,19,20,21
**essentially (1)**
114:10
**established (1)**
92:13
**estimate (2)**
85:13 161:12
**estimated (4)**
121:3,7,9 140:16

**estimating (1)**
76:8
**estimation (56)**
70:25 71:7,11 72:21
73:2 74:2,7,13,23
75:2,6,11,14,23
76:6 77:2,7,17
78:12,23 110:14,14
112:21 118:18
124:5,25 125:3
127:5,23,24 128:6,7
128:18 133:17
138:22 139:2,6,6,13
140:16,17,23,23
142:6 143:14,16
145:13 153:20,25
154:5,23,25 160:3
161:20 162:10
173:10
**et (10)**
13:10 61:21 62:4
117:20 132:3 135:2
143:13 145:4,6
151:22
**evaluate (1)**
82:5
**evaluating (1)**
82:9
**event (129)**
15:25 31:25 37:7
51:22,24 52:10
60:25 62:22 69:4,13
69:25 70:5,17,22
74:3,4 75:8,21 76:6
76:16,18,19,20 77:4
77:5,6,16 82:6,10
83:9,18 86:14 87:10
88:3,18 89:3,10,11
89:18 90:23,25 91:9
91:21 92:15 95:5
96:4,11 97:8,14
99:24 100:10
101:20 102:22
105:18 108:9,13,17
108:18,23 110:2,12
114:13 117:3
118:17 119:23
122:6,8,11,16,17
124:4 125:8,12,13
126:9 127:22 132:3
132:7 134:7,10

135:24 136:24
137:6,13 138:8,21
139:3 140:25 141:2
141:5 142:15
143:19,23 144:4
145:12,13 147:18
148:13,20 149:13
149:19,19,23
150:14 151:5,21
152:18 153:12,15
153:24 156:25
157:5,16,23 159:22
160:4,10,23 161:4
161:13,14,20,22
162:10,18 165:4
167:4,5 173:9
**events (57)**
71:17 77:11 88:5
89:13 91:17 125:16
127:25 129:3,22
133:17,18,20,25
137:21 139:5,14,21
139:23,24 140:15
140:22 141:10
142:7,11,12 143:14
144:8,9,14,24
145:11,18 148:12
150:21 151:14,16
154:2,2,7,10,24
155:3,3 156:16
157:24 158:2 160:3
161:23 162:6,14,20
162:21 163:2
165:13,24,25 166:2
**evolved (1)**
51:4
**exact (2)**
34:16 62:7
**exactly (45)**
61:16 67:25 70:24
71:21,21 74:13 83:3
83:8 87:18 90:15
94:3,4 97:23 100:17
103:6 104:22 105:3
109:17 115:11,17
115:24 116:5,6,15
116:18 117:23
121:12,15 123:22
129:5,23 132:16
136:22 137:11
138:24 139:21,22

140:8,12 144:7
145:4,7 150:5 153:5
162:2
**Examination (5)**
5:6 147:12 156:9,11
172:3
**examined (1)**
5:4
**example (16)**
6:18 22:23 23:18,19
23:24 45:24 56:13
58:14 68:25 85:6
121:14 124:17
132:10 138:3
150:17 162:25
**examples (15)**
23:25 95:11 96:2
115:15 125:20,21
125:25 126:7
139:20 151:22
152:5,15,20,23
153:5
**exceeds (1)**
161:16
**exception (2)**
93:6 132:9
**exclude (2)**
74:2 154:11
**excluded (1)**
169:20
**excluding (3)**
105:20 137:16 161:15
**exclusion (1)**
130:13
**execution (1)**
157:19
**exercise (9)**
85:19 86:10 95:23
106:12 110:9
132:19 137:18
141:18 144:5
**exhaustive (1)**
79:10
**exhibit (20)**
14:16,22 18:16 19:17
19:19 79:16 97:25
98:6,21 118:15,16
121:14 155:19,21
160:12 172:18,21
173:4,7,11
**exhibits (3)**

155:14 172:16 173:2
**exists (1)**
64:18
**expect (7)**
100:14 115:13,14
130:14 162:5
167:24 168:3
**expected (1)**
32:18
**experience (3)**
25:20 35:3,6
**experiment (3)**
140:9 142:19 145:19
**expert (40)**
9:21,24 18:17 36:18
37:4 39:24 41:24
42:15 45:17 47:21
49:21 51:11,18,24
52:12,17 53:12,24
60:16 61:8,20 69:7
79:16,24 87:7 90:22
91:25 92:7 93:21
100:24 102:20
148:18 150:8
155:15,20 156:2
168:9 169:6,15
172:22
**expertise (2)**
25:19 51:10
**experts (5)**
10:20 16:13,21 32:22
45:20
**explain (6)**
39:6 57:3 75:9 76:4
83:3 129:18
**explained (7)**
28:3 33:5 103:4
112:11 162:9
166:19 167:11
**explains (5)**
39:8 69:15 77:20
80:14 123:4
**explanation (2)**
123:7 161:9
**explanatory (2)**
13:9 69:20
**explicit (2)**
100:12 117:21
**exposition (1)**
141:20
**expository (1)**

116:25
**exposure (3)**
23:9,11 93:13
**express (3)**
60:15 64:21 92:11
**expressed (4)**
104:9 111:19 113:10
113:21
**extension (1)**
137:23
**extensively (1)**
160:9
**extent (5)**
7:9 15:20 17:2 94:8
113:3
**extraneous (13)**
128:3 156:15 157:23
158:2 160:2,10
161:23 162:6,16,21
163:2 166:2 167:5
**extremely (1)**
141:21
**e.g (2)**
125:23 126:10

---

**F**

**F (2)**
147:2 171:2
**FACCHIN (1)**
3:25
**face (1)**
73:20
**fact (12)**
10:7 58:13 64:11
65:21 66:20 92:15
94:10 118:9 129:8
148:2 152:15 159:2
**facts (2)**
57:13 174:6
**factual (1)**
58:8
**faculty (1)**
55:10
**fails (1)**
22:25
**failures (2)**
23:11,13
**fair (12)**
24:5 25:5 60:12 91:24
92:10 112:9,13,24
122:12 148:8,14

149:8,15
**fairly (2)**
54:12 131:8
**fall (2)**
26:3 60:2
**false (9)**
155:12 158:12 164:19
167:7,10,14,14,17
167:21
**familiar (15)**
5:15 13:12 44:4,5,7
44:25 46:12 54:19
54:23 55:4,6 56:4
71:22 80:5 97:19
**familiarity (1)**
57:6
**far (7)**
6:3 12:16 40:24
101:24 124:6 159:2
159:14
**feature (1)**
81:13
**features (1)**
139:3
**fee (2)**
47:21,24
**field (4)**
32:23 51:14 134:25
136:5
**fields (2)**
17:3 134:15
**figure (3)**
119:6 131:10,16
**File (1)**
1:7
**filed (1)**
107:24
**filtering (1)**
137:20
**final (7)**
51:6 87:22 89:10,20
89:21 90:24 95:4
**finance (13)**
54:20 55:3,15 104:6
105:15 107:3 109:4
110:18 118:17
129:17 134:15
135:22 173:8
**financial (4)**
46:25 47:12 160:13
173:12

**financing (1)**
153:16
**find (10)**
10:14 22:25 58:20
65:21 101:3 102:12
104:12 126:3 138:2
162:5
**finding (1)**
96:21
**finds (1)**
164:8
**fine (2)**
131:23 133:2
**firm (10)**
27:18 28:19 31:6
38:12 39:13 40:8
128:2,2 137:7 144:2
**firms (3)**
136:25 137:14 138:9
**firm's (2)**
53:14 56:8
**first (20)**
3:15,15 6:19 26:20
36:3,6 47:6 50:22
51:2,4,6 60:14
120:14 129:2,7
131:14 132:18
133:12,13 149:6
**fit (3)**
45:10 54:17 58:18
**fits (3)**
75:9 81:21 83:13
**five (3)**
28:4 29:3 49:8
**five-minute (2)**
77:23 163:8
**fixed (1)**
27:15
**flawed (1)**
65:13
**fleshed (1)**
91:15
**fleshing (1)**
90:8
**flow (1)**
128:16
**flows (1)**
140:13
**focused (1)**
103:3
**follow (4)**

55:21 96:17 128:20
137:15
**followed (2)**
116:14 159:17
**following (1)**
38:8
**follows (6)**
5:5 76:5 109:12
128:22 147:11
156:8
**follow-up (1)**
54:6
**footnote (3)**
54:25 88:12 133:5
**footnotes (4)**
80:22 100:11 101:6
101:11
**force (1)**
137:16
**foresee (1)**
167:22
**form (11)**
37:9 41:16 52:2,12
68:21 69:14 85:25
100:13 118:24
120:3 121:9
**formal (2)**
33:18 46:4,7
**formed (3)**
37:2 91:20 150:8
**forming (1)**
57:13
**formula (2)**
70:16 122:14
**formulated (5)**
59:12,12,14 60:3
123:24
**formulation (7)**
61:2,3,16 71:19,20
124:19 150:20
**forth (3)**
68:11 87:6 171:11
**found (3)**
39:22 157:21 169:14
**founder (1)**
26:10
**four (6)**
28:24 29:2 49:6 134:2
134:10,11
**Fox (9)**
3:4 4:20,23 38:13,22

38:25 39:3,16,19
**fraction (2)**
25:9 169:3
**Francis (4)**
1:24 2:13 171:6,25
**Frankly (1)**
98:8
**Frederick (4)**
1:24 2:13 171:6,25
**free (5)**
85:23 139:13 142:6
153:25 154:23
**fresh (1)**
13:16
**friends (1)**
56:3
**full (3)**
121:11 131:15 133:12
**fully (4)**
88:10 91:15 129:18
131:18
**full-time (3)**
21:2 55:11 82:25
**function (2)**
69:18 70:23
**fund (3)**
3:7 46:22 48:7
**FURNISHED (1)**
172:12
**further (3)**
70:23 170:3 171:15
**future (1)**
32:18

_____

**G**

**gap (2)**
147:23 148:9
**GARCH (1)**
118:4
**geared (1)**
32:8
**general (6)**
13:14 21:25 29:21
55:20 86:20 103:8
**generality (1)**
86:21
**generally (10)**
12:21 13:14 15:12
21:10 55:4,24 56:4
62:16,22 81:5
**generically (1)**

79:11
**getting (3)**
109:24 133:24 144:4
**give (28)**
22:13 23:25 24:16
27:13 49:15 53:7
57:20 67:7 74:17
81:22 83:12 84:2,13
90:17 95:25 104:11
105:24 107:16
114:2,8 116:2
125:19 141:22
151:22 152:5
157:24 168:25
169:6
**given (14)**
5:17 49:12 53:25
54:12 66:24 68:12
70:11 96:17 131:6
135:10,16 150:4
168:9 171:13
**gives (4)**
84:8 97:18 100:18
151:22
**giving (4)**
5:23 34:6 83:15
129:14
**gloss (2)**
74:18,19
**glossed (1)**
60:20
**go (15)**
7:22 12:16 58:15,16
101:14 103:11
106:10 111:22
113:14,22 117:18
129:21 137:12,18
140:10
**goes (7)**
66:4 113:20 114:6,16
114:21 120:24
123:20
**going (23)**
4:2,8 12:10,13 22:17
36:13 42:8 53:15
73:3 77:25 78:4
80:15 103:17
123:23 128:25
144:18 145:24
147:4 160:14
163:10,13 170:5

173:13
**gotten (1)**
116:18
**governed (1)**
134:2
**government (1)**
22:2
**Graduate (1)**
30:25
**great (4)**
85:2 89:23,25 167:23
**greater (5)**
24:22 25:4,8 46:16
158:11
**grossly (1)**
50:6
**ground (2)**
5:16,19
**grounds (1)**
169:21
**Group (1)**
44:6
**guess (2)**
20:16 118:15
**guidance (2)**
5:17 96:17
**Guy (2)**
3:21 4:15

_____

**H**

**Hakala (164)**
3:7 8:11,16 10:2,3
11:4,13,19 13:3,7
13:17 14:25 15:6,9
15:15,23 16:7,9,14
16:17,18,23 17:8,14
17:24,25 18:2 37:4
37:18,24 39:18,24
41:24 43:2 45:23
46:2,5,7 47:20 57:8
61:10,25 62:5 63:4
63:8 64:6,11,22
65:4 66:8,17,19
68:14 69:6,12 70:2
70:12 71:16 72:2,10
72:12,24 73:7,10,25
75:11,23 76:24
77:13 78:17,18 79:3
79:17,25 80:14 87:6
87:11,23,24 88:6
92:13 95:4,12,12

96:18 97:7,12,18
98:2,20,22 99:2,22
99:23 100:15,17
101:19 102:18
103:24 104:23
105:3,6,10 106:17
107:19,24 108:21
109:16 110:25
111:13,23 112:3
115:7,12,18,21
116:16,17 117:21
117:25 118:7,22
119:22 120:3,4,7,17
120:22 122:20,22
122:25 123:6,9,13
130:5,15 132:11
136:23 137:4,10,11
138:5,10,13 139:8
140:7,12 141:2,20
141:25 145:3
149:18 157:15
159:4 164:5,22,25
165:2,11,18,22
167:3 172:23 173:6
**Hakala's (69)**
8:14 12:20 13:19
37:14 44:19 45:7,12
45:14 46:15 60:16
60:25 61:8,20 63:2
63:22 65:9,13,19
66:3,6,12,13 67:13
67:17,21 71:5 72:20
76:22 77:7 86:13
87:3,4,12 89:9
90:23 91:20 92:2,14
96:3,12,25 99:10
104:5,13,17 110:20
111:24 112:14
114:12 121:11
123:19,23 128:13
130:10,25 137:6
142:22 148:18
149:11 150:4
156:25 157:4,25,25
158:9,15 159:10
160:7 163:22
**half (4)**
24:22 25:4,8 83:7
**Halfteck (3)**
3:21 4:15,15
**hallmark (1)**

81:18
**hallmarks (1)**
81:6
**hand (3)**
85:18 130:12 171:21
**handed (1)**
119:7
**handful (1)**
52:5
**handy (1)**
168:24
**happen (2)**
130:21,23
**happened (6)**
38:11 108:4 132:20
   144:14 167:3
   169:24
**happens (4)**
89:17 123:19 156:15
   158:8
**happenstance (2)**
130:21,22
**hard (1)**
90:14
**harm (1)**
12:17
**hasten (1)**
168:25
**head (1)**
49:25
**heading (1)**
32:3
**hear (1)**
149:4
**heard (1)**
149:5
**hearing (1)**
49:15
**held (2)**
2:10 46:21
**help (4)**
39:10 50:16 113:16
   143:10
**helpful (2)**
25:23 109:11
**hereinbefore (1)**
171:11
**hereunto (1)**
171:21
**hierarchical (1)**
26:16

**hierarchy (2)**
25:25 27:14
**high (1)**
143:15
**higher (2)**
19:24 158:12
**highly (1)**
86:4
**highly-detailed (1)**
103:2
**history (1)**
20:20
**holding (1)**
166:11
**hope (1)**
77:20
**hour (2)**
38:9 40:15
**hourly (1)**
41:11
**hours (6)**
9:7 23:8,11 48:17,18
   168:22
**hugely (1)**
107:9
**hundred (1)**
44:12
**hundreds (2)**
137:13 138:8
**hypothetical (20)**
66:17 68:3 83:16 84:3
   84:3,10,12,15 85:5
   86:11 87:21 88:8,22
   96:20 105:23
   107:13,19 108:20
   164:14 166:4

_____
**I**

**ID (2)**
172:17 173:3
**idea (5)**
104:18 127:12 153:7
   153:24 154:3
**ideas (1)**
110:22
**identical (6)**
67:19 90:15 94:2
   101:8 102:2,15
**identification (5)**
14:18 79:18 98:3
   118:19 160:16

**identified (4)**
70:2 72:9 80:23
   107:15
**identifies (3)**
72:25 158:5,6
**identify (8)**
56:12 64:8 86:18
   102:10 108:13,22
   124:23 129:12
**identifying (2)**
79:8 92:15
**illustrates (1)**
121:13
**illustrations (1)**
125:22
**imagine (1)**
31:13
**immediately (1)**
38:8
**impact (1)**
95:4
**imparting (1)**
143:15
**imparts (2)**
129:25 130:3
**imperfect (1)**
140:6
**implement (5)**
85:12 100:14 143:3,4
   148:6
**implementation (6)**
89:18 90:16 116:4
   121:20 145:4
   147:24
**implementations (6)**
86:4 87:16 88:10 89:7
   95:16 96:3
**implemented (11)**
65:15 103:9 106:19
   107:7 115:25
   117:22 132:12
   136:6 154:4 155:4
   165:3
**implementing (3)**
147:17 149:22 155:8
**implements (1)**
161:2
**implicit (3)**
76:23 77:7,17
**imply (2)**
51:2 104:12

**import (1)**
117:17
**importance (1)**
144:17
**important (8)**
70:17 79:15 80:21
   81:2,10,13 128:24
   167:25
**impossible (2)**
94:15 162:24
**impression (2)**
11:9 63:5
**improvement (1)**
156:18
**inappropriate (3)**
65:11 112:16 114:14
**include (4)**
49:13 69:21 154:7
   155:2
**included (5)**
43:16 66:25 124:9
   161:4 162:14
**includes (5)**
29:4 50:22 126:16
   127:25 128:9
**including (4)**
8:9 10:19 128:5 154:9
**inconsistent (5)**
65:11 107:3 110:17
   112:19 114:25
**Incorporated (2)**
46:10 99:7
**incorrect (3)**
65:22 166:23,24
**incorrectly (5)**
164:10 166:5,18,20
   166:22
**increase (5)**
156:20 157:5 158:3
   158:16 163:22
**increased (4)**
151:4 157:22 164:8
   167:7
**increasing (1)**
150:22
**independent (2)**
11:24 64:17
**index (4)**
69:22 161:9,12,21
**indexes (1)**
144:22

**indexing (1)**
135:13
**indicate (2)**
62:19 161:19
**indicated (1)**
152:2
**indicator (4)**
68:20 72:3 162:12,20
**Indirectly (1)**
40:5
**individual (2)**
18:19 124:17
**induced (1)**
125:14
**industry (1)**
69:24
**infinity (1)**
133:21
**informal (2)**
27:20 46:7
**information (18)**
19:14 22:20 55:5 69:3
   69:25 70:5,9,16
   71:12,13 108:19
   125:9,11,11,19
   128:9 140:7 172:9
**informative (2)**
67:7 90:17
**ingredients (4)**
123:21,22,22,24
**initial (1)**
73:6
**initially (1)**
24:19
**input (1)**
100:16
**insert (3)**
132:21,22 133:9
**inserted (3)**
132:17 139:24 145:9
**inside (1)**
28:19
**instance (4)**
23:3 50:17 53:23
   169:24
**instrument (1)**
158:10
**intend (2)**
6:23 62:10
**intended (3)**
20:22 59:3 131:7

**intent (1)**
90:10
**interaction (1)**
16:25
**intercept (1)**
69:23
**intercepts (1)**
69:24
**interest (2)**
23:7 85:21
**interested (2)**
14:12 171:18
**internal (1)**
27:17
**internally (1)**
129:11
**International (1)**
3:6
**interpret (3)**
73:4 91:3 109:12
**interpreted (1)**
47:4
**interpreting (5)**
26:25 27:4 49:4 87:15
90:9
**interprets (1)**
75:19
**interval (4)**
38:6 154:4,6 162:11
**intervened (1)**
145:8
**intimate (1)**
13:15
**introduce (1)**
145:18
**introduced (3)**
16:8 17:8 125:17
**introductory (3)**
32:9,11,25
**invested (1)**
48:8
**Investment (1)**
42:23
**involve (1)**
22:3
**involved (5)**
38:18,19,22 60:24
169:8
**involvement (2)**
38:25 45:2
**involves (1)**

16:25
**involving (5)**
21:11 23:20 52:25
82:6,10
**in-person (1)**
17:22
**irrelevant (3)**
117:10 128:4 138:4
**issue (16)**
16:3 17:17 29:11
37:11 43:6,17,18
60:21 76:4 82:20
83:4 103:5 111:14
111:16,17 151:18
**issued (10)**
43:12 44:8,15,17 45:6
45:21 49:10 52:2
53:24 56:9
**issues (4)**
43:23 59:15 89:3
111:7
**issuing (2)**
49:13 58:9

_____
**J**
_____

**J (1)**
3:19
**Jersey (1)**
2:16
**job (3)**
1:25 5:22 164:17
**Joel (3)**
3:11 4:22 155:22
**join (1)**
31:6
**joined (3)**
20:24 25:13,14
**journal (7)**
82:9,23 118:16
134:21 160:12
173:8,12
**journals (3)**
56:2 82:3 134:23
**judgment (1)**
101:25
**June (2)**
35:24,25

_____
**K**
_____

**Kaplan (9)**
3:4 4:20,23 38:13,22

38:25 39:3,16,18
**Katherine (1)**
13:8
**keep (3)**
6:21 72:8 169:10
**kept (2)**
55:18 159:3
**key (1)**
80:18
**Kilsheimer (3)**
3:4 4:20,23
**kind (16)**
23:24 24:3 45:11
49:18 53:7 55:14
69:4 81:22 83:13
111:17 138:2,12
141:23,25 142:14
157:6
**kinds (4)**
23:25 51:18 125:20
162:13
**knew (1)**
37:6
**know (98)**
6:8 11:8,12 12:12
16:7 30:14 32:16
33:21 38:18,23
39:22 40:10,16,20
40:22 41:3,6,13,16
41:23 43:11 44:8
46:20,24 47:16,19
48:9 51:17 64:13
66:15 72:11,19
73:12,14,15 86:11
88:21,23 89:22
93:13 97:12,16 98:8
98:11,15,25 99:11
100:17 101:15
102:5,13 103:10,12
107:16 114:7
115:23,23 116:13
122:19,21 124:7,8
124:16 131:19
132:6,25 134:13,17
135:4,4,8,8,20,21
136:4,9,12 139:20
139:22 140:2,5
141:9,17 144:8
148:19 149:17,25
150:2 151:25
152:20 159:2,9,15

168:21 169:17,21
169:23,24
**knowing (8)**
11:24 64:18 83:21,25
87:24 89:9 144:12
145:7
**knowledge (10)**
13:16 41:19 46:11
47:14,23 48:4 55:23
108:5 132:19
142:18

_____
**L**
_____

**L (168)**
5:1,2 6:1 7:1 8:1 9:1
10:1 11:1 12:1 13:1
14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1
74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1
86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1
94:1 95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1

140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1,10
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1
**label (1)**
25:10
**labeled (5)**
4:4 78:8 132:13 147:8
170:7
**lacks (1)**
85:5
**lambda (1)**
133:16
**language (7)**
76:18,23 94:10
101:10,14 102:4
138:23
**large (8)**
23:20 85:3,17 86:5
129:21 130:13,23
131:5
**larger (1)**
131:6
**Laurentius (11)**
1:14 2:10 4:6 14:17
99:6 170:20 171:9
172:4,20 174:4,24
**law (7)**
31:16 32:12,14,19
33:9,17,23
**laws (1)**
58:6
**lawyers (3)**
32:18 33:16,22
**lead (4)**
3:5 4:21,23 135:11
**learn (2)**
47:24 73:17
**leave (4)**
16:17 31:3 74:20
112:18
**Leaving (1)**
109:21
**led (1)**

88:12
**left (3)**
55:17 78:21 105:19
**legal (4)**
29:23 33:15,19 56:5
**length (2)**
134:6,11
**lengthy (1)**
112:11
**let's (16)**
16:17 47:6 77:22
83:14,15,16 105:9
106:18 108:21
112:17 115:19
164:4,21,24 165:2
168:23
**level (21)**
32:25 35:14,17 45:11
55:23 57:2,6 62:3
86:16 103:2 105:24
116:4 158:23 159:3
159:5,7,9,11 163:23
164:6,23
**levels (4)**
26:13,17,19 159:10
**Lexington (2)**
2:11 3:17
**lies (1)**
142:19
**life (2)**
85:23,25
**light (1)**
102:5
**line (15)**
24:18 55:21 81:22
122:3 174:7,8,10,11
174:13,14,16,17,19
174:20,22
**lines (3)**
34:7 96:15,22
**list (3)**
28:13 42:21 125:23
**listed (2)**
42:20 153:5
**lists (2)**
20:16 79:9
**literature (31)**
54:20 55:3,3 62:21
65:12 104:7,10,11
104:16,20 105:3,15
107:4 109:4 110:18

110:23 111:3,12
112:2,4,6,15,19
114:15,24 115:3,5
115:10,15 135:23
153:17
**litigation (26)**
1:6 4:8 21:14,17,22
22:6,14 24:6,13,19
24:20 33:25 34:14
34:21 39:4 44:6
48:25 49:20 51:25
52:11,13,18 98:9
168:8,10 169:8
**little (5)**
29:18 57:19 68:17
163:18 168:6
**live (4)**
49:15,17 50:3 53:25
**living (5)**
31:10,11 85:14 86:2,6
**LLC (1)**
3:15
**LLP (1)**
3:4
**located (1)**
23:22
**location (1)**
23:16
**locations (1)**
23:6
**logic (1)**
57:25
**logical (1)**
126:23
**long (8)**
7:21 9:4 18:12 23:3
48:15 52:25 72:19
97:11
**look (5)**
73:23 80:4 92:6
129:21 156:7
**looked (9)**
60:23 66:21 92:4,5,19
92:20 97:10 112:7
161:3
**looking (5)**
57:9 98:10 130:16
133:4 165:13
**looks (4)**
18:20 80:3,6 110:6
**lot (3)**

122:5 129:16 130:7
**low (1)**
109:25
**lower (1)**
80:11
**lunch (1)**
147:22
**Luncheon (1)**
146:2
**luxury (1)**
145:6

———————
**M**
———————
**M (5)**
5:2 14:17 99:5 147:10
172:20
**magnitude (4)**
145:11,17,23 150:14
**magnitudes (1)**
151:18
**main (2)**
54:15 138:6
**maintain (1)**
55:22
**maintained (1)**
166:12
**major (1)**
44:12
**majority (1)**
70:21
**majors (1)**
20:5
**making (3)**
58:3 114:20 158:10
**managerial (1)**
51:19
**Manual (1)**
132:14
**manufacture (1)**
22:24
**manufactured (1)**
23:5
**manufacturing (4)**
23:10,16,17,23
**Marais (199)**
1:14 2:10 4:6 5:1,8
6:1 7:1 8:1 9:1 10:1
11:1 12:1,19 13:1
14:1,16,17 15:1
16:1 17:1 18:1,15
19:1 20:1 21:1 22:1

23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1,8 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1
74:1 75:1 76:1 77:1
78:1,11 79:1,16,21
80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
96:1 97:1,25 98:1,5
98:6,21 99:1,6
100:1 101:1 102:1
103:1,23 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1,16
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1,14
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1,9,14
156:1 157:1 158:1
159:1 160:1,12,18
161:1 162:1 163:1
163:18 164:1 165:1
166:1 167:1 168:1
169:1 170:1,20
171:9 172:4,17,20
173:3 174:4,24
**Marcovian (2)**
137:25 138:16

**mark (1)**
118:14
**marked (8)**
14:18 18:15 79:17
98:2,6,21 118:19
160:15
**market (15)**
51:13 69:14,21,22
72:3 76:9 110:3
116:22,24 118:2,10
118:23 119:17
137:24 138:16
**markets (1)**
51:21
**marriage (1)**
171:17
**marshalling (2)**
23:7,20
**Marthinus (1)**
4:6
**mass (3)**
138:8 143:19,23
**MASSACHUSETT...**
1:3
**massive (1)**
137:13
**Master (1)**
1:7
**master's (2)**
20:7,8
**match (2)**
89:6 149:20
**material (36)**
67:19 71:17 72:6,12
74:4 86:14 87:10
88:5,16 89:10,12
90:2,3,23 91:9,17
91:21 92:15 95:3
96:4 97:14 99:24
100:10 101:20
102:11,22 108:13
108:17,18,23
138:21 140:25
148:20 149:12,19
152:17
**materials (3)**
23:17 37:17 93:13
**mathematical (8)**
25:23 68:23 116:25
117:10,16 123:8
124:19 150:20

**mathematically (2)**
117:14 123:24
**mathematics (12)**
20:4,5,8,10 21:6,11
22:3,5,8 31:24
51:12 57:22
**matter (14)**
4:7 9:22 13:15 24:18
28:20 39:4 44:22
54:11,13 55:20 61:6
68:6 169:19 171:19
**matters (7)**
22:14 28:6 38:17
42:14 49:20 53:6
168:10
**maximum (1)**
133:21
**mean (24)**
6:23 7:12 45:11 47:3
50:13,14 55:21 75:2
75:6 83:15 84:7
87:19 90:5 123:5
124:23 127:24
131:20 133:14
136:16 138:15
140:25 142:11
144:3 166:21
**meaning (1)**
73:4
**meaningful (3)**
84:4,13 125:18
**meaningless (1)**
84:12
**means (10)**
11:24 74:13 76:10
81:7 84:6 94:2
117:9,13 119:6
158:22
**meant (11)**
7:14 49:17 68:22
93:24,24 95:9
100:17 109:8 113:4
113:6,9
**measure (2)**
70:18 134:18
**measured (2)**
76:20 169:4
**measurement (1)**
71:3
**measuring (1)**
70:20

**mechanical (3)**
22:24 116:3,4
**mechanistic (1)**
106:6
**medical (2)**
7:25 8:2
**meet (8)**
8:12,20,23 9:2,5
144:3,11 151:5
**meeting (1)**
9:14
**Melinda (2)**
3:10 4:19
**Melissa (2)**
3:20 4:17
**member (1)**
55:24
**memory (2)**
62:10 79:13
**mention (4)**
127:9,17 145:22
169:22
**mentioned (3)**
17:14 48:2,3
**mentions (1)**
96:8
**merely (2)**
68:5 114:5
**merged (1)**
6:23
**Merit (1)**
2:15
**met (2)**
33:16,22
**method (11)**
63:20 118:8 127:13
128:13 136:14,17
137:23 138:15,17
140:7 157:8
**methodological (1)**
66:5
**methodologies (1)**
80:25
**methodology (19)**
44:19 45:7,12,14,17
45:22 61:23 63:9
64:12 66:11,13
67:14 81:2 83:17
136:6,13 153:12
156:25 160:24
**methods (9)**

31:21 32:7,10,14 33:3
43:24 51:21 132:6
140:6
**metric (2)**
95:22 107:10
**microscopic (1)**
85:25
**midwest (1)**
31:12
**million (4)**
85:9,13 86:2,2
**mind (18)**
5:19 6:21 10:7,12
31:9 34:16 35:14,18
45:2 46:6 72:8
81:20 93:16 115:9
119:9 131:25 152:4
154:14
**mine (2)**
55:10 56:3
**minimum (2)**
151:2,3
**mining (2)**
129:15 144:18
**Minnesota (2)**
42:22,23
**minor (1)**
20:9
**minus (1)**
161:13
**minutes (1)**
102:4
**miracle (1)**
66:22
**misled (1)**
129:14
**missed (1)**
96:23
**missing (1)**
163:6
**mistake (1)**
20:23
**model (19)**
68:23 69:14,15,19,24
70:6 71:4 72:4
76:10,14 110:3
116:22,24 118:2,23
119:17 137:24
138:16 161:21
**models (4)**
69:22 118:10 161:9

161:12
**modems (1)**
53:3
**moment (8)**
10:14,14 15:14 63:24
100:7 104:25 105:9
106:14
**moments (1)**
76:2
**month (1)**
161:16
**morning (1)**
19:15
**motion (2)**
56:19 107:25
**MOTIONS (1)**
172:14
**move (1)**
144:25
**moved (2)**
61:6 130:7
**movement (2)**
127:3 131:3
**movements (7)**
129:3,4,16,21 130:17
130:19,23
**Moving (1)**
168:5
**MSBI (1)**
42:23
**multiple (14)**
15:24 18:5 37:8,8
38:19 65:4 70:15
111:12 112:16,20
116:19 117:3
133:10 137:5
**multi-day (1)**
161:15
**mutual (2)**
46:22 48:7
**M&A (2)**
126:10 152:25

**N**

**N (7)**
3:2 5:2 147:2,2,2,10
172:2
**name (8)**
5:8 37:6 39:12 44:7
44:25 53:2 174:2,4
**names (1)**

38:18
**narrow (1)**
103:4
**narrower (1)**
57:19
**natural (6)**
137:9 139:11 142:4
142:21 143:18
154:22
**nature (4)**
54:12 137:7 153:3,4
**necessarily (8)**
22:7 50:8 93:15
128:15 132:8
166:16 167:9,10
**necessary (2)**
81:9 102:20
**need (10)**
6:7 21:20 32:21
101:15 114:6
131:18,25 155:4
163:5 168:21
**needs (2)**
27:11 140:5
**negative (1)**
161:14
**negotiated (1)**
48:2
**never (6)**
38:22 39:2 88:20
140:10,11 141:19
**new (15)**
1:15,15 2:12,12,16,16
3:9,9,18,18 153:7
168:5 171:3,5,8
**news (10)**
69:3 79:9 127:25
129:3,22 144:21,22
151:16,21 152:16
**nine (1)**
134:12
**nondisclosed (2)**
42:11 53:21
**nonidentical (6)**
93:20,24,24,25 94:4
94:12
**non-overlapping (1)**
76:17
**normally (1)**
58:7
**northern (1)**

31:11
**Notary (3)**
2:15 5:4 171:7
**note (1)**
87:7
**noted (4)**
61:5 92:21 147:3
170:10
**notice (5)**
2:13 30:2 59:5 109:24
110:6
**notion (1)**
84:10
**novel (1)**
154:3
**number (34)**
4:4 9:15 10:19 23:11
24:16,24 27:12 29:4
34:16 41:7,9 49:9
49:23 50:2,6,8 78:8
80:10 86:23 96:20
106:13 110:4 132:7
132:9,16 133:16,19
134:6 147:8 164:9
165:3,6 166:5 170:7
**numbers (6)**
34:8,13,22,25 35:2
70:15
**numeric (2)**
68:21 116:14
**numerical (3)**
111:16 124:17 138:3

─────────────
**O**
─────────────

**O (3)**
147:2,2,2
**object (8)**
7:20 12:10,13 22:18
42:9 53:16 85:19
118:24
**Objection (87)**
16:24 18:13 21:9
24:15 31:14 32:15
34:4,24 44:20 45:8
45:18 49:3 52:21
57:15 59:17 61:13
61:24 62:23 63:12
64:15 65:3 66:14
67:22 71:9 80:17
81:4,19 82:14 83:24
84:20 86:19 87:14

89:14 91:11 92:17
93:4,22 95:6 96:5
97:15 100:3 101:2
101:23 102:23
104:24 105:16
107:5 109:5 111:5
112:23 113:15,24
115:8,22 119:25
121:22 122:23
123:14 125:4 127:7
127:20 128:19
129:9 134:16 135:7
136:2,8 141:3 143:7
147:20 148:22
149:24 151:7
153:10 155:6
157:17 158:4
161:24 162:22
164:2,12 165:9,15
166:8 167:8,18
168:17
**observations (10)**
76:25 77:2 105:19,21
106:7,16 109:22
110:15 117:16
124:25
**obviously (3)**
14:7 62:9 73:19
**occasion (5)**
38:20 39:25 52:4
169:17,25
**occasionally (2)**
38:16 39:7
**occasions (3)**
50:4 52:5 168:22
**occur (5)**
58:2,17,19 89:17
141:10
**occurred (5)**
23:12 29:20 139:22
139:23 140:3
**occurrence (1)**
69:3
**occurring (1)**
144:23
**occurs (1)**
134:11
**offer (1)**
31:5
**offhand (1)**
73:14

**office (2)**
33:8 55:12
**officer (1)**
29:10
**officers (1)**
29:24
**offices (2)**
2:10 55:12
**Oh (1)**
154:19
**okay (34)**
5:20 6:4,15,22 10:15
11:2 18:15 19:16
26:7 34:9 77:22
93:17 97:7 98:18
99:19 100:6 105:5
109:7 114:17 119:4
119:15,19 121:2,6
131:16 133:4
142:25 153:23
155:18 156:10,13
161:5 163:4 165:16
**Oliver (3)**
3:20 4:17,17
**OmniCom (4)**
44:5,9,18,25
**once (3)**
9:3 28:6 98:24
**ones (1)**
68:22
**one's (1)**
25:11
**one-sided (1)**
159:8
**Online (2)**
6:24 7:2
**operations (1)**
126:10
**opine (7)**
45:16 52:18 53:12
54:11 59:2,15 67:13
**opined (1)**
68:15
**opines (1)**
61:11
**opining (1)**
45:21
**opinion (27)**
53:7,18 56:6,19 57:10
59:21 60:14 87:2
88:25 90:22 91:25

92:11,24 94:5 104:4
111:19 112:13
113:10,12,14,18,21
113:22 114:4,16,20
150:8
**opinions (16)**
43:22 56:9,13,15
57:14 58:10,16,17
60:7,9,10,13 89:20
112:25,25 113:18
**opposed (4)**
53:20 74:14 129:2
144:18
**opposite (1)**
129:23
**order (13)**
23:10,13,21 28:4
48:17 49:7 52:7
55:22 58:9 60:24
81:17 82:12 150:14
**ordinarily (5)**
73:2 75:7,20 76:5,15
**ordinary (3)**
75:18,19 76:18
**organized (1)**
27:19
**originates (1)**
153:8
**outcome (2)**
88:21 171:19
**outcomes (2)**
94:10 95:11
**outside (5)**
57:8 90:21 92:4 112:6
122:17
**overlap (1)**
17:3
**ownership (2)**
46:23 48:13
**owns (2)**
46:20,24

─────────────
**P**
─────────────

**P (2)**
3:2,2
**page (39)**
18:20 60:23 61:3 80:9
80:11 98:10,17
99:17 119:12,19
120:13 121:24
122:3 123:25 126:4

131:10,13,15 133:6
133:6,12 138:24
145:16 151:23
152:24 156:4 161:5
172:3 174:7,8,10,11
174:13,14,16,17,19
174:20,22
**paged (1)**
60:19
**pages (3)**
44:13 60:20 80:4
**paid (1)**
47:20
**paper (6)**
116:21 117:2,6 118:5
139:20 150:25
**papers (4)**
82:5,10 115:4 135:17
**paragraph (40)**
58:21,24 59:4,4,6,14
59:22 73:21 74:8,24
75:3,12 78:13,23
80:9,13,18,22,23
87:6 92:7,11 93:18
98:17 99:17,20,25
100:5,9,11,20,24
101:4,6 103:24
113:21 131:15,23
133:12 134:5
**paragraphs (3)**
60:5 64:21 101:17
**parameters (3)**
76:9 140:18,24
**paraphrase (1)**
67:25
**paraphrasing (1)**
143:17
**parenthetically (2)**
126:7,10
**parking (1)**
35:15
**part (5)**
18:6 46:21 111:21
116:7 130:2
**partial (1)**
130:22
**particular (21)**
6:25 27:11 32:8 50:9
51:22 52:19 53:14
56:8 58:8,13 65:10
66:24 80:25 111:22