116:13 124:20,21
136:11 139:4
149:12 162:25
**parties (3)**
38:17,19 171:16
**parts (1)**
82:15
**pass (2)**
39:11 81:9
**passage (1)**
126:2
**passed (1)**
134:20
**path (1)**
116:13
**payment (4)**
40:21,24 41:4,20
**payments (1)**
40:17
**peculiarity (1)**
96:10
**peer (7)**
110:22 114:23 134:21
134:21 153:16
159:18,22
**pending (1)**
6:10
**Pension (1)**
3:6
**people (13)**
21:20 26:22 27:6,7,15
27:24 28:5 85:10,13
122:8,10 127:15
134:25
**percent (45)**
34:2,17,18 73:18
83:19,20 84:5,6,9
84:17 85:2 86:23,24
87:10 96:20 105:7
105:10,11,21 106:7
106:22,25,25
107:12 108:24,24
109:20,22 110:9
124:4,4,12 158:21
159:5,7,8,12 164:5
164:22 165:7
168:18,19,21,21
169:3
**percentage (6)**
24:12 34:10 73:12
86:25 124:20,21

**percentages (2)**
89:6 168:13
**perfect (1)**
132:19
**perfectly (2)**
124:13 141:11
**perform (5)**
25:22 51:24 97:7
106:17 116:10
**performed (8)**
37:7 88:20 96:16
106:2 108:9 111:15
123:13 157:10
**performing (8)**
30:10 71:8 83:18
112:21 114:13
119:23 122:11
160:4
**performs (1)**
70:12
**period (64)**
20:21 23:4 70:8 71:6
71:7,11 72:21 73:3
74:2,8,9,13,14,14
74:23 75:3,4,6,11
75:14,15,16,23,25
75:25 76:6,19,19
77:3,4,5,6,7,17
78:13,19,22,23
105:8,12 106:23
110:14 118:19
124:5 125:3 127:6
127:23,24 128:6,9
128:18 138:22
139:2 143:14,16
153:20,25 154:5,25
160:3 161:9,20
162:10 173:10
**periodically (1)**
16:12
**peripheral (1)**
54:14
**person (3)**
30:15 39:13 67:12
**personal (3)**
7:11 17:5 34:19
**personally (1)**
7:8
**pertaining (1)**
127:25
**perturbing (4)**

153:25 154:2,7,10
**perusal (1)**
57:7
**phenomenon (1)**
130:2
**phone (4)**
9:13,15 17:21,22
**physical (1)**
8:2
**Ph.D (8)**
14:18 20:9,11 79:17
98:2 172:20,23
173:6
**pick (1)**
5:24
**picked (1)**
130:13
**piece (1)**
48:8
**place (5)**
17:18 26:21 132:18
150:6,6
**plain (2)**
74:17 93:25
**plaintiff (2)**
3:5 4:21
**plaintiffs (1)**
4:24
**plaintiff's (3)**
107:25 168:15 169:7
**play (2)**
83:6 94:19
**played (1)**
83:4
**plays (1)**
118:9
**please (13)**
4:3 6:8 19:16 36:20
58:22 69:11 78:5
92:7 119:13 147:5
156:5 161:6 163:14
**point (29)**
6:7 17:19 28:7,11
57:18 60:22 66:5
74:15 88:6 93:6
94:21,21,23,23
113:17 114:21
117:9,11 123:2
135:12 137:4
138:11,12,25
140:12 141:4,6

144:6 162:24
**pointed (1)**
145:16
**pointing (2)**
95:15 97:23
**points (5)**
6:17 64:20 65:22
67:25 117:6
**Poisson (5)**
133:14,20,24 134:3,7
**Polk (6)**
2:11 3:13 4:13,16,18
5:10
**population (2)**
85:8 86:6
**portion (13)**
10:24 11:23 12:2,6,19
12:22 13:18 18:25
25:2 66:2 76:13,17
168:14
**portions (7)**
10:2 13:20 19:8 57:7
61:10,17 101:9
**position (7)**
26:3 63:2 130:9 164:4
164:7 165:21 166:2
**positive (4)**
155:12 164:19 167:14
167:15
**positively (1)**
110:21
**positives (5)**
158:13 167:7,10,17
167:22
**possibility (1)**
123:17
**possible (19)**
44:13,17,21 64:10,19
67:24 68:14 84:14
84:16 92:25 93:18
102:8 133:21
134:18 135:3
141:11 144:21
167:16 169:23
**possibly (2)**
66:15 143:6
**potential (3)**
105:21 130:19 144:13
**potentially (12)**
71:17 72:6,11 88:4
91:16 100:10

129:13 137:14
138:21 140:25
154:7,9
**practical (7)**
28:20 33:4 137:15,18
139:19 143:20
145:3
**practically (3)**
141:8 153:14 167:25
**preamble (4)**
34:15 109:7 112:11
131:21
**precedents (2)**
114:22 115:2
**preceding (1)**
131:22
**precise (2)**
38:6 117:14
**precisely (4)**
41:6 132:11 142:14
162:14
**precision (3)**
17:10 24:17 97:16
**predetermined (1)**
131:2
**premise (2)**
66:16 154:16
**preparation (12)**
8:21 9:17,21 10:4,22
12:12 14:23 15:2
19:2 50:11 99:11
152:11
**prepare (2)**
8:7 39:3
**preparing (1)**
57:11
**presence (1)**
68:23
**present (5)**
3:24 9:11 20:17 139:5
140:15
**presented (1)**
52:11
**presents (1)**
131:16
**president (5)**
26:10 29:7,15 30:6,17
**presidents (2)**
29:25 30:11
**prestigious (1)**
134:22

**prevent (1)**
8:3
**previous (17)**
16:9 28:2 35:5 38:24 54:5 81:25 92:18 95:7,8 97:4,5 102:6 109:9 119:2,3,5 167:12
**previously (9)**
5:18 29:14 39:2 94:18 103:4 143:21 144:15 151:23 152:2
**price (14)**
52:20 53:13 56:7 127:3 129:2,4,16,21 130:7,17,19,23 131:3 154:2
**prices (2)**
54:21 144:25
**primary (3)**
31:9 52:9 54:10
**principal (4)**
28:8,17,22 29:12
**principle (2)**
104:19 141:6
**principles (2)**
57:22 106:11
**print (1)**
136:10
**prior (4)**
9:14 72:21 142:13 152:14
**priori (15)**
79:15 103:8,9 127:2 127:13 128:15,25 129:6,12,23 130:16 144:16,16,17,19
**private (3)**
21:25 160:14 173:14
**privileged (2)**
36:16 42:13
**probability (1)**
159:13
**probably (7)**
24:22 33:25 34:17,18 49:7 50:3 110:5
**problem (14)**
23:15,22 24:3 26:20 39:8 109:8 127:18 128:11,16 136:20 136:22 137:9 143:11 144:12
**problems (6)**
21:11,19,25 25:20,24 33:4
**procedure (34)**
63:19 81:6,14,17 83:23 84:16 85:11 85:12 86:17 87:17 92:14,20 96:16 100:21,23,24 102:14,16 103:10 107:20 115:17 117:12,22 123:19 123:23 129:23,24 130:25 158:9,18,20 158:24 159:16 160:7
**procedures (7)**
82:13 85:6,7,24 90:13 115:16,25
**PROCEEDINGS (1)**
4:1
**process (6)**
134:21 139:7 140:18 140:24 157:13,14
**produce (3)**
94:11,15,16
**produced (2)**
85:13 87:17
**produces (1)**
70:13
**producing (1)**
53:3
**product (2)**
12:13 42:13
**production (1)**
50:17
**profession (1)**
127:12
**professional (3)**
16:22 40:7 55:25
**professor (5)**
31:16,20 66:10 92:25 95:25
**project (3)**
27:11 28:4,4
**projects (1)**
22:6
**proofreading (1)**
50:18
**proper (1)**
61:12
**properly (4)**
7:10 10:13 157:7 166:9
**proportion (1)**
34:20
**proposal (1)**
149:22
**Proposed (1)**
3:7
**proprietary (2)**
22:19 43:24
**protocol (25)**
63:19 88:11 89:12,18 91:8,15,16 92:3 95:12 99:23 100:13 101:20,21 102:21 103:2 106:19 107:7 108:12,14,15,22 109:17 141:24 148:19 149:18
**protocols (1)**
102:14
**provide (11)**
21:13,18,24 22:16 50:3 85:3 102:18,19 119:19 124:20 145:6
**provided (1)**
94:6
**provides (2)**
21:5 24:7
**providing (3)**
28:2 43:22 92:23
**provision (1)**
41:20
**public (6)**
2:15 5:4 22:20 51:19 53:18 171:7
**publication (5)**
134:19 135:10,12,13 135:16
**publications (2)**
159:19,23
**published (7)**
124:10 134:22 135:24 136:10 153:16 159:18,21
**publisher (1)**
134:22
**publishing (1)**
162:18
**pure (1)**
130:10
**purely (1)**
137:19
**purported (1)**
83:17
**purporting (1)**
87:5
**purpose (18)**
18:7,10 32:8 33:6,6 58:4 76:8 86:7,8,9 91:18,22 106:23 110:4 123:12,20 128:4,17
**purposes (2)**
6:15 85:14
**pursuant (1)**
2:12
**put (7)**
37:17 62:4 67:6 103:24 107:10 168:8 169:6
**puzzle (1)**
164:13
**p.m (10)**
103:18,21 145:25 146:3 147:3,7 163:11,16 170:6,10

**Q**

**qualification (3)**
60:18 81:12 100:19
**qualified (1)**
87:17
**quantify (1)**
34:13
**quantitative (4)**
31:21 32:7,9,13
**quantity (1)**
86:24
**question (77)**
6:5,10,11 7:10,21 14:9,22 27:4,13 33:8 36:19 47:6 49:10 50:25 52:8 53:17 54:4,18 58:12 58:18 59:10,11 60:3 63:4 66:4 67:7 73:4 76:5 77:21 82:15 83:7 85:16,21 87:15 90:8,18 93:11 107:11 109:8,10,12 109:13 111:6,9,17 111:21 112:10 120:24 123:17 128:21 129:4,5,10 131:19,25 132:8 133:18 134:4 135:13 138:14 140:2 141:19 143:11 148:7 149:4 150:7,20 157:9 158:6,7 164:15 166:16,17,22,23,25 167:20
**questioned (1)**
127:14
**questions (14)**
5:21 7:20 13:10 54:5 54:6 58:25 59:13,20 78:14 166:13,14,20 167:13 170:4
**quick (1)**
57:7
**quite (9)**
52:24 80:4 94:11 95:17 101:12 120:16 138:25 145:15 160:7
**quoted (1)**
94:11
**quotes (3)**
68:12 112:3,6
**quoting (1)**
96:9

**R**

**R (7)**
3:2 5:2,2 147:2,10,10 171:2
**raise (3)**
58:20 167:6,7
**raises (1)**
158:5
**random (2)**
133:13 134:9
**randomly (1)**
134:7
**range (10)**
17:11 44:2 84:24

85:15,17,23 86:7 88:14 89:16,22
**ranged (2)** 43:19 162:10
**rate (6)** 41:11 69:17 158:12 158:21 167:10,21
**rates (2)** 23:13 167:17
**rationale (1)** 118:8
**reach (7)** 59:21 87:2 94:21,23 135:12 141:19 144:6
**reached (2)** 60:7,9
**reaches (1)** 140:10
**read (33)** 8:14,16 10:15,21,24 46:15 56:5,13,15,18 56:21 60:16 61:4 63:25 64:4,5,17 65:6,7 69:8 98:12 99:4 100:5 101:4 102:9 109:18 131:17,21,22 149:4 149:7 152:7,9
**reading (10)** 32:22 63:6,7 79:6 101:17,24 124:7 145:5 152:2,14
**reads (1)** 133:13
**real (13)** 33:6 140:4,10,10 141:9,13,15,18 142:16 144:3,11 147:24 148:12
**really (10)** 34:16 48:21 52:24 63:2,3 97:11 102:4 143:8,20 144:20
**reason (43)** 18:22 31:8,9,10 32:17 35:8 39:11 49:24 80:5 88:8 106:9 110:19 111:24,25 120:7,9,19 122:25 126:23 131:8 139:22 157:7,24 158:8,14,17,24 159:15 163:21 167:24 168:3 174:5 174:7,8,10,11,13,14 174:16,17,19,20,22
**reasonable (4)** 87:16 88:10 90:18 115:14
**reasons (7)** 31:7 60:10,11 77:19 105:20 113:2 124:19
**rebuttal (22)** 8:15,18 14:16 18:17 18:22 19:3,13,17 35:22 37:10 57:11 58:7 59:23 64:2,11 66:9,12,18 67:2,17 67:18 172:19
**recall (56)** 11:6 12:8 13:3,5 16:6 18:9 32:2,5 34:5,6 38:6,15 43:25 45:15 52:3 54:9,16 61:15 61:25 62:2,5,8 63:13,15,18,20,23 71:18,20 79:14 80:14 93:7 96:21 97:2,8,17 98:19,22 98:24 102:25 125:25 126:2,14,18 126:22 127:8,16 152:4,13,14,19,22 160:5 162:13,18 168:11
**recalled (1)** 80:19
**receive (3)** 20:12 41:14,18
**received (5)** 31:5 40:17,21,23 41:4
**recency (1)** 135:10
**recess (4)** 78:3 103:19 146:2 163:12
**recipe (4)** 81:21 83:12,13 95:12
**recognize (1)** 160:18
**recognized (1)** 165:19
**recognizing (2)** 90:13 128:8
**recollect (1)** 93:9
**recollection (7)** 12:23,24 38:4,10 39:15 82:19 97:9
**recommend (13)** 115:15 116:7 127:2 136:13,14,17 138:20 140:8 145:5 147:17 149:21 151:6,9
**recommendation (3)** 42:25 147:25 148:5
**recommended (4)** 39:18,23 41:24 147:17
**recommends (1)** 142:21
**record (17)** 4:9,11 12:14,18 78:2 78:6 103:18,21 144:22 145:25 147:6 149:7 163:11 163:15 170:6 171:13 174:5
**reduce (1)** 71:6
**redundant (1)** 67:4
**refer (8)** 6:22,25 7:2 72:5 74:7 78:22 99:20 125:7
**referee (2)** 82:3,8
**refereed (1)** 82:23
**refereeing (3)** 82:21,22 83:5
**reference (13)** 8:11 13:13 62:2,5 126:17 127:3 132:25 135:19 141:7 142:12 151:12 159:10 162:5
**references (2)** 46:15 101:11
**referral (1)** 47:21
**referred (6)** 8:19 10:3 13:7 53:8 73:2 142:4
**referring (13)** 6:19 47:5,7,21 52:7 64:7 72:9 75:10,24 80:10 132:24 138:18 141:14
**refers (2)** 71:16 76:24
**reflect (3)** 19:20 20:20 60:6
**reflected (1)** 59:22
**Registered (1)** 2:14
**regression (13)** 32:3 69:14,19 70:13 71:4,8 72:13 76:12 76:14 106:18 110:3 112:22 154:12
**regressions (1)** 137:25
**rejected (1)** 135:2
**relate (3)** 15:17 23:10 36:17
**related (4)** 15:20 34:21 52:17 171:16
**Relates (1)** 1:9
**relating (1)** 56:6
**relationship (5)** 16:14,22 17:4,5 27:21
**relatively (1)** 44:15
**release (2)** 69:3 70:9
**releases (4)** 71:12,14 144:22 153:2
**relevance (1)** 157:9
**relevant (13)** 55:25 70:20,21 77:11 77:16 87:23 88:18 89:2 95:22 116:12 120:23 133:11 169:20
**remaining (5)** 58:6 76:13 106:15,16 106:18
**remember (8)** 44:16 48:23 62:12,15 154:17 160:9 162:11,16
**remembered (1)** 44:11
**remind (2)** 42:9 162:2
**reminder (1)** 133:3
**removal (3)** 72:21 110:20 130:16
**remove (1)** 128:17
**removes (1)** 71:10
**removing (3)** 66:2 110:13 130:6
**repeat (1)** 36:19
**repeatedly (2)** 84:22 127:16
**rephrase (3)** 6:6 121:19 164:16
**replicability (13)** 81:7,15 82:11 86:17 90:12,19 92:2,20,23 93:3,8,11 94:19
**replicable (11)** 83:23 84:19 87:13,19 89:13 90:5,7 91:10 91:17,22 92:16
**report (104)** 8:11,15,16,19 9:21,24 10:2,3,8 12:25 13:11 26:8,22 27:21 39:3 43:6,12,15 44:8,12,15 48:16 49:14,21 50:20 52:2 52:12 53:24 58:4,22 60:17,20 61:8,18,20 62:11,11,17,19 63:6 63:7,22 64:9 65:6,8 65:13 66:18 67:2,17 67:17,18,20,21 69:7 73:21 79:6,11,13,16

79:24 80:6,7,9 87:7 92:7,21 93:8,11 94:6,14 95:10,14 96:7,8,22 100:25 102:19,20 103:3,11 109:18 110:11 111:19,24 113:2,3,5 113:7,11,19 114:6 119:11 121:11 123:7,10 132:25 139:10 141:21 148:18 155:15,20 156:2 159:11 172:22
**reported (4)** 1:24 26:23 28:5 73:10
**reporter (3)** 2:14,15 5:24
**reporting (4)** 26:4,25 27:15,20
**reports (9)** 8:10 43:15 45:6 46:15 57:8 67:3 93:21 168:9 169:6
**represent (8)** 5:10 58:25 68:22 69:2 103:6 108:7,8,11
**represented (2)** 7:6,8
**represents (2)** 131:11 133:16
**reproducibility (5)** 63:21,22 81:8,13,16
**reproducible (6)** 63:11,17,18 64:13 81:3,7
**request (1)** 60:4
**REQUESTS (2)** 172:9,13
**require (7)** 24:9 82:12,16,17,18 151:3,5
**required (1)** 82:11
**requirement (1)** 29:23
**requires (1)** 81:17
**reread (7)** 8:8,10 19:5 59:4 126:16 127:10 152:10
**rereading (4)** 19:7 64:24 132:23 152:14
**research (12)** 51:13,16 53:12 54:20 55:5,7,8,16,19,22 129:19 135:17
**researcher (3)** 87:5,8 107:22
**researchers (6)** 83:14,16 84:18 87:17 94:7,9
**resolution (2)** 141:24,25
**respect (15)** 37:14 45:23 62:16 63:9 64:20 67:4 84:12 86:13 93:12 112:14 122:18 149:21 150:11 166:23,24
**respective (1)** 93:21
**response (4)** 13:9 58:12 81:23 137:9
**responses (1)** 5:23
**responsibilities (4)** 25:18 29:17,20 30:7
**responsive (1)** 10:13
**rest (1)** 134:5
**restate (1)** 128:22
**restatement (1)** 59:10
**result (11)** 65:14 87:18 88:17 89:10 96:19 107:8 107:20 130:10 131:11,17,20
**resulted (1)** 109:19
**results (13)** 27:3,9 65:14 83:18,20 84:5 90:15 93:20 94:12 95:4 116:9,15 156:14
**resume (1)** 28:12
**resumed (1)** 147:11
**retain (1)** 131:3
**retained (12)** 15:13 16:12 22:15 25:21 35:19 38:17 42:19,22 45:16 51:23 52:17 130:4
**return (5)** 69:17 121:8,9,10,25
**returns (9)** 69:15 121:12 128:8 130:12,14 143:15 151:15 161:13,15
**return-generating (3)** 139:7 140:17,24
**reveal (4)** 22:19 36:14 42:10,13
**review (14)** 11:25 13:20 61:7,9,19 65:2 79:19 96:7 100:8 101:7 126:5 134:21 149:11 162:4
**reviewed (15)** 10:4 12:20 19:3,6 65:20 79:25 80:4,7 110:22 114:23 120:11 134:21 153:16 159:19,22
**reviewing (1)** 120:2
**rid (3)** 143:18 144:4,6
**right (10)** 5:13 50:8 53:22 71:21 78:24,25 104:15 121:16 145:8,15
**right-hand (3)** 69:20 76:11 80:11
**rise (2)** 35:17 62:3
**rises (2)** 35:13 62:3
**risk (2)** 167:6,7
**RMR (1)** 1:24
**Rodon (101)** 3:10 4:19,19 7:10,19 8:24 9:11,16 12:3,5 12:9,16 18:13 21:9 24:15 31:14 32:15 34:4,24 36:10,13 37:22 44:20 45:18 52:21 57:15 59:17 61:13,24 62:23 63:12 64:15 65:3 66:14 67:22 71:9 80:17 81:4,19 82:14 83:24 84:20 86:19 87:14 89:14 91:11 92:17 93:4,22 95:6 96:5 97:15 100:3 101:2,23 102:23 104:24 105:16 107:5 109:5 111:5 112:23 113:24 115:8,22 118:24 119:25 121:22 122:23 123:14 125:4 127:7,20 128:19 129:9 134:16 135:7 136:2 136:8 141:3 143:7 147:20 148:22 149:24 151:7 153:10 155:6,17 157:17 158:4 161:24 162:22 164:2,12 165:9,15 166:8 167:8,18 168:17 170:4
**role (2)** 36:17 118:9
**root (2)** 23:14,21
**rough (2)** 11:10 168:13
**roughly (2)** 34:10,21
**row (1)** 132:13
**RPR (1)** 1:24
**rule (8)** 44:10,21 48:7 120:10 124:12,21 126:22 126:23
**rules (4)** 5:16,19 57:25 126:14
**RULINGS (1)** 172:11
**Ryan (2)** 97:18,19

**S**

**S (8)** 3:2 5:2,2 147:2,2,2,10 147:10
**salaried (1)** 40:6
**sample (8)** 70:8 73:5,6 76:25 131:4 133:13 137:2 138:2
**sampled (1)** 134:7
**satisfies (1)** 83:22
**satisfy (3)** 81:17 164:9 165:7
**saw (1)** 11:10
**saying (4)** 74:19 78:16 123:11 130:9
**says (20)** 29:6 30:22,23 31:15 62:11,12 63:18 64:22 65:9 79:13,13 96:12 121:25 122:3 133:15 134:5 138:24 142:5 156:18 161:9
**Schipper (2)** 13:8,13
**scholarly (5)** 51:16 114:23 115:3 134:23 135:11
**scholars (1)** 129:17
**school (7)** 30:25 31:16 32:12,14 32:19 33:9,23
**Schwartz (26)** 3:19 4:12,12 5:7,9 7:10,17 12:9 14:20 53:19,22 77:22

78:10 79:20 98:4 103:14,22 118:14 118:21 147:13 155:18 160:17 163:4,17 170:2 172:4
**science (1)** 20:4
**sciences (1)** 90:14
**scientific (2)** 81:6 90:12
**scientifically (1)** 91:9
**scope (8)** 14:9 48:23 57:9 60:2 88:2 90:21 92:4 112:6
**Scott (4)** 79:17 98:2 172:23 173:6
**scrutiny (1)** 134:20
**se (8)** 110:17 111:11 112:12 112:16,18 114:14 114:25,25
**second (5)** 51:3 73:22 133:12 149:3 164:17
**secondary (2)** 31:10 140:5
**section (6)** 60:12 76:16 114:5 119:16 133:5 145:20
**sections (1)** 19:6
**securities (16)** 1:6 4:8 44:6 48:5,9 51:13,25 52:11,17 53:14 54:22 69:16 98:9 160:15 161:12 173:14
**security (5)** 48:13 51:21 52:20 56:8 69:17
**see (27)** 20:23 28:13 55:25 74:5 98:8,18 99:18 101:12,13 102:10 119:15,18,20,21 120:3 124:11 131:12,17 140:19 140:20 142:8 156:12,21,22 161:8 161:10,17
**seen (6)** 79:21 98:5,7,11,14 115:11
**select (4)** 12:11 99:24 102:22 130:15
**selected (1)** 79:3
**selecting (7)** 89:12 91:8,16 97:13 101:20,22 129:3
**selection (21)** 86:14 89:9,18 90:23 91:21 95:2 96:3 100:10 103:9,10 127:2,13 128:15 129:2,6,12,25 130:3 130:11,20 144:17
**selects (1)** 80:15
**senior (15)** 25:14,18 26:2,3,5,7 26:12,14,23 27:7,22 28:17 29:13 160:15 173:14
**sense (17)** 6:2,13,14 7:4,5,23 14:10 17:4 38:2 46:14 75:20 93:25 103:8 107:16 154:14,20 169:12
**sensible (1)** 107:17
**sensitive (1)** 158:11
**sensitivity (1)** 158:12
**sentence (15)** 51:4,6 66:23 99:5 139:9,10,11 141:8 141:16 142:3,13,21 143:2 156:7,10
**sentences (2)** 67:20 68:6
**separate (1)** 76:17
**separately (1)** 29:12
**serve (2)** 154:5 169:15
**served (1)** 82:3
**services (8)** 21:6,8,14,18,24 22:16 24:8 40:7
**serving (2)** 37:4 82:8
**set (10)** 52:19 68:11 79:8 87:6 87:9 88:4 109:23 130:6 171:11,21
**sets (2)** 88:13 94:2
**setting (1)** 158:25
**seven (1)** 28:5
**share (2)** 126:11 152:25
**shares (1)** 46:18
**sheer (1)** 68:7
**short (2)** 44:15 155:11
**Shorthand (1)** 2:14
**show (1)** 12:11
**showed (2)** 37:17 44:14
**shown (1)** 37:13
**side (11)** 69:20 76:11 101:4,4 101:18,18 158:11 168:15 169:7,7,13
**significance (6)** 127:4 163:24 164:24 165:8,23 166:6
**significant (1)** 158:22
**signifies (1)** 29:9
**signify (1)** 29:8
**SILVIO (1)** 3:25
**similar (10)** 43:17 53:6 86:21 100:23 101:10,12 108:14 157:14,18 157:19
**similarities (1)** 101:13
**similarity (1)** 101:16
**simple (2)** 74:17 104:11
**simply (11)** 70:25 77:18 92:3,12 94:13 95:17 116:16 117:6,10 120:23 154:4
**simulated (1)** 150:16
**simulation (2)** 132:4,5
**single (9)** 27:12 76:24 81:20,21 83:12 137:7 144:2 147:18 149:22
**single-company (1)** 148:13
**sit (23)** 20:23 38:10 39:21 43:25 44:16 48:22 54:9 58:11 63:23 73:16 82:19 83:2 93:7,9 97:10,22 103:12 126:19 152:4,20 167:22 168:3 169:21
**sitting (1)** 19:15
**situation (1)** 166:4
**situations (2)** 166:11 167:20
**six (1)** 28:5
**size (2)** 83:13 167:25
**slightest (1)** 84:10
**slightly (1)** 68:2
**small (7)** 28:18 110:4,5 130:11 131:3 135:15 156:19
**small-ish (1)** 169:3
**socialize (2)** 16:16,18
**societies (1)** 55:25
**sole (2)** 33:6 76:7
**solution (5)** 139:12 142:5,21 143:18 154:22
**solved (1)** 136:23
**solving (2)** 25:24 137:10
**somebody (6)** 26:4 39:8 67:2 100:14 104:13 130:8
**somethings (1)** 84:11
**somewhat (2)** 93:12 97:9
**sorry (5)** 7:12,14 10:16 89:24 149:2
**sort (6)** 41:20 46:4,9,25 57:5 142:17
**sorts (1)** 21:23
**sound (1)** 71:22
**source (1)** 23:10
**South (1)** 20:3
**so-called (1)** 55:5
**speak (1)** 18:10
**speaking (2)** 15:12 141:8
**special (2)** 57:24 58:3
**specialist (1)** 55:23
**specific (28)**

11:8 32:6 37:13 39:15 56:12 60:21 62:15 81:24 82:21 83:4 95:15 98:14 103:4 104:17 110:25 113:17 114:21 115:2 124:17 127:8,17 132:7,9 136:13,17 148:19 149:11 150:2
**specifically (7)** 99:13,19 114:7 115:6 126:15 130:6 136:7
**specificity (1)** 85:4
**specifics (1)** 22:12
**specified (1)** 88:11
**speculation (1)** 92:22
**spend (1)** 48:15
**sponsor (1)** 52:9
**ss (1)** 171:4
**stage (1)** 138:16
**stake (6)** 46:25 47:12,15,17 48:10,12
**Stamford (9)** 20:6,6,11 31:16,20 32:19 33:9 51:15 55:14
**stand (8)** 4:3 19:11 78:5 88:5 105:4 119:3 147:5 163:14
**standard (8)** 55:14 57:21 76:12 121:3,4,8 122:10,15
**standardized (1)** 121:24
**stands (3)** 29:11 41:13,17
**star (1)** 133:16
**starkest (1)** 67:23
**starting (1)** 123:2
**starts (1)** 78:18
**state (7)** 4:10 42:23 61:21 100:13 114:3 171:3 171:7
**stated (7)** 46:2 87:20 93:14 111:24 113:2,3,7
**statement (11)** 52:19 81:22 91:3 96:15 99:8,10 112:24 114:19,20 150:3 165:18
**statements (5)** 19:12 52:19 53:13 54:21 56:7
**states (7)** 1:2 2:16 85:8,10,14 92:24 95:17
**statistic (5)** 121:10,17 122:9,14 122:16
**statistical (21)** 23:19 24:10 25:23 43:23,24 51:20 68:23 69:13 85:7 90:14 115:16,17 117:11,17 127:4 132:6 137:19 163:24 164:23 165:23 166:6
**statistically (2)** 76:9 158:22
**statistics (17)** 20:7 21:7,12 22:3,5,9 24:2 31:24 51:12 57:22 58:6 68:20 121:11,14 122:5,11 155:13
**status (1)** 28:19
**Stellenbash (1)** 20:3
**sterile (1)** 85:23
**sticking (1)** 84:15
**Stoltz (20)** 8:10 9:25 57:8 65:8 65:17,21,25 66:10 92:12,21 93:2,10,19 94:5,24 95:25 96:16 130:8,9 165:19
**Stoltz's (6)** 94:14,20 95:10,14 96:7,22
**stop (2)** 147:23 148:3
**story (2)** 84:7,8
**straight (1)** 132:24
**Strauss (19)** 3:11 4:22,22 7:13,14 7:19 8:24,25 9:10 16:24 22:17 42:8 45:8 49:3 53:15,20 103:16 113:15 163:9
**stretching (1)** 14:8
**strictly (2)** 26:16 147:21
**strike (2)** 40:9 68:15
**strong (1)** 51:12
**structure (2)** 123:9 137:25
**stuck (1)** 143:25
**student (1)** 32:12
**studies (23)** 31:25 51:22 62:22 75:21 82:6,10 118:18 122:6,8,11 122:16,17 127:23 135:24 136:25 137:6 138:8 139:3 153:15 159:22 160:4 162:19 173:9
**study (48)** 15:25 37:7 51:24 52:10 60:25 69:13 74:3 75:8 76:6,16 76:18 83:9,18 88:4 88:18 89:4,11 90:25 95:5 97:8 105:18 108:9 110:2,12 114:13 119:23 125:14,17 128:2 136:25 137:13 141:2 143:19,23 147:18 148:13 149:20,23 153:12 156:25 157:16 158:9 160:24 161:4 161:20,22 165:4,14
**studying (1)** 129:2
**subject (13)** 12:25 14:10 27:8 28:2 54:13 61:6,8 63:21 81:12 129:19 143:25 169:18,19
**submit (2)** 49:20 66:9
**submitted (1)** 66:17
**Subscribed (1)** 170:22
**substance (12)** 14:7,11,13,15 31:23 36:15 50:12,13 61:17 62:17 120:4 154:13
**substantial (4)** 25:2,5,7,9
**substantially (1)** 168:19
**substantive (1)** 50:15
**subtle (1)** 167:21
**sudden (1)** 157:5
**sufficient (1)** 94:18
**sufficiently (2)** 91:17,22
**suggest (1)** 143:12
**suggesting (1)** 68:9
**Suisse (5)** 3:14,15 4:7,14 6:19
**SUISSE-AOL (1)** 1:5
**summaries (1)** 102:16
**summarize (3)** 60:8 113:4,12
**summary (6)** 60:11,12 100:18 102:6 114:5 127:22
**superficial (1)** 106:6
**superficially (2)** 154:8,12
**supervision (1)** 27:2
**supplier (1)** 23:18
**supply (1)** 12:5
**supported (3)** 65:12 104:5 112:2
**supportive (1)** 62:6
**suppose (3)** 67:24 90:8 115:9
**sure (30)** 5:18 28:20 30:15 37:5 42:9 54:12 56:13 64:25 71:21 72:24 80:20 93:5 98:12,13 99:4 102:3,24 103:16 107:23 113:9 126:17 127:10 128:20 143:8 149:3,5 150:18 163:6,9 169:23
**surely (1)** 56:11
**surface (4)** 85:20,22 86:3,5
**surprise (7)** 11:18 39:20 73:17 108:3 127:15 134:24 163:3
**surprised (3)** 47:24 72:15,17
**surrounding (2)** 120:15 123:3
**suspension (1)** 57:25
**switching (1)** 137:24

**sworn (3)** 5:3 170:22 171:11
**system (1)** 23:23
**systematic (3)** 24:24 35:9 158:19

**T**

**T (14)** 5:2 121:9,11,14,17 122:5,9,11,13,16 147:2,10 171:2,2
**table (4)** 132:10,14 156:8,9
**tables (2)** 116:8 132:14
**tabulate (1)** 49:24
**tabulation (1)** 35:9
**Taffler (1)** 97:19
**tainting (1)** 130:20
**take (16)** 5:12 6:12 11:11 14:13 17:18 47:6 73:23 77:22 92:6 100:6,16 102:9 103:14 143:9 143:9 163:7
**taken (6)** 33:17 78:3 103:19 139:9 146:2 163:12
**takes (3)** 70:7,11 135:11
**talk (7)** 95:19,20 115:19 126:12 140:22 143:2 151:17
**talked (7)** 68:16 105:5 113:23 113:25 114:10 152:23 168:5
**talking (22)** 67:18 71:24,25,25 72:7 74:8,9,10 75:5 75:17 76:2 95:2 105:8,13 119:9 141:5 143:5 152:17 154:22,24 156:14 163:19
**talks (1)** 142:4
**tape (5)** 4:4 77:24 78:8 147:8 170:7
**target (1)** 74:14
**taught (2)** 31:22 32:14
**teaching (4)** 30:24 31:3,19 32:7
**technical (4)** 43:20,21 106:10 118:4
**technicians (1)** 32:23
**techniques (1)** 33:3
**tell (15)** 8:6 15:21 22:11 34:9 34:12 54:6 88:13 89:16 113:19 116:17 117:7,19,24 150:24 161:25
**telling (1)** 17:15
**template (1)** 128:7
**ten (3)** 50:4,5,7
**tends (3)** 65:18 129:10 156:19
**term (9)** 74:23 75:7,20 77:12 93:7,10,16,20 112:12
**terminology (2)** 93:17 118:13
**terms (12)** 27:20 45:13 50:14 68:4 86:20,21 87:22 95:21 116:3 124:18 151:17,18
**territory (1)** 68:3
**test (11)** 62:11 74:14 76:19 79:13 119:17 157:3 159:2,11 164:6,24 166:9
**testified (30)** 5:5 24:11 33:24 44:24 49:5,12,17 61:9 64:4 72:10 77:19 81:25 83:8,11 84:21 90:20 91:6,7 94:17 96:24 98:23 104:25 116:11 117:5,20 136:22 144:16 147:11,22 148:16
**testify (2)** 63:3 93:23
**testifying (5)** 8:3 36:17 38:23 97:3 97:22
**testimony (18)** 13:19 39:14 42:21 49:13,15,18 50:3 52:12 53:25 95:7,8 122:19,21,24 168:9 169:6,19 171:13
**testing (4)** 80:24 156:24 159:5,7
**tests (3)** 158:23 166:10,12
**text (5)** 120:15 123:3 133:11 145:5,16
**Thank (1)** 42:16
**theoretical (2)** 141:7 145:21
**thereto (1)** 10:10
**thing (8)** 22:9 66:18 84:25 98:12 104:17 108:4 110:7 115:14
**things (9)** 30:3,4 70:20 74:18 125:20,23 153:2,4,6
**think (60)** 8:17 10:12 12:17 20:14 29:2 31:21 34:7 37:16 38:15 39:9,25 43:13 45:9 45:24,25 52:25 53:2 56:12 58:11,13 59:18,19,24 71:18 71:19,23 73:3 76:3 77:12 80:5 83:25 88:9,11 90:11 96:12 97:20 109:15 118:25 120:7,10,19 122:12,25 126:4 127:21 131:7 135:19 138:23 143:10 145:15,22 148:4 154:16 157:7 157:25 158:8,17,24 159:15 163:21
**thinking (6)** 10:6 30:16 35:15 114:22 126:6 128:13
**third (2)** 3:8 30:14
**third-party (2)** 66:20 126:12
**Thompson (3)** 155:23 157:13,21
**thought (2)** 37:12 142:20
**thoughtful (1)** 105:25
**thoughts (1)** 149:4
**thousands (2)** 137:14 138:9
**three (13)** 28:24,25 49:6 50:4 53:5 113:18 120:13 120:14 134:2 147:8 165:19,20 170:8
**ThreeCom (1)** 53:2
**three-part (1)** 60:3
**three-quarters (1)** 24:23
**threshold (12)** 81:9 144:24 151:2,4 151:10,13 164:9,21 164:23 165:8,23 166:7
**thresholds (1)** 151:19
**thrust (1)** 54:15
**ticket (1)** 35:15
**time (40)** 4:9 6:8,17 7:20,20 20:21 23:4 28:15 29:21 36:8,22 37:6 37:15,17 40:4,8 41:12 42:25 52:25 53:5,9 78:2,7 97:11 102:9 103:18,21 135:11 145:25 147:3,7 149:6 153:13 161:13,14 163:11,16 164:17 170:6,10
**times (12)** 9:2 28:6 49:5,7,10 50:2,4,5 112:13 135:5 136:12 161:14
**Time-Warner (4)** 6:24 7:3 98:9 174:2
**tiny (1)** 48:8
**title (2)** 30:16 127:22
**today (19)** 5:22 6:16 7:7 8:4,7,21 10:5,23 13:22 15:2 38:10 68:17 83:3 97:10 98:24 116:12 135:18 162:9 168:7
**told (6)** 15:23 66:8,22 67:5 72:15,18
**topic (7)** 18:8 55:15 56:14 104:16 131:5 138:6 168:5
**topics (3)** 43:14,21 44:2
**tosses (1)** 92:22
**total (1)** 109:23
**touch (1)** 39:16
**trace (2)** 88:24 94:25
**tracing (2)** 89:16,19
**track (3)** 24:24 137:3 169:10
**tracking (1)** 23:8

**Trades (1)**
3:6
**trading (13)**
69:16 70:9 72:20 73:6 73:6 75:15,16,25,25 78:19 105:8,12 106:23
**trained (1)**
51:14
**training (4)**
32:19 33:15,18,20
**transcript (16)**
10:25 11:2,3,5,6,11 11:15,20,23 12:2,2 12:6,21,23 13:18,19
**transcription (1)**
174:6
**transcripts (5)**
10:16,21 13:20,21,24
**travel (1)**
14:8
**treat (1)**
88:7
**treatment (1)**
96:11
**Trowel (1)**
3:6
**true (9)**
39:6 58:15 99:8,10 102:21 118:6 128:10 150:22 171:13
**truthfully (1)**
8:3
**try (6)**
6:8,11 35:8 57:3 72:8 109:11
**trying (8)**
90:17 95:24 104:18 113:9 119:6 124:24 125:2 164:13
**turn (10)**
14:21 19:16 58:21 73:22 103:23 108:20 119:12 155:19 156:4 161:5
**turning (2)**
131:9 147:14
**turns (5)**
24:20 37:5 130:17 133:7 137:11
**Twenty-seven (1)**
80:10
**twice (1)**
50:3
**two (44)**
5:11 9:7 10:9 26:19 28:14 30:14 35:16 38:7,9 42:7,18 53:5 67:3 78:9 82:15 83:14,15,16 84:11 84:18 85:6,6,24 86:4 89:7 94:2 101:4,8,17 102:11 102:14 111:6 131:23 133:9 134:2 134:12 138:16 143:6 151:13,14 166:12,19 167:12 167:20
**two-minute (1)**
103:15
**two-sided (1)**
159:9
**two-stage (2)**
137:24 138:16
**two-state (6)**
116:22,24 118:2,9,23 119:17
**two-tailed (2)**
164:6,24
**two-thirds (1)**
34:2
**type (19)**
32:9,11 61:9 69:24 123:12 155:9,12 156:20 157:5,21 158:3,13,16,18,21 159:13 163:19,23 164:18
**types (8)**
21:19 22:12,14 124:25 125:11 151:20 152:16 155:3
**typical (4)**
131:11,16,18,20

**U**

**U (4)**
5:2,2 147:10,10
**ultimate (4)**
89:21 90:2,4 95:22
**un (1)**
89:24
**unable (1)**
129:17
**unacceptable (1)**
86:8
**unacceptably (2)**
85:3,15
**unbounded (1)**
133:22
**unclear (2)**
55:2 143:9
**undercuts (1)**
65:18
**underlying (2)**
104:19 123:9
**understand (25)**
6:4,18 7:9,21 43:18 51:8 52:8 54:3 62:25 63:8 72:6 74:22 87:25 95:13 95:24 96:13 101:18 109:9,14 113:10 114:4 130:18 142:10 145:2 156:13
**understanding (32)**
6:16 11:9,14,22 22:13 27:25 29:22 36:11 36:22 37:3 39:17 42:24 52:14 54:7 56:24 57:4,5 62:21 63:5 69:5,11 71:15 78:18 79:2,5,7 81:11 91:6 96:6 114:11 157:11 167:11
**understood (10)**
22:22 39:12 42:16 53:17 54:4 59:9 78:16 90:10 119:4 163:20
**undertake (1)**
21:24
**undoubtedly (1)**
130:8
**undue (1)**
65:19
**unexplained (1)**
76:13
**unfortunately (2)**
109:10 114:2
**United (4)**
1:2 85:8,10,14
**universe (1)**
106:7
**university (9)**
19:24 20:2,6 30:24 31:4 51:15,17 55:13 55:14
**unprecedentedly (1)**
110:5
**unqualified (1)**
169:15
**unreasonable (1)**
89:23
**unrelated (3)**
139:4 140:14,22
**unspecified (1)**
86:24
**unusual (3)**
45:19 110:6 128:8
**USA (1)**
3:16
**usage (1)**
76:18
**use (52)**
6:16 15:24 17:16 18:5 25:10 37:15 61:11 61:22 62:19 65:9 71:5 75:3 76:23 80:15 83:17 103:5 104:5,14 106:8,9 109:6 111:12 112:14,16,19 114:12 115:16,20 116:19 117:2,25 118:3,12,23 119:22 121:18,21 122:10 140:5,6 156:25 157:4 158:15 159:25 162:12,19 163:22 164:10 165:5 166:3 167:6 169:10
**useful (2)**
32:24 35:4
**uses (24)**
61:15 62:7 69:6,12 70:12 79:4 91:18 93:10 99:24 104:22 104:23 105:6 108:15,16,22 115:6 115:10,11 116:21 116:24 132:5 157:15 164:22 165:22
**usually (2)**
68:21,22

**V**

**vague (3)**
29:18 97:9 114:2
**valid (2)**
81:14 106:10
**validity (7)**
65:19 66:2,13 67:13 80:25 82:12 106:11
**value (6)**
23:7 70:7,11,11 133:15,21
**variable (15)**
17:15 65:15 68:18,19 68:20,25 69:22 70:6 70:6,10,24 111:4,23 111:25 123:13
**variables (82)**
13:2,4 15:25 17:16 18:5 32:4 37:9,10 37:15 43:16,18 44:23 61:3,12,22 62:20 63:10 65:5,9 68:17 69:6,18,20,21 70:14,15 71:6 72:3 72:3,13,23 76:11 77:10,14 79:4 80:16 86:15 103:5 104:5 104:14,22 105:6,11 105:14 109:6,21 111:13 112:15,17 112:20 114:12 115:6,11,21 116:20 117:3,13 121:18,21 122:2,4 124:12 132:12 154:11 155:5 157:2,4,15 158:15 160:2,9 161:22 162:6,12,12 162:20 163:22 164:11 165:6 166:3 167:4,6
**variance (4)**

130:12 143:15 150:21 151:4
**variant (1)** 23:9
**variants (1)** 23:4
**variation (8)** 84:25 85:3,16,24 88:14 89:17,22 95:16
**varied (1)** 28:3
**varies (3)** 49:8 50:6 84:17
**variety (1)** 132:5
**various (7)** 6:16 28:5,6 57:13 126:8,8 165:20
**vary (1)** 27:12
**veer (1)** 143:21
**veers (1)** 138:5
**veil (1)** 142:19
**verbal (1)** 5:23
**verbatim (5)** 59:10 67:2,20 79:14 96:10
**verify (1)** 157:10
**version (3)** 51:7 124:10 155:11
**vice (5)** 29:7,15,24 30:5,11
**videographer (12)** 3:25 4:2 77:24,25 78:4 103:17,20 145:24 147:4 163:10,13 170:5
**videotaped (4)** 1:13 2:9 4:5 170:8
**view (19)** 62:3 67:9,14,16 80:24 89:8,15 91:20 94:22 94:24 95:25 96:10 107:2 109:3 114:11 117:11 118:22 140:21 165:5
**views (1)** 70:19
**virtually (1)** 39:5
**vitae (5)** 10:9 19:20 20:14,16 20:19
**vital (1)** 74:15
**vouch (2)** 11:17 73:20

**W**

**walk (1)** 19:22
**want (12)** 6:24 11:17 12:18 22:11 59:6 74:16,21 74:22 75:8 131:22 149:5 163:5
**Wardwell (5)** 2:11 3:13 4:13,16,18
**warranty (2)** 23:3,8
**wasn't (1)** 57:24
**way (69)** 23:14 24:25 38:22 48:12 53:17 58:20 61:2 63:15 64:13 65:5,7,10,14 66:22 67:8,10,16,23 70:3 71:2 72:10 76:24 87:24 88:23,25 91:25 98:13 99:3,3 99:12 100:15 101:25 102:24 104:14,23 107:14 110:10,12 111:13 113:6 115:6,12,21 116:9 117:20 121:13,15 122:15 123:8 126:18 127:10 129:12 136:23 143:9 144:19,20,21 149:17 152:22 154:6 155:2,8 158:20 160:5 161:25 162:16 165:4 169:4 171:18
**ways (5)** 23:5 54:14 117:18 122:14 165:20
**weak (1)** 114:19
**weaker (1)** 114:20
**Wealth (2)** 160:14 173:13
**Wecker (52)** 20:24 21:3,23 22:4,15 24:6,12 25:13,20 26:2,10,14 28:8,15 28:23 29:7,10 30:12 30:17,20 31:6 33:14 33:19 34:3,14,19,22 35:3,6,9 38:21 40:6 40:7,10,16,20,23 41:4,12,13,17 46:8 46:24 47:3,3,7,10 47:11,15,18,19 99:6
**Wecker's (1)** 25:3
**Wednesday (1)** 1:16
**week (1)** 11:13
**weighed (1)** 66:21
**weighing (1)** 66:3
**weight (6)** 66:19 67:11 68:5,5,7 68:10
**went (1)** 117:20
**weren't (1)** 148:17
**west (1)** 31:9
**we'll (1)** 15:13
**we're (8)** 67:18 71:24 77:25 86:12 103:20 145:24 163:15 170:5
**we've (5)** 18:15 68:16 119:9 145:5 155:15
**WHEREOF (1)** 171:20
**whichever (1)** 169:4
**wholesale (1)** 139:10
**wide (1)** 85:15
**widely (2)** 88:12,15
**William (15)** 20:24 21:3,23 22:4,15 24:6,12 25:3,13 26:2,9 28:8,23 29:7 99:6
**window (11)** 133:17 139:6,13 140:16,16,23 142:6 145:12,13,13 154:23
**wish (2)** 19:8 57:2
**withdraw (12)** 8:12 10:17 21:21 34:11 35:20 46:3 49:11 60:15 67:10 67:15 150:11 157:2
**witness (17)** 4:20 5:3 19:18 22:18 22:22 36:14 42:10 42:16 53:16 73:24 92:8 104:3 171:10 171:14,20 172:3 174:4
**word (6)** 8:18 62:7,7,13,15 63:15
**words (14)** 22:4 25:22 38:5 59:7 59:10 61:16 68:2 71:22 79:15 91:14 109:21 116:10 130:5 138:24
**work (34)** 12:13 13:7,12 15:4,6 15:9,10 17:2 27:9 34:14,19,20 40:11 40:18,24 41:5,15 42:13 56:16 66:6 73:15 80:2 88:2,6 94:15 96:24,25 99:2 118:11 167:23 168:7,14 169:11,11
**worked (2)** 27:7 38:12
**working (7)** 16:22 27:2 35:22 48:15 96:18 98:22 98:25
**workings (1)** 27:17
**works (1)** 138:3
**world (11)** 135:18 140:4,10,11 141:9,18 142:16 144:3,11 147:24 148:13
**wouldn't (7)** 11:18 39:20 73:17 74:16 108:3 115:12 163:3
**write (6)** 73:25 124:14,14 127:15 160:21 161:11
**writes (1)** 104:13
**writing (3)** 37:18 122:15 141:13
**written (4)** 8:19 66:23 122:14 165:20
**wrong (3)** 50:6 73:19 148:2
**wrote (6)** 48:23 50:15,16,23 51:5,6

**X**

**X (5)** 1:24 2:13 171:6,25 172:2

**Y**

**yeah (1)** 61:14
**year (10)** 49:2,5,7,8,8,19 50:5,7 50:7,9
**years (10)** 17:11 28:14 38:21

48:22 49:6 55:10 82:23,25 161:2 162:3
**yesterday (2)** 9:9 59:5
**yield (1)** 90:15
**York (12)** 1:15,15 2:12,12,16 3:9,9,18,18 171:3,5 171:8

**Z**

**zero (4)** 26:17 70:7 133:25 135:9
**zeros (1)** 68:21

**$**

**$20,000 (1)** 41:10
**$625 (1)** 40:15

**1**

**1 (21)** 14:16 18:16 131:10 131:16 132:10 155:9,12 156:20 157:5,21 158:3,13 158:16,18,21 159:13 163:19,23 164:18 172:18 174:5
**1:02 (1)** 1:7
**1:29 (2)** 145:25 146:2
**100 (2)** 85:13,25
**10017 (1)** 3:18
**10022 (1)** 3:9
**11 (7)** 73:21 74:8,24 75:3,12 78:13,23
**11:20 (1)** 78:2
**11:36 (1)** 78:7
**118 (1)** 173:10
**12:19 (1)** 103:18
**12:26 (1)** 103:21
**13 (3)** 1:16 2:5 174:3
**130 (1)** 138:24
**132 (1)** 108:17
**135 (1)** 119:12
**136 (1)** 119:19
**137 (8)** 126:4 131:10,13 133:7,12 145:17 151:23 152:24
**138 (1)** 131:11
**14 (2)** 87:7 172:20
**15 (2)** 48:17,18
**160 (1)** 173:14
**17 (7)** 120:15 122:18 123:11 123:18,25 124:2 134:12
**18 (8)** 120:21 121:2,6,7,13 121:16,23 122:9
**18035 (1)** 1:25
**187 (1)** 161:5
**19 (4)** 30:22 120:22,24 162:3
**1982 (2)** 20:16 30:23
**1985 (2)** 20:13,15
**1991 (1)** 30:23
**1992 (2)** 20:25 25:14
**1993 (1)** 29:6
**1994 (2)** 28:14 31:15
**1998 (1)** 31:15

**2**

**2 (5)** 79:16 133:14,22 172:21 174:6
**2:16 (2)** 147:3,7
**2:39 (1)** 163:11
**2:52 (1)** 163:16
**20 (3)** 48:18 99:17 109:22
**200 (1)** 72:14
**2001 (2)** 17:12 48:11
**2002 (1)** 48:11
**2004 (1)** 17:12
**2007 (1)** 11:7
**2008 (8)** 1:16 2:5 17:19 35:25 36:7 170:23 171:22 174:3
**214 (7)** 72:16,18,22 73:13 78:20,21 79:4
**216 (2)** 106:20 108:18
**22 (1)** 86:24
**25th (1)** 171:21
**27 (1)** 80:9
**29 (1)** 99:17

**3**

**3 (15)** 58:21,24 59:4,4,6,14 59:22 97:25 98:6,17 98:21 133:5 156:8 173:4 174:6
**3.25 (1)** 119:16
**3:02 (2)** 170:6,10
**30 (5)** 80:9 87:6 100:24 101:4,6
**31 (4)** 99:20,25 100:5,9
**388 (14)** 73:11,13 74:9 75:4,15 75:24 76:25,25 77:8 77:15 78:19,20 105:8 106:22

**4**

**4 (4)** 98:17 118:15,16 173:7
**4.2 (1)** 133:5
**400 (3)** 85:9 86:2 161:14
**450 (2)** 2:11 3:17

**5**

**5 (10)** 60:5 64:21 158:21 159:5,7,8,12 160:12 172:4 173:11
**50 (5)** 34:2,17 168:18,19 169:3
**56 (9)** 73:18 105:7,10 106:13,25 107:11 108:24 124:4,11

**6**

**6 (3)** 60:5 64:21 113:22
**60 (2)** 124:4,12

**7**

**7 (3)** 60:5 92:7 93:18
**70 (1)** 161:14
**75 (11)** 34:18 83:19,20 84:5,6 84:9,17 85:2 86:23 87:10 96:20
**78 (2)** 109:22,24
**79 (1)** 172:23

**8**

**80 (9)** 105:11,21 106:13,22 106:25 107:12 108:24 109:20 110:9
**83 (1)** 156:4
**850 (1)** 3:8

**9**

**9:39 (2)** 2:6 4:9
**90s (1)** 52:25
**95 (3)** 164:5,22 165:7
**98 (1)** 173:6