Page 234

B. Black

1  15th email.
3      Q.    Okay.  So it's actually not from
4  Jamie Kiggen.
5      A.    No, but it presents Jamie Kiggen's
6  views.
7      Q.    According to Catherine Watters.
8      A.    According to Catherine Watters.
9      Q.    Okay.  You attach no significance to
10 that?
11     MR. FOX:  Objection.
12     A.    I have no reason to think that
13 Catherine wasn't accurately reporting Jamie's
14 desire to talk about reducing his numbers.
15     Q.    Okay.  So let's go through it, parse
16 through this email.
17         It says, "MER cut its AOL revenue..."
18         Do you know what "MER" refers to?
19     A.    No actually.
20     Q.    Is it possible it refers to Merrill
21 Lynch?
22     A.    Yes.
23     Q.    "MER cut its AOL revenue from 40.7 to
24 $40.1 billion..."
25         Is that a $600 million reduction?

Page 235

B. Black

2      A.    Yes.
3      Q.    It says, "We don't know if they cut
4  EBITDA."
5          And then it says, "JK is in Europe
6  but wants to talk next week about reducing our
7  numbers at some point before they report T1."
8          Right?
9          And I'm sorry, you interpret this to
10 mean that Jamie Kiggen did not believe Credit
11 Suisse's numbers for AOL at this time period?
12     MR. FOX:  Objection.
13     A.    Let me return to the phrasing of the
14 expert report which is, "I was instructed to
15 make the following factual assumptions and they
16 are consistent with the factual record available
17 to me."
18         So the March 15th email is consistent
19 with the assumption that Jamie Kiggen as of this
20 date did not believe that AOL would meet its
21 guidance or CSFB's public estimates.
22     Q.    Okay.  What about him wanting to talk
23 about reducing numbers to you suggests that he
24 thought it was necessary to reduce those numbers
25 in order to meet AOL's likely reported numbers

Page 236

B. Black

2  for the next quarter?
3      A.    That feels like a confused question,
4  so I want to ask you maybe to restate it.  I'm
5  not sure I understand the question.
6      Q.    Okay.  All it says is he wants to
7  talk "...about reducing our numbers."
8      A.    Yes.
9      Q.    It doesn't say that he wants to -- I
10 mean, you don't view that as he wants to talk
11 about whether we should reduce our numbers, you
12 think it means that he wants to talk about the
13 need for us to reduce our numbers?  Is that how
14 you -- that's how you read it?
15     A.    In context I consider this to be most
16 likely a statement that he believes that they
17 should reduce their numbers given what he then
18 thinks about AOL's performance.
19     Q.    Where does that come from?
20     A.    It comes partly from he's sending
21 this to Laura Martin and he already knows that
22 Laura Martin wants to bring the numbers down,
23 she has since January.
24         And it's also part of what -- there's
25 this email thread, but then there are a bunch of

Page 237

B. Black

2  others around this same time period.
3          Certainly the way that if you look at
4  Laura Martin's response, certainly the way that
5  she interprets what he's saying.
6      Q.    The way she's interprets what he's
7  saying is what?
8      MR. FOX:  Objection.
9      A.    So the first two sentences of her
10 reply on March 29th, though again, I seem to
11 recall there's some other stuff in between, you
12 know, other emails, says, "This may be one that
13 you and I disagree on.  I would not lower
14 numbers on AOL even though they can't make
15 them."
16         I take that to be her reading his
17 message, plus whatever happened between the 15th
18 and the 29th, as suggesting that he believes
19 that the numbers should be lower.
20         And --
21     Q.    Okay.  So you think --
22     A.    -- that's part of the context here.
23     Q.    Okay.  And but what -- do you look at
24 what he said about this at his deposition?
25     A.    I read his deposition but I don't

B. Black

1  recall his specific statements.
2      Q.   But there's no point in us looking at
3  it, because whatever it says, you're going to
4  say that he's biased and that he's just
5  providing color after the fact in the same way
6  you discounted Laura Martin's views about what
7  she's saying; is that right?
8      MR. FOX:  Objection.
9      A.   I'm happy not to look at it.  If
10  that's your -- it's your -- you're asking the
11  questions.  You can ask me to look at it, you
12  can as ask me not to look at it.
13      Q.   I'm just saying without looking at
14  it, I'm asking you are you going to make the
15  same argument about what I show you that you
16  made about Laura Martin; that eight years after
17  the fact or five years after the fact people
18  have a tendency when they're defendants and
19  whatever nonsense you were talking about before
20  about why Laura Martin's views are biased, are
21  you going to make that same argument about Jamie
22  Kiggen's views about his emails such that
23  there's no point in me showing it to you?
24      MR. FOX:  Objection.

B. Black

1
2      A.   That feels like a compound question.
3      So it is my view that it might well
4  be that one should place greater weight on
5  interpreting a document written in 2001 the way
6  an outsider would read it.
7      To the extent that interpretation is
8  intentioned with a later statement of a
9  deposition about what that might mean, I don't
10  take that to be a statement about any person in
11  particular, I take that to be a statement, a
12  general statement.
13      And I think I would hold that general
14  view that I think there's value reading
15  documents on their own.
16      That isn't to say that there is no
17  value in seeing what people would then say about
18  them when asked.
19      Q.   But I mean let's be honest, you think
20  that your reading of Jamie Kiggen and Laura
21  Martin's emails at the time and what they meant
22  is actually better than their own deposition
23  testimony about their emails because they suffer
24  from some bias that you don't suffer from?
25  Isn't that exactly what -- in substance, isn't

B. Black

1
2  that what you said about Laura Martin's views
3  about the January 11th email?
4      A.   No.  I think that my view is informed
5  by what she said at her deposition, which is not
6  the same thing as saying I give dispositive
7  weight to what she said at her deposition when
8  other interpretations are possible.
9      But again, this is an assumption that
10  I was asked to make and all I'm saying in my
11  report the factual record is consistent with
12  that assumption.
13      It's possible for the trier of fact
14  to read the factual record in a manner that's
15  consistent with this assumption.
16      Q.   That sounds like a legal
17  interpretation.
18      I mean are you now opining on whether
19  the summary judgment standard has been met with
20  respect to this issue?
21      A.   I was not trying to express a legal
22  opinion.
23      Q.   No.
24      A.   I was just trying to say what I
25  thought it meant to me to say that these

B. Black

1
2  assumptions are consistent with the factual
3  record available to me.
4      Q.   Okay.  Your testimony has been
5  rejected in the past on the basis -- your expert
6  testimony has been rejected in the past on the
7  basis that a judge in at least one opinion
8  thought that you were providing what was
9  essentially legal testimony; is that right?
10      A.   I think I know what you're referring
11  to, but I think if you phrase that generally, I
12  wouldn't say that was entirely right.
13      Q.   What do you think I'm referring to?
14      A.   You're probably referring to a
15  statement in a case involving ONBANCorp in the
16  mid-1990s where I submitted an expert report
17  that I think was mostly in the nature of factual
18  material and had a bit of what I would consider
19  a legal analysis at the end, and the judge
20  didn't like the legal analysis.
21      Q.   Okay.
22      A.   But I don't think it was a fair
23  description of my report as a whole.
24      Q.   That's not what I'm talking about,
25  but in that case Judge Pooler did indicate that

B. Black

1    **she was inclined to grant the motion to strike**
2    **your testimony because it consisted largely of**
3    **legal argument; is that correct?**
5        A.    She said something like if a motion
6    had been made, I might have been inclined to
7    grant it, but it wasn't made and probably it
8    wasn't made because except for this one section
9    of my report, it wouldn't have been appropriate
10   to make it.
11       Q.    **In fact it was made and withdrawn**
12   **actually.**
13       A.    That I have no knowledge about.
14       Q.    **Actually I was talking about the**
15   **Alumex, Inc. versus IRS case.**
16       A.    Alumex?
17       Q.    **Alumex, yeah.**
18       A.    I don't recall my opinion in Alumex
19   as having been rejected as legal in nature.
20       Q.    **Okay. I'm not going to waste time on**
21   **it.**
22       A.    But in any event, I was not trying to
23   provide a legal statement. I was just trying to
24   provide -- you know, let me limit what it is I
25   mean when I say, you know, that, you know, this

B. Black

1    is consistent with a factual record available to
2    me and I don't mean to say this is the only
3    possible interpretation of the factual record.
4        Q.    **Why would Kiggen issue reports on AOL**
5    **that he didn't believe?**
7        MR. FOX:    Objection.
8        A.    I can offer a number of reasons.
9        Q.    **Okay.**
10       A.    One reason would be a desire to
11   preserve the potential for investment banking
12   business for CSFB with AOL.
13       Q.    **Let's stop with that. We'll continue**
14   **on. Let's take them one at time.**
15           **Do you know what CSFB's investment**
16   **banking relationship was with AOL?**
17       A.    No.
18       Q.    **Do you know if Jamie Kiggen received**
19   **compensation based on investment banking**
20   **business generated by the investment banking**
21   **division of CSFB?**
22       MR. FOX:    Objection.
23       A.    I believe there was testimony in his
24   deposition that that was not an explicit part of
25   his compensation.

B. Black

1        Q.    **Do you believe there was testimony**
2    **suggesting that it was an implicit part of his**
3    **compensation?**
5        MR. FOX:    Objection.
6        A.    There's certainly information in the
7    record suggesting that he was sensitive to the
8    possibility of investment banking business.
9        Q.    **Okay. Irrespective of his**
10   **compensation or in light of his compensation?**
11       A.    I guess I want to say there is
12   testimony that he was sensitive to that
13   possibility, and I'm not aware of it being an
14   explicit part of his compensation and, you know,
15   what went into long run compensation decisions
16   and what went into CSFB's decision to hire him
17   at salary X instead of Y, I don't know.
18       Q.    **Okay. And -- all right. What were**
19   **some other reasons why he would have a**
20   **motivation to lie in his research reports?**
21       A.    I think that analysts are concerned
22   about maintaining access to company executives
23   and there's certainly the potential for access
24   to be reduced or even withdrawn entirely if an
25   analyst makes the company executives unhappy by

B. Black

1    writing something, so he might have been
2    concerned with maintaining his access to the
3    company executives, including Richard Hanlon and
4    Robert Pittman.
5        Q.    **Okay. Anything else?**
7        A.    He may have been concerned with --
8    let's put it in general, analysts who work for
9    investment banks are called sell side analysts
10   and they're called that for a reason; that in
11   some sense although their compensation doesn't
12   directly come from trading commissions, it's
13   certainly indirectly related to trading
14   commissions, and on the whole you don't get
15   people to trade by telling them they shouldn't
16   buy. So there's probably some reason that is
17   compensation related for analysts to be, sell
18   side analysts to be systematically upward
19   biased.
20       Q.    **Anything else?**
21       A.    Fourth, Jamie Kiggen had been a
22   longtime bull on AOL and I believe into late
23   2000 had a price target on the order of 115 or
24   120 if I recall correctly, and so he had just
25   brought it down from that very high level to 80

B. Black

1  in December of 2000 or January 2001 I believe.
2
3        He might have felt that it would be
4  embarrassing and harmful to his reputation to
5  then bring it down further, and again, given
6  where it had been so recently and therefore
7  might have wanted to stretch out the period over
8  which he revised downward his views on AOL.
9     Q.   And more harmful to his reputation
10 than being wrong in your view.
11    A.   That's certainly, certainly possible
12 that he would have perceived more harm to his
13 reputation from two collectively large downward
14 revisions in short order than from stretching
15 out --
16    Q.   Even if that made him more accurate.
17       MR. FOX:  Objection.
18    A.   Even if the hypothetical second
19 downward revision would have been closer to the
20 sum of his views on AOL and Laura Martin's views
21 on Time Warner.  America Online and Laura
22 Martin's views on Time Warner.
23    Q.   Did you look at any of the research
24 analysts who covered AOL who did not have the
25 same motivations that Kiggen might have to

B. Black

1
2  determine whether his research reports and the
3  numbers that he put forward were consistent
4  with, were consistent with -- as between -- I'm
5  sorry.  Strike that.
6        Did you look to see if whether any of
7  the analysts who were covering AOL who did not
8  have the motivations to lie that you indicate
9  that Mr. Kiggen had, had similar metrics for AOL
10 during the time period of 2001 and 2002?
11       MR. FOX:  Objection.
12    A.   Let me respond by saying that with
13 regard to the first three causes of concern,
14 concern for investment banking business, concern
15 for access to company executives and concern
16 with generating trading revenue, that I would
17 consider those to probably apply across the
18 board to many analysts and not be specific to
19 Jamie Kiggen.
20       And I have not researched the extent
21 to which the fourth concern, which is my
22 estimate used to be even higher than it is
23 today, would apply to analysts other than Jamie
24 Kiggen.
25    Q.   Do you know what Bernstein Research

B. Black

1
2  is?
3     A.   I've heard the name.
4     Q.   Do you know if they covered AOL
5  during the class period?
6     A.   I believe that they did.
7     Q.   Do you know if they have investment
8  banking business?
9     A.   I've not heard of them as an
10 investment banking firm.
11    Q.   That's because they don't do
12 investment banking business.
13       So the bias that you indicated with
14 respect to generating investment banking
15 business, that wouldn't apply to Bernstein; is
16 that right?
17    A.   If they don't have investment banking
18 business, then it wouldn't apply.
19    Q.   Okay.  So do you think it would be a
20 useful metric to determine whether or not
21 Mr. Kiggen's reports were reasonable to take a
22 look at someone like Bernstein who didn't have
23 investment banking business to see what their
24 numbers were to see if they were comparable?
25       MR. FOX:  Objection.

B. Black

1
2     A.   It might be relevant.
3     Q.   But you didn't do that.
4     A.   I did not systematically look at
5  other analysts as part of this assignment.
6     Q.   You indicate that, in your report,
7  that Kiggen didn't believe that AOL would meet
8  its numbers because of the March 15th email.
9        Do you know when the next report that
10 was issued by Credit Suisse that had actual
11 numbers in it was?
12       In terms of numbers, I'm talking
13 about revenue and EBITDA numbers.
14       MR. FOX:  Objection.
15    A.   I'm aware that there was a major
16 report issued on April 10th, but I'm not aware
17 of whether there were smaller reports between
18 March 15th and April 10th.
19    Q.   So let's take a look at that report.
20       MR. GESSER:  This is Black-15.
21       (Defendants' Exhibit Black 15, Credit
22 Suisse First Boston report dated 4/10/01,
23 marked for identification, as of this
24 date.)
25 BY MR. GESSER:

B. Black

1
2     Q.   So turning to page 29 --
3          MR. FOX:  I would just say this is a
4     long report and do you want to give the
5     witness time to look at it?
6          MR. GESSER:  I would hope the witness
7     has looked at it.  It's all over his
8     report.
9          MR. FOX:  Well, I understand, but it
10    might be a while since he's looked at it.
11         MR. GESSER:  Okay.  Well, your -- I'm
12    going to --
13         MR. FOX:  Whatever you want.
14    A.   I've turned to page 29.
15    Q.   Okay.  What's the net revenue number
16    that's there?
17    A.   The net revenue after intersegment
18    elimination for the full year 2001 is 41,184 in
19    millions of dollars.
20    Q.   So does that mean that Kiggen
21    actually reduced the net revenue number?
22         MR. FOX:  Objection.
23    A.   My recollection is that the -- that
24    there was an earlier CSFB number of $41.6
25    billion.  I'm not pinning that down to a

B. Black

1
2     specific date.
3     Q.   Okay.  Right.  That's a $400 million
4     reduction in the revenue numbers?
5     A.   If my recollection is correct, then
6     that would be a $400 million reduction in
7     projected revenue.
8     Q.   So Kiggen actually does bring down
9     the revenue number, right, as he said he would
10    in the email; is that right?
11         MR. FOX:  Objection.
12    BY MR. GESSER:
13    Q.   In the March 15th email?
14    A.   Assuming that the most recent prior
15    revenue number was $41.6 billion, 41.2 was lower
16    than 41.6.
17    Q.   Okay.  So --
18    A.   It appears that the -- that there was
19    not a change in the EBITDA number because I'm
20    seeing approximately $10.9 billion here and my
21    recollection is that there were similar prior
22    numbers.
23    Q.   Do you know what AOL's guidance was
24    at this time?
25    A.   AOL's guidance was $11 billion.

B. Black

1
2     Q.   Okay.  So he was below guidance.
3     A.   He was below guidance, but explicitly
4     ruling out the EBITDA or revenue impact of a AOL
5     subscription price rise.
6     Q.   Where does that come from?
7     A.   In some of his reports, and I forget
8     which ones, he explicitly says, "We're not
9     building this into our analysis" and in fact
10    that's a lever that AOL has to try to meet
11    guidance if they need it, where I think there's
12    lots of indication that a subscription price
13    rise was expected and indeed occurred relatively
14    soon thereafter.
15    Q.   Okay.  To the extent that you say
16    that in your assumption at three that he said
17    that AOL couldn't meet its EBITDA guidance, he's
18    got an actually a lower EBITDA number than AOL,
19    correct?
20    A.   I read this report as projecting that
21    without a subscription price rise, AOL would not
22    quite meet its EBITDA number, but in some sense
23    holding that in reserve in the same way that the
24    company is holding that in reserve.
25    Q.   And he does actually lower the

B. Black

1
2     revenue number; is that right?
3          MR. FOX:  Asked and answered.
4     A.   Again, not having in front of me the
5     immediate prior reports, I have a recollection
6     of $41.6 billion at some prior date.
7     Q.   Okay.  So now what is it about the
8     email that is now inconsistent -- the March 15th
9     email is now inconsistent with his report?
10         MR. FOX:  Objection.
11    A.   First, I don't want to look just at
12    the March 15th email.  I also want to look at
13    the back and forth between the 15th and the
14    29th.  I want to look at whatever happened that
15    isn't recorded in emails that may have informed
16    Laura Martin's response, because she's clearly
17    talking about whether they should lower the
18    EBITDA estimate and that makes me think that
19    that was part of what Jamie Kiggen was
20    interested in doing, even though the March 15th
21    email is not explicit about that.
22    Q.   On the top of page 11 you say that
23    he -- that "Kiggen increased estimated..." this
24    is on page 11, I'm sorry, of your report, that,
25    "Kiggen increased estimated Time Warner revenue

B. Black

1              **B. Black**
2  by $800 million so that overall AOL Time Warner
3  revenue dropped by $400 million"; is that
4  correct?
5     A.  Which page of my report?
6     Q.  Top of 11.
7       (Document review.)
8     A.  Yes.
9     Q.  And you say, "It's hard to see how
10  this change in Time Warner revenue was either
11  honest or reasonable.  Laura Martin was the Time
12  Warner expert.  She was trying to bring the Time
13  Warner numbers down, not up."
14      Is that right?
15     A.  Yes.
16     Q.  Did you actually bother to check
17  whether or not with the $800 million increase in
18  Time Warner revenue, whether that was consistent
19  with what the actual numbers that Time Warner
20  reported?
21      MR. FOX:  Objection.
22      (Document review.)
23     A.  I believe that I did.
24     Q.  Okay.  So do you remember what the
25  result was?

1              **B. Black**
2     A.  For Time Warner only, no, I don't.
3     Q.  Okay.  Would it surprise you to learn
4  that even with the increase by $800 million,
5  that Time Warner beat the number that Kiggen had
6  assigned to his Time Warner numbers for the
7  first quarter of 2001?
8     A.  So the question is, what were the
9  Time -- what was the Time Warner estimated
10  revenue for the first quarter of 2001, right and
11  what was their actual revenue.
12      And gee, let's look at the numbers.
13     Q.  I'm asking you -- we don't have time
14  because I've got other things, but I'm asking
15  you, would it surprise you to learn that CSFB's
16  numbers, even with the $800 million that you're
17  talking about, actually fell short of the actual
18  numbers that Time Warner reported for first
19  quarter of 2001?
20      So he was -- it was neither -- it was
21  not reasonable, but it was actually reasonably
22  too low.  He should have increased it more.
23  That would surprise you?
24     A.  That is not my recollection.
25     Q.  Okay.  If we have time, I'm going to

1              **B. Black**
2  show you those numbers, but I want to move on to
3  another topic.
4      You indicate in your report that --
5  let's look at page 15.  That "On July 10th, a
6  credible source in AOL's business affairs unit
7  generated -- which generated the lion's share of
8  AOL's crucial ad com revenue advised CSFB of
9  medium severity layoffs in that unit which would
10  not be publicly announced."
11      Do you see that?
12     A.  Yes.
13     Q.  What's your basis for saying that
14  source was credible?
15     A.  I have no reason to think otherwise.
16     Q.  Okay.  But did someone tell you it
17  was a credible source?
18     A.  I think I recall some back and --
19  some email, some emails in which sort of that
20  question was asked of this person at CSFB who
21  received the information of is your resource
22  credible and he answered yes.
23     Q.  Do you know who the source was?
24     A.  No.
25     Q.  Do you know that she was deposed in

1              **B. Black**
2  this case?
3     A.  Yes.
4     Q.  Did you read her deposition
5  transcript?
6     A.  No.
7     Q.  Do you know how old she was at the
8  time?
9     A.  No.
10     Q.  Do you know what level employee she
11  was at the time?
12     A.  No.
13     Q.  Do you know what she said about
14  whether she would have access to non-public
15  information?
16     A.  I have --
17      MR. FOX:  Objection.
18     A.  Well, if she said there were going to
19  be medium severity layoffs which would not be
20  publicly disclosed, that certainly suggests that
21  she has access to non-public information.
22     Q.  Is that my question?
23      We have very limited time, so why
24  don't you just answer my question?
25      Do you know what she said at her

Page 258

B. Black

1  **B. Black**
2  deposition about --
3     A.  I've already said I didn't read her
4  deposition.
5     **Q.  But that's not what I'm asking.**
6     **I'm saying did someone tell you what**
7  **she said in her deposition about this.**
8     A.  I have no knowledge about what she
9  said in her deposition at that level of
10  specificity.
11     **Q.  Fine.**
12     **So analysts hear rumors all the time,**
13  **correct?**
14     MR. FOX:  Objection.
15     A.  I would expect that analysts are
16  likely to hear rumors with some frequency.
17     **Q.  And they don't publish all the rumors**
18  **that they hear; is that right?**
19     A.  I would agree with that.
20     **Q.  In fact it would be improper for them**
21  **to report many of the rumors that they hear.**
22     MR. FOX:  Objection.
23     A.  Depending on the rumor, it might be
24  improper to report the rumor.  It would depend
25  on the nature of the rumor.

Page 259

B. Black

1  **B. Black**
2     **Q.  Okay.  And so in this case, what do**
3  **you think Mr. Kiggen should have done with the**
4  **rumor that he heard?**
5     MR. FOX:  Objection.
6     A.  What...
7     MR. GESSER:  I'm marking as Black --
8     (Defendants' Exhibit Black 16, Email
9     dated 1/11/01 from Lorenzo to Kiggen,
10     Watters, marked for identification, as of
11     this date.)
12     A.  Assuming that this is coming from a
13  credible source and that it is potentially
14  important information, the natural thing for
15  him --
16     **Q.  I'm sorry.  I'm going to stop you**
17  **there.**
18     MR. GESSER:  Are you going to insist
19  on the seven hours?
20     MR. FOX:  Yes.
21     MR. GESSER:  Are you going to stop
22  this at seven hours?
23     MR. FOX:  Yes.
24     MR. GESSER:  Okay.  I'm going to move
25  to extend the time and ask him to come back

Page 260

B. Black

1     **B. Black**
2  unless you give me another half an hour.
3     MR. FOX:  I'm not agreeing to that.
4     MR. GESSER:  Okay.  Then all right --
5     MR. FOX:  You can make whatever
6  motion you want.
7     MR. GESSER:  Fine.  Then I'm going to
8  ask you to just not make any more
9  objections other than just objection for
10  the next 15, 20 minutes.
11     MR. FOX:  Okay.  Fine.
12  BY MR. GESSER:
13     **Q.  All right.  I'm sorry, go ahead, you**
14  **can continue answering the question.**
15     A.  Assuming that he treats this, you
16  know, the rumor as credible and worthy of
17  investigation, the natural place to go would be
18  to AOL to see whether they're willing to confirm
19  or deny this information.
20     **Q.  Okay.  You're an analyst, you receive**
21  **this email that's in front of you that's marked**
22  **Black-16, what do you think that analyst should**
23  **do with that information?**
24     MR. FOX:  Objection.
25     A.  That as part of the overall back and

Page 261

B. Black

1     **B. Black**
2  forth, I think it would be appropriate to see if
3  the company's investor relation person,
4  Mr. Hanlon, would be willing to either confirm
5  or deny the existence of layoffs.
6     **Q.  Assuming he would not.**
7     A.  Well, he could do three things; he
8  could say yes, he could say no, or he could say
9  we don't disclose that information.
10     I don't know whether that inquiry was
11  made and I don't know what the response was, so
12  it's going to become a complicated hypothetical
13  very quickly.
14     **Q.  But not knowing that, how are you**
15  **able to opine on whether there was information**
16  **that was withheld from the market based on this**
17  **email?**
18     MR. FOX:  Objection.
19     A.  I don't know that I offered that
20  opinion.
21     I offered an opinion that substantial
22  layoffs would be highly value relevant.
23     **Q.  So you have no opinion as to whether**
24  **Kiggen should have disclosed this or not in his**
25  **report?**

**B. Black**

1
2     A.   I think my sense would be that
3  information about medium severity layoffs in a
4  core business unit that's at the core of the
5  value of AOL and the growth of AOL probably
6  should prompt an inquiry at the company.
7        And I recall from his deposition that
8  there was some back and forth on whether that
9  inquiry had occurred; that he wasn't, if you
10  will, disagreeing that he ought to inquire
11  further and his view, without having specific
12  recollection, is oh, we must have and there must
13  have been nothing to it or something along those
14  lines. That's not a precise recollection.
15        So I think his view was that yes, it
16  was appropriate to investigate further and they
17  must have done so and not found any substance to
18  it, and therefore said nothing.
19        That may not be a fair paraphrase of
20  his deposition testimony, but that's what I
21  recall.
22     Q.   **Do you even know what my question**
23  **was?**
24     A.   I've now forgotten it.
25     Q.   **My question was would you have**

**B. Black**

1
2  **disclosed this as an analyst?**
3     A.   I'd want more information. So you
4  don't say hey, we have a source within AOL that
5  says X, you go ask the company, you see if you
6  can verify.
7     Q.   **And you just said that Kiggen thinks**
8  **that that must have happened and that they**
9  **didn't learn anything more than this.**
10        MR. FOX:  Objection.
11     Q.   **Assuming that to be true, assuming**
12  **that Kiggen did some kind of analysis and**
13  **couldn't learn anything more than this.**
14        MR. FOX:  Objection.
15     A.   So again, let me try to pin down the
16  hypothetical. So Kiggen talks to him and says,
17  you know, we've been told that there are
18  significant or medium severity or something
19  layoffs in business affairs and, you know, I'm
20  worried about what that implies for ad com
21  revenues because these are people who are
22  generating the ads and Hanlon says, "False."
23     Q.   **No. That's not what I'm saying.**
24  **Hanlon says, "Greg FD says that I can't provide**
25  **non-public information to analysts so I'm not**

**B. Black**

1
2  **telling you."**
3     A.   That's a tough one. You've got
4  potentially I think highly value relevant
5  information that is not yet fully confirmed but
6  it's also not denied either, and the appropriate
7  course might be to see if you could confirm it
8  in some other way.
9     Q.   **Assume you couldn't.**
10     A.   I have not formed an opinion and I'm
11  sort of reluctant to do so on the fly.
12     Q.   **What do you think about this email**
13  **suggests -- let's take the layoffs, for example,**
14  **let's take the layoffs and separate them from**
15  **the accounting investigation.**
16        **What about this email makes you think**
17  **that this is highly relevant information to the**
18  **market?**
19     A.   If AOL is saying publicly we don't
20  see the effect of the online advertising
21  slowdown on us, we're doing just fine, we're
22  growing rapidly, and at the same time they're
23  laying off people in their advertising division,
24  those are inconsistent.
25     Q.   **How many employees does AOL have at**

**B. Black**

1
2  **this time?**
3     A.   15,000 at a rough estimate, but I
4  don't -- don't hold me to that.
5     Q.   **Okay. How about 90,000 for the Time**
6  **Warner, AOL combined Time Warner?**
7     A.   Oh, I'm sorry. I was thinking
8  America Online. I think America Online would
9  have been about 15,000.
10        I don't even have a view on what Time
11  Warner's overall would have been.
12        We're getting tangled up in the
13  terminology again.
14     Q.   **That's why I said...**
15        **And a layoff that's medium in terms**
16  **of severity, what do you take that to mean?**
17     A.   So out of a denominator of 15,000,
18  certainly well into the hundreds, 500. More
19  than 500, not 5,000.
20     Q.   **And why are you using the denominator**
21  **of 15,000 instead of 90,000?**
22     A.   Because I take this information to be
23  information about the America Online unit and
24  not about AOL TW as a whole.
25     Q.   **Why do you do that?**

**B. Black**

1     A.   That's my recollection of the facts
2  of the case.  I believe the source was someone
3  in the business affairs unit and that's my --
4  there are other emails related to that but, you
5  know, it's a view on the facts, but that is my
6  view of the facts and it's not just coming just
7  from this email.
8     Q.   And medium, is that a term of art,
9  medium layoffs or you're just ascribing some
10 number to that?
11    A.   I'm ascribing some general value of
12 look, it's not, you know, it's not huge, right?
13 But it's significant I suppose in some way.
14        I can't go behind the words "medium
15 severity."  So you asked me in some sense to
16 speculate about out of 15,000 people, how many
17 would be medium severity and my speculation was,
18 you know, well into the hundreds.
19    Q.   Who's the author of this email?
20    A.   Anthony Lorenzo.
21    Q.   Do you know if Anthony Lorenzo was
22 deposed in this case?
23    A.   I understand that he was.
24    Q.   Do you know if Anthony Lorenzo gave a

**B. Black**

1  view as to what he meant when he wrote "medium
2  severity"?
3     A.   I am not familiar with the contents
4  of his deposition.
5        My recollection is that he didn't
6  have any more information other than the term
7  "medium severity."
8     Q.   How do you recall that if you didn't
9  review his deposition transcript?
10    A.   From conversations with counsel.
11        MR. FOX:  I would just caution the
12    witness not to get into conversations with
13    counsel.
14        THE WITNESS:  Okay.
15 BY MR. GESSER:
16    Q.   You said that one thing you'd want to
17 do is try to verify this through other sources,
18 through AOL and so forth; is that correct?
19    A.   Yes.
20    Q.   Just to save time, I'm going to show
21 you something that's been previously marked as
22 Lorenzo 6 so we don't have to waste the time
23 re-exhibiting it.
24        Have you seen this before?

**B. Black**

1     A.   Yes, I have.
2     Q.   It's a Washington Post article from
3  July 11, 2001?
4     A.   Yes.
5     Q.   If you take a look at the email, if
6  you take a look at the email, that's July 11; is
7  that right, from Anthony Lorenzo?
8     A.   The email from Anthony Lorenzo is
9  July 11th.
10    Q.   And the article is from July 11th as
11 well; is that right?
12    A.   That's correct.
13    Q.   And the article talks about layoffs
14 that occurred yesterday, so that would have been
15 on July 10th; is that right?
16    A.   That's correct.
17    Q.   It says, "In -- AOL Time Warner
18 yesterday laid off 30 people in its online
19 marketing division," okay?
20    A.   Yes.
21    Q.   And then it says in the next
22 paragraph, "These are employees who worked in
23 the business development group in the
24 interactive marketing division of America

**B. Black**

1  Online."
2     A.   Yes.
3     Q.   Okay.  If you were Jamie Kiggen and
4  had seen this article on the same day that you
5  had received this email, any reason to think
6  that these layoffs are not the layoffs referred
7  to in the email?
8     A.   I think that the view that these were
9  the same layoffs and the view that these were
10 not the same layoffs are both consistent with
11 the factual evidence available to me.
12    Q.   What was my question?
13    A.   You asked me whether Kiggen should
14 have assumed that these were the same layoffs.
15    Q.   Was it reasonable for Kiggen to
16 assume they were the same layoffs?
17        MR. FOX:  Objection.
18    A.   Again, I think the natural and
19 appropriate thing for him to do, and I think the
20 thing he says he assumed he did, was to check
21 with the company.
22        And then I'd want to know, okay, what
23 did the company say about that.
24        And one of the things the company

Page 270

B. Black

1  might have said is go read the Washington Post.
2  And if the company said something
3  other than that, that might be evidence
4  suggesting that this was something different
5  than what was reported in the Washington Post.
6  So without getting into fairly
7  complicated hypotheticals.
8  **Q.  Let's say assume he did not talk to**
9  **the company at all, but instead saw this and**
10 **then looked at the Washington Post and said**
11 **okay, well, layoffs, layoffs same day, same**
12 **division, same everything, that must be it. And**
13 **this is not being announced by the company, this**
14 **is somehow being leaked.  I think that this must**
15 **be the same layoffs.  No need for me to report**
16 **on it, it's already public.**
17 MR. FOX:  Objection.
18 BY MR. GESSER:
19 **Q.  Reasonable?**
20 MR. FOX:  Objection.
21 A.  I guess I certainly didn't -- I
22 wasn't trying to form an opinion on the
23 reasonableness of this particular hypothetical
24 course of conduct and I find myself reluctant to

Page 271

B. Black

1  do so.
2  I'm certainly not saying no, my
3  opinion is that hypothetical course of conduct
4  would be unreasonable.
5  **Q.  What leads you to even think that it**
6  **could be unreasonable?**
7  MR. FOX:  Objection.
8  A.  Thirty people doesn't sound like
9  medium severity to me, so at least it would
10 occur to me that these aren't the same thing.
11 And if he's in regular conversation
12 with Hanlon, which he probably is, it might well
13 have been appropriate for him to do what he says
14 in deposition he thinks he did, which is ask.
15 **Q.  So it may be unreasonable because 30**
16 **layoffs doesn't sound like medium severity.**
17 **Is it possible that the source didn't**
18 **know the scope of the layoffs, all she knew was**
19 **that people in her division were laid off and**
20 **she described it as medium, but what her view is**
21 **medium and what your view is medium are quite**
22 **different?**
23 A.  I would consider it to be possible
24 that either she didn't know the scope of the

Page 272

B. Black

1  layoffs or that the layoffs that were announced
2  in the Washington Post were layoffs that she
3  would have considered to be of medium severity.
4  **Q.  You said that you thought that both**
5  **hypotheticals or both possible factual**
6  **situations were plausible, I believe, or I don't**
7  **know if you said equally plausible, but both**
8  **plausible; one, that the layoffs that occurred**
9  **on -- that were announced in the Washington Post**
10 **article are the layoffs that are being referred**
11 **to in the Lorenzo email from January 11, and**
12 **also that they were not; is that right?**
13 MR. FOX:  Objection.
14 A.  I think that it struck me that
15 those were both plausible assumptions or
16 reasonable assumptions or something like that.
17 **Q.  And then I think just from your**
18 **report, I think you would say, if I'm correct,**
19 **that in the alternative possibility, the layoffs**
20 **that are being referred to in the July 11th**
21 **email are actually layoffs that occurred, were**
22 **announced publicly on July 13th; is that right?**
23 A.  I'm sorry.  Can you repeat the
24 question?

Page 273

B. Black

1  **Q.  If you look at page 16 of your**
2  **report.**
3  **(Document review.)**
4  A.  Okay.
5  **Q.  You say, "On August 13th, the Wall**
6  **Street Journal reported significant expected**
7  **layoffs at AOL consistent with the information**
8  **available to CSFB about layoffs at AOL's**
9  **business affairs unit."**
10 A.  Yes.
11 **Q.  If it's not explicitly said, the**
12 **strong suggestion is there that you're talking**
13 **about that the layoffs that are referred to in**
14 **the Lorenzo email from July 11th are the same**
15 **layoffs on August 13th.**
16 A.  Well, I assume that in Footnote 2.
17 **Q.  Okay.  So I'm asking --**
18 A.  By the time I get to page 16, I've
19 already assumed that.
20 **Q.  Okay.  But before you said not only**
21 **have you assumed it, but you view it to be a**
22 **plausible conclusion; is that right?**
23 A.  Yes.  I think I would not have been
24 comfortable assuming -- making the assumption in

Page 274

B. Black

1  Footnote 2 if I didn't think it was a reasonable
2  assumption.
3
4      Q.   Okay.  So those layoffs, the layoffs
5  that are announced on August 13th, do you know
6  if they were public at any time before August
7  13th?
8      A.   My understanding is that those
9  layoffs were not publicly disclosed prior to The
10 Wall Street Journal article on the 13th.
11     Q.   So that would mean that the source at
12 AOL, according to let's say the second factual
13 scenario that you say is plausible, would have
14 had non-public information about layoffs on July
15 10th, 2001 that were not made public until
16 August 13th, 2001, so roughly a month that the
17 source would know about layoffs at AOL that had
18 not been announced publicly; is that correct?
19     A.   Well, they weren't announced publicly
20 on August 13th either.  The Wall Street Journal
21 reported on them.
22     Q.   Okay.  But that were unknown to the
23 market until August 13th.
24         MR. FOX:  Objection.
25     A.   Yes, that would be consistent with

Page 275

B. Black

1  the assumption I'm making in Footnote 2.
2      Q.   Do you know how many people were laid
3  off on August -- were announced that were going
4  to be laid off in the August 13th, August 14th
5  Wall Street Journal and then subsequently I
6  think it's the Washington Post articles?
7      A.   About 1,000 people overall.
8      Q.   And do you know where those people
9  were to be laid off?
10         MR. FOX:  Objection.
11     A.   I think, if I'm recalling The Wall
12 Street Journal article correctly, I'm not
13 recalling great specificity about which business
14 units.
15     Q.   Physically do you know where?
16     A.   I'm recalling a reference to D.C.,
17 but the article speaks for itself.
18     Q.   Some in D.C., some in California.
19         Does that sound familiar?
20     A.   I recall D.C.
21         I'm not recalling more detail than
22 that.
23     Q.   Were layoffs expected post merger?
24         MR. FOX:  Objection.
25

Page 276

B. Black

1      A.   Some layoffs at the combined company
2  were expected post merger.
3      Q.   And in fact one of the reasons for
4  people being optimistic about the combined
5  entity was the fact that there would be certain
6  synergies between the companies that would lead
7  to a reduction in workforce; is that correct?
8      A.   Yes.
9      Q.   Okay.  So why did these layoffs that
10 are announced -- why do these layoffs that are
11 referred to in the July 11th email, why do you
12 view them as being necessarily negative?
13         MR. FOX:  Objection.
14     A.   They would be likely to be negative
15 both because they were concentrated within AOL
16 and because at least in July 11th they were
17 concentrated in business affairs, which is where
18 the ad commerce revenue is coming from.
19         So I wouldn't be nearly as troubled
20 by hey, we figured out to provide modems using
21 fewer people and therefore we're going to cut
22 our -- the number of people who provide modem
23 service.  I wouldn't doubt that they're still
24 providing modems.
25

Page 277

B. Black

1      Q.   Where does it say in that email that
2  the person is in the business affairs unit?
3      A.   I believe that that's the case and
4  I'm not -- is there a July 10th email?
5      Q.   Yes.  It's Lorenzo-3.
6         (Document review.)
7      A.   Okay.  So Lorenzo-3 does not indicate
8  in what office the source worked and I'm not
9  recalling now where my belief that she worked in
10 the business affairs unit came from, but I still
11 believe that to be the case.
12     Q.   It's not the case, but that's fine.
13 You don't know where your belief came from.  You
14 don't know where your belief came from, but I'm
15 actually going to represent to you that that's
16 not the case.
17     A.   Okay.
18     Q.   Does that change your view in any
19 way?
20         MR. FOX:  Objection.
21     A.   To the extent that the layoffs were
22 concentrated in the business affairs unit, which
23 was my understanding, that would be more
24 concerning than layoffs elsewhere within America

Page 278

B. Black

1 Online.
2 Q. And in order for your -- the second
3 hypothetical to be true, that the source of AOL
4 was referring to layoffs that actually were
5 announced publicly by the Washington -- I'm
6 sorry, The Wall Street Journal on August 13th,
7 that would mean that this source would need to
8 have non-public information about 1,000 people
9 being laid off at various -- at AOL.
10 Would it matter to you whether that
11 source was in a position to know such
12 information?
13 MR. FOX: Objection.
14 A. It's certainly my -- I don't have
15 that information.
16 Q. But if I represent to you that the
17 source of AOL was a woman named Sarah Bernard
18 who was a 25-year-old, very junior employee at
19 AOL, would that affect your view as to whether
20 or not it was more likely that the layoffs she
21 was referring to were the ones that were
22 announced on July 11th in the Washington Post
23 article or the layoffs that were announced
24 August 13th in The Wall Street Journal article?
25

Page 279

B. Black

1 MR. FOX: Objection.
2 A. What I find myself thinking about is
3 that it's quite likely in July, from Lorenzo-3
4 and Lorenzo-6, that Ms. Bernard did not have a
5 huge amount of specific detail about numbers and
6 locations and so on. She had general
7 information and, you know, either didn't have
8 more specific information or didn't disclose it
9 to Mr. Lorenzo.
10 I wouldn't expect a junior person to
11 have highly specific information but would think
12 it at least plausible that she might have
13 general information.
14 Q. About what?
15 A. About impending future layoffs which
16 might not have been at that time definite as to
17 number of people and location.
18 Q. Non-public information, she might
19 have non-public information that would stay
20 non-public for a month.
21 MR. FOX: Objection.
22 A. That doesn't seem to me to be
23 implausible if the layoffs did not occur
24 immediately, but instead mostly occurred some
25

Page 280

B. Black

1 weeks later.
2 Q. Okay. Take a look at the email at
3 the bottom of Lorenzo-3.
4 It says, "I have source at AOL and
5 apparently the company had some layoffs today."
6 A. Okay.
7 Q. Does that change your view as to
8 whether the source at AOL is likely talking
9 about layoffs that were announced on August 13th
10 or more likely talking about layoffs that were
11 announced in the Washington Post article of July
12 11th?
13 A. I would agree that this would move
14 you in the direction of that the email is
15 referring to layoffs that took place on July
16 10th.
17 Q. Having been through this back and
18 forth, what in your mind still makes you think
19 there's any possibility that the layoffs
20 referred to in the string of emails are actually
21 the layoffs that occurred on -- that were
22 announced on August 13th?
23 A. I suppose that sitting in a
24 deposition and you're giving me pieces of
25

Page 281

B. Black

1 evidence that are consistent with one view and
2 it's possible that there are other pieces of
3 evidence that are consistent with a different
4 view, so I'm reluctant to form a strong opinion.
5 Again, I didn't view it as my job to
6 form an opinion on what this information
7 referred to.
8 I've viewed it as my job to say if it
9 referred to the layoffs that were announced in
10 August, that would be important information.
11 Q. I'm not asking you if there's other
12 things out there that could make one believe if
13 they existed, that the layoffs were the August
14 13th.
15 I'm asking you based on everything
16 you've got in front of you and everything you've
17 seen, what makes you still think that it is
18 plausible that the layoffs that are referred to
19 in Lorenzo-3 and 6 are the layoffs that were
20 announced by the Wall Street Journal on August
21 13th?
22 A. Medium severity doesn't sound to me
23 like 30 people in a company as big as AOL.
24 Q. Anything else?
25

**B. Black**

1
2      A.   In terms of what's been put before me
3   in the last 30 minutes, that's I think the
4   principal thing I would look to.
5      Q.   Now turning to the second part of the
6   email, Lorenzo-6, there is a reference to an
7   investigation?
8          MR. FOX:  Lorenzo-6?
9          MR. GESSER:  I'm sorry.  I apologize.
10   It's Black-16.
11      A.   Yes.
12          MR. FOX:  Black-16.  Got it.
13   BY MR. GESSER:
14      Q.   "In addition, I wasn't aware that AOL
15   was under investigation and has suspended some
16   employees for inappropriate accounting
17   activities.  Some deals booked inappropriately,
18   inflated revenue.  Also some employees have been
19   accused of trading irregularities; namely
20   shorting some partner stocks."
21      A.   I see that.
22      Q.   You say on page 7 of your report at
23   the top, "Also in July 2001, CSFB became aware
24   through the same source of an internal
25   investigation into accounting irregularity

**B. Black**

1
2   within the business affairs unit.  Assuming that
3   this information exceeded what was publicly
4   known concerning AOL's dealings with Purchase
5   Pro, this knowledge could be important to
6   investors."
7          Did you do any analysis on your own
8   to determine whether or not the information that
9   was contained in this email exceeded what was
10   publicly known concerning AOL's dealings with
11   Purchase Pro?
12      A.   No.
13          MR. FOX:  Objection.
14   BY MR. GESSER:
15      Q.   So you have no view as to whether or
16   not the information contained in this email
17   exceeds what was known about AOL's dealings with
18   Purchase Pro at this time?
19      A.   I was treating that as an assumption
20   rather than a matter on which I had the ability
21   to factually investigate.
22      Q.   But did you in fact look at documents
23   that led you to believe one way or the other
24   whether that was an assumption that was valid or
25   plausible, or did you just treat that as an

**B. Black**

1
2   assumption that -- without any, forming any of
3   your own view as to whether that assumption was
4   valid or not?
5      A.   I did not try to form my own view
6   whether that assumption was valid.
7      Q.   Whether you tried or not, did you?
8      A.   I did not form the opinion that the
9   assumption was unreasonable or I wouldn't have
10   said anything about it in the report.
11      Q.   Did you form the opinion that the
12   view was reasonable?
13      A.   I really have very little information
14   about what internal investigations were in fact
15   ongoing at AOL during this time period other
16   than Purchase Pro.
17      Q.   But with respect to the Purchase Pro
18   investigation, do you have any view as to what
19   was already publicly known and whether what was
20   already publicly known would encompass what was
21   contained in the email that is Black-16?
22          MR. FOX:  Objection.
23      A.   I do not have a view.
24      Q.   I promised if there was time that we
25   would get back to the Time Warner numbers for

**B. Black**

1
2   the first quarter of 2001 and it looks like we
3   do have time.
4          MR. GESSER:  So I'm going to mark
5   as -- what do we have here?
6          So I think we already have marked the
7   April 10th, 2001 report as Black -- someone
8   help me.
9          THE WITNESS:  Fifteen.
10          MR. GESSER:  Fifteen, excellent.
11   BY MR. GESSER:
12      Q.   So let's take a look at page 30.
13          (Document review.)
14      Q.   Do you have that calculator that I
15   gave you before?
16      A.   I do.
17      Q.   Okay.  So if you were to take these
18   numbers that appear on page 30 in the April 10th
19   report for cable, filmed entertainment,
20   networks, music and publishing, would you agree
21   that those numbers would represent the Time
22   Warner 2001 combined revenue estimate?
23      A.   Yes.
24      Q.   So I'm going to ask you to add those
25   up.

Page 286

B. Black

1
2    A.   Okay.  For which period?
3    Q.   3/31/01 estimate, the first quarter
4    estimate.
5    A.   Okay.
6        (Witness complies.)
7    A.   Okay.
8    Q.   What's the total number that you get?
9    A.   I get 7154 in millions of dollars.
10   Q.   And just so we're...
11       Just so we're clear, back on page 11
12   of your report you indicated that Kiggen
13   increased the Time Warner revenue numbers by
14   $800 million and then you indicate, "It's hard
15   to see this change in Time Warner revenue was
16   either honest or reasonable."
17   A.   That statement is about the full year
18   numbers.  It wasn't about the first quarter
19   numbers.
20       So I don't have a recollection as to
21   whether there were changes from Laura Martin's
22   view to, in January, to here in April in the
23   first quarter numbers or whether these refer to
24   later quarters.
25   Q.   But you're talking in your report

Page 287

B. Black

1
2    about the April 10th -- I mean if you look at
3    the bottom of page 10, this is all within the
4    section of the April 10th, 2001 CSFB report; is
5    that right?
6    A.   Yes.
7    Q.   Okay.  So are you suggesting that
8    it's possible that Kiggen raised the Time Warner
9    numbers, revenue numbers, but left the first
10   quarter numbers alone?
11       MR. FOX:  Objection.
12   A.   My recollection is that the overall
13   full year Time Warner revenue numbers went up at
14   the same time that the AOL full year revenue
15   numbers went down, and I don't have that
16   recollection tied to the first quarter of 2001.
17   Q.   But presumably some of that would be
18   in first quarter or do you think it's possible
19   that all of the increase in revenue occurred in
20   other quarters other than the first quarter?
21   A.   It's certainly possible it was in
22   other quarters.
23   Q.   Why would that be?
24   A.   It's certainly possible.
25   Q.   You just don't know sitting here

Page 288

B. Black

1
2    today.
3    A.   I don't know today.
4    Q.   Okay.  All right.  I'm nonetheless
5    going to go through this exercise because I
6    think it's worthwhile to do.
7        MR. GESSER:  So if you now going to
8    mark this as Black 17.
9        (Defendants' Exhibit Black 17,
10       Excerpts from 10-Q dated 3/31/01, marked
11       for identification, as of this date.)
12   BY MR. GESSER:
13   Q.   So if you turn --
14       MR. FOX:  This is the entire 10-Q?
15       MR. GESSER:  I believe it is not the
16   entire Q, is it?
17       MR. FOX:  I don't know.  I'm just
18   asking.  It looks like it just ends on
19   page 7.
20       MR. GESSER:  I don't think it's the
21   entire Q.
22       MR. FOX:  Do you have the entire Q?
23       MR. GESSER:  No.
24   BY MR. GESSER:
25   Q.   So turning to page -- it's hard to

Page 289

B. Black

1
2    know what page it is because my pages are cut
3    off.  It's page 5 maybe?
4        Do you see revenue numbers?
5    A.   So let me make sure I'm looking at
6    apples to apples.
7        Okay, yes.  So I see revenue numbers,
8    business segment results for AOL Time Warner for
9    the first quarter of 2001 and they include 3
10   month revenue and 3 month EBITDA.
11   Q.   Okay.  So if you were to add up the
12   numbers for cable, film, networks, music,
13   publishing, would that give you the actual first
14   quarter 2001 Time Warner numbers?
15       MR. FOX:  Objection.
16   A.   I'm not sure it's an apples to apples
17   comparison.
18   Q.   Why not?
19   A.   Because the CSFB report has a
20   relatively small -- so I guess the difference is
21   that there's an intersegment elimination and I
22   really want to trace through, since there is no
23   comparable intersegment elimination line in the
24   CSFB report, whether these numbers are truly
25   comparable.

B. Black

1
2     Q.   But the intersegment elimination
3   number would actually make the AOL numbers
4   higher, right?
5     A.   If one imagined taking the
6   intersegment elimination and spreading it
7   through the networks, then the numbers in the
8   10-Q for the networks would go down.  They would
9   have to go down because the total is still the
10  same total.  So if I take the minus 428 and move
11  it up to zero, I have to move something else
12  down by 428, spread across the various
13  divisions.
14    Q.   And so you think that --
15    A.   I'm -- so I'm just not sure that I'm
16  doing a head-to-head comparison here.
17    Q.   And you've never done this
18  calculation before?
19         I thought you said you looked at this
20  before.
21    A.   I believe that I did a full year
22  analysis and I didn't look specifically at the
23  first quarter, and so I'm reluctant to form a
24  view on the fly as to whether these numbers
25  match up directly or not.

B. Black

1
2     Q.   Okay.  So you're not sure whether
3   these numbers here that are listed under 2001
4   historical are numbers that are useful because
5   of the intersegment elimination; is that right?
6         MR. FOX:  Objection.
7     A.   Yes.  I'm not sure how to deal with
8   the fact that intersegment elimination exists in
9   one document and not the other, and it may well
10  be that with further work, I could figure that
11  out, but I'm reluctant to do it on the fly.
12    Q.   Okay.  If you look at page 12 of your
13  report, Table 3.
14    A.   Okay.
15    Q.   You have a first quarter 2001 revenue
16  number for AOL's actual?
17    A.   I have a number for what I call AOL
18  actual, which is what we've been calling in this
19  deposition America Online, yes.
20    Q.   Okay.  And that's 2125; is that
21  right?
22    A.   Yes.
23    Q.   Which is the same number that appears
24  on the page that we were looking for -- looking
25  at previously in Black-17; is that right?

B. Black

1
2     A.   I'd have to go back and look at
3   Black-17.
4         So if I, if I do that, that's the
5   same -- I see the same 2125 number for AOL in
6   the 10-Q as I see in my Table 3.
7     Q.   So that whatever intercompany
8   elimination issue or intersegment elimination
9   issue existed, it didn't prevent you from
10  pulling the 2125 number into your table; is that
11  right?
12    A.   That's correct.  My Table 3 would be
13  before intersegment elimination.
14    Q.   Okay.  So let's just do the numbers,
15  as I indicated, by adding up -- you add up
16  cable, film, network, music and publishing in
17  the page we're looking at in Black-17 and just
18  let's compare it to the number we got when we
19  added up cable, film, networks, music and
20  publishing in the April 10th CSFB report.
21    A.   I'm happy to do that with the caveat
22  that again, I don't know how CSFB handled
23  intersegment elimination.  We verified how I
24  handled it, but we don't know how they handled
25  it.

B. Black

1
2     Q.   Okay.
3     A.   Okay.  So I get...
4         (Computing.)
5     A.   I get 7683 as a total I believe.
6     Q.   I'm sorry.  What did it come out to?
7     A.   7683.
8     Q.   Okay.  Why don't you do it again.
9     A.   Okay.
10        (Computing.)
11    A.   I get 7383.
12    Q.   That's more like it.
13    A.   Okay.  And so before I had 71 --
14    Q.   Five four.
15    A.   -- 54, and if I were to observe
16  division by division, it looks like there was a
17  large, putting aside the intersegment issue, it
18  looks like there was a large upward variation in
19  the actual results for film data entertainment.
20  So they probably had a hit film in the first
21  quarter but that would be knowable information.
22  I just don't know it.
23        The other four segments as a whole
24  are roughly comparable.
25    Q.   Okay.  So getting back to areas of

**B. Black**

1  
2  your expert report that you may no longer feel
3  comfortable with, let's turn back to page 11.
4      Are you still comfortable with the
5  sentence at the beginning of the second
6  paragraph, "It's hard to see how this change in
7  Time Warner revenue was either honest or
8  reasonable"?
9      MR. FOX: Objection.
10      A.   I really would want to go back and
11  see where and how the increase in TW revenue
12  came in and I -- you know, you have persuaded me
13  for a different table that I was using restated
14  numbers instead of original numbers and I should
15  have been using the original numbers.
16      On this one I think I would simply
17  say I would need to do more work to know whether
18  I would want to change this opinion.
19      Q.   Okay.  So this is now a tentative and
20  subject to further inquiry or is this off the
21  table but could come back on the table subject
22  to further inquiry, or you're still comfortable
23  with this but it's possible that further inquiry
24  will make you no longer comfortable with it?
25      MR. FOX: Objection.

B. Black

1  
2      A.   I'd say that further inquiry is
3  appropriate and I don't see why it's worth
4  speculating on whether I'm comfortable subject
5  to further inquiry or I might become comfortable
6  with further inquiry.
7      Q.   Fair enough.
8      MR. GESSER:  Let's take a five-minute
9  break.
10      THE VIDEOGRAPHER:  Going off the
11  record.  The time is 5:53 p.m.
12      (Recess is taken.)
13      THE VIDEOGRAPHER:  We're back on the
14  record.  The time is 6:00 p.m.
15      This is the beginning of the tape
16  labeled No. 6.
17  BY MR. GESSER:
18      Q.   We only have a few minutes left, but
19  I have a couple of questions that I just wanted
20  to clear up.
21      One is on page 13 of your report,
22  Table 4?
23      Do you remember how you got the
24  numbers that are in this table?
25      I'm not asking you to tell me how,

**B. Black**

1  
2  **I'm just asking do you remember how you got**
3  **these numbers?**
4      A.   Yes.
5      **Q.   Okay.  Looking back on page 12,**
6  **there's a, it's not quite a table but it's some**
7  **numbers at the bottom of the page that are**
8  **arranged.**
9      **You have a 62 multiple for AOL?**
10      A.   Yes.
11      **Q.   Okay.  Can you explain to me how you**
12  **get that?**
13      A.   I believe that I took that from the
14  Fidelity presentation.
15      **Q.   Is that number actually in the**
16  **Fidelity presentation or do you derive it from**
17  **the Fidelity presentation?**
18      A.   I don't recall.
19      **Q.   And the 18 multiple?**
20      A.   That was a...
21      (Document review.)
22      A.   I'm now thinking that these multiples
23  might have come out of the April 10th published
24  report.
25      **Q.   And you have that somewhere, right?**

B. Black

1  
2      A.   I have that, yes.
3      **Q.   Okay.  Why don't you take a look at**
4  **it and see if that helps you figure out where**
5  **these multiples are coming from.**
6      A.   So I'm now looking at the April 10th
7  report and at Table 10 of that report, which is
8  on page 35, and it has a 62 multiple for AOL and
9  multiples for the different divisions of TW here
10  by -- AOL is what it says on the page which
11  we've been calling America Online.
12      And I believe that I computed the
13  blended 18 multiple for Time Warner as a sort of
14  EBITDA weighted multiple of the multiples that
15  are shown for the different divisions of AOL in
16  this report.
17      **Q.   Okay.  Table 10 is titled "AOL Time**
18  **Warner Private Market Value Analysis"; is that**
19  **right?**
20      A.   Yes.
21      **Q.   Do you know what that means?**
22      A.   I believe so, yes.
23      **Q.   So what is a private market value**
24  **analysis?**
25      A.   I think this is an effort to estimate

B. Black

1  what a buyer would pay in purchasing these
2  businesses on a whole company or I should say
3  whole segment basis.
4  whole segment basis.
5  **Q.  Why is that multiple relevant to the**
6  **calculation you're doing in D of your report?**
7  A.   This is certainly one common way of
8  arriving at a company valuation for a complex
9  multidivisional company is to try to value the
10 pieces separately and a multiple of EBITDA is a
11 common way to value businesses separately.
12 Common way to value businesses.
13 **Q.   All businesses?**
14 A.   In practice, one sees different
15 metrics commonly used for different businesses
16 and indeed one sees that to some extent in Table
17 10 where they use a dollars per homes past
18 metric for cable assets rather than an EBITDA
19 metric as their primary metric, but there are
20 certainly businesses for which a multiple EBITDA
21 is a useful and used metric.
22 **Q.   Have you ever seen a private market**
23 **value analysis being done on a company as large**
24 **as AOL Time Warner or a business unit as large**
25 **as any of the business units that are listed in**

B. Black

1  **B. Black**
2  **Table 10?**
3       MR. FOX:  Objection.
4       Other than here?
5  BY MR. GESSER:
6  **Q.   Other than here?**
7  A.   There aren't that many companies that
8  were that large in market cap at the time or now
9  and I don't recall -- I do not affirmatively
10 recall having seen that analysis for one of the
11 small number of companies that would fall within
12 that category.
13 **Q.   Have you ever -- do you know of any**
14 **reason why the private market value analysis**
15 **would not be particularly useful for a company**
16 **as large as AOL or any business units as large**
17 **as the AOL business units that are listed in**
18 **Table 10?**
19      MR. FOX:  Objection.
20      A.   Let me offer a complex answer.
21      First, it's not clear to me the
22 extent to which the multiples that appear in
23 this analysis are different than multiples that
24 one would use in a public market value analysis.
25      And second, no, I don't see any

B. Black

1  reason why it would be inappropriate to conduct
2  a private market value analysis as a way to
3  estimate the value of AOL as a whole.
4  **Q.   You read Laura Martin's deposition**
5  **transcript.**
6       A.   I did.
7  **Q.   And do you recall her having any**
8  **concerns about using a private market value**
9  **analysis for AOL?**
10     A.   I recall that there was some
11 discussion of that in the deposition.
12 **Q.   Do you remember what her view was?**
13 A.   Not specifically.
14 **Q.   If you look at page 180 of her**
15 **deposition.**
16     (Document review.)
17 **Q.   Starting at actually the bottom of**
18 **page 179 with the sentence, "I think..."**
19     **Do you see that?**
20     It says, "I think one of the reasons**
21 **Jamie and I decided ultimately not to use a**
22 **private market value analysis, even though I use**
23 **them in the rest of my businesses, is because it**
24 **was too big to buy."**

B. Black

1  A.   Okay.  I see that.
2  **Q.   Do you remember that?**
3  A.   Yes.
4  **Q.   So you did remember that.**
5  A.   I'm now recalling that that's what
6  she said.  I didn't -- I remembered some
7  discussion of it.
8      I do not agree with her statement
9  here.
10 **Q.   Why do you not agree with her**
11 **statement?**
12 A.   One could perhaps say that the AOL
13 unit was too big to buy, but the other five
14 segments were not too big to buy and it seems
15 perfectly appropriate to value them using a
16 private market analysis.
17 **Q.   So you disagree with Laura Martin's**
18 **view here?**
19 A.   I disagree with Laura Martin's view
20 as it applies to everything except the America
21 Online segment.
22 **Q.   Are you committing fraud?**
23      MR. FOX:  Objection.
24 A.   One would hope not.

Page 302

1          B. Black
2      Q.  Okay.  So just because someone
3   disagrees with Laura Martin doesn't mean they're
4   committing fraud.
5      A.   I do not recall offering that opinion
6   in my report.
7      Q.   That's not what I'm asking.
8      A.   I would agree with --
9          MR. FOX:  Objection.
10     A.   I would agree with the statement that
11  disagreeing with Laura Martin is not convincing
12  evidence of committing fraud.
13     Q.   Let's end on that.
14         MR. GESSER:  Thank you.
15         (Continued on next page to include
16  jurat.)
17
18
19
20
21
22
23
24
25

Page 303

1          B. Black
2          THE VIDEOGRAPHER:  We're now going
3   off the record.  The time is 6:10 p.m.
4          This is the end of Tape labeled No.
5   6 concluding this video deposition.
6          (Time noted:  6:10 p.m.)
7
8
9   _____
10         BERNARD BLACK
11
12
13  Subscribed and sworn to before me
14  this     day of       2008.
15
16  _____
17
18
19
20
21
22
23
24
25

Page 304

1
2              I N D E X
3
4   Witness                    Page
5
6   BERNARD BLACK
7
8     MR. GESSER                 7
9
10       I N D E X  O F  E X H I B I T S
11  Description              Page
12
    Defendants' Exhibit Black 1, Rebuttal     20
13  Report of Professor Bernard Black
14
    Defendants' Exhibit Black 2, Expert       24
15  report of Professor John Dayton
16
    Defendants' Exhibit Black 3,              75
17  PricewaterhouseCoopers IAB Internet
    Advertising Revenue Report
18
19  Defendants' Exhibit Black 4, Excerpts     91
    from AOL's 10-K dated 3/21/00
20
21  Defendants' Exhibit Black 5, Excerpts     93
    from AOL's 10-K dated 11/30/00
22
23  Defendants' Exhibit Black 6, Excerpts     99
    from AOL's 10-K, dated 6/30/00
24
25

Page 305

1
2   I N D E X  O F  E X H I B I T S (Cont'd.)
3   Description           Page
4   Defendants' Exhibit Black 7, Morgan       109
    Stanley Dean Witter Analyst Report
5   dated 1/19/01
6   Defendants' Exhibit Black 8, Transcript   135
    of deposition of Laura Martin
7
    Defendants' Exhibit Black 9, Email        139
8   dated 1/11/02 from Martin to several
    individuals and attached research
9   report
    Defendants' Exhibit Black 10, Email       146
10  dated 1/12/01 from Martin to Kiggen and
    Watters
11
12  Defendants' Exhibit Black 11, "Desk       189
    Notes" dated 2/1/01
13
    Defendants' Exhibit Black 12, "Desk       196
14  Notes" dated 1/16/01
15
    Defendants' Exhibit Black 13, "Desk       202
16  Notes" dated 1/16/01
17
    Defendants' Exhibit Black 14, Series of   233
18  emails including email dated 3/15/01
    from Watters to Wang and Martin
19
20  Defendants' Exhibit Black 15, Credit      249
    Suisse First Boston report dated
21  4/10/01
22  Defendants' Exhibit Black 16, Email       259
    dated 7/11/01 from Lorenzo to Kiggen,
23  Watters
24  Defendants' Exhibit Black 17, Excerpts    288
    from 10-Q dated 3/31/01
25

Page 306

```
1
2              ERRATA SHEET FOR THE TRANSCRIPT OF:
3      CASE NAME:  In Re Credit Suisse - AOL Securities
4      DATE:       AUGUST 19, 2008
5      DEPONENT:  BERNARD BLACK
6      Pg.  Ln.  Now Reads    Should Read   Reason
7      __  __  _____   _____  _____
8      __  __  _____   _____  _____
9      __  __  _____   _____  _____
10     __  __  _____   _____  _____
11     __  __  _____   _____  _____
12     __  __  _____   _____  _____
13     __  __  _____   _____  _____
14     __  __  _____   _____  _____
15     __  __  _____   _____  _____
16     __  __  _____   _____  _____
17
18             _____
19                 BERNARD BLACK
20     SUBSCRIBED AND SWORN BEFORE ME
21     THIS____DAY OF_____ 2008.
22
23     _____
24     (Notary Public)
25     MY COMMISSION EXPIRES:_____
```

Page 307

```
1
2                C E R T I F I C A T E
3
4      STATE OF NEW YORK   )
5                         ) ss.:
6      COUNTY OF QUEENS    )
7
8              I, ANNETTE ARLEQUIN, a Notary Public
9      within and for the State of New York, do
10     hereby certify that the within is a true
11     and accurate transcript of the proceedings
12     held on August 19, 2008.
13             That I am not related to any of the
14     parties to this action by blood or
15     marriage; and that I am in no way
16     interested in the outcome of this matter.
17             IN WITNESS WHEREOF, I have hereunto
18     set my hand this 2nd day of September, 2008.
19
20             _____
21              ANNETTE ARLEQUIN, CCR, RPR
22
23
24
25
```

**A**

abbreviations 8:7,8
ability 117:18 283:20
able 66:10 84:18 147:9
187:9,15 261:15
absence 69:22
absolute 112:8 123:12
absolutely 226:7
absurd 56:9,14,20,25
57:16,19 58:4 59:12
80:24 81:16 82:24
83:3 85:8 86:16,19
103:15 104:3 123:5
absurdity 57:25
absurdly 218:23
academic 17:8 19:9
159:11 161:3
accept 183:4,9 194:10
201:9 228:10
accepted 182:19
accepting 106:18 166:3
203:24 204:9
access 33:10 132:20
135:11 244:22,23
245:3 247:15 257:14
257:21
accomplish 38:21
account 46:15,16
151:22,22 224:2
accounted 72:17 73:3
73:18 74:8
accounting 264:15
282:16,25
accumulated 119:22
accuracy 228:16
accurate 51:9 53:14
74:15 76:18 78:10,23
97:7 103:25 107:20
165:2 167:14,18
226:13,16 228:19
229:17 246:16 307:11
accurately 51:10 171:2
234:13
accused 282:19
achieve 150:2
acknowledging 63:21
acquisition 13:11
acquisitions 17:20
18:21
action 307:14
ACTIONS 1:8
activities 282:17
actual 106:8 152:24
162:10 165:4 187:14
249:10 254:19 255:11
255:17 289:13 291:16
291:18 293:19
ad 103:22 106:25

136:21 137:5,9
158:15 166:23 174:14
218:7 219:22 220:5
220:14 256:8 263:20
276:19
add 44:23 168:6 179:18
179:20 180:3 184:6
228:6 285:24 289:11
292:15
added 186:23 292:19
adding 292:15
addition 21:11 282:14
additional 37:8 54:7,7
54:9,9,23 55:2 209:25
210:3
address 30:18,24 52:22
adjective 124:9
adjust 37:7
administer 5:14
admit 7:21
ado 199:21
adopt 179:10
ads 72:16 73:2,16 74:7
74:10,18 263:22
advantage 117:23
adverse 224:13
advertisers 142:19
advertising 19:24 25:6
25:16,18,21,23,25
26:10,11,16 27:7,13
27:16,23 28:5,9,11,14
29:5,21 30:4 35:2,3,4
47:8 51:22 52:7
55:18,22 65:13 74:3
75:8,18,19,21 76:3,11
77:5,7 78:14 79:6,8
79:13,18,22 83:5 84:3
84:16,23 85:4,20,24
86:3 105:17,20 106:8
106:13,21 107:19
108:2,8 111:3,8,9
112:8,23 113:12,14
113:21,25 114:2,9
116:7 117:15 118:10
118:23,24 119:11,23
119:25 129:4 132:21
133:2,7,9,15 134:7,12
135:15,17,21 137:16
137:18 138:5,14,16
138:21,22 139:3,4
140:2,8,11,14,16
141:10,14,15 142:12
142:13,16,25,25
143:5,7,8 144:12
155:16,17 156:7
199:19 216:22 217:2
264:20,23 304:17
advised 256:8
affairs 256:6 263:19

266:4 273:10 276:18
277:3,11,23 283:2
affect 27:17,24 28:10
28:15 29:5 35:5
111:19 133:21 157:2
199:17 209:20 210:7
226:14 278:20
affirmative 135:4
170:21 171:23 178:7
affirmatively 107:13
135:5 299:9
afforded 150:24
aggregate 77:18 84:21
aging 117:11
ago 17:14 220:15
223:14
agree 22:8 29:22 40:9
72:20 73:5 89:18
101:25 105:21 124:8
126:11 132:13 144:11
147:25 172:9 177:7
190:18 198:12 199:3
203:16,20 258:19
280:14 285:20 301:9
301:11 302:8,10
agreed 5:2,7,11 23:6
183:16
agreeing 260:3
ahead 53:14 142:3
260:13
ain't 57:9 158:21
algebra 15:8
Algebraically 66:24
alleged 126:5
allow 183:13
allowed 147:3
allowing 49:7
alter 186:5 187:21
altered 181:18
altering 182:2,8 188:5
alternative 272:20
Alumex 242:15,16,17
242:18
America 8:17 9:8,9
46:5 48:6 55:9 57:22
62:19 64:2,6 68:17
72:24,25 73:17,18,24
74:2,17 88:8 89:5,9
91:23 96:18,20
114:16 121:25 138:19
168:6,10 169:9
182:18 186:20 246:21
265:8,8,23 268:25
277:25 291:19 297:11
301:21
amount 18:2 26:8
49:19 279:6
analogize 196:21
analogous 196:15

analyses 59:3,5
analysis 15:19 21:15
29:3,3 32:24 43:12
44:22 48:10 49:3
55:16 58:12,16 59:11
61:19 62:13,21 63:2
64:13 65:16,19,22
70:3,5,10,18 71:13
79:23 80:3 81:2
82:16 83:20 84:24,25
85:4,7,22 106:19
120:8 125:13,17
126:16,22 127:4
134:5 157:24 163:16
168:12 201:2 208:16
212:2,6 241:19,20
252:9 263:12 283:7
290:22 297:18,24
298:23 299:10,14,23
299:24 300:3,10,23
301:17
analyst 18:7 19:10
21:19 28:18 30:11
32:23 35:8 36:7 37:8
40:25 41:25 42:4,6,10
42:11,13,17,20,22
43:4,11,14 44:2,13,17
45:8 53:23 81:9
109:5,9 116:4 121:6,9
121:13,14,19,23
134:21 148:16 149:8
149:10 158:7,21
163:14 167:23,24
169:2 176:21 195:24
197:10 198:3 199:25
201:24 223:23 244:25
260:20,22 263:2
305:4
analysts 17:3,4 18:13
18:13,18,23,25 19:20
29:24 30:2,9,12,24,25
31:11,11 33:2,7,8,19
33:22 34:5,14,22
35:10,15,20 36:24
37:22 39:15 40:12,14
41:10,21 43:25 44:6
44:11 45:4,7 56:22,24
81:5 107:25 108:5,6
108:16,21,23 119:4,9
119:23 120:8 133:23
155:2 156:4,24
157:11,14 158:7,12
158:19 159:12,18,19
159:24 161:2,4 162:7
162:18 169:23 197:11
198:5,6 221:20
244:21 245:8,9,17,18
246:24 247:7,18,23
249:5 258:12,15

263:25
analyze 48:15
analyzing 43:18 45:15
46:12
and/or 231:3
Annette 1:24 2:12
307:8,21
announced 34:2 256:10
270:14 272:2,10,23
274:5,18,19 275:4
276:11 278:6,23,24
280:10,12,23 281:10
281:21
annual 86:2 106:16
116:11,15
annually 75:25
answer 8:2 15:9 16:10
25:12,13 26:22 32:18
34:10 37:10 41:7
43:8 44:7 45:21,22,23
46:2 47:4 48:14
53:10,21 59:6 65:16
79:4 90:25 95:25
115:13 117:4,5,8
136:25 137:2,8,17,25
138:3,9 144:3 147:10
151:18 162:3,24
170:13 171:6,9,10,12
171:14,20 172:4
173:23 182:4 184:21
206:19 213:16,22
214:5 222:20 223:25
232:23 257:24 299:20
answered 26:25 53:4
107:22 115:12 152:15
171:5,16 177:16
181:20 213:25 253:3
256:22
answering 46:25 53:14
164:22 196:13,25
210:10,15 213:7
260:14
answers 46:24 86:10
137:7
Anthony 266:21,22,25
268:8,9
anticipation 98:11
anymore 218:22
anyway 158:25
AOL 1:4 6:5 8:16,19,20
9:4,4,5,8 12:12,12
21:10,19 22:7,11 25:7
25:8,23 26:13 27:17
27:24 28:6,10,15,19
29:5,21 30:4,11,25
31:14 34:2,16 35:5,11
35:25 37:8 40:23
41:2,21 44:6,11,13
45:8 46:14 47:7,7,18

47:19,23 48:7,11 49:2
51:22 52:8,17 53:23
60:5,24 63:16 64:2,10
64:23 66:15 69:19
70:16 72:16,16,23,25
73:23 74:12 77:8,24
78:4,11 79:10 80:6,8
80:12 81:14 82:14
83:5 90:8 92:21,24
94:6 95:16,18,20
96:12 97:3 105:16
106:23 111:8 112:7
112:16 113:11,13,25
114:6,16 115:16
117:14,21 119:2,4
120:5,9,10 121:24
122:15 123:23 125:5
126:6 128:25 129:18
130:15 133:4,22
144:20,21,22 145:25
146:22 147:15,19
149:10,25 150:15
151:3 154:18 155:5
155:19,25 156:5,8
157:7,8,15,21 158:12
158:16,18,20 159:25
160:2,5 161:16,24
162:12 166:5 167:23
169:4,16,20,23 170:7
170:17 172:12 175:7
178:8 179:10,19
181:16 182:11,12
184:4,5,7 186:4,20
189:21,22 192:6
193:20 194:4,7
195:24,25 196:11
197:18 199:20 200:2
201:2,12 202:3 204:5
204:13 208:4 210:4,7
214:14 217:3 218:8
219:19 227:3,19
229:4,9,24 230:21
231:18,24 232:6,8,12
233:4,11 234:17,23
235:11,20 237:14
243:5,12,16 245:22
246:8,20,24 247:7,9
248:4 249:7 252:4,10
252:17,18,21 254:2
260:18 262:5,5 263:4
264:19,25 265:6,24
267:19 268:18 273:8
274:12,17 276:16
278:4,10,18,20 280:5
280:9 281:24 282:14
284:15 287:14 289:8
290:3 291:17 292:5
296:9 297:8,10,15,17
298:24 299:16,17

300:4,10 301:13
306:3
AOL's 37:4 38:7 52:2
55:9,17 77:12 78:15
79:7,21,25 90:9,17
91:5 92:8 93:19 99:3
99:17 105:10 108:2,7
111:17 118:14 139:25
154:3,13 157:16
158:8,10 160:16,20
161:18 163:19 166:3
173:4 199:18 200:10
201:6,11 207:23
208:25 210:8,21
211:21 212:15 215:12
216:10 219:18 235:25
236:18 251:23,25
256:6,8 273:9 283:4
283:10,17 291:16
304:19,21,23
apart 194:22
apologize 91:11 145:18
282:9
apparent 22:22
apparently 186:23
209:6 280:6
appear 14:21 31:19
96:16 175:18 176:19
285:18 299:22
appearances 6:8
appeared 31:5 176:3
appearing 175:17
appears 52:2 76:12
109:24 142:11 191:20
251:18 291:23
apples 289:6,6,16,16
application 116:24
applied 169:9,11
applies 301:21
apply 247:17,23 248:15
248:18
approached 167:21
approaching 85:21
appropriate 15:16
52:21 53:2,12,20
55:25 61:2,4 62:22
63:3 65:23 97:2
242:9 261:2 262:16
264:6 269:20 271:14
295:3 301:16
appropriately 52:19
approximately 251:20
April 40:22 41:4 46:13
125:19 126:24 145:10
149:14 185:17 249:16
249:18 285:7,18
286:22 287:2,4
292:20 296:23 297:6
area 16:17 19:21,22

32:16 121:20 122:3
163:15 198:18,20
areas 32:11,17 164:4
293:25
argument 238:16,22
242:4
arithmetic 15:8
Arlequin 1:24 2:12
307:8,21
Arps 4:5 6:19 17:15
arranged 296:8
arriving 298:8
art 266:9
article 19:11 268:3,11
268:14 269:5 272:11
274:10 275:13,18
278:24,25 280:12
articles 275:7
ascribing 266:10,12
aside 37:11 51:7 52:25
73:13 117:12,17
134:7,10 160:17
169:7 293:17
asked 22:21 25:3 26:24
51:16,20 52:17 64:22
80:16 86:9 92:6
107:21 115:11 130:3
130:25 171:4 172:2
173:9,11,24 181:17
212:10 239:18 240:10
253:3 256:20 266:16
269:14
asking 7:14 10:15
14:25 28:25 29:25
43:3 53:12 66:17,19
67:8,18,19 70:5,13,15
71:2 76:19 78:3,5,8
78:18,20 80:23 95:8
95:20 119:17,18
120:7,16,22 143:21
143:22,25 144:2
152:21 155:12 163:20
173:12,18,21 182:22
183:9 185:25 186:10
186:12 202:24 203:3
221:8 222:19 224:7
230:15 238:11,15
255:13,14 258:5
273:18 281:12,16
288:18 295:25 296:2
302:7
assertion 229:8,12
assess 33:9,12 35:23
55:23
assessing 46:21 169:18
assessment 168:8
assets 298:18
assigned 255:6
assignment 51:15

249:5
associate 17:16
associated 188:20
assume 9:15 44:7 70:16
77:22 78:10 182:16
204:25 209:4 264:9
269:17 270:9 273:17
assumed 129:7 231:4
269:15,21 273:20,22
assumes 148:4
assuming 36:13,16
77:6 78:9,22 153:9,10
153:12,14 175:15
183:15,15 186:4
195:15,17 207:17
251:14 259:12 260:15
261:6 263:11,11
273:25 283:2
assumption 77:11
128:23 129:5,11,16
130:2,4,5,24 131:5,9
131:10,11,13,15,18
132:6,15,16 133:3
144:17 175:11,24
179:21 182:23,25
183:16,20 186:11,25
187:3,17,19,20
190:21,23 192:8,13
192:25 193:9 195:5,7
195:13 227:7,25
228:12 229:11,14,20
229:21 230:15,24
231:2 235:19 240:9
240:12,15 252:16
273:25 274:3 275:2
283:19,24 284:2,3,6,9

assumptions 128:16,20
128:22 189:19 235:15
241:2 272:16,17
astonishing 86:2
attach 234:9
attached 139:10 143:17
145:4 151:21 152:9
214:12 305:8
attaches 139:17 191:4
attachment 143:11
165:8,8,11 213:14,16
213:19 215:15
attachments 209:4
attempt 57:8 161:11
attempted 52:22
attempting 53:16,21
attention 229:22
attentive 49:8
attorneys 3:6,16 4:6
5:3
attributable 180:19
attributed 115:9
attributing 111:14

audience 142:21
audit 90:22
August 1:15 2:5 273:6
273:16 274:5,6,16,20
274:23 275:4,5,5
278:7,25 280:10,23
281:11,14,21 306:4
307:12
author 266:20
authored 196:23,24
202:3 208:17
authorized 5:14
available 46:10,18
48:18 93:11 119:15
128:21 131:6,16
132:7 133:14 135:18
170:10 192:22 228:24
235:16 241:3 243:2
269:12 273:9
Avenue 2:11 3:9,19
average 65:5
averse 224:16
Avi 3:21 6:10 7:13
aware 33:5,25 35:13
42:18 93:2 125:25
134:18 140:4 193:24
197:15 198:2,10
208:9 210:24 227:22
244:13 249:15,16
282:14,23
a.m 2:6 6:7 72:4,7

**B**
B 7:6,6 8:1 9:1 10:1
11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1,12
30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1,14 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1
61:1 62:1 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1
89:1 90:1 91:1 92:1
93:1 94:1 95:1 96:1
97:1 98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1

107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1,9,9 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1

284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
293:1 294:1 295:1
296:1 297:1 298:1
299:1 300:1 301:1
302:1 303:1 304:10
305:2
**back** 13:6 29:15,19
37:17 40:5 48:9 50:2
50:10 51:17 60:8
62:9,14 72:6 75:11,11
80:15 88:17 93:4
96:13 103:21 104:17
112:25 123:17 128:4
128:14 153:9 170:23
173:7 181:6,12
189:15 191:2 210:17
212:12 224:21 226:25
230:9 253:13 256:18
259:25 260:25 262:8
280:18 284:25 286:11
292:2 293:25 294:3
294:10,21 295:13
296:5
**backdrop** 103:14
**background** 14:13 26:8
34:25 38:6 56:18
58:20 69:4 156:21
158:11,18
**backing** 112:21 114:2
**backlog** 79:15,17
**bad** 25:21,23 27:13
166:24
**baffled** 160:14
**Baker** 44:10
**banker** 18:10
**banking** 243:11,16,19
243:20 244:8 247:14
248:8,10,12,14,17,23
**banks** 17:2 245:9
**base** 74:4 106:18
117:20
**based** 26:19 32:21
38:24 39:2,17 42:4
69:13,18 82:14 83:4
85:7 87:16 97:7
101:21,25 104:7
131:2 132:11 133:18
142:10 150:21 154:15
155:7 160:24 163:12
166:3 179:23,25
183:5,8 208:15
213:12 220:25 222:8
228:23 243:19 261:16
281:16
**bases** 36:20
**basically** 11:5 55:17
59:23 62:12 83:8

196:21
**basing** 38:15
**basis** 11:5 23:16 36:20
43:23 52:10 56:2
61:4 63:18 87:18
96:23 98:24 108:16
109:2 115:15,21
116:3 118:5 124:12
124:14,25 125:6
126:2,22 145:23
168:21 169:18 170:21
177:13 178:3,4,7,9
181:17 193:9 226:7
229:8 231:11 232:20
241:5,7 256:13 298:4
**bear** 16:22 111:22
132:9
**beat** 255:5
**Becker** 44:10
**becoming** 74:20 180:13
232:20
**beginning** 62:13 72:8
80:22 128:6 181:8
230:11 294:5 295:15
**behave** 160:4 169:2
**belief** 36:21 139:25
148:4,7 153:10,13,15
169:16,17,19 175:12
175:13 181:17 204:12
228:22 277:10,14,15
**beliefs** 31:3,7 34:25
36:16 108:17 125:23
130:19 145:24 146:22
152:13,18 153:4
161:16 167:15,20
168:5,7,10,20 169:4
169:15 170:11 172:22
172:23,25 175:9
176:6 185:3 219:10
221:13
**believe** 12:18 13:7,10
13:14 24:14 28:2
36:18 37:2,6 38:13,17
39:10,10,13,17 43:21
45:2,17 67:25 80:11
89:24 112:15 114:15
121:12 125:21 128:24
129:25 131:24 133:4
133:10 135:16 136:7
144:15 147:20 148:3
152:25 157:20 158:14
161:13 162:25 170:5
170:15,15,22 172:11
178:7 179:8 180:9
181:21 182:23,25
183:3 184:5 188:17
201:14 202:2 203:9
212:20,21 218:21
227:3,19 229:4,9,11

229:24 230:20 231:17
231:18,22,23 232:6
233:2,3 235:10,20
243:6,23 244:2
245:22 246:2 248:6
249:7 254:23 266:3
272:7 277:4,12
281:13 283:23 288:15
290:21 293:5 296:13
297:12,22
**believed** 33:13 38:8,12
38:16 130:25 150:8
150:12 166:5 224:17
**believes** 218:19,20
236:16 237:18
**believing** 178:4,9
**bell** 19:8
**benefit** 48:11,16
**Bernard** 1:13 2:9 6:4
20:7 278:18 279:5
303:10 304:6,13
306:5,19
**Bernstein** 247:25
248:15,22
**best** 10:9 16:10 69:18
85:9 103:5 125:23
127:2 151:24 165:10
165:23 166:13 179:18
**better** 42:6,13,16,22
43:4 44:13,18,19 63:5
64:9 114:24,25
239:22
**beyond** 42:20 154:6
199:2
**bias** 49:7 226:21
239:24 248:13
**biased** 226:17 238:5,21
245:19
**big** 162:5 281:24
300:25 301:14,15
**bigger** 158:15
**biggest** 62:4,16
**bill** 11:5
**billion** 34:4,4 79:15
112:17,18 124:13,15
190:15 194:16 234:24
250:25 251:15,20,25
253:6
**Bilotti** 44:9 121:4,17
**bit** 21:13 55:19 64:9
85:11 107:14 124:24
132:24 205:19 241:18
**black** 1:13 2:9 6:4 7:12
8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1
20:1,6,7 21:1 22:1
23:1,25 24:1,2,3 25:1
26:1 27:1 28:1 29:1

30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1
69:14 70:1 71:1 72:1
72:11 73:1 74:1 75:1
75:6,13 76:1 77:1
78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1
86:1 87:1 88:1 89:1
90:1 91:1,4,9,21 92:1
93:1,17,18 94:1 95:1
95:10 96:1 97:1 98:1
99:1,16 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1,8 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1,13
129:1 130:1 131:1
132:1 133:1 134:1
135:1,22,23 136:1
137:1 138:1 139:1,7,8
140:1 141:1 142:1
143:1 144:1 145:1
146:1,7 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1,11
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1,9,14,15
190:1,2 191:1 192:1
193:1 194:1 195:1
196:1,4 197:1 198:1
199:1 200:1 201:1
202:1,8 203:1,6 204:1
205:1 206:1 207:1
208:1 209:1,15,16
210:1 211:1 212:1,3
212:23,25 213:1

214:1,16 215:1,15
216:1 217:1 218:1
219:1 220:1 221:1
222:1,24 223:1 224:1
225:1 226:1,8 227:1
228:1 229:1 230:1
231:1 232:1 233:1,16
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1,21 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1,7,8 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
285:1,7 286:1 287:1
288:1,8,9 289:1 290:1
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1 299:1
300:1 301:1 302:1
303:1,10 304:6,12,13
304:14,16,19,21,23
305:4,6,7,9,12,13,15
305:17,20,22,24
306:5,19
**Black-1** 20:15
**Black-10** 146:6,12
191:2 195:12
**Black-11** 189:8 195:12
**Black-12** 196:3 199:21
211:5
**Black-13** 202:7
**Black-14** 233:15
**Black-15** 249:20
**Black-16** 260:22
282:10,12 284:21
**Black-17** 291:25 292:3
292:17
**Black-2** 24:7
**Black-3** 75:5
**Black-6** 90:17
**Black-6** 99:15
**Black-7** 109:5 122:9
**Black-8** 222:14
**Black-9** 139:15 210:18
210:18 211:18 215:11
216:7
**blended** 297:13
**blood** 307:14

**board** 247:18
**boards** 17:24
**body** 19:19
**booked** 282:17
**Boston** 3:17,18 8:10
152:24 153:2 175:7
249:22 305:20
**Boston's** 147:18
**bother** 23:5 254:16
**bottom** 110:6,10,14
136:16 140:19 212:6
217:4 280:4 287:3
296:7 300:18
**bought** 64:10
**bounced** 55:14
**brackets** 25:8 113:15
**brain** 122:11
**break** 36:3 65:9,12
71:15,17,17 114:23
127:10,17 147:9
174:21 180:25 181:2
181:12 198:5 230:4
230:14 295:9
**breaking** 174:20
**breakout** 114:7
**Bricklayers** 3:6
**bring** 231:10 236:22
246:5 251:8 254:12
**bringing** 16:22 132:8
163:17
**broadcast** 137:12
**broader** 84:2 156:2
**broadly** 53:19
**broken** 122:15
**brought** 245:25
**bubble** 55:9,10 59:14
59:23 60:5,14 61:6,17
62:5 80:18,19 81:12
81:20 82:16 87:3
**building** 252:9
**bull** 245:22
**bullish** 217:9,20 218:11
218:17 219:22,25
220:3,17
**bump** 84:23
**bunch** 130:12 236:25
**bundled** 114:17
**buried** 99:22
**burst** 55:9,10 59:14
60:14 62:5
**bursting** 80:19 81:12
82:15
**business** 16:7 43:12
44:19,20 74:12 85:15
85:19 92:11,17,21
184:11 243:12,20
244:8 247:14 248:8
248:12,15,18,23
256:6 262:4 263:19

266:4 268:24 273:10
275:14 276:18 277:3
277:11,23 283:2
289:8 298:24,25
299:16,17
**businesses** 298:3,11,12
298:13,15,20 300:24
**buttons** 104:23
**buy** 245:16 300:25
301:14,15
**buyer** 298:2

---

### C

**C** 3:2 4:2 29:13 47:14
128:9 307:2,2
**cable** 137:12 285:19
289:12 292:16,19
298:18
**calculate** 87:14
**calculation** 14:17 88:4
88:21 89:3,19,25
95:15,23 97:2 100:17
101:21 122:18 179:25
181:21,25 182:7
188:3 198:13 203:7
290:18 298:6
**calculations** 11:19 13:5
14:10,15,20 15:5,7,11
15:13,15 16:8 20:21
180:18 183:5,8
**calculator** 66:10,10
285:14
**calendar** 100:25 101:6
101:9,12 122:24,24
**California** 275:19
**call** 8:19 16:25 17:12
33:6 40:6 52:17
55:20 86:17 96:15
123:10 148:15 158:3
159:5 211:8,11,12
233:11 291:17
**called** 7:6 17:21 34:3
49:7 108:24 138:14
197:17 209:10 245:9
245:10
**calling** 20:14 39:8
291:18 297:11
**candid** 147:3 150:22
151:12
**cap** 299:8
**capable** 44:21
**capture** 106:23 112:10
113:5 115:17 183:24
**capturing** 105:19
**care** 38:22,23 155:20
166:11,12 184:4
215:6,7
**careful** 45:18 46:19
**carry** 142:19

**carrying** 64:24
**carryover** 188:25
**case** 1:6 10:6 12:15,20
13:2,2,7,9,10,15,18
13:21,22 18:24 19:6
23:10 24:21 26:3,11
26:13,18 30:6 41:10
42:5 45:2 47:19,20
48:5 54:17 61:14
112:5 138:12 152:4
154:7 157:18 159:18
163:15 180:9 181:22
218:13 225:9 226:18
226:23 231:6,22
241:15,25 242:15
257:2 259:2 266:3,23
277:4,12,13,17 306:3
**cases** 18:3 19:7 47:12
159:17
**category** 39:9 40:5
299:12
**Catherine** 146:14
191:4 233:24 234:7,8
234:13
**cause** 95:2 177:15
**caused** 126:5 210:6
211:21 215:11
**causes** 94:23 247:13
**caution** 267:12
**caveat** 292:21
**caveats** 172:13
**CCR** 1:24 307:21
**CC'ing** 146:14
**cell** 48:22
**central** 133:22
**centrally** 148:15,18
**certain** 9:19 36:6 125:4
276:6
**certainly** 16:23 20:13
23:10 25:22 30:5
41:23 43:11 48:2
49:6,13 59:25 86:6
90:9 108:18 116:10
125:6 144:15 150:11
152:16 155:17,18
165:7,12 168:13
169:10 197:22 216:20
218:5 222:12 226:20
228:25 237:3,4 244:6
244:23 245:13 246:11
246:11 257:20 265:18
270:22 271:3 278:15
287:21,24 298:7,20
**Certified** 2:12
**certify** 307:10
**cetera** 78:23
**change** 49:17 67:12
103:9 104:12,18
108:11 204:10 206:8

206:9 207:23 210:6
221:10,11,12,25
251:19 254:10 277:19
280:8 286:15 294:6
294:18
**changed** 38:15 51:9
83:13 98:25 232:11
233:9
**changes** 50:11,25
286:21
**changing** 220:12
232:20
**characterization**
126:19 129:11 196:18
211:10
**characterized** 56:8,16
**chart** 64:15 66:15,17
70:20 76:22 78:4,6,8
78:9,19,21,22 86:8
111:24
**check** 107:16,24 203:8
254:16 269:21
**checked** 203:11
**Christmas** 64:10
**chunks** 228:25
**circled** 202:13
**circulation** 205:22
**circumstances** 222:11
**CK** 7:6
**claim** 19:15 44:19,21
126:2 217:11
**clarity** 50:3
**class** 3:8 128:24 201:3
227:2,9 228:7,11,14
228:17,21 229:2,15
248:5
**clear** 10:9 23:16 54:16
60:21 129:17 134:6
135:18 138:11 159:7
162:12,14 166:4
193:8 201:18 206:22
207:5 286:11 295:20
299:21
**cleared** 215:20
**clearer** 39:25
**clearly** 57:11,13,19
66:17 116:14 117:14
134:8 195:10 221:23
224:12 253:16
**climbing** 105:12
**close** 54:18 56:20 57:10
99:22 108:25 194:20
200:10,11 216:24
**closely** 19:16
**closer** 150:11 214:16
246:19
**closest** 194:14,17
**coauthor** 12:23
**Coke** 183:14

collectively 246:13
color 238:6
com 103:22 256:8
263:20
combination 92:17
172:22
combinations 92:12,22
combine 169:16
combined 9:5,8 63:7,13
63:17 64:3 169:15
172:24 181:14 182:10
190:12 265:6 276:2,5
285:22
come 17:8,21 29:15
40:5 83:25 90:20,21
96:9 99:12 150:19
166:7 168:7,17 184:8
208:19 232:10 236:19
245:12 252:6 259:25
293:6 294:21 296:23
comes 55:17 161:24
162:17 177:18 195:8
236:20
comfortable 9:21 51:3
132:5 149:20 150:7
153:16,17 164:21
218:2 273:25 294:3,4
294:22,24 295:4,5
coming 59:25 85:18
111:22 195:11,14,18
259:12 266:7 276:19
297:5
comment 220:3
commerce 74:4 79:22
84:3,16,23 85:5
112:21 276:19
COMMISSION
306:25
commissions 245:12,14
committed 225:5
committing 301:23
302:4,12
common 98:21 298:7
298:11,12
commonly 298:15
communications
231:16
companies 15:23 17:25
42:7 60:22 133:19
160:4 217:2 276:7
299:7,11
company 43:18 59:8
63:17 64:4 73:25
118:11 119:10,12,25
120:3 145:10 150:12
159:2 166:12 168:8
197:12 198:4,7
244:22,25 245:4
247:15 252:24 262:6

263:5 269:22,24,25
270:3,10,14 276:2
280:6 281:24 298:3,8
298:9,23 299:15
company's 261:3
comparable 185:21
199:5 248:24 289:23
289:25 293:24
compare 106:4 192:18
193:6 292:18
compared 77:20 98:8
116:10 121:6 160:3
comparing 113:25
193:5 202:22
comparison 120:18
195:8,11 289:17
290:16
comparisons 76:2
compensation 11:9,12
243:19,25 244:4,10
244:10,14,15 245:11
245:17
competing 196:23
208:16
competition 118:7
complete 185:18 206:5
226:5
completely 49:14
complex 298:8 299:20
complicated 43:8
261:12 270:8
complies 136:13 286:6
component 143:8
188:11
components 56:5 79:16
compound 147:8 239:2
compute 101:17
computed 297:12
computing 104:15
293:4,10
concentrated 118:17
276:16,18 277:23
concentration 118:11
118:22 119:3,10,24
120:2,4
concept 189:5
concern 25:20 218:7
247:13,14,14,15,21
concerned 215:2
244:21 245:3,7
concerning 277:25
283:4,10
concerns 25:5 27:4
51:24 52:9 135:13,16
138:4,13 300:9
conclude 31:13 71:4
concluded 71:11
concluding 303:5
conclusion 23:6 51:25

52:10 131:12,14,17
154:8 155:11,13
161:15 163:4,11,21
233:6 273:23
conclusions 15:17
111:20 125:2 132:11
135:7 208:11 220:25
222:8
conduct 14:15 15:18
25:11 26:6 52:4
138:23 270:25 271:4
300:2
conducting 26:14 48:10
Cone 44:10
confidence 61:10,24
82:22 86:13
confident 82:23 83:2
155:23
confidently 85:6
confirm 202:25 260:18
261:4 264:7
confirmed 98:5 178:6
203:24 264:5
confused 166:15
215:17,19 236:3
confusion 8:24 10:8,11
215:20
conjunction 173:12
consensus 33:6 35:10
consider 15:21 16:11
16:12,18 19:17,23
50:5,8 197:24 208:10
224:9 236:15 241:18
247:17 271:24
consideration 224:4
considerations 151:23
152:2
considered 120:8
175:19 197:7 272:4
considering 81:10,11
consisted 242:3
consistency 35:23,24
35:25
consistent 10:9 22:22
31:3,6,7,20,20,25
33:13 34:7 40:14
54:10 69:22 96:16
108:8 113:24 118:25
128:20 129:16,20
131:5,15,19 151:5
154:10 161:2,5 169:3
171:22,24 172:3
188:2 192:25 224:24
225:2,10,20 235:16
235:18 240:11,15
241:2 243:2 247:3,4
254:18 269:11 273:8
274:25 281:2,4
consistently 44:23

contact 13:12,24
contain 108:21
contained 223:21 283:9
283:16 284:21
containing 130:15
contemporaneous
127:3
contents 267:4
context 236:15 237:22
continue 129:25 243:13
260:14
Continued 302:15
continuing 20:20
contracts 79:13
contrary 129:9
contrast 65:20
contributions 114:5
Cont'd 4:2 128:11
305:2
conversation 271:12
conversations 37:12
267:11,13
conversely 158:20
228:11
conveyed 151:7
convincing 302:11
copy 97:17,20
copyable 117:19
copying 110:13
core 262:4,4
corporate 13:10 15:24
16:2,13,15 17:20
18:21 43:13 44:16
correct 10:21 18:8,11
30:13 32:4,8 36:11
41:16 45:9,14,16
47:10 48:12 53:6
60:7 63:25 81:3,7
89:17,18,24 93:14
94:19 95:23 100:17
102:2,15 103:11
124:5 125:5 129:10
132:12 134:13 135:15
145:25 147:7,15
159:21 165:3 170:7
175:10 176:23 177:2
180:6 182:24 195:16
210:8 214:20 215:24
216:3 233:7 242:4
251:5 252:19 254:4
258:13 267:19 268:13
268:17 272:19 274:18
276:8 292:12
correctly 28:21 29:4
30:15 120:11 146:3
184:3 188:18 245:24
275:13
correspond 100:8
cost 108:19 142:20

counsel 6:8 128:19
130:13,25 267:11,14
count 83:11
counterfactual 182:23
183:2,8,10
counts 83:19
COUNTY 307:6
couple 12:24 83:16
96:13 148:11 232:17
295:19
course 16:8,15 104:12
129:8 130:22 215:25
231:5,21 264:7
270:25 271:4
court 1:2 2:12 5:16 7:3
courts 159:18
cover 7:24 214:20
coverage 151:3 181:15
covered 30:25 44:6,11
246:24 248:4
covering 28:18 35:11
149:10 169:23 197:12
247:7
crazy 58:6,8,9
create 10:7
creating 182:20
credible 162:18 256:6
256:14,17,22 259:13
260:16
credit 1:4 3:16,17 6:5
6:11,14,17 8:9,10
21:18 39:15 41:18
45:7 53:23 125:12,14
126:3 147:18 152:23
153:2,21 165:3,4
170:16 171:3 172:18
175:6 181:15 182:12
192:5 193:20 199:23
219:10 221:14 226:15
228:8,18 229:16
235:10 249:10,21
305:20 306:3
credited 226:12
cross 104:2 124:21,22
crossing 228:5
crucial 256:8
crunch 111:11
crunching 110:25
crux 39:22
CSFB 8:9 22:3,21 23:2
31:5 33:24 35:8
40:22 41:3 43:21
44:25 46:14 48:16
125:19,24 126:15
130:21 148:14 153:24
154:9,22 158:13
176:22 184:15 190:19
194:7 195:24 197:16
201:11,22 208:3,19

216:24 218:4 219:18
223:22 227:24 228:2
229:3,25 243:12,21
250:24 256:8,20
273:9 282:23 287:4
289:19,24 292:20,22
**CSFB's** 21:9 36:7
129:2,19 144:23
165:15 172:3 189:22
193:15 195:9 218:7
225:20 229:5 230:22
231:10,19 232:6,9
233:12 235:21 243:15
244:16 255:15
**curious** 20:23
**cut** 82:10 110:13
234:17,23 235:3
276:22 289:2
**CV** 1:6

---

**D**

**D** 7:6 128:9 298:6
304:2,10 305:2
**Daily** 197:17 199:22
205:11,22 206:24
207:18 211:6,7,13,15
211:19 216:9
**Daniel** 3:22 6:13
**data** 62:9 65:3 69:8,13
70:19 71:3 77:18
78:8,9,22 80:18,20
81:9 126:17 164:3
220:20,21,25 222:7,8
223:3,9,10 293:19
**date** 11:23 20:9 24:5
59:16,23 75:9 91:7
93:21 99:19 109:11
109:13 125:21 136:2
139:12 143:12 146:10
154:20 161:9 164:23
167:10,11 189:11
191:22,24,25 193:25
196:6 202:10 209:3
231:12 233:19 235:20
249:24 251:2 253:6
259:11 288:11 306:4
**dated** 50:18,22 91:5,13
93:19 99:17 109:9
139:9,16,17,18,19
146:8,14 189:10
196:5 202:9 215:16
231:9 233:17 249:22
259:9 288:10 304:19
304:21,23 305:5,8,10
305:12,14,16,18,20
305:22,24
**dates** 194:25
**daughter's** 116:18
**Davis** 2:10 3:15 6:10,14

6:16
**day** 46:23 116:19 154:6
204:4 214:21 228:21
269:5 270:12 303:14
306:21 307:18
**days** 49:21 83:11 160:2
**Dayton** 21:7 24:4,8,13
25:3 27:19 51:16,20
53:5 122:9,10 304:15
**Dayton's** 21:17 23:14
51:14
**Dayton-2** 23:24
**Dayton-3** 75:4
**Dayton-9** 215:10
**deadline** 49:21
**deal** 291:7
**dealings** 283:4,10,17
**deals** 20:19 79:14,17
282:17
**dealt** 8:19
**Dean** 109:6,9 112:6
125:18 305:4
**December** 223:7 246:2
**decide** 57:11 132:4
141:20 171:19 214:7
**decided** 300:22
**decision** 244:16
**decisions** 19:5 244:15
**declining** 129:3 133:5
**deep** 25:20 99:22
**defendant** 6:20
**defendants** 3:16 6:12
6:15,17 20:6 21:3
24:3 75:6 91:4 93:18
99:16 109:8 135:23
139:8 146:7 189:9
196:4 202:8 225:9
233:16 238:19 249:21
259:8 288:9 304:12
304:14,16,19,21,23
305:4,6,7,9,12,13,15
305:17,20,22,24
**define** 57:6
**defining** 39:24
**definite** 187:15 279:17
**degree** 61:8,10
**delete** 124:9,18
**deleted** 177:4
**deletes** 177:6
**DeMarco** 19:7
**demonstrates** 139:24
**denied** 264:6
**denominator** 265:17,20
**deny** 260:19 261:5
**department** 16:6
**depend** 135:13 258:24
**depended** 138:15,20
**dependent** 36:22 39:13
79:12 135:8

**depending** 22:10
202:21 217:2 222:11
258:23
**depends** 113:7
**DEPONENT** 306:5
**deposed** 7:15 256:25
266:23
**deposition** 1:11 2:8
5:12 6:3 12:2,5 24:11
24:12,14,17,20
130:23 132:10 135:24
136:5,17 137:20
218:25 219:4 220:19
221:3,9 222:14
224:19 237:24,25
239:9,22 240:5,7
243:24 257:4 258:2,4
258:7,9 262:7,20
267:5,10 271:15
280:25 291:19 300:5
300:12,16 303:5
305:6
**depositions** 75:11
**derive** 296:16
**describe** 103:20 123:13
123:15
**described** 123:9 160:24
271:21
**describing** 53:19
**description** 241:23
304:11 305:3
**designed** 21:3
**desire** 234:14 243:10
**Desk** 189:9 196:4 202:8
305:12,13,15
**despite** 203:25
**detail** 41:14 54:5 82:17
209:14,16 212:22
214:19 275:22 279:16
**detailed** 149:12 186:16
212:2
**details** 54:7,9
**determine** 23:5 25:12
247:2 248:20 283:8
**determining** 40:19
198:11 219:9,16
**develop** 43:18
**developed** 96:11 132:3
**developing** 108:24
**development** 268:24
**developments** 35:4
140:2 224:13
**Diet** 183:14
**difference** 66:20 68:9
95:9 96:23 158:17
192:14,15 202:16,21
203:4,12,17,21
289:20
**different** 9:14,25 10:14

15:10 25:19 27:12
32:11 36:5 38:16
61:11 70:13 78:25
81:22 94:11,21,22
95:19,21 98:3 112:4
112:20,20,23 133:24
142:16 144:13 152:20
153:9 156:23 172:5
176:12 178:10,15,22
179:9 180:20 184:10
185:7 186:6,13,18
197:13 198:8 209:15
224:16 270:5 271:23
281:4 294:13 297:9
297:15 298:14,15
299:23
**difficult** 10:5 48:19
49:4 198:13 199:5
**dimension** 32:7
**direct** 13:12 113:12
**direction** 165:7,12,14
280:15
**directly** 22:2 49:9
245:12 290:25
**directors** 17:25
**disagree** 25:14,17 27:3
52:11 172:10,12
201:4,5 237:13
301:18,20
**disagreed** 28:23
**disagreeing** 34:6
262:10 302:11
**disagreement** 39:21
40:2
**disagrees** 302:3
**disbelief** 233:9
**disclose** 153:3 261:9
279:9
**disclosed** 134:10
172:14 210:19 211:19
212:14 214:13 215:11
216:7 218:4 221:14
223:22 257:20 261:24
263:2 274:9
**disclosure** 157:20
160:17,18,19 161:15
163:18 164:11,15,18
165:2,3 166:16,18,20
167:6,7,14,18 170:25
172:17
**discounted** 238:7
**discrepancy** 94:17,24
95:2 96:25 180:18
181:24
**discuss** 56:4 188:14,17
188:19
**discussed** 168:12
183:21
**discussing** 209:13

**discussion** 300:12
301:8
**dispositive** 240:6
**dispute** 26:4 138:17,25
169:8
**disputed** 138:11
**disputing** 23:16
**disregard** 218:11
**dissemination** 150:25
207:19,21
**dissent** 172:8 196:10
207:24
**dissenting** 172:23
**dissents** 197:11
**distinction** 38:19,20,21
38:23 39:5
**distinguish** 27:21
218:15
**distributed** 87:20
207:18
**distribution** 151:16,17
**DISTRICT** 1:2,3
**divide** 67:23 89:21
**divided** 67:23
**dividing** 102:16
**division** 34:8 64:6
72:16,23,24 73:2
74:18 89:6 149:11
182:18 243:21 264:23
268:20,25 270:13
271:20 293:16,16
**divisions** 129:21 130:16
290:13 297:9,15
**document** 1:7 75:14
76:18,20 92:20 94:3
109:24 110:17,22
146:17 200:5 211:24
231:21 233:15 239:5
254:7,22 273:4 277:7
285:13 291:9 296:21
300:17
**documents** 131:8
154:20 195:23 232:16
239:15 283:22
**doing** 31:2,2 32:24
35:16 44:21 48:10
49:3 59:3 70:3 79:10
117:23,25 122:19
125:13 130:16 158:13
253:20 264:21 290:16
298:6
**dollars** 88:20 112:8
150:16 191:18 203:15
203:15 250:19 286:9
298:17
**domain** 27:6 37:3
149:23
**double** 203:8
**doubt** 22:13 138:12

276:24
**doubtful** 154:21,23
**doubts** 220:17
**downturn** 28:4,5,9,11
  29:4 30:3 59:15
  133:20
**downward** 246:8,13,19
**Dr** 3:8 201:2
**draft** 49:23 54:6 125:20
  126:24 143:14,18
  145:4,6 146:4 149:22
  152:9 153:25 191:4,8
  193:21 204:22 212:23
  212:24 214:22
**drafted** 191:12
**drafts** 54:17
**dramatically** 61:11
**draw** 222:8
**drawing** 132:10 135:19
**driver** 72:15,17,22 73:2
  73:17 74:7,19,23
**drop** 215:12
**dropped** 254:3
**drops** 162:16
**due** 129:3 133:5 178:21
  181:25
**duly** 7:7
**duplicative** 51:6
**D.C** 275:17,19,21

——— **E** ———
**E** 3:2,2 4:2,2 7:6 128:2
  128:2,9 304:2,10,10
  305:2,2 307:2,2
**earlier** 7:12 62:11 63:5
  65:16 71:10 74:10
  80:6,16 93:4 96:12
  136:20 149:2 162:19
  165:9 191:22,24,25
  213:11 250:24
**earliest** 154:19
**early** 117:22 154:16
  222:4 227:11 229:23
  230:19 231:14
**earnings** 194:24 217:9
  217:13,18
**EBITDA** 34:4 40:22,25
  41:3 58:23 129:3
  144:22 145:25 146:4
  184:9 189:22 190:16
  190:19 191:12,17,20
  192:4 193:14,15,19
  194:3,8,16 195:9,10
  195:12,16 230:2,23
  231:20 235:4 249:13
  251:19 252:4,17,18
  252:22 253:18 289:10
  297:14 298:10,18,20
**economically** 203:20

**economy** 56:20
**edited** 50:16
**editing** 49:20
**education** 14:13
**effect** 5:15 21:20 55:8
  70:5 92:16,17 115:21
  118:4 156:4,6,8
  157:15 158:15 166:20
  173:3 198:11,15
  204:13 208:24 216:25
  264:20
**effective** 142:20
**effectively** 172:8 193:3
  193:4,18
**effects** 19:10
**efficiency** 14:2,6 158:4
  161:6
**efficient** 207:13,20
**effort** 49:14 93:5
  108:19 161:10 297:25
**eight** 238:17
**eighty** 203:10,14,15
**either** 28:22 29:8 31:2
  53:4 128:25 141:8
  147:23 153:11 157:24
  187:10 201:14 202:4
  202:22 229:25 230:21
  254:10 261:4 264:6
  271:25 274:20 279:8
  286:16 294:7
**Eleven** 82:9
**elimination** 250:18
  289:21,23 290:2,6
  291:5,8 292:8,8,13,23
**email** 139:8,15,20,23
  140:5,9,13,15,17,24
  143:17 145:5 146:7
  146:13,20 147:13
  150:3,9 151:19 152:3
  152:6 164:24 191:3
  194:15 209:5 211:18
  214:12,21 215:2,7,9
  216:6 217:5 218:3
  219:2 220:14 221:13
  223:21 225:8,17,22
  231:9,20 232:24
  233:14,17,21 234:2
  234:16 235:18 236:25
  240:3 249:8 251:10
  251:13 253:8,9,12,21
  256:19 259:8 260:21
  261:17 264:12,16
  266:8,20 268:6,7,9
  269:6,8 272:12,22
  273:15 276:12 277:2
  277:5 280:3,15 282:6
  283:9,16 284:21
  305:7,9,18,22
**emails** 25:6 36:14,22

37:11,21 39:4 129:14
  130:12,13 132:9
  133:17 136:21,24
  138:5 139:23 141:18
  146:21,25 150:23
  151:7,13 172:13
  215:25 218:9 231:13
  231:15 232:2,25
  233:17 237:12 238:23
  239:21,23 253:15
  256:19 266:5 280:21
  305:18
**embarrassing** 246:4
**employed** 228:2,18
  229:3
**employee** 257:10
  278:19
**employees** 264:25
  268:23 282:16,18
**encompass** 284:20
**encompassed** 190:20
**ends** 227:12,16 288:18
**engaged** 21:6 92:21
**engagement** 160:9
**enormous** 90:13
**enormously** 186:16
**entertainment** 285:19
  293:19
**entire** 90:13,15 168:8
  214:6 288:14,16,21
  288:22
**entirely** 112:19 151:19
  175:2 241:12 244:24
**entitled** 132:2
**entity** 8:17,25 9:8 63:7
  63:13 276:6
**equally** 272:8
**equals** 89:16 203:10
**equivalent** 174:8
**ERRATA** 306:2
**error** 83:17
**especially** 34:8 77:16
  174:13
**ESQ** 3:11,12,21,22,23
  4:9
**essentially** 241:9
**estimatable** 28:17
  29:23
**estimate** 11:24 28:19
  29:24 30:3 56:16
  69:8 88:18 89:5
  102:21 122:16 123:25
  151:24 156:17 165:10
  165:23 247:22 253:18
  265:3 285:22 286:3,4
  297:25 300:4
**estimated** 28:21,21

83:12,14 253:23,25
  255:9
**estimates** 57:22 87:17
  129:2,19 179:16
  217:9,13,18 221:25
  229:5 230:2,22
  231:11,19 232:6,9
  235:21
**estimating** 32:20
  112:18 114:4,8
**et** 78:23
**Europe** 235:5
**evaluate** 35:19 58:14
**event** 242:22
**everybody** 79:12
  118:16 158:25
**everything's** 223:11
**evidence** 27:18 31:23
  64:22 71:10 76:22,25
  77:4,19 129:9 138:18
  152:3 168:9 170:4
  171:24 182:6 199:6
  231:5 269:12 270:4
  281:2,4 302:12
**evolved** 118:10
**ex** 71:5 226:21
**exact** 32:18 56:10
**exactly** 96:10,14 164:5
  165:19 166:9 172:6
  175:16 176:18 183:18
  183:19 217:12 220:10
  227:12,14 239:25
**examination** 7:10
  128:11 138:24
**examine** 31:4
**examined** 7:8 118:12
**examining** 198:15
**example** 40:21 46:4
  49:25 55:7 58:2
  147:11 158:6 193:13
  264:13
**examples** 193:17
**exceeded** 283:3,9
**exceeds** 283:17
**Excel** 14:24 15:2,3
**excellent** 285:10
**excerpts** 90:13,15 91:5
  93:19 99:17 288:10
  304:19,21,23 305:24
**exchange** 137:23
**exclamation** 204:21
**exclude** 96:17,21
**excludes** 140:16
**excluding** 224:4
**excuse** 64:2
**executives** 244:22,25
  245:4 247:15
**exercise** 102:25 288:5
**exhibit** 20:4,6,12 24:3,7

51:14 75:6 90:16,17
  91:4,9,22 93:18 95:10
  97:22 99:16 100:21
  104:24 109:8 116:13
  128:14 135:22,23
  139:8,14 146:7 150:9
  151:15 189:9 190:2
  196:4 202:8,19,20
  204:16 209:15,17
  212:3,9,23,25 214:11
  214:17 215:16 233:16
  249:21 259:8 288:9
  304:12,14,16,19,21
  304:23 305:4,6,7,9,12
  305:13,15,17,20,22
  305:24
**exhibited** 108:12
**exhibits** 90:24
**exist** 36:17 70:4 120:3
  172:13 197:24
**existed** 81:10 281:14
  292:9
**existence** 36:22 261:5
**existing** 69:21
**exists** 291:8
**expand** 118:2
**expansion** 118:6
**expect** 68:14,23 77:13
  79:5 118:5,6 149:11
  168:4 258:15 279:11
**expectation** 71:5
  115:24 117:20
**expectations** 119:2
**expected** 63:22 82:13
  252:13 273:7 275:24
  276:3
**experience** 17:10 81:21
**expert** 10:20 12:11,22
  16:12,19 18:3 19:18
  19:21,23 21:3 24:3,8
  126:11 130:3 131:21
  132:2 159:15 160:15
  163:13,15 164:4
  169:12 203:4 235:14
  241:5,16 254:12
  294:2 304:14
**expertise** 14:14 15:18
  16:12,17,21 17:7
  121:21 122:3 132:9
  144:19 157:24 161:14
  163:3,17,20 164:6,8
  198:18,20,23
**experts** 12:20 13:2,18
  24:21
**EXPIRES** 306:25
**explain** 53:17 55:4
  296:11
**explanation** 208:17
  221:7

**explicit** 243:24 244:14
  253:21
**explicitly** 189:3 196:23
  252:3,8 273:12
**exposure** 226:23
**express** 208:21 240:21
**expressed** 25:5 33:16
  37:21 108:9 119:3
  138:5
**expression** 127:3
**expressly** 9:13
**extend** 259:25
**extensively** 17:20
**extent** 9:21 28:8 39:12
  58:25 63:15 65:25
  78:13 138:18 155:25
  183:7 192:7 197:23
  229:13 239:7 247:20
  252:15 277:22 298:16
  299:22
**extra** 50:15 83:9
**extraordinarily** 117:25
**extremely** 74:3
**e-commerce** 55:22
  113:14 114:3,10

**F**

**F** 128:2 304:10 305:2
  307:2
**FACCHIN** 4:14
**face** 86:2 165:20
**fact** 25:14 37:20 41:4
  42:2 45:12 51:5 58:4
  60:12 80:17 107:17
  118:10 135:8 144:16
  150:21 162:10 178:22
  180:19 198:14 210:21
  219:7 233:21 238:6
  238:18,18 240:13
  242:11 252:9 258:20
  276:4,6 283:22
  284:14 291:8
**factors** 160:24
**facts** 132:2,4 266:2,6,7
**factual** 128:20,21 131:6
  131:15,19,25 132:7
  132:11 138:17,25
  151:6 168:21 169:7
  170:10,20 228:24
  232:19 235:15,16
  240:11,14 241:2,17
  243:2,4 269:12 272:6
  274:12
**factually** 41:10 283:21
**failing** 60:22
**failure** 39:9 40:5
**fair** 37:23 40:3 49:19
  54:20 74:6 104:5
  126:19 138:10 148:8

168:13 169:4 186:11
  196:18 207:6,10
  211:10 241:22 262:19
  295:7
**fairly** 51:12 161:25
  219:8,15 270:7
**faked** 117:17
**fall** 99:13 136:22
  299:11
**False** 263:22
**familiar** 18:24 19:13,16
  20:11 267:4 275:20
**familiarity** 19:14 26:12
**far** 118:14,14 134:12
  153:16 159:2 194:22
**faster** 213:18,21,22
**favor** 139:2
**favorable** 225:9
**FD** 263:24
**February** 132:22
  134:17 170:17 175:8
  182:8,21 183:20
  186:7 189:25 191:20
  194:18 196:12 217:15
**federal** 164:3
**feel** 217:23,25 294:2
**feels** 41:6 44:17 96:22
  107:13 212:16 236:3
  239:2
**fell** 255:17
**felt** 246:3
**fewer** 276:22
**Fidelity** 46:6 87:17,22
  88:8 105:25 108:10
  109:14 124:25 125:7
  125:10,22,25 126:4
  126:14,18,20,24
  127:2 168:13 296:14
  296:16,17
**field** 17:21
**Fifteen** 285:9,10
**fight** 118:7
**figure** 76:23 187:10
  291:10 297:4
**figured** 276:21
**figuring** 117:14
**filing** 5:4
**film** 289:12 292:16,19
  293:19,20
**filmed** 285:19
**finance** 15:22,24 16:2,6
  16:13,15 17:22 43:13
  44:16
**financial** 12:13 17:23
  18:6 44:22 59:8,21
  90:10 92:15 98:22
  159:5 161:5 164:2
  226:23
**find** 45:3 98:15,22

111:16 124:12 129:8
  223:25 270:25 279:3
**finding** 71:10
**findings** 131:22
**fine** 59:6 71:20 87:24
  121:2 214:4 223:11
  258:11 260:7,11
  264:21 277:13
**finely** 82:11
**finer** 38:3 65:16
**finish** 16:3 45:21 46:2
**firm** 32:17 74:25
  197:12 198:6 248:10
**firmer** 149:16
**firms** 12:15
**first** 3:17,17 8:10 25:4
  28:13 34:8 41:9
  42:25 46:17 54:4
  56:12 59:13,18,20,22
  60:8 64:15 65:11
  67:5,16 68:11 69:3
  73:14 84:21 88:13
  89:10 90:7 95:6 98:2
  98:18 100:9,25 101:9
  103:8 104:19 105:7
  117:22 128:23 132:15
  147:18 148:14,16
  152:23 153:2 175:7
  175:19 188:25 192:15
  197:4 200:20 220:7
  225:21 237:9 247:13
  249:22 253:11 255:7
  255:10,18 285:2
  286:3,18,23 287:9,16
  287:18,20 289:9,13
  290:23 291:15 293:20
  299:21 305:20
**fiscal** 99:3,6,12 100:6
  100:24 101:2,7,10,13
**fit** 134:5
**five** 12:7 61:23 69:17
  69:21 84:15 140:18
  140:23 220:15,20
  223:2,8,14 238:18
  293:14 301:14
**five-minute** 295:8
**five-year** 158:9
**fix** 123:21
**fixing** 123:20
**flagged** 93:24 99:21
  109:20
**flagging** 10:15
**flipped** 205:16
**Flom** 4:5 6:19
**Floor** 3:9
**flow** 50:2,17 51:4
**fly** 264:11 290:24
  291:11
**focus** 76:15 187:14

**focused** 26:14 48:6
  93:3 213:13 214:21
**focuses** 225:21
**focusing** 219:7 221:6
**follow** 105:18
**following** 14:22 38:12
  128:19 173:15 206:18
  224:11 235:15
**follows** 7:9 25:14
  128:10
**footnote** 124:10,20,22
  273:17 274:2 275:2
**force** 5:15
**forecast** 46:13 149:13
  192:24 193:2,2
**forecasting** 32:16,19
**forecasts** 34:7 144:21
  145:10,14,15 154:9
  158:10 161:4 165:16
  189:20 194:4
**forget** 252:7
**forgot** 123:21
**forgotten** 262:24
**form** 5:9 26:21 30:8
  32:20 53:22 57:17
  82:4 84:5 103:23
  106:15 119:7 125:20
  153:6 156:20 168:19
  175:12 199:4 270:23
  281:5,7 284:5,8,11
  290:23
**formed** 138:24 153:23
  160:23 175:13 197:9
  172:12 264:10
**forming** 31:9 106:6
  168:22 284:2
**formulating** 53:11
**forth** 36:15 37:17 81:12
  111:9,18 181:12
  253:13 261:2 262:8
  267:19 280:19
**forward** 21:2 35:8
  36:19 40:4 116:16,22
  131:21 247:3
**found** 35:7 40:24 65:17
  262:17
**four** 4:7 29:19 55:11
  61:22 62:17 84:15
  100:12,23 105:20
  136:11 293:14,23
**fourth** 46:5,8,15 55:15
  57:21 58:21 60:16
  61:22 62:24 63:9,14
  63:22 64:6,8,16 65:4
  65:17,24 66:14,22
  67:3,6,10,14,17,21
  68:5,13,15,25 69:4,11
  69:14,24 70:6,9,11,11
  70:12,16,21 71:6

76:13,23 77:2,14,20
  77:23 81:15 83:17
  86:15 88:18 93:25
  98:5 101:6,13,21
  102:20 104:18,25
  122:16,23 123:23
  245:21 247:21
**four-thirds** 203:14,15
**Fox** 3:5,11 6:21,21,21
  6:25 9:18 12:7,9,14
  12:16,21 13:20 14:16
  15:6,20 17:11 19:3
  20:14 21:5 23:8,25
  26:24 28:7,16 29:6,10
  29:18 30:17,22 31:16
  33:4,20 34:18 36:9,25
  37:25 39:6,19 41:22
  42:8,24 43:2,6 45:13
  45:21,25 47:11,25
  48:13 50:13 53:7,15
  53:25 54:14 57:5
  58:17 62:7 65:8
  66:23 68:22 71:8,15
  71:18,24 73:21 75:23
  76:5,16 77:17 78:2,17
  79:3 80:10 81:17
  85:2 86:21 95:3,24
  100:19 102:9 103:4
  106:10 107:21 108:14
  109:22 110:9,16
  112:2 114:13 115:11
  117:2 118:19 119:5
  119:13 120:7,17,21
  120:23 122:10 123:6
  126:7 127:8,11
  129:12 131:3,23
  132:23 134:14 138:6
  139:5 140:3,12,21
  141:16,23 142:8
  143:2,9,18,22,25
  144:5,7,9,14 145:7,12
  145:17,19 146:2,23
  147:5 148:10 149:6
  151:4,14 152:14
  153:5,22 154:14
  156:16 157:25 159:9
  159:14,20 160:7,22
  161:19,22 163:8,22
  164:16 165:21 167:16
  169:5,25 170:8,18
  171:4,8,13 172:19
  173:5,24 174:3,18
  175:3 176:4,20,24
  177:4,9,12 178:17,25
  179:6,13 180:7
  182:14 183:23 184:20
  185:9 186:8 188:7
  190:6,10 192:10
  193:7,23 194:9

196:20 197:6,14
198:9,17,25 199:14
200:3,6,12,17 201:8
201:16 202:24 203:6
203:19 204:8,14
206:4,9,11,15,21
207:6 208:5,12 210:9
210:23 211:22 215:4
215:13 216:14 217:16
217:22 218:14 219:20
221:2,16 222:10,19
222:22 223:24 226:19
227:21 228:9 229:18
231:7,25 234:11
235:12 237:8 238:9
238:25 243:7,22
244:5 246:17 247:11
248:25 249:14 250:3
250:9,13,22 251:11
253:3,10 254:21
257:17 258:14,22
259:5,20,23 260:3,5
260:11,24 261:18
263:10,14 267:12
269:18 270:18,21
271:8 272:14 274:24
275:11,25 276:14
277:21 278:14 279:2
279:22 282:8,12
283:13 284:22 287:11
288:14,17,22 289:15
291:6 294:9,25 299:3
299:19 301:24 302:9
**fraction** 162:21
**fractional** 63:18
**frame** 8:12 9:14 10:24
22:10 30:3 77:25
78:12 106:9 109:18
119:4 125:15 159:23
165:5 167:7 171:2
173:14 175:8,10
186:7,15 192:15,16
196:12 204:5,12
233:2
**framed** 53:18
**framework** 81:22
**framing** 131:4 172:20
**fraud** 126:2 301:23
302:4,12
**fraudulent** 126:5
**Fred** 127:6 216:12
**Frederic** 3:11 6:21
**free** 136:22
**frequency** 258:16
**front** 65:3 66:3,9 122:8
131:8 150:10 164:24
211:2 215:10 216:7
222:14 253:4 260:21
281:17

**fruitful** 110:25 115:3
**frustrated** 213:9
**full** 56:12 72:14 88:9,16
91:24 103:8 125:16
125:23 145:10 151:20
172:17 185:11,12,16
191:17 192:21 194:5
208:16 250:18 286:17
287:13,14 290:21
**fuller** 195:23 214:15
**fully** 134:23 210:11
218:21 225:2 264:5
**Fund** 3:7
**further** 5:7,11 55:16
62:9 69:18 104:8
106:19 199:21 246:5
262:11,16 291:10
294:20,22,23 295:2,5
295:6
**future** 46:20 47:15
49:10 61:5 106:12
158:10 279:16

---
**G**

**gather** 205:21
**gazillion** 150:16
**gee** 55:8 158:13 255:12
**general** 16:14,25 19:14
21:8 23:11 25:17,24
27:14,22,22,23 28:9
30:9 43:14 82:15
133:16,20 135:17
137:9 140:17 156:21
161:6,14 190:24
239:12,13 245:8
266:12 279:7,14
**generality** 22:9 23:15
26:5 27:2 52:6 53:6
165:18
**generally** 15:22 26:15
33:5,25 35:13 42:18
44:15 47:23 52:8
53:19 140:4 157:8,10
158:3 164:22 241:11
**generated** 75:19 243:20
256:7,7
**generating** 247:16
248:14 263:22
**generic** 34:25
**Gertner** 1:6 161:21
163:3,6,21
**Gesser** 3:21 6:10,10
7:11,13 10:3 14:19
20:10,16,17 23:23
24:2,6 36:10 43:3
45:23 54:20,22 71:16
71:20,23 72:2,10
73:24 75:10,12 76:6
76:19 78:7,24 91:8

93:17,22 95:11,12
99:20 109:4,12
110:11,18 117:7
120:14,19,22 122:12
126:8 127:6,9,15,20
128:12 134:16 136:3
139:7,13 140:23
141:20 142:4 143:16
143:21,24 144:4,6,8
144:10 145:15,18,22
146:6,11 147:6
159:10 161:21 167:17
171:6,11,18 173:6
174:2,5,22,24 176:23
177:2,6,10 179:4,7
181:10 184:22 189:8
189:12 190:8,11
196:2,7 198:19 200:4
200:18 201:20,21
202:6,11 203:3,7,8
206:7,10,12,17 207:3
207:11,16 208:8
215:5 216:12 222:21
222:23 226:9 230:13
233:20 249:20,25
250:6,11 251:12
259:7,18,21,24 260:4
260:7,12 267:16
270:19 282:9,13
283:14 285:4,10,11
288:7,12,15,20,23,24
295:8,17 299:5
302:14 304:8
**getting** 48:8 114:24,25
131:7 155:18 162:4
166:24 170:23 179:15
195:5,7 220:22
265:12 270:7 293:25
**give** 38:21 47:3 70:20
88:5 90:16 92:16
97:17 98:24 99:9
102:19,20 146:16
173:25 178:25 185:19
240:6 250:4 260:2
289:13
**given** 55:12 57:12
63:13 66:9 81:20
141:21 149:7 156:21
233:10 236:17 246:5
**gives** 14:14 15:18 99:23
170:20 194:16
**giving** 26:18 136:23
223:8 225:18 229:22
280:25
**go** 7:23 39:7 40:4,11
44:5,8 50:2,10,24
57:14 58:13,18 60:8
61:20 93:4 98:9
102:14 103:21 112:25

122:14 127:21 142:3
158:8 189:15 191:8
200:20 211:21 213:23
217:10,18 220:22
223:6,9 234:15
260:13,17 263:5
266:15 270:2 288:5
290:8,9 292:2 294:10
**God** 49:22
**goes** 27:19 59:11
116:22 149:13
**going** 6:6 7:20,23 8:6
8:15 9:7 20:4 23:23
29:15,19 34:12 37:13
37:15 38:5,10 39:22
44:7,8 46:23,25 47:8
53:14 58:10,21,23
60:22 62:14 67:24
68:25 69:3 71:18
72:3,11 75:3,16 80:15
84:13,14,15 86:10
89:13,14 90:12,14
91:11 97:10,13,19,20
97:23 98:9 100:20
102:11,12,12,13,20
104:17 109:4 110:24
111:7 113:5 116:4,16
123:17 127:22 128:13
131:10 141:19 142:6
150:6 153:16 154:6
155:4,22,23 156:5,7,9
156:10 158:15,21,24
158:24 159:25 162:7
162:20 166:5,25
167:4 171:11 172:12
177:24 181:3,12
183:13 186:19 194:11
202:6 207:17 212:11
222:6 226:4,25
227:15 230:6,18
233:15 238:4,15,22
242:20 250:12 255:25
257:18 259:16,18,21
259:24 260:7 261:12
267:21 275:4 276:22
277:16 285:4,24
288:5,7 295:10 303:2
**good** 31:2 44:2 90:2
92:5 93:8 120:23
179:6
**Google** 118:16 119:21
120:6,9,10,14
**Google's** 118:13,18,22
118:24
**gotten** 85:13 86:10
**grained** 59:6
**grant** 242:2,7
**great** 91:10 214:19
275:14

**greater** 239:4
**Greg** 263:24
**ground** 7:24
**group** 139:16 268:24
**grow** 105:16 116:2,5
**growing** 86:7 117:25
118:3 264:22
**growth** 47:7 55:10,12
55:14 56:3,8,8,17,22
56:25 57:4 59:12
60:11,11 61:4,5,16
62:4,11,17,21 63:2,6
63:9,23 66:13,21,22
66:25 67:9,14,20 68:4
68:7,12,21 69:5,9
70:8,22,25 71:6,12
72:17 73:3,17 74:3,8
74:19,23 76:2,10,13
77:2,15 81:5,14,23
84:12 85:12,16,18,20
85:25 86:2,15 89:23
101:17 102:6,22
103:16 104:13,20
105:2,19 106:8,12,16
106:21 107:18,25
108:7,12 111:17
112:7,11 113:2,6
115:18 116:12,16
122:20 144:11 158:10
168:14 184:9 262:5
**growths** 63:11 104:24
**guess** 73:22 84:9 107:4
114:11,15,21 135:3
141:10,13,13,17,22
141:25 142:2 145:3
157:22 158:23 244:11
270:22 289:20
**guidance** 34:2,6,8
129:2,18,20 154:18
154:24 155:5,22,23
156:5,10 158:8
159:25 162:13 166:3
166:6 190:3,10 227:4
227:20 229:5,10,25
230:21 231:19 232:7
235:21 251:23,25
252:2,3,11,17
**guy** 177:15 178:11
**guys** 220:14 223:5

---
**H**

**H** 304:10 305:2
**Hakala** 3:8 13:7 160:9
201:2
**half** 34:8 167:3 232:3
232:17 233:23 260:2
**hand** 43:16 61:14 62:23
307:18
**handled** 292:22,24,24

**hands** 177:8
**Hanlon** 245:4 261:4
  263:22,24 271:13
**happen** 150:6 155:4
  162:8 196:9,15
  198:21
**happened** 47:10,14
  48:21 49:2 69:15
  157:13 162:10 178:23
  209:22 217:21 233:10
  237:17 253:14 263:8
**happening** 133:19
  155:20
**happens** 75:10
**happier** 107:10
**happy** 38:4 51:4 88:3,5
  104:10 107:4,8,9
  124:22 198:24 211:14
  220:22 238:10 292:21
**hard** 83:4,21 85:23
  87:6 117:21 135:19
  254:9 286:14 288:25
  294:6
**harm** 126:5 246:12
**harmful** 246:4,9
**hat** 126:10,11
**hates** 166:12
**head** 18:15 64:25 85:11
  86:23 87:14 115:16
  121:13,13 186:14
  193:16,25 195:19
**heading** 113:13 128:16
**head-to-head** 290:16
**hear** 258:12,16,18,21
**heard** 248:3,9 259:4
**heart** 53:13
**held** 2:9 307:12
**help** 195:21 285:8
**helpful** 7:25 32:25 47:2
  87:21 115:7 141:17
  141:19,21 165:18
  194:21 213:4 218:13
**helps** 297:4
**hereunto** 307:17
**hey** 57:9 166:11 220:14
  263:4 276:21
**high** 77:3 85:12 119:9
  245:25
**higher** 40:25 60:9
  63:10,21 65:7 68:12
  70:17,23 71:7 76:24
  77:14,20,24 112:14
  118:14 147:21,24,24
  188:21 191:19,23,24
  192:2,4 247:22 290:4
**highly** 42:19 44:4 81:24
  82:2,7 103:20,24
  104:3 105:15 106:7
  108:13,25 115:22

**121:10,10 123:9,10**
  123:13,16 155:22
  156:23 168:14,16
  169:21 261:22 264:4
  264:17 279:12
**hindsight** 48:11,17,17
  49:7
**hire** 244:16
**historical** 75:25 291:4
**history** 69:19
**hit** 159:25 293:20
**hold** 117:24 118:7
  153:7 206:21,21
  239:13 265:4
**holding** 183:21 186:14
  252:23,24
**holds** 132:14
**holistic** 58:12
**Holly** 44:10
**homes** 298:17
**honest** 152:7 153:10,13
  153:15 169:15,16,17
  169:19 172:17,22,24
  239:19 254:11 286:16
  294:7
**honestly** 178:4
**hope** 20:13 171:11,15
  250:6 301:25
**hopefully** 10:11
**hour** 260:2
**hourly** 11:5,6,23
**hours** 11:23 12:7
  259:19,22
**hour-and-a-half** 71:19
**How's** 9:6 211:13
**huge** 266:13 279:6
**hundreds** 265:18
  266:19
**hypothetical** 41:7
  164:11 172:20 176:16
  176:17 178:19,21
  179:2 183:25 184:2
  184:17,25 185:2,18
  187:11,17 197:8
  199:15 208:14 210:11
  210:15 212:18,19,19
  246:18 261:12 263:16
  270:24 271:4 278:4
**hypothetically** 209:21
**hypotheticals** 270:8
  272:6

─────────
**I**
─────────
**IAB** 75:7,17 304:17
**iceberg** 223:6
**idea** 11:22
**ideas** 36:5
**identical** 49:25
**identification** 20:8 24:5

75:9 91:6 93:20
  99:18 109:10 135:25
  139:11 146:9 189:11
  196:6 202:10 233:19
  249:23 259:10 288:11
**identified** 41:18
**identify** 138:7
**illustrates** 146:21
**illustrative** 126:14
**imagination** 206:6
**imagine** 60:19 163:23
  208:15
**imagined** 290:5
**imagining** 174:7
  177:18
**immediate** 253:5
**immediately** 279:25
**impact** 18:25 25:7,22
  28:6 29:20 30:3 59:2
  59:21 79:21 138:13
  154:3,5 155:6 157:21
  159:3,12,19 160:16
  160:20,25 161:4,11
  161:16,18 162:9,10
  162:21 163:13,19
  164:12 166:18,25
  167:9 174:17 199:12
  207:22 208:4 210:21
  212:15 214:14 216:10
  252:4
**impacted** 216:25
**impacting** 155:21
**impending** 279:16
**imperfectly** 197:9
**implausible** 279:24
**implication** 200:24
**implicit** 46:4,6 56:3
  228:12 244:3
**implies** 263:20
**imply** 154:22
**important** 39:11 40:19
  74:21 154:12 195:2
  212:8 219:9,15
  221:18,21 224:13
  259:14 281:11 283:5
**impounded** 134:23
**impression** 157:23
**improper** 220:24 222:7
  258:20,24
**inaccurate** 50:6,8
**inappropriate** 64:13
  65:19 80:4 282:16
  300:2
**inappropriately** 282:17
**inclined** 97:8 242:2,6
**include** 22:17 54:5,12
  62:8 98:23 229:14
  289:9 302:15
**included** 27:16 100:23

**includes** 11:25 176:17
  200:2
**including** 217:3 233:17
  245:4 305:18
**incomplete** 41:6 207:7
**inconsistent** 37:20
  132:6 192:8,12 209:6
  253:8,9 264:24
**incorrect** 143:12
**incorrectly** 139:18
  145:20
**increase** 66:12 67:9,20
  68:6 76:12 254:17
  255:4 287:19 294:11
**increased** 253:23,25
  255:22 286:13
**increasing** 17:13
**incremental** 113:6
**independent** 78:6,7,19
  78:21,25 131:12
**independently** 129:6
**index** 160:3
**indicate** 68:19,19 100:4
  129:15 241:25 247:8
  249:6 256:4 277:8
  286:14
**indicated** 9:23 13:4
  14:9 95:14,22 136:7
  185:25 199:7 207:25
  248:13 286:12 292:15
**indicates** 78:4 140:6
  147:13 231:10
**indicating** 198:21
**indication** 252:12
**indicator** 223:12
**indirectly** 12:10 49:10
  245:13
**individual** 55:24
  150:13 187:9
**individually** 58:3,14
**individuals** 139:10
  305:8
**industry-wide** 160:6
**inevitable** 59:7
**infer** 150:12
**inflated** 282:18
**influence** 49:8 58:5
**inform** 33:23 34:15
  223:19
**information** 17:3 25:17
  27:15,22 30:6 37:9
  38:13,14,25 39:2,14
  39:18 46:8,9,11,15,17
  52:16 65:10 93:9
  97:7 100:6 107:15
  108:22 119:6 120:25
  121:16 132:21 133:11
  133:14,24 134:11,19
  134:20 135:5,9,12

155:8 157:4,13 158:4
  160:25 170:9,14
  192:20,22 210:2
  213:19 223:21 244:6
  256:21 257:15,21
  259:14 260:19,23
  261:9,15 262:3 263:3
  263:25 264:5,17
  265:22,23 267:7
  273:8 274:14 278:9
  278:13,16 279:8,9,12
  279:14,19,20 281:7
  281:11 283:3,8,16
  284:13 293:21
**informative** 133:25
  134:4 212:5
**informed** 33:18 34:23
  41:2 57:24 144:20
  157:6,8,10 159:5
  189:20 240:4 253:15
**informing** 115:7
**initially** 21:6
**inquire** 262:10
**inquiry** 17:9 26:7,19
  28:2 52:4 261:10
  262:6,9 294:20,22,23
  295:2,5,6
**insist** 259:18
**instance** 12:17
**instances** 35:7 37:15
  43:21 44:25 70:21
  159:23 161:23 180:8
  224:18
**instructed** 97:23
  128:18 235:14
**intended** 151:15,17,19
**intentioned** 225:23
  239:8
**interactive** 268:25
**intercompany** 292:7
**interested** 253:20
  307:16
**interesting** 133:25
  134:4
**interests** 225:9
**intermediate** 39:9
**internal** 25:6 35:23
  36:14,22 37:12,17,21
  129:14 133:17 146:25
  150:23 151:13,17,19
  192:3 193:14 194:15
  195:23 220:13 231:16
  282:24 284:14
**internally** 31:6,19,25
  43:19 180:12 187:25
**International** 3:7
**Internet** 42:11,13,20
  59:14 60:13,21 75:7
  75:17,19,20 76:3,10

77:19 111:3 112:8,22
113:14,21,25 114:2,9
121:9,23 149:9
167:23 304:17
**Internet-based** 59:15
**interpret** 217:24 235:9
**interpretation** 225:8,18
226:21 239:7 240:17
243:4
**interpretations** 225:16
240:8
**interpreting** 239:5
**interprets** 237:5,6
**intersegment** 250:17
289:21,23 290:2,6
291:5,8 292:8,13,23
293:17
**intervened** 194:24
**intracompany** 96:17,21
**intraquarter** 83:7
90:23
**introduce** 49:9
**investigate** 262:16
283:21
**investigation** 25:11
26:15 219:16 260:17
264:15 282:7,15,25
284:18
**investigations** 284:14
**investment** 17:2 18:9
243:11,15,19,20
244:8 245:9 247:14
248:7,10,12,14,17,23
**investor** 205:7,15,17,18
261:3
**investors** 17:4 44:4
149:11,17 154:12
155:7,24 156:3
199:17 205:20 208:20
209:3,7 210:6 212:5
283:6
**involved** 13:8
**involves** 13:25
**involving** 12:12 13:11
241:15
**in-house** 169:12
**irregularities** 282:19
**irregularity** 282:25
**irrespective** 37:17
231:4 244:9
**IRS** 242:15
**issuance** 203:25
**issue** 13:25 39:24 53:3
53:13 80:17,22 81:11
102:25 160:15 185:16
185:22 198:6,6
240:20 243:5 292:8,9
293:17
**issued** 90:17 152:23,25

153:2,20,21 165:4
170:16 172:7 175:15
175:16 177:14 183:17
183:18,19 185:8,11
185:14,15 186:7
187:12,22 193:25
196:16 199:9,10,23
204:4 207:24 249:10
249:16
**issues** 15:14 45:4
162:15 187:21
**issuing** 23:4 103:2
182:12 197:13

---
**J**
---

**J** 3:22
**Jamie** 22:23 31:8 34:16
34:20 36:2,15,24 39:3
42:7,9,13 121:6,9,11
125:3 137:18 146:13
148:15 149:9 151:2
154:20 158:23 167:20
167:22 168:5 169:13
170:5,11,15 171:24
172:16,22 173:17,20
174:9,10 177:14,18
177:19,21 178:12
179:9,10,19,21
180:14,19 181:12
182:17 183:17 184:3
186:3 191:3 196:11
196:24 201:13,17,23
202:3 208:2,18
229:24 230:20 231:9
231:23 234:4,5
235:10,19 238:22
239:20 243:18 245:21
247:19,23 253:19
269:4 300:22
**Jamie's** 234:13
**Jan** 140:25
**January** 22:18 25:8
36:8,8 51:22 60:20
70:6 87:18 93:6
106:11 109:6,16
116:8 125:21,21
126:23,25 132:22
133:17 134:16 139:16
139:17 140:19 143:11
145:2,3,4,5 146:4,15
153:14,20,25 154:17
164:25 165:8,24
168:20 169:19 170:5
170:17,25 171:22
175:7 179:17 182:8
182:20 183:20 185:12
185:22 186:7 192:16
193:21 194:4,7
195:14 196:11 199:24

200:11 201:7 202:15
206:23 208:3 210:20
210:24 211:20,25
212:22,24 213:12,13
213:15,18,25 214:12
214:22,23,24 215:16
215:22,23 216:9,17
217:14 223:21 224:4
224:6,11,22 227:11
227:11,18 236:23
240:3 246:2 272:12
286:22
**Jessica** 44:10
**JK** 235:5
**job** 1:24 23:18 28:18
29:23 31:2,2 33:8,10
43:17 281:6,9
**John** 24:4,8 304:15
**joint** 16:4 182:11
197:19
**Journal** 273:7 274:10
274:20 275:6,13
278:7,25 281:21
**judge** 1:6 161:21 163:3
163:6,21 164:3 241:7
241:19,25
**judgment** 34:23 54:4
62:19 82:5 103:23
154:16 155:14 156:20
159:5 162:22 240:19
**judgments** 32:21
221:23
**July** 50:19,22 227:13
227:16,18 229:7
256:5 268:4,7,10,11
268:16 272:21,23
273:15 274:14 276:12
276:17 277:5 278:23
279:4 280:12,16
282:23
**jump** 58:21 105:11
**June** 10:24 99:6 100:8
**junior** 17:16 278:19
279:11
**jurat** 302:16
**justify** 147:14

---
**K**
---

**K** 128:9
**Kaplan** 3:5 6:21,25
12:7,8,14,16
**keep** 35:16 48:20,25
103:13 105:12
**Kiggen** 22:23 31:8,13
34:20 36:2,15,24 39:3
42:7,9,13 87:14
103:14 105:10 111:14
112:17,24 115:9
121:7,9,11 125:3

146:8,13 149:9
150:23 151:2 154:11
154:21 158:23 167:22
168:5 169:13 170:5
170:11,15 172:23
173:17,20 174:9,10
178:13 179:9,22
180:3,15,20 181:18
182:2,7,17 183:17
184:3 186:4 188:14
188:21 191:3 196:11
196:24 199:10 201:13
201:17 202:4,17,19
204:4 205:8 208:18
209:19 210:13 229:24
230:20 231:9,16,23
232:5 233:3 234:4
235:10,19 239:20
243:5,18 245:21
246:25 247:9,19,24
249:7 250:20 251:8
253:19,23,25 255:5
259:3,9 261:24 263:7
263:12,16 269:4,14
269:16 286:12 287:8
305:10,22
**Kiggen's** 33:16 34:16
101:20 102:3,4,6
106:4,20 108:9
111:18,23 123:25
148:15 167:20 171:25
172:16 177:14 179:19
181:13 186:4 196:17
201:23 205:12,14
208:2 234:5 238:23
284:21
**Kiggen-Martin** 197:19
**Kilsheimer** 3:5 6:22,25
**kind** 15:19 17:22 82:7
84:22 86:7 87:3
111:13 117:18 133:22
167:5 172:3 173:4
174:20 181:21 212:17
212:22 223:11 263:12
**kinds** 17:3 18:4 25:5
27:3 51:23 158:4
**knew** 39:4 82:14 83:18
209:2 271:19
**know** 7:21 9:2,20 10:23
11:15 14:3,5,8,23
15:2,3 16:9,16 17:21
17:24 18:15 22:11
24:16 25:20 26:2
29:7 30:8 32:12 38:7
41:12,15 42:3 43:13
43:13 44:22 47:22
48:20,25 49:22 54:6
54:16 55:4,5 58:7
59:24 60:23 61:17,22

65:5 66:5,7 69:7,15
69:25 70:9,10,11,12
70:18 74:9,14 77:18
80:23 81:24 82:3,6,11
83:5 84:10,22 86:4
87:19 88:12 98:7
99:3 108:15 109:13
112:24 114:20 115:20
116:14 118:9,13
121:5,14,18,19 125:8
129:14 130:10 132:4
134:12,22,25 137:13
141:4,12,16 143:20
143:22,25 144:24
149:15,20 150:14
155:7 156:6 158:2,6
158:14 159:4,7
160:18 161:3,5 164:5
164:9 165:22,24
166:9,9,14,14,16,17
166:21 168:16 169:7
169:11 172:4 178:8
184:4,13 185:12,15
193:19 194:3 195:18
197:9 198:19 199:22
200:9 201:10,22
205:7,21 207:8,11
209:7,14 213:24
217:13 218:23 224:2
224:15 226:22 228:23
229:4 233:5,10
234:18 235:3 237:12
241:10 242:24,25,25
243:15,18 244:14,17
247:25 248:4,7 249:9
251:23 256:23,25
257:7,10,13,25
260:16 261:10,11,19
262:22 263:17,19
266:6,13,19,22,25
269:23 271:19,25
272:8 274:5,17 275:3
275:9,16 277:14,15
278:12 279:8 287:25
288:3,17 289:2
292:22,24 293:22
294:12,17 297:21
299:13
**knowable** 47:16 93:5,7
94:20 293:21
**knowing** 45:15 261:14
**knowledge** 16:23 17:2
25:24 26:20 46:20
49:10 103:5 135:4
141:7 242:13 258:8
283:5
**knowledgeable** 15:22
44:16 51:21 52:7
158:3 163:25 167:23