EXHIBIT 3A

# The Institutional Investor Magazine's All-American Equity Research Team Analysts
## For Sectors Relevant to AOL Time Warner, Inc.

Source:  The Institutional Investor Magazine

| Year [1] | Sector | Division | Ranking | Firm | Analyst |
|---|---|---|---|---|---|
| 2000 | Media | Cable | First Team | Morgan Stanley | Richard Bilotti |
| | | | Second Team | Merrill Lynch | Jessica Reif Cohen |
| | | | Third Team | Bear Stearns | Raymond Katz |
| | | | Runners-up | CSFB | **Laura Martin** |
| | | | | DLJ | Karim Zia |
| | | Entertainment | First Team | Merrill Lynch | Jessica Reif Cohen |
| | | | Second Team | Morgan Stanley | Richard Bilotti |
| | | | Third Team | CSFB | **Laura Martin** |
| | | | Runners-up | Paine Webber | Christopher Dixon |
| | | | | Salomon Smith Barney | Jill Krutick |
| | | | | Goldman Sachs | Richard Simon |
| | | Publishing and Information Services | First Team | DLJ | William Drewry |
| | | | Second Team | Bear Stearns | Kevin Gruneich |
| | | | Third Team | Morgan Stanley | Douglas Arthur |
| | | | Runners-up | Merrill Lynch | Lauren Rich Fine |
| | | Radio and TV Broadcasting | First Team | Morgan Stanley | Frank Bodenchak |
| | | | Second Team | Deutsche Bank Alex Brown | Andrew Marcus |
| | | | Third Team | Salomon Smith Barney | Niraj Gupta |
| | | | Runners-up | Bear Stearns | Victor Miller IV |
| | | | | Goldman Sachs | Richard Rosenstein |
| | | | | CSFB | Paul Sweeney |
| | Technology and the Internet | E-commerce | First Team | Merrill Lynch | Henry Blodget |
| | | | Second Team | Morgan Stanley | Mary Meeker |
| | | | Third Team | DLJ | **Jamie Kiggen** |
| | | | Runners-up | Goldman Sachs | Anthony Noto |
| | | Internet Infrastructure and Services | First Team | Morgan Stanley | Jeffrey Camp |
| | | | Second Team | Salomon Smith Barney | Stephen Mahedy |
| | | | Third Team | DLJ | Harry Blount |
| | | | Runners-up | Paine Webber | John Hodulick |
| | | New Media | First Team | Merrill Lynch | Henry Blodget |
| | | | Second Team | Morgan Stanley | Mary Meeker |
| | | | Third Team | DLJ | **Jamie Kiggen** |
| | | | Runners-up | | |

EXHIBIT 3A

# The Institutional Investor Magazine's All-American Equity Research Team Analysts
## For Sectors Relevant to AOL Time Warner, Inc.

Source: The Institutional Investor Magazine

| Year [1] | Sector | Division | Ranking | Firm | Analyst |
|---|---|---|---|---|---|
| 2001 | Media | Cable | First Team | Morgan Stanley | Richard Bilotti |
| | | | Second Team | Banc of America Securities | Douglas Shapiro |
| | | | Third Team | Bear Stearns | Raymond Katz |
| | | | Runners-up | Merrill Lynch | Jessica Reif Cohen |
| | | | | Deutsche Bank Alex Brown | Karim Zia |
| | | Entertainment | First Team | Merrill Lynch | Jessica Reif Cohen |
| | | | Second Team | Morgan Stanley | Richard Bilotti |
| | | | Third Team | CSFB | **Laura Martin** |
| | | | Runners-up | UBS Warburg | Christopher Dixon |
| | | | | Salomon Smith Barney | Jill Krutick |
| | | | | Sanford C. Bernstein | Thomas Wolzien |
| | | Publishing and Information Services | First Team | Morgan Stanley | Douglas Arthur |
| | | | Second Team | CSFB | William Drewry |
| | | | Third Team | Bear Stearns | Kevin Gruneich |
| | | | Runners-up | Merrill Lynch | Lauren Rich Fine |
| | | Radio and TV Broadcasting | First Team | Morgan Stanley | Frank Bodenchak |
| | | | Second Team | Deutsche Bank Alex Brown | Andrew Marcus |
| | | | Third Team | Bear Stearns | Victor Miller IV |
| | | | Runners-up | Salomon Smith Barney | Niraj Gupta |
| | | | | CSFB | Paul Sweeney |
| | Technology | Internet Infrastructure Services | First Team | Morgan Stanley | Jeffrey Camp |
| | | | Second Team | Salomon Smith Barney | Stephen Mahedy |
| | | | Third Team | Lehman Brothers | Harry Blount |
| | | | Runners-up | Bear Stearns | Robert Fagin |
| | | Internet Portals and Software | First Team | Lehman Brothers | Holly Becker |
| | | | Second Team | Goldman Sachs | Anthony Noto |
| | | | Third Team | Merrill Lynch | Henry Blodget |
| | | | Runners-up | Salomon Smith Barney | Charles (Lanny) Baker |
| | | | | CSFB | **Jamie Kiggen** |

EXHIBIT 3A

**The Institutional Investor Magazine's All-American Equity Research Team Analysts**
**For Sectors Relevant to AOL Time Warner, Inc.**

Source: The Institutional Investor Magazine

| Year [1] | Sector | Division | Ranking | Firm | Analyst |
|---|---|---|---|---|---|
| 2002 | Media | Cable | First Team | Morgan Stanley | Richard Bilotti |
| | | | Second Team | Deutsche Bank Securities | Karim Zia |
| | | | Third Team | Bear Stearns | Raymond Katz |
| | | | Runners-up | Merrill Lynch | Jessica Reif Cohen |
| | | | | Banc of America Securities | Douglas Shapiro |
| | | Entertainment | First Team | Merrill Lynch | Jessica Reif Cohen |
| | | | Second Team | Morgan Stanley | Richard Bilotti |
| | | | Third Team | Lehman Brothers | Stuart Linde |
| | | | Runners-up | Bear Stearns | Raymond Katz |
| | | | | Sanford C. Bernstein | Thomas Wolzien |
| | | Publishing and Information Services | First Team | CSFB | William Drewry |
| | | | Second Team | Bear Stearns | Kevin Gruneich |
| | | | Third Team | Morgan Stanley | Douglas Arthur |
| | | | Runners-up | Citi/SSB | William Bird |
| | | | | Merrill Lynch | Lauren Rich Fine |
| | | Radio and TV Broadcasting | First Team | Bear Stearns | Victor Miller IV |
| | | | Second Team | Deutsche Bank Securities | Andrew Marcus |
| | | | Third Team | CSFB | Paul Sweeney |
| | | | Runners-up | Lehman Brothers | William Meyers |
| | | | | Goldman Sachs | Richard Rosenstein |
| | | | | Banc of America Securities | W. Timothy Wallace |
| | Technology | Internet | First Team | Lehman Brothers | Holly Becker |
| | | | Second Team | Goldman Sachs | Anthony Noto |
| | | | Third Team | Citi/SSB | Charles (Lanny) Baker |
| | | | Runners-up | | |

Note:

[1] Reflects the year of the Institutional Investor Magazine's publication. Rankings are published in October each year and cover analysts' work during the previous calendar year and the period of time in the year of publication before the Institutional Investor Magazine's survey is completed.

EXHIBIT 3B

# Mentions of All-American Equity Research Team Analysts [1]
# In AOL Time Warner, Inc. Public Press
# 1/12/01 – 7/24/02

Source:  Factiva; The Institutional Investor Magazine

| Analyst | Firm | Highest Rank Awarded 2000 – 2002 | Number of Mentions [2] |
|---|---|---|---|
| Jamie Kiggen | CSFB | Third Team | 3 |
| Laura Martin | CSFB | Third Team | 0 |
| **Total for Kiggen and Martin** | | | **3** |
| **All Other Analysts** | | | |
| Thomas Wolzien | Bernstein Research | Runner-up | 31 |
| Jessica Reif Cohen | Merrill Lynch | First Team | 27 |
| Henry Blodget | Merrill Lynch | First Team | 18 |
| Holly Becker | Lehman Brothers | First Team | 15 |
| Christopher Dixon | UBS Warburg | Runner-up | 15 |
| Mary Meeker | Morgan Stanley | Second Team | 7 |
| Richard Bilotti | Morgan Stanley | First Team | 3 |
| Charles (Lanny) Baker | Salomon Smith Barney | Third Team | 2 |
| Anthony Noto | Goldman Sachs | Second Team | 1 |
| Jill Krutick | Salomon Smith Barney | Runner-up | 1 |
| Stuart Linde | Lehman Brothers | Third Team | 1 |
| Andrew Marcus | Deutsche Bank | Second Team | 1 |
| Lauren Rich Fine | Merrill Lynch | Runner-up | 1 |
| Paul Sweeney | CSFB | Third Team | 1 |
| **Total for All Other Analysts** | | | **124** |

Note:

[1]  Includes analysts ranked in at least one of the Institutional Investor Magazine's All-American Equity Research Team categories (first, second, or third team, or runner-up) in years 2000, 2001, 2002 in industry sectors relevant to AOL Time Warner that were also mentioned in the AOL Time Warner public press.

[2]  The number of mentions for a particular analyst was obtained by searching for the name of the analyst in public press articles about AOL Time Warner published during the class period (1/12/01 – 7/24/02).

# AOL Time Warner, Inc.
## 12 Month Price Targets by Bank
## 1/12/01 – 1/30/02

**EXHIBIT 4A**

Source:  Multex; Investext; Analyst Reports; The Institutional Investor Magazine



At all times at least one other bank's price target was equal to or higher than CSFB's price target.

Legend:
- Bear Stearns
- Bernstein Research
- Deutsche Bank
- Morgan Stanley
- Salomon Smith Barney
- UBS Warburg
- CSFB
- Goldman Sachs
- Lehman Brothers
- Merrill Lynch

Note:  Diamonds indicate dates of CSFB reports mentioned in Complaint.  CSFB's price target of $80 for AOL Time Warner from 1/12/01 to 2/1/01 matched exactly its price target for America Online in its reports prior to the merger.  Although CSFB did not provide sufficient detail on its models to ascertain whether this $80 price target was for the combined company's financials, it is likely to have been so since CSFB's 1/16/01 report already has the title "AOL Time Warner."  Date range ends on 1/30/02, the date of the last CSFB report mentioned in the Complaint.

**EXHIBIT 4B**

# AOL Time Warner, Inc.
# 2001 EBITDA Estimates by Bank
# 1/12/01 – 1/29/02

Source:  Multex; Investext; Analyst Reports; The Institutional Investor Magazine



2001
EBITDA
(Billions)

At all times at least one other bank's
estimate was equal to or higher than
CSFB's estimate.

Legend:
- Bear Stearns
- Bernstein Research
- Deutsche Bank
- Morgan Stanley
- Salomon Smith Barney
- UBS Warburg
- CSFB
- Goldman Sachs
- Merrill Lynch
- Lehman Brothers

Note:  Diamonds indicate dates of CSFB reports mentioned in Complaint.  The comparison of CSFB's EBITDA to that of the other banks on
2/1/01 as it is not clear that CSFB's reports for AOL Time Warner from 1/12/01 to 2/1/01 updated all financials to reflect the
combined company's financials.  For example, these reports show a fiscal year end of June, corresponding to America Online's fiscal year end,
instead of the combined company's fiscal year end of December and EBITDA/share numbers that appear to be for America Online.  The date
range ends on 1/29/02, the day prior to the day that AOL Time Warner reported its 4Q 2001 results.

EXHIBIT 4C

# AOL Time Warner, Inc.
## 2001 Revenue Estimates by Bank
## 1/12/01 – 1/29/02

Source:  Multex; Investext; Analyst Reports; The Institutional Investor Magazine



Note:  Diamonds indicate dates of CSFB reports mentioned in Complaint.  CSFB did not provide a revenue estimate for AOL Time Warner until 2/1/01.  The date range ends on 1/29/02, the day prior to the day that AOL Time Warner reported its 4Q 2001 results.  Unless indicated, at all other times at least one other bank's estimate was equal to or higher than CSFB's estimate.

# AOL Time Warner, Inc.
## 2001 Cash EPS Estimates by Bank
### 1/12/01 – 1/29/02

**EXHIBIT 4D**

Source:  Multex; Investext; Analyst Reports; The Institutional Investor Magazine



2001
Cash
EPS

Deutsche Bank's estimate was
a maximum of $2.87 from
1/16/01 – 2/1/01

There is no time at which CSFB's
estimate is the highest.

Bernstein Research's
estimate is a minimum
of -$0.64 from
1/23/01 – 4/4/01

| | |
|---|---|
| Bear Stearns | Bernstein Research |
| Deutsche Bank | Morgan Stanley |
| Salomon Smith Barney | UBS Warburg |
| CSFB | Goldman Sachs |
| Merrill Lynch | Lehman Brothers |

Note:  Diamonds indicate dates of CSFB reports mentioned in Complaint.  The comparison of CSFB's Cash EPS to that of the other banks starts on
2/1/01 as it is not clear that CSFB's reports for AOL Time Warner from 1/12/01 to 2/1/01 updated all financials to reflect the combined company's
financials.  For example, these reports show a fiscal year end of June, corresponding to America Online's fiscal year end, instead of the combined
company's fiscal year end of December and Cash EPS numbers that appear to be for America Online.  The date range ends on 1/29/02, the day prior
to the day that AOL Time Warner reported its 4Q 2001 results.

EXHIBIT 5A

# AOL Time Warner, Inc.
## Summary of Banks with a 12 Month Price Target Higher than or Equal to CSFB Target
### 1/12/01 – 1/30/02 [1]

Source: Multex; Investext; Analyst Reports; The Institutional Investor Magazine

| CSFB Targets | | | | Banks With Higher or Equal Concurrent Targets [2] | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Range of Target | 12 Month Price Target | Number of Other Banks with Higher or Equal Concurrent Targets | Number of Trading Days CSFB's Target is Lower than or Equal to at Least One Other Bank / Trading Days in Date Range | Bank | Date Range of Target | 12 Month Price Target | Amount Target is Higher than CSFB's Target | Number of Trading Days Target is Higher than or Equal to CSFB Target / Trading Days in CSFB Date Range |
| 1/12/01 – 2/1/01 [3] | $80.00 | 3 | 13/13 | Bernstein Research | 1/16/01 – 1/26/01 | $85-$90 | $5-$10 | 8/13 |
| | | | | Bernstein Research | 1/26/01 – 4/4/01 | $90.00 | $10.00 | 4/13 |
| | | | | Salomon Smith Barney | 1/12/01 – 4/18/01 | $115.00 | $35.00 | 13/13 |
| | | | | UBS Warburg | 1/29/01 – 4/19/01 | $80.00 | $0.00 | 3/13 |
| 2/1/01 – 9/25/01 | $75.00 | 5 | 159/159 | Bernstein Research | 1/26/01 – 4/4/01 | $90.00 | $15.00 | 43/159 |
| | | | | Lehman Brothers | 2/26/01 – 1/30/02 | $75.00 | $0.00 | 143/159 |
| | | | | Morgan Stanley | 1/19/01 – 7/19/01 | $75.00 | $0.00 | 116/159 |
| | | | | Salomon Smith Barney | 1/12/01 – 4/18/01 | $115.00 | $40.00 | 52/159 |
| | | | | UBS Warburg | 1/29/01 – 4/19/01 | $80.00 | $5.00 | 53/159 |
| 9/25/01 – 1/30/02 | $45.00 | 8 | 88/88 | Bear Stearns | 9/25/01 – 1/8/02 | $50.00 | $5.00 | 72/88 |
| | | | | Bear Stearns | 1/8/02 – 1/30/02 | $45.00 | $0.00 | 16/88 |
| | | | | Bernstein Research | 9/24/01 – 10/9/01 | $50.00 | $5.00 | 10/88 |
| | | | | Bernstein Research | 10/9/01 – 1/30/02 | $48-$49 | $3-$4 | 78/88 |
| | | | | Deutsche Bank | 9/24/01 – 11/6/01 | $45.00 | $0.00 | 30/88 |
| | | | | Deutsche Bank | 11/19/01 – 1/3/02 | $46.00 | $1.00 | 30/88 |
| | | | | Lehman Brothers | 2/26/01 – 1/30/02 | $75.00 | $30.00 | 88/88 |
| | | | | Merrill Lynch | 9/21/01 – 9/26/01 | $45-$50 | $0-$5 | 1/88 |
| | | | | Morgan Stanley | 7/19/01 – 1/2/02 | $74.00 | $29.00 | 68/88 |
| | | | | Salomon Smith Barney | 9/24/01 – 1/8/02 | $50.00 | $5.00 | 72/88 |

# AOL Time Warner, Inc.
# Summary of Banks with a 12 Month Price Target Higher than or Equal to CSFB Target
## 1/12/01 – 1/30/02 [1]

Source:  Multex; Investext; Analyst Reports; The Institutional Investor Magazine

| CSFB Targets | | | | Banks With Higher or Equal Concurrent Targets [2] | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Range of Target | 12 Month Price Target | Number of Other Banks with Higher or Equal Concurrent Targets | Number of Trading Days CSFB's Target is Lower than or Equal to at Least One Other Bank / Trading Days in Date Range | Bank | Date Range of Target | 12 Month Price Target | Amount Target is Higher than CSFB's Target | Number of Trading Days Target is Higher than or Equal to CSFB Target / Trading Days in CSFB Date Range |
| | | | | UBS Warburg | 9/25/01 – 10/17/01 | $48.00 | $3.00 | 16/88 |
| | | | | UBS Warburg | 10/17/01 – 1/3/02 | $46.00 | $1.00 | 53/88 |
| **Total Trading Days Lower than or Equal** | | | 260 | | | | | |
| **Number of Trading Days (1/12/01 – 1/30/02)** | | | 260 | | | | | |
| **Percentage of Trading Days CSFB Lower than or Equal to Others** | | | 100% | | | | | |

Note:

[1] Date range ends on 1/30/02, the date of the last CSFB report mentioned in the Complaint.

[2] Reflects data collected for the time period 1/12/01 – 1/30/02 by analysts ranked by the Institutional Investor magazine for their coverage of AOL Time Warner industry sectors. The following banks were reviewed:  Bear Stearns, Bernstein Research, Deutsche Bank, Goldman Sachs, Lehman Brothers, Merrill Lynch, Morgan Stanley, Salomon Smith Barney, and UBS Warburg.

[3] CSFB's price target of $80 for AOL Time Warner from 1/12/01 to 2/1/01 matched exactly its price target for America Online in its reports prior to the merger.  Although CSFB did not provide sufficient detail on its models to ascertain whether this $80 price target was for the combined company's financials, it is likely to have been so since CSFB's 1/16/01 report already had the title "AOL Time Warner."

EXHIBIT 5B

# AOL Time Warner, Inc.
## Summary of Banks with 2001 EBITDA Estimates Higher than or Equal to CSFB Estimate
## 1/12/01 – 1/29/02 [1]

Source:  Multex; Investext; Analyst Reports; The Institutional Investor Magazine
*(Dollars in billions)*

| CSFB Estimates | | | | Banks With Higher or Equal Concurrent Estimates [2] | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Range of Estimate | 2001 EBITDA Estimate | Number of Other Banks with Higher or Equal Concurrent Estimates | Number of Trading Days CSFB's Estimate is Lower than or Equal to at Least One Other Bank / Trading Days in Date Range | Bank | Date Range of Estimate | 2001 EBITDA Estimate | Amount Estimate is Higher than CSFB's Estimate | Number of Trading Days Estimate is Higher than or Equal to CSFB Estimate / Trading Days in CSFB Date Range |
| 1/12/01 – 2/1/01 | [3] | | | Bernstein Research | 1/16/01 – 2/1/01 | $10.3 | | |
| | | | | Deutsche Bank | 1/16/01 – 2/1/01 | $10.7 | | |
| | | | | Goldman Sachs | 1/23/01 – 6/22/01 | $11.0 | | |
| | | | | Merrill Lynch | 1/30/01 – 7/19/01 | $11.0 | | |
| | | | | Morgan Stanley | 1/19/01 – 4/19/01 | $11.0 | | |
| | | | | Salomon Smith Barney | 1/29/01 – 4/18/01 | $11.6 | | |
| | | | | UBS Warburg | 1/29/01 – 2/1/01 | $10.5 | | |
| 2/1/01 – 5/22/01 | $10.9 | 6 | 76/76 | Bear Stearns | 2/1/01 – 4/6/01 | $11.0 | $0.1 | 45/76 |
| | | | | Goldman Sachs | 1/23/01 – 6/22/01 | $11.0 | $0.1 | 76/76 |
| | | | | Lehman Brothers | 2/26/01 – 7/18/01 | $11.0 | $0.1 | 60/76 |
| | | | | Merrill Lynch | 1/30/01 – 7/19/01 | $11.0 | $0.1 | 76/76 |
| | | | | Morgan Stanley | 1/19/01 – 4/19/01 | $11.0 | $0.1 | 53/76 |
| | | | | Morgan Stanley | 4/19/01 – 5/22/01 | $11.1 | $0.2 | 23/76 |
| | | | | Salomon Smith Barney | 1/29/01 – 4/18/01 | $11.6 | $0.7 | 52/76 |
| | | | | Salomon Smith Barney | 4/18/01 – 7/19/01 | $11.0 | $0.1 | 24/76 |
| 5/22/01 – 7/19/01 | $11.0 | 5 | 40/40 | Goldman Sachs | 1/23/01 – 6/22/01 | $11.0 | $0.0 | 22/40 |
| | | | | Lehman Brothers | 2/26/01 – 7/18/01 | $11.0 | $0.0 | 39/40 |
| | | | | Merrill Lynch | 1/30/01 – 7/19/01 | $11.0 | $0.0 | 40/40 |
| | | | | Morgan Stanley | 5/22/01 – 8/14/01 | $11.0 | $0.0 | 40/40 |

EXHIBIT 5B

# AOL Time Warner, Inc.
## Summary of Banks with 2001 EBITDA Estimates Higher than or Equal to CSFB Estimate
### 1/12/01 – 1/29/02 [1]

Source:  Multex; Investext; Analyst Reports; The Institutional Investor Magazine
*(Dollars in billions)*

| CSFB Estimates | | | | Banks With Higher or Equal Concurrent Estimates [2] | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Range of Estimate | 2001 EBITDA Estimate | Number of Other Banks with Higher or Equal Concurrent Estimates | Number of Trading Days CSFB's Estimate is Lower than or Equal to at Least One Other Bank / Trading Days in Date Range | Bank | Date Range of Estimate | 2001 EBITDA Estimate | Amount Estimate is Higher than CSFB's Estimate | Number of Trading Days Estimate is Higher than or Equal to CSFB Estimate / Trading Days in CSFB Date Range |
| | | | | Salomon Smith Barney | 4/18/01 – 7/19/01 | $11.0 | $0.0 | 40/40 |
| 7/19/01 – 8/15/01 | $10.9 | 2 | 19/19 | Lehman Brothers | 7/18/01 – 8/15/01 | $10.9 | $0.0 | 19/19 |
| | | | | Morgan Stanley | 5/22/01 – 8/14/01 | $11.0 | $0.1 | 18/19 |
| 8/15/01 – 9/25/01 | $10.6 | 6 | 24/24 | Bear Stearns | 7/19/01 – 9/20/01 | $10.7 | $0.1 | 21/24 |
| | | | | Bernstein Research | 7/19/01 – 9/24/01 | $10.6 | $0.0 | 23/24 |
| | | | | Goldman Sachs | 7/19/01 – 10/18/01 | $10.7 | $0.1 | 24/24 |
| | | | | Merrill Lynch | 8/22/01 – 9/21/01 | $10.7 | $0.1 | 17/24 |
| | | | | Salomon Smith Barney | 7/19/01 – 9/24/01 | $10.8 | $0.2 | 23/24 |
| | | | | UBS Warburg | 7/18/01 – 9/25/01 | $10.7 | $0.1 | 24/24 |
| 9/25/01 – 1/8/02 | $10.1 | 6 | 72/72 | Deutsche Bank | 10/12/01 – 10/19/01 | $10.2 | $0.1 | 5/72 |
| | | | | Deutsche Bank | 11/6/01 – 1/3/02 | $10.2 | $0.1 | 39/72 |
| | | | | Goldman Sachs | 7/19/01 – 10/18/01 | $10.7 | $0.6 | 17/72 |
| | | | | Lehman Brothers | 9/25/01 – 1/8/02 | $10.1 | $0.0 | 72/72 |
| | | | | Merrill Lynch | 9/21/01 – 12/7/01 | $10.1 | $0.0 | 52/72 |
| | | | | Salomon Smith Barney | 9/24/01 – 1/29/02 | $10.2 | $0.1 | 72/72 |
| | | | | UBS Warburg | 9/25/01 – 10/8/01 | $10.1 | $0.0 | 9/72 |
| | | | | UBS Warburg | 10/8/01 – 10/17/01 | $10.2 | $0.1 | 7/72 |
| 1/8/02 – 1/29/02 | $9.5 | 3 | 15/15 | Deutsche Bank | 1/8/02 – 1/24/02 | $9.9 | $0.4 | 11/15 |

EXHIBIT 5B

# AOL Time Warner, Inc.
## Summary of Banks with 2001 EBITDA Estimates Higher than or Equal to CSFB Estimate
### 1/12/01 – 1/29/02 [1]

Source: Multex; Investext; Analyst Reports; The Institutional Investor Magazine
*(Dollars in billions)*

| CSFB Estimates | | | | Banks With Higher or Equal Concurrent Estimates [2] | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Range of Estimate | 2001 EBITDA Estimate | Number of Other Banks with Higher or Equal Concurrent Estimates | Number of Trading Days CSFB's Estimate is Lower than or Equal to at Least One Other Bank / Trading Days in Date Range | Bank | Date Range of Estimate | 2001 EBITDA Estimate | Amount Estimate is Higher than CSFB's Estimate | Number of Trading Days Estimate is Higher than or Equal to CSFB Estimate / Trading Days in CSFB Date Range |
| | | | | Merrill Lynch | 12/7/01 – 1/9/02 | $10.0 | $0.5 | 1/15 |
| | | | | Salomon Smith Barney | 9/24/01 – 1/29/02 | $10.2 | $0.7 | 15/15 |

| | |
|---|---|
| **Total Trading Days Lower than or Equal** | 246 |
| **Number of Trading Days (2/1/01 – 1/29/02)** | 246 |
| **Percentage of Trading Days CSFB Lower than or Equal** | 100% |

Note:

[1] The date range ends on 1/29/02, the day prior to the day that AOL Time Warner reported its 4Q 2001 results.

[2] Reflects data collected for the time period 1/12/01 – 1/29/02 by analysts ranked by the Institutional Investor magazine for their coverage of AOL Time Warner industry sectors. The following banks were reviewed: Bear Stearns, Bernstein Research, Deutsche Bank, Goldman Sachs, Lehman Brothers, Merrill Lynch, Morgan Stanley, Salomon Smith Barney, and UBS Warburg.

[3] The comparison of CSFB's EBITDA to that of the other banks starts on 2/1/01 as it is not clear that CSFB's reports for AOL Time Warner from 1/12/01 to 2/1/01, updated all financials to reflect the combined company's financials. For example, these reports show a fiscal year end of June, corresponding to America Online's fiscal year end, instead of the combined company's fiscal year end of December and EBITDA/share numbers that appear to be for America Online.

EXHIBIT 5C

# AOL Time Warner, Inc.
## Summary of Banks with 2001 Revenue Estimates Higher than or Equal to CSFB Estimate
## 1/12/01 – 1/29/02 [1]

Source: Multex; Investext; Analyst Reports; The Institutional Investor Magazine
*(Dollars in billions)*

| CSFB Estimates | | | | Banks With Higher or Equal Concurrent Estimates [2] | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Range of Estimate | 2001 Revenue Estimate | Number of Other Banks with Higher or Equal Concurrent Estimates | Number of Trading Days CSFB's Estimate is Lower than or Equal to at Least One Other Bank / Trading Days in Date Range | Bank | Date Range of Estimate | 2001 Revenue Estimate | Amount Estimate is Higher than CSFB's Estimate | Number of Trading Days Estimate is Higher than or Equal to CSFB Estimate / Trading Days in CSFB Date Range |
| 1/12/01 – 2/1/01 | [3] | | | Bernstein Research | 1/23/01 – 1/26/01 | $41.6 | | |
| | | | | Bernstein Research | 1/26/01 – 2/1/01 | $41.5 | | |
| | | | | Goldman Sachs | 1/23/01 – 2/1/01 | $41.7 | | |
| | | | | Morgan Stanley | 1/19/01 – 4/3/01 | $42.6 | | |
| | | | | UBS Warburg | 1/29/01 – 2/1/01 | $44.2 | | |
| 2/1/01 – 4/10/01 | $41.5 | 2 | 42/47 | Morgan Stanley | 1/19/01 – 4/3/01 | $42.6 | $1.1 | 42/47 |
| | | | | UBS Warburg | 2/1/01 – 3/7/01 | $42.1 | $0.6 | 23/47 |
| 4/10/01 – 4/18/01 | $41.2 | 1 | 5/5 | Morgan Stanley | 4/3/01 – 4/19/01 | $41.4 | $0.2 | 5/5 |
| 4/18/01 – 5/22/01 | $41.3 | 1 | 1/24 | Morgan Stanley | 4/3/01 – 4/19/01 | $41.4 | $0.1 | 1/24 |
| 5/22/01 – 6/25/01 | $41.4 | | | | | | | |
| 6/25/01 – 7/19/01 | $41.1 | | | | | | | |
| 7/19/01 – 8/15/01 | $39.3 | 4 | 19/19 | Bernstein Research | 7/19/01 – 9/24/01 | $39.4 | $0.1 | 19/19 |
| | | | | Deutsche Bank | 6/7/01 – 7/30/01 | $40.2 | $0.9 | 7/19 |
| | | | | Morgan Stanley | 7/19/01 – 8/14/01 | $39.5 | $0.2 | 18/19 |
| | | | | UBS Warburg | 7/18/01 – 9/25/01 | $39.8 | $0.5 | 19/19 |
| 8/15/01 – 9/25/01 | $39.0 | 8 | 24/24 | Bear Stearns | 7/19/01 – 9/25/01 | $39.1 | $0.1 | 24/24 |
| | | | | Bernstein Research | 7/19/01 – 9/24/01 | $39.4 | $0.4 | 23/24 |
| | | | | Deutsche Bank | 7/30/01 – 9/24/01 | $39.0 | $0.0 | 23/24 |
| | | | | Deutsche Bank | 9/24/01 – 10/12/01 | $40.4 | $1.4 | 1/24 |

EXHIBIT 5C

# AOL Time Warner, Inc.
## Summary of Banks with 2001 Revenue Estimates Higher than or Equal to CSFB Estimate
## 1/12/01 – 1/29/02 [1]

Source:  Multex; Investext; Analyst Reports; The Institutional Investor Magazine
*(Dollars in billions)*

| CSFB Estimates | | | | Banks With Higher or Equal Concurrent Estimates [2] | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Range of Estimate | 2001 Revenue Estimate | Number of Other Banks with Higher or Equal Concurrent Estimates | Number of Trading Days CSFB's Estimate is Lower than or Equal to at Least One Other Bank / Trading Days in Date Range | Bank | Date Range of Estimate | 2001 Revenue Estimate | Amount Estimate is Higher than CSFB's Estimate | Number of Trading Days Estimate is Higher than or Equal to CSFB Estimate / Trading Days in CSFB Date Range |
| | | | | Lehman Brothers | 7/18/01 – 9/25/01 | $39.0 | $0.0 | 24/24 |
| | | | | Merrill Lynch | 7/19/01 – 9/21/01 | $39.0 | $0.0 | 22/24 |
| | | | | Morgan Stanley | 8/14/01 – 9/25/01 | $39.0 | $0.0 | 24/24 |
| | | | | Salomon Smith Barney | 7/19/01 – 9/24/01 | $39.1 | $0.1 | 23/24 |
| | | | | UBS Warburg | 7/18/01 – 9/25/01 | $39.8 | $0.8 | 24/24 |
| 9/25/01 – 1/8/02 | $37.9 | 9 | 72/72 | Bear Stearns | 9/25/01 – 1/29/02 | $38.4 | $0.5 | 72/72 |
| | | | | Bernstein Research | 9/24/01 – 10/12/01 | $38.7 | $0.8 | 13/72 |
| | | | | Bernstein Research | 10/12/01 – 1/8/02 | $38.1 | $0.2 | 59/72 |
| | | | | Deutsche Bank | 9/24/01 – 10/12/01 | $40.4 | $2.5 | 13/72 |
| | | | | Deutsche Bank | 10/12/01 – 10/19/01 | $38.8 | $0.9 | 5/72 |
| | | | | Deutsche Bank | 10/19/01 – 11/6/01 | $38.7 | $0.8 | 12/72 |
| | | | | Deutsche Bank | 11/6/01 – 11/19/01 | $38.9 | $1.0 | 9/72 |
| | | | | Deutsche Bank | 11/19/01 – 11/29/01 | $38.1 | $0.2 | 7/72 |
| | | | | Deutsche Bank | 11/29/01 – 12/14/01 | $38.9 | $1.0 | 11/72 |
| | | | | Deutsche Bank | 12/14/01 – 1/3/02 | $39.0 | $1.1 | 12/72 |
| | | | | Deutsche Bank | 1/3/02 – 1/24/02 | $38.8 | $0.9 | 3/72 |
| | | | | Goldman Sachs | 7/19/01 – 10/18/01 | $38.9 | $1.0 | 17/72 |
| | | | | Goldman Sachs | 10/18/01 – 12/14/01 | $38.1 | $0.2 | 40/72 |
| | | | | Goldman Sachs | 12/14/01 – 1/8/02 | $38.2 | $0.3 | 15/72 |
| | | | | Lehman Brothers | 9/25/01 – 1/8/02 | $38.2 | $0.3 | 72/72 |
| | | | | Merrill Lynch | 9/21/01 – 1/9/02 | $38.3 | $0.4 | 72/72 |

EXHIBIT 5C

# AOL Time Warner, Inc.
## Summary of Banks with 2001 Revenue Estimates Higher than or Equal to CSFB Estimate
### 1/12/01 – 1/29/02 [1]

Source: Multex; Investext; Analyst Reports; The Institutional Investor Magazine
*(Dollars in billions)*

| | CSFB Estimates | | | Banks With Higher or Equal Concurrent Estimates [2] | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Range of Estimate | 2001 Revenue Estimate | Number of Other Banks with Higher or Equal Concurrent Estimates | Number of Trading Days CSFB's Estimate is Lower than or Equal to at Least One Other Bank / Trading Days in Date Range | Bank | Date Range of Estimate | 2001 Revenue Estimate | Amount Estimate is Higher than CSFB's Estimate | Number of Trading Days Estimate is Higher than or Equal to CSFB Estimate / Trading Days in CSFB Date Range |
| | | | | Morgan Stanley | 9/25/01 – 1/2/02 | $38.3 | $0.4 | 68/72 |
| | | | | Morgan Stanley | 1/2/02 – 1/29/02 | $38.1 | $0.2 | 4/72 |
| | | | | Salomon Smith Barney | 9/24/01 – 9/26/01 | $38.5 | $0.6 | 1/72 |
| | | | | Salomon Smith Barney | 9/26/01 – 10/8/01 | $39.1 | $1.2 | 8/72 |
| | | | | Salomon Smith Barney | 10/8/01 – 1/29/02 | $38.5 | $0.6 | 63/72 |
| | | | | UBS Warburg | 9/25/01 – 10/17/01 | $38.5 | $0.6 | 16/72 |
| | | | | UBS Warburg | 10/17/01 – 1/8/02 | $38.3 | $0.4 | 56/72 |
| 1/8/02 – 1/29/02 | $38.4 | 8 | 15/15 | Bear Stearns | 9/25/01 – 1/29/02 | $38.4 | $0.0 | 15/15 |
| | | | | Bernstein Research | 1/8/02 – 1/29/02 | $39.4 | $1.0 | 15/15 |
| | | | | Deutsche Bank | 1/3/02 – 1/24/02 | $38.8 | $0.4 | 11/15 |
| | | | | Deutsche Bank | 1/24/02 – 1/29/02 | $39.4 | $1.0 | 4/15 |
| | | | | Goldman Sachs | 1/8/02 – 1/29/02 | $39.2 | $0.8 | 15/15 |
| | | | | Lehman Brothers | 1/8/02 – 1/29/02 | $39.2 | $0.8 | 15/15 |
| | | | | Merrill Lynch | 1/9/02 – 1/29/02 | $39.3 | $0.9 | 14/15 |

EXHIBIT 5C

# AOL Time Warner, Inc.
## Summary of Banks with 2001 Revenue Estimates Higher than or Equal to CSFB Estimate
### 1/12/01 – 1/29/02 [1]

Source: Multex; Investext; Analyst Reports; The Institutional Investor Magazine
*(Dollars in billions)*

| | CSFB Estimates | | | Banks With Higher or Equal Concurrent Estimates [2] | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Range of Estimate | 2001 Revenue Estimate | Number of Other Banks with Higher or Equal Concurrent Estimates | Number of Trading Days CSFB's Estimate is Lower than or Equal to at Least One Other Bank / Trading Days in Date Range | Bank | Date Range of Estimate | 2001 Revenue Estimate | Amount Estimate is Higher than CSFB's Estimate | Number of Trading Days Estimate is Higher than or Equal to CSFB Estimate / Trading Days in CSFB Date Range |
| | | | | Salomon Smith Barney | 10/8/01 – 1/29/02 | $38.5 | $0.1 | 15/15 |
| | | | | UBS Warburg | 1/8/02 – 1/29/02 | $39.2 | $0.8 | 15/15 |

| | | |
|---|---|---|
| **Total Trading Days Lower than or Equal** | 178 | |
| **Number of Trading Days (2/1/01 – 1/29/02)** | 246 | |
| **Percentage of Trading Days CSFB Lower than or Equal** | 72% | |

Note:

[1] The date range ends on 1/29/02, the day prior to the day that AOL Time Warner reported its 4Q 2001 results.

[2] Reflects data collected for the time period 1/12/01 – 1/29/02 by analysts ranked by the Institutional Investor magazine for their coverage of AOL Time Warner industry sectors. The following banks were reviewed: Bear Stearns, Bernstein Research, Deutsche Bank, Goldman Sachs, Lehman Brothers, Merrill Lynch, Morgan Stanley, Salomon Smith Barney, and UBS Warburg.

[3] CSFB does not provide a revenue estimate on AOL Time Warner until 2/1/01.

# AOL Time Warner, Inc.
## Summary of Banks with Higher 2001 Cash EPS Estimates than CSFB
### 1/12/01 – 1/29/02 [1]

Source:  Multex; Investext; Analyst Reports; The Institutional Investor Magazine

| | CSFB Estimates | | | | Banks With Higher Concurrent Estimates [2] | | | |
|---|---|---|---|---|---|---|---|---|
| Date Range of Estimate | 2001 Cash EPS Estimate | Number of Other Banks with Higher Concurrent Estimates | Number of Trading Days CSFB's Estimate is Lower than at Least One Other Bank / Trading Days in Date Range | Bank | Date Range of Estimate | 2001 Cash EPS Estimate | Amount Estimate is Higher than CSFB's Estimate | Number of Trading Days Estimate is Higher than CSFB Estimate / Trading Days in CSFB Date Range |
| 1/12/01 – 2/1/01 | [3] | | | Deutsche Bank | 1/16/01 – 2/1/01 | $2.87 | | |
| | | | | Merrill Lynch | 1/24/01 – 1/30/01 | $1.00 | | |
| | | | | Merrill Lynch | 1/30/01 – 2/1/01 | $1.40 | | |
| | | | | Morgan Stanley | 1/19/01 – 4/3/01 | $1.32 | | |
| | | | | UBS Warburg | 1/29/01 – 3/7/01 | $1.30 | | |
| 2/1/01 – 3/5/01 | $1.38 | 1 | 21/21 | Deutsche Bank | 2/1/01 – 4/5/01 | $1.39 | $0.01 | 21/21 |
| 3/5/01 – 3/21/01 | $1.20 | 4 | 12/12 | Deutsche Bank | 2/1/01 – 4/5/01 | $1.39 | $0.19 | 12/12 |
| | | | | Merrill Lynch | 2/1/01 – 5/11/01 | $1.25 | $0.05 | 12/12 |
| | | | | Morgan Stanley | 1/19/01 – 4/3/01 | $1.32 | $0.12 | 12/12 |
| | | | | UBS Warburg | 1/29/01 – 3/7/01 | $1.30 | $0.10 | 2/12 |
| | | | | UBS Warburg | 3/7/01 – 4/4/01 | $1.24 | $0.04 | 10/12 |
| 3/21/01 – 4/18/01 | $1.15 | 8 | 19/19 | Bear Stearns | 4/6/01 – 5/23/01 | $1.23 | $0.08 | 7/19 |
| | | | | Bernstein Research | 4/4/01 – 5/23/01 | $1.21 | $0.06 | 9/19 |
| | | | | Deutsche Bank | 2/1/01 – 4/5/01 | $1.39 | $0.24 | 11/19 |
| | | | | Deutsche Bank | 4/5/01 – 4/19/01 | $1.16 | $0.01 | 8/19 |
| | | | | Goldman Sachs | 3/30/01 – 12/14/01 | $1.32 | $0.17 | 12/19 |
| | | | | Lehman Brothers | 2/26/01 – 4/24/01 | $1.19 | $0.04 | 19/19 |
| | | | | Merrill Lynch | 2/1/01 – 5/11/01 | $1.25 | $0.10 | 19/19 |
| | | | | Morgan Stanley | 4/3/01 – 4/19/01 | $1.24 | $0.09 | 10/19 |
| | | | | UBS Warburg | 3/7/01 – 4/4/01 | $1.24 | $0.09 | 10/19 |
| | | | | UBS Warburg | 4/4/01 – 4/19/01 | $1.19 | $0.04 | 9/19 |

EXHIBIT 5D

# AOL Time Warner, Inc.
## Summary of Banks with Higher 2001 Cash EPS Estimates than CSFB
### 1/12/01 – 1/29/02 [1]

Source: Multex; Investext; Analyst Reports; The Institutional Investor Magazine

| CSFB Estimates | | | | Banks With Higher Concurrent Estimates [2] | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Range of Estimate | 2001 Cash EPS Estimate | Number of Other Banks with Higher Concurrent Estimates | Number of Trading Days CSFB's Estimate is Lower than at Least One Other Bank / Trading Days in Date Range | Bank | Date Range of Estimate | 2001 Cash EPS Estimate | Amount Estimate is Higher than CSFB's Estimate | Number of Trading Days Estimate is Higher than CSFB Estimate / Trading Days in CSFB Date Range |
| 4/18/01 – 5/15/01 | $1.23 | 3 | 19/19 | Goldman Sachs | 3/30/01 – 12/14/01 | $1.32 | $0.09 | 19/19 |
| | | | | Merrill Lynch | 2/1/01 – 5/11/01 | $1.25 | $0.02 | 17/19 |
| | | | | Merrill Lynch | 5/11/01 – 7/19/01 | $1.28 | $0.05 | 2/19 |
| | | | | Morgan Stanley | 4/19/01 – 7/19/01 | $1.27 | $0.04 | 18/19 |
| 5/15/01 – 5/23/01 | $1.08 | 9 | 6/6 | Bear Stearns | 4/6/01 – 5/23/01 | $1.23 | $0.15 | 6/6 |
| | | | | Bernstein Research | 4/4/01 – 5/23/01 | $1.21 | $0.13 | 6/6 |
| | | | | Deutsche Bank | 4/19/01 – 7/30/01 | $1.22 | $0.14 | 6/6 |
| | | | | Goldman Sachs | 3/30/01 – 12/14/01 | $1.32 | $0.24 | 6/6 |
| | | | | Lehman Brothers | 4/24/01 – 7/18/01 | $1.22 | $0.14 | 6/6 |
| | | | | Merrill Lynch | 5/11/01 – 7/19/01 | $1.28 | $0.20 | 6/6 |
| | | | | Morgan Stanley | 4/19/01 – 7/19/01 | $1.27 | $0.19 | 6/6 |
| | | | | Salomon Smith Barney | 4/18/01 – 7/19/01 | $1.20 | $0.12 | 6/6 |
| | | | | UBS Warburg | 5/22/01 – 7/5/01 | $1.25 | $0.17 | 1/6 |
| 5/23/01 – 7/19/01 | $1.25 | 5 | 39/39 | Goldman Sachs | 3/30/01 – 12/14/01 | $1.32 | $0.07 | 39/39 |
| | | | | Lehman Brothers | 4/24/01 – 7/18/01 | $1.22 | -$0.03 | 38/39 |
| | | | | Lehman Brothers | 7/18/01 – 8/15/01 | $1.30 | $0.05 | 1/39 |
| | | | | Merrill Lynch | 5/11/01 – 7/19/01 | $1.28 | $0.03 | 39/39 |
| | | | | Morgan Stanley | 4/19/01 – 7/19/01 | $1.27 | $0.02 | 39/39 |
| | | | | UBS Warburg | 7/18/01 – 9/25/01 | $1.32 | $0.07 | 1/39 |

# AOL Time Warner, Inc.
## Summary of Banks with Higher 2001 Cash EPS Estimates than CSFB
### 1/12/01 – 1/29/02 [1]

Source:  Multex; Investext; Analyst Reports; The Institutional Investor Magazine

| CSFB Estimates | | | | Banks With Higher Concurrent Estimates [2] | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Range of Estimate | 2001 Cash EPS Estimate | Number of Other Banks with Higher Concurrent Estimates | Number of Trading Days CSFB's Estimate is Lower than at Least One Other Bank / Trading Days in Date Range | Bank | Date Range of Estimate | 2001 Cash EPS Estimate | Amount Estimate is Higher than CSFB's Estimate | Number of Trading Days Estimate is Higher than CSFB Estimate / Trading Days in CSFB Date Range |
| 7/19/01 – 8/15/01 | $1.29 | 6 | 19/19 | Bear Stearns | 7/19/01 – 9/20/01 | $1.30 | $0.01 | 19/19 |
| | | | | Goldman Sachs | 3/30/01 – 12/14/01 | $1.32 | $0.03 | 19/19 |
| | | | | Lehman Brothers | 7/18/01 – 8/15/01 | $1.30 | $0.01 | 19/19 |
| | | | | Merrill Lynch | 7/19/01 – 9/26/01 | $1.33 | $0.04 | 19/19 |
| | | | | Salomon Smith Barney | 7/19/01 – 9/24/01 | $1.30 | $0.01 | 19/19 |
| | | | | UBS Warburg | 7/18/01 – 9/25/01 | $1.32 | $0.03 | 19/19 |
| 8/15/01 – 9/25/01 | $1.22 | 7 | 24/24 | Bear Stearns | 7/19/01 – 9/20/01 | $1.30 | $0.08 | 21/24 |
| | | | | Bear Stearns | 9/20/01 – 9/25/01 | $1.23 | $0.01 | 3/24 |
| | | | | Deutsche Bank | 7/30/01 – 9/24/01 | $1.28 | $0.06 | 23/24 |
| | | | | Goldman Sachs | 3/30/01 – 12/14/01 | $1.32 | $0.10 | 24/24 |
| | | | | Lehman Brothers | 8/15/01 – 9/25/01 | $1.23 | $0.01 | 24/24 |
| | | | | Merrill Lynch | 7/19/01 – 9/26/01 | $1.33 | $0.11 | 24/24 |
| | | | | Salomon Smith Barney | 7/19/01 – 9/24/01 | $1.30 | $0.08 | 23/24 |
| | | | | UBS Warburg | 7/18/01 – 9/25/01 | $1.32 | $0.10 | 24/24 |

EXHIBIT 5D

# AOL Time Warner, Inc.
## Summary of Banks with Higher 2001 Cash EPS Estimates than CSFB
### 1/12/01 – 1/29/02 [1]

Source:  Multex; Investext; Analyst Reports; The Institutional Investor Magazine

| CSFB Estimates | | | | Banks With Higher Concurrent Estimates [2] | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Range of Estimate | 2001 Cash EPS Estimate | Number of Other Banks with Higher Concurrent Estimates | Number of Trading Days CSFB's Estimate is Lower than at Least One Other Bank / Trading Days in Date Range | Bank | Date Range of Estimate | 2001 Cash EPS Estimate | Amount Estimate is Higher than CSFB's Estimate | Number of Trading Days Estimate is Higher than CSFB Estimate / Trading Days in CSFB Date Range |
| 9/25/01 – 10/18/01 | $1.10 | 9 | 17/17 | Bear Stearns | 9/25/01 – 10/18/01 | $1.16 | $0.06 | 17/17 |
| | | | | Bernstein Research | 9/25/01 – 1/8/02 | $1.21 | $0.11 | 17/17 |
| | | | | Deutsche Bank | 9/24/01 – 10/12/01 | $1.18 | $0.08 | 13/17 |
| | | | | Deutsche Bank | 10/12/01 – 10/16/01 | $1.17 | $0.07 | 2/17 |
| | | | | Deutsche Bank | 10/16/01 – 10/19/01 | $1.18 | $0.08 | 2/17 |
| | | | | Goldman Sachs | 3/30/01 – 12/14/01 | $1.32 | $0.22 | 17/17 |
| | | | | Lehman Brothers | 9/25/01 – 11/1/01 | $1.15 | $0.05 | 17/17 |
| | | | | Merrill Lynch | 7/19/01 – 9/26/01 | $1.33 | $0.23 | 1/17 |
| | | | | Merrill Lynch | 9/26/01 – 10/18/01 | $1.19 | $0.09 | 16/17 |
| | | | | Morgan Stanley | 9/25/01 – 10/18/01 | $1.14 | $0.04 | 17/17 |
| | | | | Salomon Smith Barney | 9/24/01 – 10/18/01 | $1.15 | $0.05 | 17/17 |
| | | | | UBS Warburg | 9/25/01 – 1/3/02 | $1.20 | $0.10 | 17/17 |
| 10/18/01 – 1/8/02 | $1.20 | 5 | 55/55 | Bernstein Research | 9/25/01 – 1/8/02 | $1.21 | $0.01 | 55/55 |
| | | | | Deutsche Bank | 11/6/01 – 11/15/01 | $1.21 | $0.01 | 7/55 |
| | | | | Deutsche Bank | 12/11/01 – 12/14/01 | $1.21 | $0.01 | 3/55 |
| | | | | Goldman Sachs | 3/30/01 – 12/14/01 | $1.32 | $0.12 | 40/55 |
| | | | | Merrill Lynch | 10/18/01 – 12/7/01 | $1.21 | $0.01 | 35/55 |
| | | | | Salomon Smith Barney | 10/18/01 – 1/29/02 | $1.21 | $0.01 | 55/55 |

EXHIBIT 5D

# AOL Time Warner, Inc.
## Summary of Banks with Higher 2001 Cash EPS Estimates than CSFB
## 1/12/01 – 1/29/02 [1]

Source:  Multex; Investext; Analyst Reports; The Institutional Investor Magazine

| CSFB Estimates | | | | Banks With Higher Concurrent Estimates [2] | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Range of Estimate | 2001 Cash EPS Estimate | Number of Other Banks with Higher Concurrent Estimates | Number of Trading Days CSFB's Estimate is Lower than at Least One Other Bank / Trading Days in Date Range | Bank | Date Range of Estimate | 2001 Cash EPS Estimate | Amount Estimate is Higher than CSFB's Estimate | Number of Trading Days Estimate is Higher than CSFB Estimate / Trading Days in CSFB Date Range |
| 1/8/02  –  1/29/02 | $0.90 | 6 | 15/15 | Bear Stearns | 10/18/01  –  1/29/02 | $1.14 | $0.24 | 15/15 |
| | | | | Bernstein Research | 1/8/02  –  1/29/02 | $1.12 | $0.22 | 15/15 |
| | | | | Deutsche Bank | 1/3/02  –  1/29/02 | $1.16 | $0.26 | 15/15 |
| | | | | Merrill Lynch | 1/9/02  –  1/29/02 | $0.92 | $0.02 | 14/15 |
| | | | | Salomon Smith Barney | 10/18/01  –  1/29/02 | $1.21 | $0.31 | 15/15 |
| | | | | UBS Warburg | 1/3/02  –  1/29/02 | $1.19 | $0.29 | 15/15 |

| | |
|---|---|
| **Total Trading Days not the Highest Estimate** | 246 |
| **Number of Trading Days (2/1/01 – 1/29/02)** | 246 |
| **Percentage of Trading Days CSFB not the Highest Estimate** | 100% |

Note:

[1]  The date range ends on 1/29/02, the day prior to the day that AOL Time Warner reported its 4Q 2001 results.

[2]  Reflects data collected for the time period 1/12/01 – 1/29/02 by analysts ranked by the Institutional Investor magazine for their coverage of AOL Time Warner.
industry sectors.  The following banks were reviewed:  Bear Stearns, Bernstein Research, Deutsche Bank, Goldman Sachs, Lehman Brothers, Merrill Lynch, Morgan Stanley,
Salomon Smith Barney, and UBS Warburg.

[3]  The comparison of CSFB's Cash EPS to that of the other banks starts on 2/1/01 as it is not clear that CSFB's reports for AOL Time Warner from 1/12/01 to 2/1/01,
updated all financials to reflect the combined company's financials.  For example, these reports show a fiscal year end of June, corresponding to America Online's fiscal year
end, instead of the combined company's fiscal year end of December and Cash EPS numbers that appear to be for America Online.