UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re CREDIT SUISSE – AOL SECURITIES LITIGATION | Case No. 1:02 CV 12146 (Judge Gertner) |
| This Document Relates To:<br><br>ALL ACTIONS | |

**PLAINTIFFS' MOTION TO PRECLUDE THE EXPERT OPINIONS OF
RENE M. STULZ AND JOHN DEIGHTON**

Lead Plaintiff Bricklayers and Trowel Trades International Pension Fund, on behalf of itself and the Class ("Plaintiffs"), respectfully moves pursuant to Federal Rules of Evidence 702 and 403 to preclude the expert opinions of Professors René M. Stulz and John Deighton, the proposed expert witnesses of Defendants Credit Suisse Securities (USA) LLC, Credit Suisse (USA), Inc., Frank Quattrone, Elliot Rogers, Jamie Kiggen and Laura Martin ("Defendants"). The grounds for this motion are explained in detail in the accompanying Memorandum of Law.

**REQUEST FOR ORAL ARUGMENT**

Under Local Rule 7.1(d), Plaintiffs request oral argument.

DATED: June 5, 2009

Respectfully Submitted,

KAPLAN FOX & KILSHEIMER LLP

/s/ Frederic S. Fox
Frederic S. Fox (admitted *pro hac vice*)
Joel B. Strauss (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
Melinda D. Rodon (admitted *pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022

Telephone: 212-687-1980
Facsimile: 212-687-7714

*Lead Counsel for Class Plaintiffs*

– and –

SHAPIRO HABER & URMY LLP
Edward F. Haber (BBO # 215620)
Todd Heyman (BBO # 643804)
53 State St. 37th Floor
Boston, MA 02109
Telephone: 617-439-3939
Facsimile: 617-439-0134

*Liaison Counsel for Class Plaintiffs*