UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re CREDIT SUISSE – AOL SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 1:02 CV 12146<br>(Judge Gertner)<br><br>**DECLARATION OF MELINDA D. RODON IN SUPPORT OF PLAINTIFFS' MOTION TO PRECLUDE THE EXPERT OPINIONS OF RENE M. STULZ AND JOHN DEIGHTON** |

MELINDA D. RODON declares the following to be true under penalty of perjury:

1. I am an associate of the law firm of Kaplan Fox & Kilsheimer LLP. I respectfully submit this Declaration of Melinda D. Rodon in Support of Plaintiffs' Motion to Preclude the Expert Opinions of Rene M. Stulz and John Deighton.

2. Attached hereto as Exhibit A is a true and accurate copy of Declaration of René M. Stulz, dated April 26, 2007.

3. Attached hereto as Exhibit B is a true and accurate copy of the Corrected Expert Report of René M. Stulz, dated July 8, 2008.

4. Attached hereto as Exhibit C is a true and accurate copy of the August 8, 2008 letter and document production marked C_0000001-9 from Daniel Schwartz of Davis Polk & Wardwell.

5. Attached hereto as Exhibit D is a true and accurate copy of Exhibit 2 to the June 21, 2007 Deposition of René M. Stulz.

6. Attached hereto as Exhibit E is a true and accurate copy of the Expert Report of John Deighton, dated May 1, 2008.

7. Attached hereto as Exhibit F is a true and accurate copy of excerpts from the deposition transcripts of John Deighton dated August 18, 2008, Jamie Kiggen dated November 28, 2007, Laura Martin dated December 7, 2007, and René M. Stulz dated June 21, 2007.

Dated: June 5, 2009
New York, New York

                                                  /s/ Melinda D. Rodon
                                                  Melinda D. Rodon