# EXHIBIT D

| No. | Date | Residual Return | t-statistic | Significance |
|---|---|---|---|---|
|  | 1/12/01 | -3.86% | -1.54 |  |
|  | 1/16/01 | -1.46% | -0.58 |  |
|  | 1/17/01 | 2.35% | 0.93 |  |
|  | 1/18/01 | 0.32% | 0.13 |  |
| 1 | 1/19/01 | 9.46% | 3.76 | ** |
|  | 1/22/01 | 1.98% | 0.78 |  |
|  | 1/23/01 | -0.47% | -0.19 |  |
|  | 1/24/01 | 1.92% | 0.76 |  |
|  | 1/25/01 | 1.74% | 0.69 |  |
|  | 1/26/01 | 0.06% | 0.02 |  |
|  | 1/29/01 | -1.58% | -0.63 |  |
|  | 1/30/01 | -2.25% | -0.89 |  |
|  | 1/31/01 | -1.57% | -0.62 |  |
| 2 | 2/1/01 | -5.82% | -2.31 | * |
|  | 2/2/01 | -0.82% | -0.33 |  |
|  | 2/5/01 | 3.37% | 1.34 |  |
|  | 2/6/01 | -1.32% | -0.52 |  |
|  | 2/7/01 | -0.52% | -0.21 |  |
|  | 2/8/01 | 1.94% | 0.77 |  |
|  | 2/9/01 | -1.37% | -0.54 |  |
|  | 2/12/01 | -1.68% | -0.67 |  |
|  | 2/13/01 | 2.42% | 0.96 |  |
|  | 2/14/01 | 1.19% | 0.47 |  |
|  | 2/15/01 | 1.22% | 0.49 |  |
|  | 2/16/01 | 0.37% | 0.15 |  |
|  | 2/20/01 | -4.22% | -1.67 |  |
|  | 2/21/01 | 0.73% | 0.29 |  |
|  | 2/22/01 | 2.79% | 1.11 |  |
|  | 2/23/01 | -2.50% | -0.99 |  |
|  | 2/26/01 | 4.05% | 1.61 |  |
|  | 2/27/01 | -1.53% | -0.61 |  |
|  | 2/28/01 | 0.45% | 0.18 |  |
|  | 3/1/01 | 0.58% | 0.23 |  |
|  | 3/2/01 | -2.66% | -1.06 |  |
|  | 3/5/01 | 4.62% | 1.84 |  |
| 3 | 3/6/01 | 5.19% | 2.06 | * |
|  | 3/7/01 | -3.12% | -1.24 |  |
|  | 3/8/01 | -1.39% | -0.55 |  |
|  | 3/9/01 | -0.69% | -0.27 |  |
|  | 3/12/01 | 0.01% | 0.00 |  |
|  | 3/13/01 | 1.59% | 0.63 |  |
|  | 3/14/01 | 1.17% | 0.46 |  |
|  | 3/15/01 | -0.52% | -0.21 |  |
|  | 3/16/01 | 0.40% | 0.16 |  |
|  | 3/19/01 | -1.42% | -0.56 |  |
|  | 3/20/01 | 1.36% | 0.54 |  |
|  | 3/21/01 | 0.36% | 0.14 |  |
|  | 3/22/01 | -0.94% | -0.37 |  |
|  | 3/23/01 | 3.76% | 1.50 |  |
|  | 3/26/01 | 1.24% | 0.49 |  |
|  | 3/27/01 | 0.88% | 0.35 |  |



EXHIBIT 2

| No. | Date | Residual Return | t-statistic | Significance |
|---|---|---|---|---|
| | 3/28/01 | -0.49% | -0.19 | |
| | 3/29/01 | 1.09% | 0.43 | |
| | 3/30/01 | -3.06% | -1.21 | |
| | 4/2/01 | -3.31% | -1.31 | |
| | 4/3/01 | -3.27% | -1.30 | |
| | 4/4/01 | 4.52% | 1.80 | |
| | 4/5/01 | 4.34% | 1.72 | |
| | 4/6/01 | 0.50% | 0.20 | |
| | 4/9/01 | -0.62% | -0.25 | |
| | 4/10/01 | -3.64% | -1.45 | |
| | 4/11/01 | 3.88% | 1.54 | |
| | 4/12/01 | 0.07% | 0.03 | |
| | 4/16/01 | 2.70% | 1.07 | |
| | 4/17/01 | 0.33% | 0.13 | |
| 4 | 4/18/01 | 5.15% | 2.05 | * |
| | 4/19/01 | -0.09% | -0.03 | |
| | 4/20/01 | -1.83% | -0.73 | |
| | 4/23/01 | 0.57% | 0.23 | |
| | 4/24/01 | 1.83% | 0.73 | |
| | 4/25/01 | 1.16% | 0.46 | |
| | 4/26/01 | -0.78% | -0.31 | |
| | 4/27/01 | 0.81% | 0.32 | |
| | 4/30/01 | 0.16% | 0.07 | |
| | 5/1/01 | -0.61% | -0.24 | |
| | 5/2/01 | -1.59% | -0.63 | |
| | 5/3/01 | 0.49% | 0.19 | |
| | 5/4/01 | 2.44% | 0.97 | |
| | 5/7/01 | -0.72% | -0.29 | |
| | 5/8/01 | 1.27% | 0.50 | |
| | 5/9/01 | 0.94% | 0.37 | |
| | 5/10/01 | -0.75% | -0.30 | |
| | 5/11/01 | -0.16% | -0.06 | |
| | 5/14/01 | 1.05% | 0.42 | |
| | 5/15/01 | -0.80% | -0.32 | |
| | 5/16/01 | 0.41% | 0.16 | |
| | 5/17/01 | -0.10% | -0.04 | |
| | 5/18/01 | 1.43% | 0.57 | |
| | 5/21/01 | 0.20% | 0.08 | |
| | 5/22/01 | -0.48% | -0.19 | |
| | 5/23/01 | 1.57% | 0.62 | |
| | 5/24/01 | -2.15% | -0.85 | |
| | 5/25/01 | -0.40% | -0.16 | |
| | 5/29/01 | -2.63% | -1.04 | |
| | 5/30/01 | 3.41% | 1.36 | |
| | 5/31/01 | 1.05% | 0.42 | |
| | 6/1/01 | 0.81% | 0.32 | |
| | 6/4/01 | -2.02% | -0.80 | |
| | 6/5/01 | 0.54% | 0.22 | |
| | 6/6/01 | -0.41% | -0.16 | |
| | 6/7/01 | -2.40% | -0.95 | |
| | 6/8/01 | -0.63% | -0.25 | |

| No. | Date | Residual Return | t-statistic | Significance |
|---|---|---|---|---|
| | 6/11/01 | 2.93% | 1.17 | |
| | 6/12/01 | 0.71% | 0.28 | |
| | 6/13/01 | 0.81% | 0.32 | |
| | 6/14/01 | 1.02% | 0.41 | |
| | 6/15/01 | 1.84% | 0.73 | |
| | 6/18/01 | 0.20% | 0.08 | |
| | 6/19/01 | 0.38% | 0.15 | |
| | 6/20/01 | 3.21% | 1.28 | |
| | 6/21/01 | 3.61% | 1.44 | |
| | 6/22/01 | -1.54% | -0.61 | |
| | 6/25/01 | -0.16% | -0.06 | |
| | 6/26/01 | 0.86% | 0.34 | |
| | 6/27/01 | 0.23% | 0.09 | |
| | 6/28/01 | -1.94% | -0.77 | |
| | 6/29/01 | 0.37% | 0.15 | |
| | 7/2/01 | -0.63% | -0.25 | |
| | 7/3/01 | -0.32% | -0.13 | |
| | 7/5/01 | -0.36% | -0.14 | |
| | 7/6/01 | 1.10% | 0.44 | |
| | 7/9/01 | 1.20% | 0.48 | |
| | 7/10/01 | 1.15% | 0.46 | |
| | 7/11/01 | -3.39% | -1.35 | |
| | 7/12/01 | 1.17% | 0.46 | |
| | 7/13/01 | -1.19% | -0.47 | |
| | 7/16/01 | 0.57% | 0.23 | |
| | 7/17/01 | -1.34% | -0.53 | |
| 5 | 7/18/01 | -6.88% | -2.73 | ** |
| | 7/19/01 | -4.70% | -1.87 | |
| | 7/20/01 | 4.74% | 1.89 | |
| | 7/23/01 | -1.36% | -0.54 | |
| | 7/24/01 | 1.81% | 0.72 | |
| | 7/25/01 | 1.23% | 0.49 | |
| | 7/26/01 | -0.21% | -0.09 | |
| | 7/27/01 | -0.60% | -0.24 | |
| | 7/30/01 | 1.07% | 0.43 | |
| | 7/31/01 | 0.90% | 0.36 | |
| | 8/1/01 | -0.03% | -0.01 | |
| | 8/2/01 | 0.69% | 0.28 | |
| | 8/3/01 | 1.01% | 0.40 | |
| | 8/6/01 | -0.37% | -0.15 | |
| | 8/7/01 | -0.45% | -0.18 | |
| | 8/8/01 | 0.49% | 0.20 | |
| | 8/9/01 | -0.79% | -0.31 | |
| | 8/10/01 | -1.28% | -0.51 | |
| | 8/13/01 | -2.83% | -1.13 | |
| 6 | 8/14/01 | -6.10% | -2.42 | * |
| | 8/15/01 | 2.16% | 0.86 | |
| | 8/16/01 | 1.10% | 0.44 | |
| | 8/17/01 | 1.67% | 0.66 | |
| | 8/20/01 | 0.31% | 0.12 | |
| | 8/21/01 | 0.65% | 0.26 | |

| No. | Date | Residual Return | t-statistic | Significance |
|---|---|---|---|---|
|  | 8/22/01 | -1.45% | -0.58 |  |
|  | 8/23/01 | 1.94% | 0.77 |  |
|  | 8/24/01 | 1.62% | 0.65 |  |
|  | 8/27/01 | 0.61% | 0.24 |  |
|  | 8/28/01 | 0.91% | 0.36 |  |
|  | 8/29/01 | -2.98% | -1.18 |  |
|  | 8/30/01 | -3.10% | -1.23 |  |
|  | 8/31/01 | 2.98% | 1.18 |  |
|  | 9/4/01 | 0.36% | 0.14 |  |
|  | 9/5/01 | -0.29% | -0.11 |  |
|  | 9/6/01 | -1.33% | -0.53 |  |
|  | 9/7/01 | -4.53% | -1.80 |  |
| 7 | 9/10/01 | 6.81% | 2.70 | ** |
|  | 9/17/01 | -0.13% | -0.05 |  |
| 8 | 9/18/01 | 5.32% | 2.11 | * |
|  | 9/19/01 | 3.09% | 1.23 |  |
|  | 9/20/01 | 0.15% | 0.06 |  |
|  | 9/21/01 | 2.86% | 1.14 |  |
|  | 9/24/01 | 3.15% | 1.25 |  |
|  | 9/25/01 | 2.06% | 0.82 |  |
|  | 9/26/01 | -0.30% | -0.12 |  |
|  | 9/27/01 | -1.07% | -0.42 |  |
|  | 9/28/01 | -2.28% | -0.91 |  |
|  | 10/1/01 | -0.60% | -0.24 |  |
|  | 10/2/01 | -3.56% | -1.41 |  |
|  | 10/3/01 | 0.46% | 0.18 |  |
|  | 10/4/01 | 0.68% | 0.27 |  |
|  | 10/5/01 | -0.01% | 0.00 |  |
|  | 10/8/01 | -4.36% | -1.73 |  |
|  | 10/9/01 | 2.02% | 0.80 |  |
|  | 10/10/01 | -2.41% | -0.96 |  |
|  | 10/11/01 | -0.21% | -0.08 |  |
|  | 10/12/01 | -1.02% | -0.41 |  |
|  | 10/15/01 | 1.87% | 0.74 |  |
|  | 10/16/01 | -0.57% | -0.23 |  |
|  | 10/17/01 | -4.33% | -1.72 |  |
|  | 10/18/01 | -1.07% | -0.42 |  |
|  | 10/19/01 | 3.40% | 1.35 |  |
|  | 10/22/01 | -0.92% | -0.37 |  |
|  | 10/23/01 | 4.19% | 1.67 |  |
|  | 10/24/01 | -2.19% | -0.87 |  |
|  | 10/25/01 | -0.73% | -0.29 |  |
|  | 10/26/01 | 3.15% | 1.25 |  |
|  | 10/29/01 | 0.54% | 0.22 |  |
|  | 10/30/01 | 0.77% | 0.31 |  |
|  | 10/31/01 | -3.60% | -1.43 |  |
|  | 11/1/01 | 1.80% | 0.71 |  |
|  | 11/2/01 | -1.53% | -0.61 |  |
|  | 11/5/01 | 2.87% | 1.14 |  |
|  | 11/6/01 | 3.83% | 1.52 |  |
|  | 11/7/01 | -1.08% | -0.43 |  |

Data table

| No. | Date | Residual Return | t-statistic | Significance |
|---|---|---|---|---|
|  | 11/8/01 | 4.66% | 1.85 |  |
|  | 11/9/01 | 1.53% | 0.61 |  |
|  | 11/12/01 | -1.08% | -0.43 |  |
|  | 11/13/01 | 0.83% | 0.33 |  |
|  | 11/14/01 | -0.41% | -0.16 |  |
|  | 11/15/01 | -3.37% | -1.34 |  |
|  | 11/16/01 | -2.50% | -0.99 |  |
|  | 11/19/01 | -0.35% | -0.14 |  |
|  | 11/20/01 | 0.10% | 0.04 |  |
|  | 11/21/01 | -0.20% | -0.08 |  |
|  | 11/23/01 | -0.87% | -0.34 |  |
|  | 11/26/01 | 0.27% | 0.11 |  |
|  | 11/27/01 | -0.65% | -0.26 |  |
|  | 11/28/01 | 0.27% | 0.11 |  |
|  | 11/29/01 | -1.35% | -0.54 |  |
|  | 11/30/01 | -1.31% | -0.52 |  |
|  | 12/3/01 | -2.11% | -0.84 |  |
|  | 12/4/01 | 1.65% | 0.66 |  |
|  | 12/5/01 | -3.39% | -1.35 |  |
| 9 | 12/6/01 | -5.42% | -2.15 | * |
|  | 12/7/01 | -2.77% | -1.10 |  |
|  | 12/10/01 | -2.10% | -0.83 |  |
|  | 12/11/01 | 2.27% | 0.90 |  |
|  | 12/12/01 | 2.20% | 0.87 |  |
| 10 | 12/13/01 | 5.29% | 2.10 | * |
|  | 12/14/01 | -0.05% | -0.02 |  |
|  | 12/17/01 | 0.45% | 0.18 |  |
|  | 12/18/01 | -3.08% | -1.22 |  |
|  | 12/19/01 | 1.03% | 0.41 |  |
|  | 12/20/01 | 1.06% | 0.42 |  |
|  | 12/21/01 | -1.95% | -0.77 |  |
|  | 12/24/01 | -1.54% | -0.61 |  |
|  | 12/26/01 | -1.96% | -0.78 |  |
|  | 12/27/01 | 1.96% | 0.78 |  |
|  | 12/28/01 | 0.76% | 0.30 |  |
|  | 12/31/01 | -1.29% | -0.51 |  |
|  | 1/2/02 | -2.12% | -0.84 |  |
|  | 1/3/02 | -1.36% | -0.54 |  |
|  | 1/4/02 | -1.17% | -0.47 |  |
|  | 1/7/02 | 1.65% | 0.65 |  |
|  | 1/8/02 | -0.87% | -0.34 |  |
|  | 1/9/02 | -0.43% | -0.17 |  |
|  | 1/10/02 | -0.63% | -0.25 |  |
|  | 1/11/02 | -0.18% | -0.07 |  |
|  | 1/14/02 | -0.67% | -0.27 |  |
|  | 1/15/02 | -0.29% | -0.11 |  |
|  | 1/16/02 | 3.00% | 1.19 |  |
|  | 1/17/02 | -0.18% | -0.07 |  |
|  | 1/18/02 | 0.77% | 0.30 |  |
|  | 1/22/02 | -1.78% | -0.71 |  |
|  | 1/23/02 | 0.92% | 0.37 |  |

| No. | Date | Residual Return | t-statistic | Significance |
|---|---|---|---|---|
|  | 1/24/02 | -3.19% | -1.27 |  |
|  | 1/25/02 | -2.05% | -0.81 |  |
|  | 1/28/02 | 1.57% | 0.62 |  |
|  | 1/29/02 | -0.76% | -0.30 |  |
|  | 1/30/02 | -1.70% | -0.68 |  |
|  | 1/31/02 | -1.58% | -0.63 |  |
|  | 2/1/02 | -0.47% | -0.19 |  |
|  | 2/4/02 | -2.60% | -1.03 |  |
|  | 2/5/02 | -2.13% | -0.84 |  |
|  | 2/6/02 | 4.32% | 1.71 |  |
|  | 2/7/02 | 3.13% | 1.24 |  |
|  | 2/8/02 | 3.81% | 1.51 |  |
|  | 2/11/02 | -0.29% | -0.12 |  |
|  | 2/12/02 | -0.36% | -0.14 |  |
|  | 2/13/02 | -1.99% | -0.79 |  |
|  | 2/14/02 | 0.45% | 0.18 |  |
|  | 2/15/02 | -3.42% | -1.36 |  |
|  | 2/19/02 | 1.30% | 0.52 |  |
| 11 | 2/20/02 | -8.13% | -3.23 | ** |
|  | 2/21/02 | -1.89% | -0.75 |  |
|  | 2/22/02 | 2.41% | 0.96 |  |
|  | 2/25/02 | -3.99% | -1.58 |  |
|  | 2/26/02 | -2.60% | -1.03 |  |
|  | 2/27/02 | 3.27% | 1.30 |  |
| 12 | 2/28/02 | 5.58% | 2.22 | * |
|  | 3/1/02 | 0.84% | 0.33 |  |
|  | 3/4/02 | 1.65% | 0.65 |  |
|  | 3/5/02 | -1.83% | -0.73 |  |
|  | 3/6/02 | -3.56% | -1.42 |  |
|  | 3/7/02 | -1.00% | -0.40 |  |
|  | 3/8/02 | 1.49% | 0.59 |  |
|  | 3/11/02 | 2.67% | 1.06 |  |
|  | 3/12/02 | -2.25% | -0.89 |  |
|  | 3/13/02 | 2.27% | 0.90 |  |
|  | 3/14/02 | -2.63% | -1.05 |  |
|  | 3/15/02 | 0.28% | 0.11 |  |
|  | 3/18/02 | 0.60% | 0.24 |  |
|  | 3/19/02 | -0.92% | -0.37 |  |
|  | 3/20/02 | -2.86% | -1.14 |  |
|  | 3/21/02 | -1.72% | -0.68 |  |
|  | 3/22/02 | 0.42% | 0.17 |  |
|  | 3/25/02 | 0.79% | 0.31 |  |
|  | 3/26/02 | -2.78% | -1.11 |  |
|  | 3/27/02 | 0.31% | 0.12 |  |
|  | 3/28/02 | -0.59% | -0.24 |  |
|  | 4/1/02 | -0.79% | -0.31 |  |
|  | 4/2/02 | 3.49% | 1.39 |  |
|  | 4/3/02 | 0.21% | 0.08 |  |
|  | 4/4/02 | -3.20% | -1.27 |  |
|  | 4/5/02 | -2.57% | -1.02 |  |
|  | 4/8/02 | -2.29% | -0.91 |  |

| No. | Date | Residual Return | t-statistic | Significance |
|---|---|---|---|---|
|    | 4/9/02  |  0.93% |  0.37 |    |
| 13 | 4/10/02 | -7.26% | -2.88 | ** |
|    | 4/11/02 | -2.34% | -0.93 |    |
|    | 4/12/02 |  1.22% |  0.48 |    |
| 14 | 4/15/02 |  7.77% |  3.09 | ** |
|    | 4/16/02 | -1.25% | -0.50 |    |
|    | 4/17/02 |  1.48% |  0.59 |    |
|    | 4/18/02 | -3.16% | -1.26 |    |
|    | 4/19/02 | -2.15% | -0.85 |    |
|    | 4/22/02 | -3.08% | -1.23 |    |
|    | 4/23/02 | -2.18% | -0.87 |    |
|    | 4/24/02 |  1.34% |  0.53 |    |
|    | 4/25/02 |  1.00% |  0.40 |    |
|    | 4/26/02 | -1.14% | -0.45 |    |
|    | 4/29/02 | -0.56% | -0.22 |    |
|    | 4/30/02 |  4.10% |  1.63 |    |
|    | 5/1/02  | -0.14% | -0.05 |    |
|    | 5/2/02  | -3.41% | -1.36 |    |
|    | 5/3/02  | -1.66% | -0.66 |    |
|    | 5/6/02  | -1.13% | -0.45 |    |
|    | 5/7/02  |  0.83% |  0.33 |    |
|    | 5/8/02  |  0.70% |  0.28 |    |
|    | 5/9/02  | -1.22% | -0.48 |    |
|    | 5/10/02 | -2.69% | -1.07 |    |
|    | 5/13/02 |  0.00% |  0.00 |    |
|    | 5/14/02 |  2.32% |  0.92 |    |
|    | 5/15/02 |  0.32% |  0.13 |    |
|    | 5/16/02 |  0.21% |  0.08 |    |
| 15 | 5/17/02 |  5.09% |  2.02 | * |
|    | 5/20/02 | -1.42% | -0.56 |    |
|    | 5/21/02 | -1.85% | -0.74 |    |
|    | 5/22/02 |  0.16% |  0.06 |    |
|    | 5/23/02 |  1.84% |  0.73 |    |
|    | 5/24/02 |  0.84% |  0.33 |    |
|    | 5/28/02 |  0.02% |  0.01 |    |
|    | 5/29/02 | -0.29% | -0.12 |    |
|    | 5/30/02 |  0.72% |  0.29 |    |
|    | 5/31/02 |  1.04% |  0.41 |    |
|    | 6/3/02  | -0.97% | -0.38 |    |
|    | 6/4/02  | -4.22% | -1.68 |    |
|    | 6/5/02  | -1.20% | -0.48 |    |
|    | 6/6/02  | -0.87% | -0.35 |    |
|    | 6/7/02  |  0.50% |  0.20 |    |
|    | 6/10/02 | -2.40% | -0.95 |    |
|    | 6/11/02 |  1.24% |  0.49 |    |
|    | 6/12/02 |  1.26% |  0.50 |    |
|    | 6/13/02 |  4.72% |  1.88 |    |
|    | 6/14/02 |  1.31% |  0.52 |    |
|    | 6/17/02 | -2.93% | -1.16 |    |
|    | 6/18/02 |  2.20% |  0.87 |    |
|    | 6/19/02 |  0.69% |  0.27 |    |

| No. | Date | Residual Return | t-statistic | Significance |
|---|---|---|---|---|
|  | 6/20/02 | -0.46% | -0.18 |  |
|  | 6/21/02 | -3.37% | -1.34 |  |
|  | 6/24/02 | 2.81% | 1.12 |  |
|  | 6/25/02 | 0.98% | 0.39 |  |
| 16 | 6/26/02 | -9.00% | -3.58 | ** |
|  | 6/27/02 | -0.25% | -0.10 |  |
| 17 | 6/28/02 | 5.72% | 2.27 | * |
|  | 7/1/02 | -3.50% | -1.39 |  |
|  | 7/2/02 | -4.89% | -1.94 |  |
| 18 | 7/3/02 | 10.80% | 4.29 | ** |
|  | 7/5/02 | -1.75% | -0.70 |  |
|  | 7/8/02 | -1.27% | -0.50 |  |
|  | 7/9/02 | 2.57% | 1.02 |  |
|  | 7/10/02 | -0.04% | -0.02 |  |
|  | 7/11/02 | 2.65% | 1.05 |  |
|  | 7/12/02 | -3.91% | -1.55 |  |
|  | 7/15/02 | 0.65% | 0.26 |  |
|  | 7/16/02 | -0.80% | -0.32 |  |
|  | 7/17/02 | 2.45% | 0.97 |  |
|  | 7/18/02 | -1.64% | -0.65 |  |
|  | 7/19/02 | -0.56% | -0.22 |  |
| 19 | 7/22/02 | 8.02% | 3.19 | ** |
|  | 7/23/02 | 1.18% | 0.47 |  |
| 20 | 7/24/02 | -8.23% | -3.27 | ** |
| 21 | 7/25/02 | -13.61% | -5.41 | ** |
| 22 | 7/26/02 | 13.44% | 5.34 | ** |
|  | 7/29/02 | -3.04% | -1.21 |  |
| 23 | 7/30/02 | 6.77% | 2.69 | ** |
| 24 | 7/31/02 | -8.23% | -3.27 | ** |
|  | 8/1/02 | -0.23% | -0.09 |  |
|  | 8/2/02 | -0.45% | -0.18 |  |
|  | 8/5/02 | 2.55% | 1.01 |  |
| 25 | 8/6/02 | -6.05% | -2.40 | * |
| 26 | 8/7/02 | 7.37% | 2.93 | ** |
|  | 8/8/02 | -1.57% | -0.62 |  |
|  | 8/9/02 | -0.68% | -0.27 |  |
|  | 8/12/02 | 0.57% | 0.22 |  |
|  | 8/13/02 | 1.22% | 0.49 |  |
|  | 8/14/02 | -4.03% | -1.60 |  |
|  | 8/15/02 | 3.21% | 1.28 |  |
|  | 8/16/02 | 4.77% | 1.89 |  |
|  | 8/19/02 | 1.73% | 0.69 |  |
|  | 8/20/02 | 2.12% | 0.84 |  |
| 27 | 8/21/02 | 6.11% | 2.43 | * |
|  | 8/22/02 | -3.41% | -1.35 |  |
| 28 | 8/23/02 | -5.21% | -2.07 | * |
|  | 8/26/02 | -4.51% | -1.79 |  |
| 29 | 8/27/02 | 6.37% | 2.53 | * |
|  | 8/28/02 | 0.77% | 0.31 |  |
| 30 | 8/29/02 | 5.40% | 2.15 | * |
|  | 8/30/02 | -3.06% | -1.22 |  |

| No. | Date | Residual Return | t-statistic | Significance |
|---|---|---|---|---|
|  | 9/3/02 | 1.56% | 0.62 |  |
|  | 9/4/02 | 2.08% | 0.82 |  |
|  | 9/5/02 | -0.94% | -0.37 |  |
|  | 9/6/02 | 4.54% | 1.80 |  |
|  | 9/9/02 | 0.73% | 0.29 |  |
|  | 9/10/02 | -2.16% | -0.86 |  |
|  | 9/11/02 | -1.48% | -0.59 |  |
|  | 9/12/02 | -1.61% | -0.64 |  |
|  | 9/13/02 | 2.81% | 1.12 |  |
|  | 9/16/02 | -1.30% | -0.52 |  |
|  | 9/17/02 | 0.22% | 0.09 |  |
|  | 9/18/02 | 3.23% | 1.28 |  |
|  | 9/19/02 | 0.51% | 0.20 |  |
|  | 9/20/02 | 1.58% | 0.63 |  |
|  | 9/23/02 | -1.89% | -0.75 |  |
|  | 9/24/02 | 1.54% | 0.61 |  |
| 31 | 9/25/02 | -5.04% | -2.00 | * |
|  | 9/26/02 | -1.90% | -0.75 |  |
| 32 | 9/27/02 | 5.88% | 2.34 | * |
|  | 9/30/02 | -0.85% | -0.34 |  |
|  | 10/1/02 | -2.42% | -0.96 |  |
| 33 | 10/2/02 | 5.06% | 2.01 | * |
|  | 10/3/02 | 2.47% | 0.98 |  |
|  | 10/4/02 | -1.38% | -0.55 |  |
|  | 10/7/02 | -1.21% | -0.48 |  |
| 34 | 10/8/02 | -7.13% | -2.83 | ** |
| 35 | 10/9/02 | 5.05% | 2.01 | * |
|  | 10/10/02 | 0.28% | 0.11 |  |
|  | 10/11/02 | -3.20% | -1.27 |  |
|  | 10/14/02 | -4.76% | -1.89 |  |
|  | 10/15/02 | 0.55% | 0.22 |  |
|  | 10/16/02 | 4.13% | 1.64 |  |
|  | 10/17/02 | -2.16% | -0.86 |  |
|  | 10/18/02 | 0.90% | 0.36 |  |
|  | 10/21/02 | 0.47% | 0.19 |  |
| 36 | 10/22/02 | 5.40% | 2.15 | * |
|  | 10/23/02 | -1.83% | -0.73 |  |
| 37 | 10/24/02 | 10.61% | 4.22 | ** |
|  | 10/25/02 | -2.17% | -0.86 |  |
|  | 10/28/02 | 1.75% | 0.69 |  |
|  | 10/29/02 | 0.81% | 0.32 |  |
|  | 10/30/02 | -1.78% | -0.71 |  |
|  | 10/31/02 | 3.08% | 1.22 |  |
|  | 11/1/02 | 0.50% | 0.20 |  |
|  | 11/4/02 | -0.54% | -0.22 |  |
|  | 11/5/02 | -0.04% | -0.02 |  |
|  | 11/6/02 | 1.16% | 0.46 |  |
|  | 11/7/02 | -1.75% | -0.70 |  |
|  | 11/8/02 | 1.68% | 0.67 |  |
|  | 11/11/02 | 0.56% | 0.22 |  |
|  | 11/12/02 | -0.87% | -0.35 |  |

| No. | Date | Residual Return | t-statistic | Significance |
|---|---|---|---|---|
|  | 11/13/02 | 1.14% | 0.45 |  |
|  | 11/14/02 | -2.32% | -0.92 |  |
|  | 11/15/02 | -0.78% | -0.31 |  |
|  | 11/18/02 | -0.46% | -0.18 |  |
|  | 11/19/02 | 0.01% | 0.00 |  |
|  | 11/20/02 | -3.82% | -1.52 |  |
|  | 11/21/02 | 1.52% | 0.60 |  |
|  | 11/22/02 | 1.91% | 0.76 |  |
|  | 11/25/02 | 1.65% | 0.66 |  |
|  | 11/26/02 | -1.37% | -0.54 |  |
|  | 11/27/02 | 2.61% | 1.04 |  |
|  | 11/29/02 | -0.37% | -0.15 |  |
|  | 12/2/02 | 1.49% | 0.59 |  |
| 38 | 12/3/02 | -10.75% | -4.27 | ** |
|  | 12/4/02 | -0.71% | -0.28 |  |
|  | 12/5/02 | 2.37% | 0.94 |  |
|  | 12/6/02 | 0.08% | 0.03 |  |
|  | 12/9/02 | -2.54% | -1.01 |  |
|  | 12/10/02 | 3.45% | 1.37 |  |
|  | 12/11/02 | -1.42% | -0.56 |  |
|  | 12/12/02 | -0.41% | -0.16 |  |
|  | 12/13/02 | 0.74% | 0.29 |  |
|  | 12/16/02 | -2.27% | -0.90 |  |
|  | 12/17/02 | 1.37% | 0.54 |  |
|  | 12/18/02 | -0.11% | -0.04 |  |
|  | 12/19/02 | 2.80% | 1.11 |  |
|  | 12/20/02 | -1.00% | -0.40 |  |
|  | 12/23/02 | -1.92% | -0.76 |  |
|  | 12/24/02 | 0.79% | 0.32 |  |
|  | 12/26/02 | -1.17% | -0.47 |  |
|  | 12/27/02 | -0.86% | -0.34 |  |
|  | 12/30/02 | 0.04% | 0.01 |  |
|  | 12/31/02 | 4.61% | 1.83 |  |